UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants*.

_____/

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

The undersigned is admitted to practice in this court and appears in this case as counsel for VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK.

DATE:    MAY 4, 2022

    /s/:   *Leigh M. Williams*
              Leigh M. Williams, Esq.
              Fla. Bar No. 624543
              1701 W. Kansas Ave.
              Midland, TX 79701
              E-mail: mcmillan.esq@gmail.com
              Tel. No.: 210 209-3030