UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,

v.

VANGUARD PRODUCTIONS, LLC, and JESSE DAVID SPURLOCK,

    *Defendants*.

_____/

## VANGUARD PRODUCTIONS, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. Pro., VANGUARD PRODUCTIONS, LLC advises that they neither have a parent corporation nor are a publicly held corporation.

DATE:     MAY 4, 2022

/s/:     _____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030