UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,                         CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC, and
JESSE DAVID SPURLOCK,

    *Defendants*.

_____/

**DEFENDANTS' LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.03, VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK identify:

(1) Each person that has or might have an interest in the outcome:

    HOLLY J. FRAZETTA

    HEIDI L. FRAZETTA

    WILLIAM R. FRAZETTA

    ALFONSO FRANK FRAZETTA, JR.

    J. DAVID SPURLOCK

(2) Each entity with publicly traded shares or debt potentially affected by the outcome:

    NONE

(3) Each additional entity likely to actively participate:

    NONE

*Frazetta Properties, LLC, et al. v. Vanguard Productions, LLC, et al.*
*Case No. 8:22-cv-00581-WFJ-AEP*

      (4)    Each person arguably eligible for restitution:

           NONE

DATE:    MAY 4, 2022

                                                /s/:    _____
                                                            Leigh Mcmillan Williams, Esq.
                                                            Fla. Bar No. 624543
                                                            1701 W. Kansas Ave.
                                                            Midland, TX 79701
                                                            E-mail: mcmillan.esq@gmail.com
                                                           Tel. No.: 210 209-3030

## LOCAL RULE 3.03 CERTIFICATION

I CERTIFY that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

                                                        /s/:    _____
                                                            Leigh Mcmillan Williams, Esq.
                                                            Fla. Bar No. 624543