# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:22-CV-00581-WFJ-AEP

Plaintiff:
**HOLLY J. FRAZETTA, HEIDI L. FRAZETTA AND FRAZETTA PROPERTIES, LLC**

vs.

Defendant:
**JESS DAVID SPURLOCK AND VANGUARD PRODUCTIONS, LLC**



SPS2022002226

For:
Jack W. Merritt
Merritt Law PA
690 S. Tamiami Trail
Osprey, FL 34229

Received by SARASOTA PROCESS SERVERS, INC. on the 11th day of April, 2022 at 10:49 am to be served on **VANGUARD PRODUCTIONS, LLC, SERVE ON INS REGISTERED AGENT:  SPIEGEL & UTRERA, P.A., 1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145**.

I, AMOR SANTANA, do hereby affirm that on the **18th day of April, 2022** at **11:25 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET AND COMPLAINT WITH EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **Lawrence Spiegel** as **Registered Agent** at the address of: **1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145** on behalf of **VANGUARD PRODUCTIONS, LLC,**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/18/2022  11:24 am  Attempted service at 1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145, 70 years old , male, white, 5'10" tall, 170 lbs, gray hair wearing glasses

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoin g document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**AMOR SANTANA**
CPS # 9020

**SARASOTA PROCESS SERVERS, INC.**
**P.O. Box 18778**
**SARASOTA, FL 34276**

Our Job Serial Number: SPS-2022002226

| DELIVERED | 4/18/2022 11:25 AM |
| SERVER | AS |
| LICENSE | CPS # 9020 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ▼

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA and
FRAZETTA PROPERTIES, LLC

)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

JESS DAVID SPURLOCK and VANGUARD
PRODUCTIONS, LLC

*Defendant(s)*

Civil Action No. 8:22-CV-00581-WFJ-AEP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VANGUARD PRODUCTIONS, LLC

SERVE ON ITS REGISTERED AGENT:
SPIEGEL & UTRERA, P.A.
1840 SW 22nd Street
4th Floor
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JACK WILLIAM MERRITT, ATTORNEY, MERRITTLAW, P.A. MEDITERRANEA
PROFESSIONAL PARK, 690 SOUTH TAMIAMI TRAIL, OSPREY FL 34229,
TELEPHONE# 941.445.4841

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  **Mar 21, 2022**

*Barbara Sohn*

Signature of Clerk or Deputy Clerk