## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:22-CV-00581-WFJ-AEP

Plaintiff:
HOLLY J. FRAZETTA, HEIDI L. FRAZETTA AND FRAZETTA PROPERTIES, LLC
vs.
Defendant:
JESS DAVID SPURLOCK AND VANGUARD PRODUCTIONS, LLC

For: Jack W. Merritt
Merritt Law PA

Received by Sarasota Process Servers, Inc. on the 11th day of April, 2022 at 10:38 am to be served on JESS DAVID SPURLOCK, 705 RANCHO DRIVE, MESQUITE, TX 75149. I, Donna So King, being duly sworn, depose and say that on the 20 day of April, 2022 at 8:56 am., executed service by delivering a true copy of the SUMMONS, CIVIL COVER SHEET AND COMPLAINT WITH EXHIBIT A in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

(X) SUBSTITUTE SERVICE: BY SERVING Refused to give name AS roommate WHO IS OVER THE AGE OF 15.

( ) POSTED SERVICE: AFTER ATTEMPTING SERVICE ON __/__ AT _____ AND ON __/__ AT _____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

( ) OTHER SERVICE: BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

MILITARY? YES  NO

COMMENTS: White female, gray long hair, glasses, 5'7", 110 lbs., 50-55 years old

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. No notary required pursuant to F.S.92.525.2. and pursuant to Florida Statute 92.525 and under penalty of perjury, I declare that the facts set forth are true and correct.

Subscribed and Sworn to before me on the 20 day of April, 2022 by the affiant who is personally known to me.

_Patricia Johnson_
NOTARY PUBLIC

_Donna So King_
PROCESS SERVER # 1139 exp 3/31/24
Appointed in accordance with State Statutes

Sarasota Process Servers, Inc.
P.O. Box 18778
Sarasota, FL 34276
(941) 346-7900

Our Job Serial Number: 2022002227

Patricia Johnson
My Commission Expires
7/27/2025
Notary ID
131225137

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2f

Case 8:22-cv-00581-WFJ-AEP   Document 8   Filed 03/21/22   Page 1 of 4 PageID 69

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA and FRAZETTA PROPERTIES, LLC

)
)
)
)
)
Plaintiff(s)
)
v.   ) Civil Action No. 8:22-CV-00581-WFJ-AEP
JESS DAVID SPURLOCK and   )
VANGUARD PRODUCTIONS, LLC   )
)
)
Defendant(s)   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESS DAVID SPURLOCK
705 RANCHO DR
MESQUITE TX 75149-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JACK WILLIAM MERRITT, ATTORNEY, MERRITTLAW, P.A. MEDITERRANEA PROFESSIONAL PARK, 690 SOUTH TAMIAMI TRAIL, OSPREY FL 34229.
TELEPHONE# 941.445.4841

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Mar 21, 2022**

*Barbara Sohn*