UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.03

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| William R. Frazetta | Holly J. Frazetta |
| Heidi L. Frazetta | Alfonzo Frank Frazetta, Jr. |
| Jess David Spurlock | Frazetta Properties, LLC |
| Vanguard Productions, LLC | |

2.) the name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors= committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

## LOCAL RULE 3.03 CERTIFICATION

I CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATE:   June 13, 2022

Respectfully submitted,

**MERRITT LAW PA**

/s/  Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Mediterranea Professional Plaza
690 South Tamiami Trail
Osprey, FL 34229
*Attorneys for Plaintiffs*