UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **FRAZETTA PROPERTIES, LLC, FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff FRAZETTA PROPERTIES, LLC does notify and disclose that it does not have a parent corporation nor a publicly held corporation.

DATE:     June 13, 2022

                                             Respectfully submitted,

                                             **MERRITT LAW PA**

                                             /s/ <u>Jack W. Merritt</u>
                                             Jack W. Merritt
                                             FBN: 0052248
                                             Mediterranea Professional Plaza
                                             690 South Tamiami Trail
                                             Osprey, FL 34229
                                             *Attorneys for Plaintiffs*