UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC

    Plaintiffs,

v.                                          Case No. 8:22-CV-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC
AND J. DAVID SPURLOCK,

    Defendants.
_____/

## FRAZETTA PROPERTIES, LLC, FED. R. CIV. P. 6 MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6, PLAINTIFFS HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC and DEFENDANTS VANGUARD PRODUCTIONS, LLC and JESS DAVID SPURLOCK, jointly move this Honorable Court to extend the time to complete the Case Management Schedule and exchange provided in Rule 26, to Friday, June 17. The parties move jointly because the have cooperated, have had calls and exchanged emails, but have not completed submission of the CMR and Rule 26 disclosures by the end of June 13, 2022.

### MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6 provides "1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

WHEREFORE, Plaintiffs and Defendants respectfully request the Court GRANT the relief requested extend the time to comply with completion of the CMR and extension of time to exchange Rule 26 disclosures, and for such other and further relief as the Court deems appropriate and justice.

DATE:   June 13, 2022

                              Respectfully submitted,
                              **MERRITT LAW PA**

                              /s/ Jack W. Merritt
                              Jack W. Merritt
                              FBN: 0052248
                              Mediterranea Professional Plaza
                              690 South Tamiami Trail
                              Osprey, FL 34229
                              *Attorneys for Plaintiffs*