CASE NO. 8:22-cv-00581-WFJ-AEP

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    *Defendants*.

_____/

## DEFENDANTS' OBJECTION TO PLAINTIFFS' REPRESENTATION OF MOTION TO ENLARGE TIME TO FILE A PROPOSED CASE MANAGEMENT REPORT AS "JOINT"

Defendants VANGUARD PRODUCTIONS, LLC, and JESS DAVID SPURLOCK clarify Plaintiffs' representation of the motion for enlargement of time to file a proposed case management report as "JOINT," which motion should correctly advise the Court as being "unopposed," as follows:

    1.    Defendants emailed Plaintiffs on MAY 23, 2022, attaching a proposed case management report with all litigation event dates filled in pursuant to a standard track case, and advising Plaintiffs that June 13, 2022 was the deadline to submit a joint proposed case management to the Court.

CASE NO. 8:22-cv-00581-WFJ-AEP

2. Plaintiffs and Defendants discussed Defendants' proposed dates during a teleconference on June 3, 2022.

3. Plaintiffs sent Defendants a proposed case management report with different proposed dates on June 13, 2022.

4. Counsel for the parties held another lengthy teleconference on the night of June 13 and agreed to an alternate set of dates proposed by Plaintiffs.

5. However, counsel for Plaintiffs advised that he needed to further review the dates and would seek an enlargement of time to file a proposed case management report. The undersigned advised that Defendants would not oppose such motion.

6. Plaintiffs then filed a motion to enlarge time to submit a case management report, styled as a "JOINT" motion. This is not accurate.

7. Defendants diligently adhered to the deadlines provided and object to Plaintiffs' statement implying that Defendants lacked diligence and respect for Court deadlines.

8. Accordingly, Defendants do not oppose Plaintiffs' motion and expect Plaintiffs to file the proposed case management report reflecting the dates agreed to by the parties on the night of June 13, 2022.

CASE NO. 8:22-cv-00581-WFJ-AEP

DATED: JUNE 14, 2022

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*