UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, and JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK request Plaintiffs HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC, pursuant to Fed. R. Civ. P. 34(b), respond within 30 days to the following requests for production of documents:

    1.    The original copyright certificates for each image Plaintiffs claim Defendants infringed Plaintiffs' copyrighted image.

    2.    Agreements transferring copyright ownership to Defendant(s) by the person or entity who originally held the copyright to each image Plaintiffs claim Defendants infringed Plaintiffs' copyrighted image.

    3.    Proof of mailing the alleged cease and desist letter notifying Defendants of the alleged copyright infringement.

EX. 1

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

DATED:  JUNE 22, 2022

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendants' First Request for Production was served upon Plaintiffs via their counsel below by email this **22nd day of June 2022**.

Jack W. Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel.: 941 445-4841
Email: jmerritt@merrittlaw.com; office@merrittlaw.net
*Counsel for Holly Frazetta, Heidi Frazetta, and Frazetta Properties, LLC*

/s/: *Leigh M. Williams*
Leigh M. Williams, Esq.

EX. 1



Leigh McMillan <mcmillan.esq@gmail.com>

---

# RE: Defendants' 1st Request for Production of Docs Federal Case No. 22-civ-00581
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>  Wed, Jun 22, 2022 at 8:00 AM
To: Jack Merritt <jmerritt@merrittlaw.net>
Cc: Wendy Newsome <wnewsome@merrittlaw.net>, Merritt Law Office <office@merrittlaw.net>

Dear Jack -

Attached please find Defendants' 1st Request for Production of Documents (in Word and PDF formats).

Best Regards,

*Leigh*

Leigh M. Williams, Esq.
210 209-3030

CONFIDENTIALITY NOTICE: This message, including any attachments, may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

---

**2 attachments**

 **2022-06-22 Defendants Request for Plaintiffs' production of documents .rtf**
60K

 **2022-06-22 Defendants 1st Request for Plaintiffs' production of documents .pdf**
211K

EX. 2



Leigh McMillan <mcmillan.esq@gmail.com>

## RE: missing discovery in state and federal cases and depositions in both cases
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>  Tue, Aug 2, 2022 at 8:00 PM
To: Jack Merritt <jmerritt@merrittlaw.net>, Wendy Newsome <wnewsome@merrittlaw.net>, Merritt Law Office <office@merrittlaw.net>

Dear Jack -

I'm still waiting for you to produce:

 ° the documents ordered by Judge McHugh.  They're very late.

° the documents requested in the federal case. They're very late with no request from you for an extension of time.

Lori and Heidi Frazetta's no show at deposition cost my client money and I must move the court for sanctions and an order compelling their depositions. Their decision to simply not show up and their last minute notice was truly appalling.

¤ Please produce the documents this week.

¤ Please revert with dates for depositions of Lori and Heidi Frazetta.

I look forward to hearing from you this week.

Best regards,

Leigh Williams

EX. 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, and FRAZETTA
PROPERTIES, LLC,

    Plaintiffs,
v.

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Holly J. Frazetta, Heidi L. Frazetta and Frazetta Properties, LLC, responded to the Defendants, Vanguard Productions, LLC, and Jesse David Spurlock by providing responses to each of the requests and produced responsive documents that were served via email directly to, Leigh M. Williams, Esq., at mcmillan.esq@gmail.com, 1701 W. Kansas Ave. Midland, TX 79701, attorney for Vanguard Productions LLC, and J David Spurlock.

Dated: Sarasota, Florida
     August 3, 2022        Merritt Law P.A.
                                     Mediterranea Professional Park
                                     690 S. Tamiami Trail
                                     Osprey FL 34229
                                     (941) 445-4841
                                     Counsel for Plaintiffs

                                  By: /s/ Jack W. Merritt
                                       Florida Bar No. 0052248
                                       office@merrittlaw.net

EX. 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC, And JESSE DAVID SPURLOCK,

    Defendants.
_____/

**PLAINTIFFS' JOINT RESPONSES TO THE DEFENDANTS' JOINT FIRST REQUEST FOR PRODUCTION**

Plaintiffs HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC, pursuant to Fed. R. Civ. P. 34, provide the following three responses to the first requests submitted by Defendants VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK.

Although Plaintiffs assert objections, they are responding to the requests and will produce documents requested that are responsive. Notwithstanding the objections, Plaintiffs answered each request and will provide responsive documents to the requests for which it has such documents.

**A. GENERAL OBJECTIONS**

Plaintiffs object to the Requests to the extent they exceed the obligations under Federal Rule of Civil Procedure 34.

EX. 4

Plaintiffs objects to Defendants' *definitions/instructions* to the extent that they exceed the obligations under Federal Rule of Civil Procedure 7034.

### RESPONSES TO REQUESTS FOR PRODUCTION

1. The original copyright certificates for each image Plaintiffs claim Defendants infringed Plaintiffs' copyrighted image.

**RESPONSE:** The Plaintiffs do not have the original certificates for the copyright, but they are unnecessary. As explained to the attorneys for the Defendants, the three paintings that were identified as being infringed are clearly set forth and the copyright registration information is provided in the Complaint. As further explained to the Defendants, the United States Constitution explicitly provides for copyrights and patents.

**Article I Section 8 | Clause 8** – Patent and Copyright Clause of the Constitution. [The Congress shall have power] "To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries." Defendants can obtain anything else necessary to defend against the infringement claims from the United States Copyright Office, at www.copyright.gov.

2.      Agreements transferring copyright ownership to Defendant(s) by the person or entity who originally held the copyright to each image Plaintiffs claim Defendants infringed Plaintiffs' copyrighted image.

**RESPONSE:**  The Complaint identifies the three paintings and identifies the details of the copyright issued and the ownership of the Copyright by the United States Government by and through the United States Copyright Office.

3.      Proof of mailing the alleged cease and desist letter notifying Defendants of the alleged copyright infringement.

**RESPONSE:**  The letter was sent via email and U.S. mail.  The letter was provided to give Defendants the opportunity to stop their expected infringement.  A copy of the email confirming receipt by Defendants dated November 27, 2021 will be provided.  The Cease and Desist letter is not a prerequisite to filing the instant lawsuit for infringement.



Leigh McMillan <mcmillan.esq@gmail.com>

## RE: Frazetta Properties et al v. Vanguard et al. Caser No. 8:22-cv-00581-WFJ-AEP
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>  Mon, Aug 22, 2022 at 3:54 PM
To: Jack Merritt <jmerritt@merrittlaw.net>
Cc: Wendy Newsome <wnewsome@merrittlaw.net>, Merritt Law Office <office@merrittlaw.net>

Dear Jack -

Attached please find Defendants' draft Motion to Compel Production of Discovery, citing legal authority rebutting Plaintiffs' response indicating they are not required to show ownership of copyrights in order to litigate this matter.

Please revert immediately with a specific date by which Plaintiffs will produce the requested items, or Defendants will be obliged to file their motion by Friday, August 26th.

Yours truly,

Leigh Williams

 **2022-08-22 Defendants MTC Plaintiffs' Production of Documents .rtf**
96K

**EX. 5**