UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND
FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    Defendants.

_____/

## PLAINTIFFS' RESPONSE IN OPPOSITION AND OBJECTION TO MOTION TO COMPEL

    Plaintiffs Holly J. Frazetta, Heidi L. Frazetta and Frazetta Properties, LLC file their Objection to the Plaintiffs' Motion to Compel.

### STATEMENT OF FACTS

    1.    Plaintiffs are suing based on the infringement of three Copyrighted works ownership issued by the United States Government.

    2.    On page 2 of the Complaint, Plaintiffs lists the three protected works and the Copyright identification numbers.

| Title | Copyright Registration Number | Copyright Issued |
|---|---|---|
| Death Dealer II | VA0001688397 | 1988 |
| Death Dealer V | VA0001688405 | 1990 |

| Death Dealer VI | VA0001688403 | 1996 |

3. The registrations were issued in 1988, 1990 and 1996 and Plaintiffs do not have the original certificates.

4. The United States Copyright Office issues registrations and those registrations can be looked up online by the Defendants and the link for that https://www.copyright.gov/public-records/.

5. Litigation support is available through the U.S. Copyright office at https://www.copyright.gov/rrc/litigation.html.

6. All of the foregoing information can be obtained by the Defendants using the referenced links to the Copyright Office website.

7. In the Complaint Plaintiffs provided the protected works, the registrations numbers and the date the Copyright Office provided the registrations.

8. Defendants do not deny that and they fail to state why that information and the online availability of the information are insufficient.

9. Defendants fail to state what is insufficient with that information and the Defendants cited cases do not state that information is insufficient and untrue and misstates the copyright registration.

## MEMORANDUM OF LAW

The United States government has exclusive jurisdiction over intellectual property law. [The Congress shall have Power . . . ] To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the

exclusive Right to their respective Writings and Discoveries. Article I Section 8 Clause 8 of the United States Constitution.

## SUMMATION

Defendants have failed to provide anything that would support a claim that the information provided, obtained through the online Copyright Office and referenced herein, is incorrect. No other person or entity has sought to intervene in the case to assert ownership of the copyrights. Plaintiffs have produced the only responsive document in their possession.

The Motion to Compel seeks information as readily available to the Defendants as it is the Plaintiffs and, for the reasons stated above, the Motion to Compel should be denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed with CM/ECF that would have serve copy on the Defendants' Counsel on September 7, 2022 and served via email on Leigh McMillan Williams.

Respectfully submitted,

/s/ Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Merritt Law P.A.
690 S. Tamiami Trail
Osprey Florida 34229