

Leigh McMillan <mcmillan.esq@gmail.com>

## Re: federal discovery overdue
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>	Wed, Oct 26, 2022 at 5:35 PM
To: Jack Merritt <jmerritt@merrittlaw.net>, Merritt Law Office <office@merrittlaw.net>, Wendy Newsome <wnewsome@merrittlaw.net>

Jack, I'm still waiting on the copyright registration certificates the judge ordered to be produced.

When can I expect them?

Thanks,

Leigh

**EX. 1**