UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,

v.

VANGUARD PRODUCTIONS, LLC, and JESSE DAVID SPURLOCK,

    *Defendants*.

_____/

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK Reply to HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC's Response [DE 34] to Defendants' motion to sanction Plaintiffs [DE 32] for Plaintiffs' failure to comply with the Court's Order [DE 25] to produce documents as follows:

**FACTS WARRANTING SANCTIONS**

1. <u>Plaintiffs do not deny that</u>:

    (i) they have failed to produce a) the original copyright certificates for each image Plaintiffs claim Defendants infringed Plaintiffs' copyrighted image or b) agreements transferring copyright ownership to Plaintiffs after the Court granted Defendants' Motion to Compel Production [DE 23] by Order issued September 7, 2022 [DE 25]

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

    (ii)    they failed to respond to Defendants' email dated October 26, 2022 [DE 23-1], asking Plaintiffs when the copyright certificates would be produced

    (iii)    certificate(s) of copyright registration is a prerequisite to a suit to enforce a copyright. (See 17 U.S.C. § 411(a) (Providing registration of copyright as necessary for civil litigation infringement claims))

    (iv)    they failed to advise Defendants in their responses to requests for production that they had no recorded transfer of copyright ownership. Plaintiffs waited until responding [DE 34] to Defendants' motion for sanctions [DE 32] to state that they have no such documents, which constitutes discovery abuse.

2. <u>Plaintiffs admit</u> that despite the Court's Order [DE 23], issued September 2, 2022, no attempt to obtain copies of copyright registration was made as of the parties' November 6, 2022 telephone conversation. Plaintiffs failed to show whether copies of the copyright registrations in question have even been ordered yet.

3. <u>Plaintiffs' denial</u> of receipt of service of Defendants' motion for sanctions [DE 32] is belied by the CM/ECF notice of filing, with hyperlink to the motion, was addressed to Plaintiffs' counsel at <<u>office@merrittlaw.net</u>>. (See, Ex. 1)

4. All of the above facts demonstrate willful disobedience of the Court's Order (in addition to the applicable rules and legal authorities), constituting sanctionable behavior.

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

## **CONCLUSION**

5.  For the reasons set forth above, Defendants request this matter be stayed until copyright registration certificates are produced, pursuant to Fed. R. Civ. Pro. 37(b)(2)(A)(iv), in addition to an award of expenses, including attorney's fees, pursuant to Fed. R. Civ. Pro. 37(b)(2)(C).

DATED: NOVEMBER 28, 2022

Respectfully submitted,

/s/:   *Leigh M. Williams*

Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*