Case 8:22-cv-00581-WFJ-AEP Document 35-1 Filed 11/28/22 Page 1 of 1 PageID 183

11/28/22, 9:18 AM Gmail - Activity in Case 8:22-cv-00581-WFJ-AEP Frazetta et al v. Vanguard Productions, LLC et al Motion for Sanctions



Leigh McMillan <mcmillan.esq@gmail.com>

## Activity in Case 8:22-cv-00581-WFJ-AEP Frazetta et al v. Vanguard Productions, LLC et al Motion for Sanctions

1 message

**cmecf_flmd_notification@flmd.uscourts.gov** <cmecf_flmd_notification@flmd.uscourts.gov>  Tue, Nov 1, 2022 at 5:26 PM
To: cmecf_flmd_notices@flmd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by McMillan, Patricia on 11/1/2022 at 6:26 PM EDT and filed on 11/1/2022

**Case Name:** Frazetta et al v. Vanguard Productions, LLC et al
**Case Number:** 8:22-cv-00581-WFJ-AEP
**Filer:** Jess David Spurlock
Vanguard Productions, LLC
**Document Number:** 32

**Docket Text:**
**MOTION for Sanctions** *Against Plaintiffs for Failure to Comply With Court's Order to Produce Documents* **by All Defendants. (Attachments: # (1) Exhibit Oct. 26 email RE overdue discovery)(McMillan, Patricia)**

**8:22-cv-00581-WFJ-AEP Notice has been electronically mailed to:**

Jack William Merritt &nbsp &nbsp office@merrittlaw.net

Patricia Leigh McMillan &nbsp &nbsp mcmillan.esq@gmail.com

**8:22-cv-00581-WFJ-AEP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=11/1/2022] [FileNumber=22558626-0] [642304293819d7d63630d7d71f2715b8aa83f7694af9178c160da20cc77311b637 f1ca14d4e1ebb66bff6067a3c82d6bf207e36d4abf6fc6df86c930d14c6fa6]]
**Document description:** Exhibit Oct. 26 email RE overdue discovery
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=11/1/2022] [FileNumber=22558626-1] [794a8aeb9dc77b1883835261877cac4d71e66b2f9bdc0f40a669129467d77f8454 24fda8db4709f0bf3074dc779345592750c1fbd2144c2027deb51672755a67]]

EX. 1