UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA
and FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

    Defendants.
_____/

**NOTICE OF MEDIATION
(VIA ZOOM PLATFORM)**

**PLEASE TAKE NOTICE** that Mediation has been scheduled before the undersigned Mediator and will take place via Zoom platform. The Zoom information will be provided by the Mediator prior to the scheduled mediation.

MEDIATOR:            Manuel Menendez, Jr., Esq.

TIME/DATE:           1:00 p.m., March 24, 2023 (1/2 day reserved)

PLACE:               Via Zoom Platform

PLEASE GOVERN YOURSELF ACCORDINGLY.

                        **MERRITT LAW, P.A.**

                        /s/ Jack W. Merritt
                        Jack W. Merritt, JD, MBA
                        FBN: 0052248
                        Mediterranea Professional Park
                        690 S Tamiami Trail

Osprey FL 34229
941.445.4841 (Tel)

office@merrittlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2023 a true and correct copy of the foregoing Notice was filed with the United States District Court for the Middle District of Florida through CM/ECF and furnished to Leigh McMillan Williams, Esq. at mcmillan.esq@gmail.com, 18126 Cerca Piedra, San Antonio, TX 78259-3530, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.

Dated: March 13, 2023        **MERRITT LAW PA**

/s/ Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Mediterranea Professional Plaza
690 South Tamiami Trail
Osprey, FL 34229

office@merrittlaw.net