UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETA,
HEIDI L. FRAZETTA and
FRAZETTA PROPERTIE, LLC,
     Plaintiffs,

v.                           Case No. 8:22-cv-581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC,
and JESSE DAVID SPURLOCK
     Defendants.
_____/


## <u>MEDIATION REPORT</u>

      The parties held a mediation conference on March 24, 2023, and the results of that conference are indicated below.

### 1. Attendance

The following participants attended the mediation conference:

☑ lead counsel

☑ the parties or a party's surrogate satisfactory to the mediator

☐  any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

<u>Note:  The Order Appointing Mediator and Scheduling Mediation (entered on March 14, 2023), provides that "Effective 2/1/23, the Court does not allow mediation by telephone or video conference. Personal attendance is required."  That scheduling order was never provided to the Mediator. The Mediator only became aware of the</u>

Mediation scheduling on the eve of the Mediation upon receipt of a Mediation Statement from counsel for the Defendants, who advised that she would need to appear via Zoom as she was quarantined at home in Midland, Texas.  No scheduling notification or mediation statement was received from Plaintiffs' counsel who apparently was experiencing technical issues with his email. Thus on the eve of the mediation, the mediator provided log-in information for a Zoom video conference.  The mediation conference was attended by all counsel and parties via Zoom.

## 2. Outcome

Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even it the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☑ The parties have reached an impasse.

Note:  At the conclusion of the March 24, 2023, mediation conference the parties agreed to continue the mediation conference until March 30, 2023. However on March 29, 2023, counsel for the Plaintiffs emailed that he did not see the need to try to have another mediation or an extension of

it at this time, but that additional mediation might be appropriate at some future date. Accordingly, the continuation of the mediation for March 30, 2023, was cancelled, and an impasse declared.

Reported on March 30, 2023, in Tampa, Hillsborough County, Florida.

            s/ Manuel Menendez, Jr.
            Signature of Mediator

            Manuel Menendez, Jr.
            m.menendezjr@gmail.com
            813-245-8343
            Mailing Address:
            3225 S. MacDill Ave., Ste. 129-204
            Tampa, FL 33629

Cc via email:

Jack William Merritt, Esq., office@merrittlaw.net
Attorney for Plaintiffs

Leigh Williams, Esq., mcmillan.esq@gmail.com
Attorney for Defendants