UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
and FRAZETTA PROPERTIES, LLC,

                  *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, and
JESSE DAVID SPURLOCK,

                  *Defendants.*

_____/

## DEFENDANTS' COUNSEL'S VERIFIED MOTION TO APPEAR AT PRE-TRIAL CONFERENCE VIA ZOOM

COUNSEL for VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK respectfully requests permission to appear via ZOOM at the Pre-Trial Conference set for June 15, 2023, and as grounds in support, would show as follows:

1.    The undersigned has a long-standing appointment with her doctor on June 15, 2023, in Dallas, Texas, the date to which Pre-Trial Conference is set. [DE 44].

2.    The undersigned has quarterly appointments with her physician to monitor a chronic medical condition, and rescheduling this appointment for a date in June is difficult, as her physician's schedule is booked at least a month in advance.

3.    The undersigned asks permission to appear via ZOOM if this would not be a hardship, inconvenience, or problematic for the Court. This request is made in good faith and not for the purpose of the undersigned's convenience.

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

4.      For the reasons set forth above, Defendants' counsel respectfully requests this Honorable Court permit her to appear via ZOOM at the June 15, 2023 Pre-Trial Conference in this matter.

DATED:  MAY 29, 2023                    Respectfully submitted,

                          /s/:   *Leigh M. Williams*
                                 _____
                                 Leigh M. Williams, Esq.
                                 Fla. Bar No. 624543
                                 1701 W. Kansas Ave.
                                 Midland, TX 79701
                                 E-mail: mcmillan.esq@gmail.com
                                 Tel. No.: 210 209-3030
                                 *Attorney for Defendants*

## **VERIFICATION**

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.  Executed on May 29, 2023.

               s/:   *Leigh M. Williams*
                     _____
                     Leigh M. Williams, Esq.

## **CERTIFICATE OF GOOD FAITH CONFERRAL**

I HEREBY CERTIFY that a good faith effort to confer with counsel for Plaintiffs to obtain his non-opposition or opposition to this motion was made, pursuant to Local Rule 3.01(g), prior to filing this motion.

               /s/:   *Leigh M. Williams*
                      Leigh M. Williams, Esq.