## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

### CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, and FRAZETTA
PROPERTIES, LLC,

      Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

      Defendants.

_____/

### NOTICE OF REVISED DUE DATE FOR PRETRIAL STATEMENT

**PLEASE TAKE NOTICE** that the Pre-Trial Statement that was due on June 1, 2023 has been moved to June 6, 2023.

An Order was received, rescheduling the Pre-Trial Conference from June 8, 2023 to June 15 2023. During a call by the firm's paralegal on June 1, 2023 just before noon, with Judge Jung's chambers, a request was made and the chambers confirmed that the Pre-Trial Statement could be moved from June 1, 2023 to June 6, 2023.

**MERRITT LAW, P.A.**

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN: 0052248
Mediterranea Professional Park
690 S Tamiami Trail
Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023 a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq. at mcmillan.esq@gmail.com, 1701 W. Kansas Ave., Midland, TX 79701-5909, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.


Dated: Sarasota, Florida
      June 1, 2023          Merritt Law P.A.
                        Mediterranea Professional Park
                        690 S. Tamiami Trail
                        Osprey FL 34229
                        (941) 445-4841
                        Counsel for Plaintiffs

                  By: /s/ Jack W. Merritt
                        Florida Bar No. 0052248
                        office@merrittlaw.net