UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FED. R. CIV. P. 6 MOTION TO EXTEND TIME**

Pursuant to Fed. R. Civ. P. 6, PLAINTIFFS HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC and DEFENDANTS VANGUARD PRODUCTIONS, LLC and JESS DAVID SPURLOCK, jointly move the Honorable Court to extend the time to complete the Joint Pretrial Statement from June 6, 2023 to June 7, 2023. The parties' attorneys were working cooperatively to complete the Statement and expected to have it completed before the end of June 6, but that did not occur. Although nearly complete, the parties require the enlargement time and will complete the Statement today.

The parties had discussed filing a joint motion, but Plaintiffs have been unable to reach Defendants' counsel.

MEMORANDUM OF LAW Federal Rule of Civil Procedure 6 provides "1) In General. When an act may or must be done within a specified time, the court may,

for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested and extend the time to comply with completion of the Pretrial Statement to June 7, 2023, and for such other and further relief as the Court deems appropriate and justice.

DATED: JUNE 7, 2023

        Respectfully submitted,

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on attorney for Defendants Leigh M. Williams, Esq. on June 7, 2023, via the CM/ECF service.

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        Attorney for Plaintiffs