UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## PLAINTIFFS' EXHIBIT LIST

☐ Government ☒ Plaintiff(s) ☐ Defendant(s) ☐ Court ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Frazetta Book Cover Art – Definitive Reference |
| 2 | | | | Frazetta The Definitive Reference (Vanguard Classics) Paperback – Illustrated, November 19, 2008 |
| 3 | | | | Copyright Registration Death Dealer II |
| 4 | | | | Copyright Registration Death Dealer V |
| 5 | | | | Copyright Registration Death Dealer VI |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **6** | | | | Printed Image of Death Dealer II |
| **7** | | | | Printed Image of Death Dealer V |
| **8** | | | | Printed Image of Death Dealer VI |
| **9** | | | | Cease and Desist Letter to Defendants |
| **10** | | | | Confirmation of Email Delivery of Cease and Desist Letter |
| **11** | | | | David Spurlock post on Fair Use Doctrine |
| **12** | | | | David Spurlock post on Creator's Rights |
| **13** | | | | Frazetta Two Book Publishing Agreement |
| | | | | |
| | | | | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS

| Trial Ex. No. | Exhibit Name | Defendants' Objections |
|---|---|---|
| 2 | *Frazetta The Definitive Reference* (Vanguard Classics) Paperback – Illustrated, November 19, 2008 | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |
| 5 | Copyright Registration Death Dealer VI | F.R.E. 402 Relevance |
| 8 | Printed Image of Death Dealer VI | F.R.E. 402 Relevance |
| 9 | Cease and Desist Letter to Defendants | Authentication: exhibit has not been properly authenticated F.R.E. 901 |
| 10 | Confirmation of Email Delivery of Cease-and-Desist Letter | Authentication: exhibit has not been properly authenticated F.R.E. 901 |
| 11 | David Spurlock post on Fair Use Doctrine | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |
| 12 | David Spurlock post on Creator's Rights | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |
| 13 | Frazetta Two Book Publishing Agreement | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Holly J Frazetta, Heidi L Frazetta,
and Frazetta Properties, LLC

                         Case No. 8:22-cv-00581-WFJ

        Plaintiffs,

v.

Vanguard Productions, LLC,
and Jesse David Spurlock,

        Defendants.
_____

**EXHIBIT LIST**

☐ Government    ☐ Plaintiff(s)    ☒ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | *Frazetta Book Cover Art – Definitive Reference* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## PLAINTIFFS' RULE 26(a)(3) TRIAL WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs submit the following witnesses whom they expect to present at trial and witnesses whom Plaintiffs may call if the need arises. The list does not include the names of any rebuttal witnesses.

Expect to Call:

J. David Spurlock
Individually and in Capacity as Sole Member of Vanguard Productions LLC
705 Rancho Drive
Mesquite, TX  Tel. 908 391-0937

Holly J. Frazetta
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

# EXHIBIT C

Heidi L. Frazetta
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

Joseph Weber
Frazetta Properties, LLC
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

<u>May Call</u>:

Any witness disclosed in Defendants' Trial Witness List

DATED: JUNE 6, 2023

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, Esq.
FBN: 0052248
690 S. Tamiami Trail
Osprey FL 34229
Office Number: (941) 445.4841
Attorney for Plaintiffs Frazetta Properties, LLC,
Heidi Frazetta and Holly Frazetta

# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' RULE 26(a)(3) TRIAL WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants submit the following witnesses whom they expect to present at trial and witnesses whom Defendants may call if the need arises. The list does not include the names of any rebuttal witnesses.

<u>Expect to Call</u>:

J. David Spurlock
Vanguard Productions, LLC
705 Rancho Drive
Mesquite, TX
Tel. 908 391-0937

Holly J. Frazetta
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

**EXHIBIT D**

Defendants' Trial Witness List
Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.
Case No. 8:22-cv-00581 WFJ-AEP

Heidi L. Frazetta
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

Joseph Weber
Frazetta Properties, LLC
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

<u>May Call</u>:

Any witness disclosed in Plaintiffs' Trial Witness List

DATED: JUNE 5, 2023

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*

**EXHIBIT D**

Page **2** of **2**