UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' OBJECTION TO PRE-TRIAL STATEMENT AS FILED BY PLAINTIFFS

VANGUARD PRODUCTIONS, LLC and JESSE DAVID SPURLOCK object to the "Joint" Pre-Trial Statement [DE 51] filed by Plaintiffs and would show as follows:

1. Defendants drafted the wording of the pre-trial statement except Sections 3a, 7, and 11 c ("*Whether Defendants infringement of the Copyright protected works constituted Fair Use"*), which were drafted by Plaintiffs.

2. Defendants objected to the inclusion of Section 11c each time Plaintiffs sought to include it during the drafting of the statement, as Defendants have consistently argued fair use, denying Plaintiffs' allegation of copyright infringement.

3. After Defendants' counsel signed the final draft of the Joint Pre-Trial Statement and emailed it to Plaintiffs, Plaintiffs re-inserted the objectionable section into the agreed-upon version and filed it as the parties' Joint Pre-Trial Statement [DE 51] without Defendants' counsel's knowledge or consent.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

4. Additionally, the Exhibits attached to the Pre-Trial Statement are not the versions agreed to by the undersigned, which is probably an inadvertent error, but nonetheless objected to.

WHEREFORE, Defendants demand Plaintiffs immediately withdraw this filing [DE 51 and 51-1] and file the version of the Joint Pre-Trial Statement and Exhibits agreed to and signed by Defendants' counsel as emailed to Plaintiffs, correctly represented in Exhibit A hereto.

DATED: JUNE 7, 2023

Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*