**Gmail**

Leigh McMillan <mcmillan.esq@gmail.com>

---

## Re: 5th Version of Pretrial
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>                                   Wed, Jun 7, 2023 at 4:57 PM
To: "Jack Merritt, Attorney" <jmerritt@merrittlaw.net>
Cc: "Wendy Newsome, Paralegal" <wnewsome@merrittlaw.net>

OK, I slightly revised some wording to be consistent with the rest of the PTS, so review it thoroughly to make sure you
agree, and I attach here with my signature.

*Leigh*

Leigh M. Williams, Esq.
210 209-3030

CONFIDENTIALITY NOTICE: This message, including any attachments, may contain confidential, proprietary, privileged and/or private information. The
information is intended to be for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the
sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments
by an individual or entity other than the intended recipient is prohibited.


On Wed, Jun 7, 2023 at 4:19 PM Jack Merritt, Attorney <jmerritt@merrittlaw.net> wrote:

> Leigh,
>
>
> Attached is the 5th and final revision in Word format.  When you esign it, keep it in word format and email to me so that
> I can do the same.
>
>
> Jack

---

📄 **2023-06-07 Joint PreTrial Statement 6th revision.docx**
36K

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

            *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

            *Defendants.*

_____/

## JOINT PRE-TRIAL STATEMENT

Pursuant to the Court's Case Management and Scheduling Order [DE 22] and Local Rules 1.05 and 3.06, the Parties submit their Joint Pre-Trial Statement:

**(1)**     **Basis of Federal Jurisdiction**

United States Copyright Act of 1976, 17 U.S.C. § 101, et seq.

**(2)**     **Statement of the Nature of the Action**

Plaintiffs claim Copyright Infringement under the United States Copyright Act of 1976, 17 U.S.C. § 101, et seq., arising from Defendants' unauthorized reproduction of images of paintings by the late artist Frank Frazetta in "*Frazetta Book Cover Art - Definitive Reference.*" ("the Book")

Joint Pre-Trial Statement
Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.
Case No. 8:22-CV-00581 WFJ-AEP

**(3)**    **Statement of Each Party's Case**

    **a.**  **Plaintiffs' Statement of the Case**

Defendants violated the United States Copyright Act of 1976 as amended (the "Copyright Act").  Defendants do not deny they published images owned by Plaintiffs in the book they published <u>Frazetta Book Cover Art – Definitive Reference</u> without permission and agreement by Plaintiffs.

Defendants have had a litigious relationship with the late Frank Frazetta, Sr. That relationship has continued when Plaintiff Frazetta Properties, Inc. terminated an agreement with Defendants because they had not complied with the terms of the agreement by failing to provide sales reports, royalty payments and failed to comply with Frazetta Properties demand for it to conduct an audit of Defendants records.  As a result of the termination by Frazetta Properties, Defendants Spurlock and Vanguard filed a lawsuit against Frazetta Properties in the Circuit Court for Sarasota County, Florida, case number: 2019 CA 001718 NC, and they continued to sell the books and failed to provide reports and royalty on the books the termination of their agreement with Frazetta Properties prohibits.  The case is scheduled for a jury trial in December 2023.

Defendants Spurlock and Vanguard do not deny the publication was made without the permission of Plaintiffs, but claim they were allowed to infringe the copyrights under the fair use doctrine.  Plaintiffs dispute Defendants complied with the fair use doctrine and that the book is nothing like the Frazetta The Definitive

Reference – Illustrated, November 19, 2008 by James Bond (Author), David
Winiewicz (Author).

Defendants reliance on the Fair Use Doctrine is improper and misplaced. The
four factors require that all be considered. The factors are (a) the purpose and character
of the use; (b) the nature of the work, (c) The amount and substantiality of the portion
used in relation to the work as a whole, and (d) the effect of the use on the market or
potential market for the original work. All four factors must be considered. For
example, stating the book was published for educational purposes is not enough. The
Defendants' infringement of Plaintiffs' Copyrights in the listed works is not protected
or exempt from Copyright Infringement because they have failed to comply with the
narrow provisions of the Fair Use Doctrine.

Defendant David Spurlock was sent the cease and desist letter attached to the
Complaint via email and United States Postal Service mail. In response to a
production request, Plaintiffs produced evidence the email was delivered to Defendant
Spurlock's email address. The letter mailed to Defendant Spurlock was not returned
as undeliverable by the Postal Service.

### b. Defendants' Statement of the Case

*Frazetta Book Cover Art - Definitive Reference* (the "Book") is a 168-page
biographical reference work focusing on artist Frank Frazetta's career as an illustrator
of book covers from 1962 through 1991.

Plaintiffs claim copyright ownership of the art used by the various publishers on the book covers, not the book cover images.

The Book, divided into six chapters and arranged in chronological order of publication, features 186 color images of book covers and illustrations created by Frank Frazetta to be used for publication of novels by Edgar Rice Burroughs, L. Ron Hubbard, Robert E. Howard, and others.

The Book, including endpapers and covers, comprises approximately 16000 square inches of text, graphics, and images. The two book cover images using Frank Frazetta cover art comprise a total of 85 square inches, or approximately one half of one percent (0.53%) of the Book.

Mr. Spurlock, sole member of Vanguard, has an acclaimed, 40-50-year-long career educating the public on art, has been a lecturer in state and private universities, is a frequent guest lecturer on Frank Frazetta's art, life, and career at conventions, gallery showings, and other public events; has served as an expert witness, consultant, and appraiser of Frank Frazetta's art.

Mr. Spurlock has authored and published approximately fifty books under his Vanguard imprint. Vanguard is a publisher of books focused on the careers of artists and illustrators, seven of which feature the art of Frank Frazetta.

Mr. Spurlock, who enjoyed a long history of working with Frank Frazetta, authored the Book's text containing historical information on Frank Frazetta's art, life, and career; scholarly commentary; captions providing historical information on the

publisher, the novel, and the title of the paintings accompanying each image; and quotes by Frank Frazetta and art historians commenting on Mr. Frazetta's art gathered from Vanguard's archives.

The Book, a scholarly reference work on Frank Frazetta's life, art, career, and legacy, is a transformative work falling within the scope of 17 U.S.C. § 107 "Fair Use" protection against a 17 U.S.C. § 106 copyright infringement claim.

Neither Mr. Spurlock nor Vanguard received a "Cease and Desist Letter" prior to being served with Summons and Complaint in this matter.

**(4)** **List of All Exhibits**

    a. Plaintiffs' List of Exhibits with Defendants' Objections is attached as **Exhibit A**

    b. Defendants' List of Exhibits with no Objections by Plaintiffs is attached as **Exhibit B**

**(5)** **List of Witnesses Who May be Called at Trial:**

    a. Plaintiffs' Witness List, with the likelihood of each witness who will testify, with no Objections by Defendants, is attached as **Exhibit C**

    b. Defendants' Witness List, with the likelihood of each witness who will testify, with no Objections by Plaintiffs, is attached as **Exhibit D**

**(6)** **List of Each Expert Witness:**

Neither party designated expert witnesses.

**(7)** **Plaintiffs' Statement of Type and Amount of Monetary Damages:**

Plaintiffs seek statutory damages as provided in 17 U.S. Code § 504(c).

**(8)**     <u>List of Each Deposition Offered In Lieu of Live Testimony</u>:

No depositions were taken by either party in this case.

**(9)**     <u>Statement of Admitted Facts</u>:

a.     Previously published book covers containing Frank Frazetta art titled

"*Death Dealer II*" and "*Death Dealer V*" were reproduced in *Frazetta Book Cover Art -*

*Definitive Reference* without Plaintiffs' permission, agreement, or compensation.

**(10)**     <u>Statement of Agreed Principle of Law</u>:

United States Copyright Act of 1976, 17 U.S.C. § 101, et seq.

**(11)**     <u>Statement of Issues of Fact Remaining to be Litigated</u>:

a.     Whether Plaintiffs own the copyrights claimed.

b.     Whether Plaintiffs sent Defendants a "Cease and Desist" letter prior to

commencing this lawsuit.

**(12)**     <u>Statement of Issues of Law Remaining to be Determined by the Court</u>:

a.     Under Count I, whether Plaintiffs are entitled to a temporary or

permanent injunction if Defendants are found to have directly infringed on any

copyright protection alleged by Plaintiffs.

b.     Under Count II, whether Defendants' reproduction, without Plaintiffs'

permission, of two images of Frank Frazetta artwork displayed on previously

published book covers constitutes copyright infringement under 17 U.S.C. § 106.

Joint Pre-Trial Statement
Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.
Case No. 8:22-cv-00581 WFJ-AEP

c.      Under Count III, whether Defendants intentionally induced or encouraged direct infringement by others, constituting contributory copyright infringement.

d.      Under Count IV, whether Defendants vicariously profited from another's direct infringement while declining to exercise a right to stop or limit it, constituting vicarious copyright infringement.

e.      Under Count V, whether Defendants demonstrated an active and knowing aiding and abetting another's direct infringement by 1) advertising an infringing use; 2) instructing others on how to engage in an infringing use; 3) demonstrating an affirmative intent that the two images in question be used to infringe, encourage infringement, or other "active step," to constitute inducement of copyright infringement.

f.      Whether Defendants' book constitutes a "transformative" work falling within the scope of 17 U.S.C. § 107's "Fair Use" factors and is not an infringement of any copyright protection claimed by Plaintiffs.

**(13)   List of Each Pending Motion or Other Unresolved Issue:**

On September 7, 2022, Plaintiffs were ordered [DE 25] to produce original certificates of copyright registration or certificates of transfer for each image Plaintiffs allege ownership.

**(14)    Statement of the Usefulness of Further Settlement Discussions:**

The parties are amenable to further settlement discussions during the pendency of this matter.

**DATE:        JUNE 7, 2023**

**CERTIFICATION:**

In preparing this final pretrial statement, I have aimed for the just, speedy, and inexpensive resolution of this action.

/s/ _____

Jack W. Merritt, Esq.
Fla. Bar No: 0052248
690 S. Tamiami Trail
Osprey, FL 34229
Tel.:  941 445-4841
e-mail: office@merrittlaw.net
*Attorney for Plaintiffs*

/s/ *Leigh M. Williams*

Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
Tel.: 210 209-3030
e-mail mcmillan.esq@gmail.com
*Attorney for Defendants*

 Gmail

Leigh McMillan <mcmillan.esq@gmail.com>

## RE: Attaching Exhibits A, B, C, and D in final form
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>                                                                    Wed, Jun 7, 2023 at 5:17 PM
To: Jack Merritt <jmerritt@merrittlaw.net>, Merritt Law Office <office@merrittlaw.net>, Wendy Newsome
<wnewsome@merrittlaw.net>

Here they are!

*Leigh*

Leigh M. Williams, Esq.
210 209-3030

CONFIDENTIALITY NOTICE: This message, including any attachments, may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

---

**4 attachments**

 **Ex C Plaintiff Witness List.pdf**
67K

 **Ex B Defendants Trial Exhibit List.pdf**
117K

 **Ex D Defendants Trial Witness-List.pdf**
166K

 **Ex A Plaintiffs Exhibit List and Def. Objections.pdf**
128K

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

          *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

          *Defendants.*

_____/

**EXHIBIT LIST**

☐ Government    ☒ Plaintiff(s)    ☐ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Frazetta Book Cover Art – Definitive Reference |
| 2 | | | | Frazetta The Definitive Reference (Vanguard Classics) Paperback – Illustrated, November 19, 2008 |
| 3 | | | | Copyright Registration Death Dealer II |
| 4 | | | | Copyright Registration Death Dealer V |
| 5 | | | | Copyright Registration Death Dealer VI |

**EXHIBIT A**

| 6 | | | | Printed Image of Death Dealer II |
|---|---|---|---|---|
| 7 | | | | Printed Image of Death Dealer V |
| 8 | | | | Printed Image of Death Dealer VI |
| 9 | | | | Cease and Desist Letter to Defendants |
| 10 | | | | Confirmation of Email Delivery of Cease and Desist Letter |
| 11 | | | | David Spurlock post on Fair Use Doctrine |
| 12 | | | | David Spurlock post on Creator's Rights |
| 13 | | | | Frazetta Two Book Publishing Agreement |
| | | | | |
| | | | | |

**EXHIBIT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

               *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

               *Defendants.*

_____/

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS**

| Trial Ex. No. | Exhibit Name | Defendants' Objections |
|---|---|---|
| 2 | *Frazetta The Definitive Reference* (Vanguard Classics) Paperback – Illustrated, November 19, 2008 | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |
| 5 | Copyright Registration Death Dealer VI | F.R.E. 402 Relevance |
| 8 | Printed Image of Death Dealer VI | F.R.E. 402 Relevance |
| 9 | Cease and Desist Letter to Defendants | Authentication: exhibit has not been properly authenticated F.R.E. 901 |
| 10 | Confirmation of Email Delivery of Cease-and-Desist Letter | Authentication: exhibit has not been properly authenticated F.R.E. 901 |
| 11 | David Spurlock post on Fair Use Doctrine | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |

| 12 | David Spurlock post on Creator's Rights | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |
| 13 | Frazetta Two Book Publishing Agreement | F.R.E. 402 Relevance<br>F.R.E. 403 Misleading; undue prejudice; confusion of issues; waste of time |

**EXHIBIT A**

Page **2** of **2**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Holly J Frazetta, Heidi L Frazetta,
and Frazetta Properties, LLC

Case No. 8:22-cv-00581-WFJ

       Plaintiffs,

v.

Vanguard Productions, LLC,
and Jesse David Spurlock,

       Defendants.

_____

**EXHIBIT LIST**

☐ Government  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | *Frazetta Book Cover Art – Definitive Reference* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

        *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

        *Defendants.*

_____/

## PLAINTIFFS' RULE 26(a)(3) TRIAL WITNESS LIST

    Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs submit the following witnesses

whom they expect to present at trial and witnesses whom Plaintiffs may call if the

need arises. The list does not include the names of any rebuttal witnesses.

Expect to Call:

J. David Spurlock
Individually and in Capacity as Sole Member of Vanguard Productions LLC
705 Rancho Drive
Mesquite, TX Tel.
908 391-0937

Holly J. Frazetta
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

# EXHIBIT C

Heidi L. Frazetta
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

Joseph Weber
Frazetta Properties, LLC
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

<u>May Call</u>:

Any witness disclosed in Defendants' Trial Witness List

DATED: JUNE 6, 2023

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, Esq.
FBN: 0052248
690 S. Tamiami Trail
Osprey FL 34229
Office Number: (941) 445.4841
Attorney for Plaintiffs Frazetta Properties, LLC,
Heidi Frazetta and Holly Frazetta

# EXHIBIT C

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

                *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

                *Defendants.*

_____/

## **DEFENDANTS' RULE 26(a)(3) TRIAL WITNESS LIST**

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants submit the following witnesses whom they expect to present at trial and witnesses whom Defendants may call if the need arises. The list does not include the names of any rebuttal witnesses.

Expect to Call:

J. David Spurlock
Vanguard Productions, LLC
705 Rancho Drive
Mesquite, TX
Tel. 908 391-0937

Holly J. Frazetta
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

**EXHIBIT D**

Defendants' Trial Witness List
Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.
Case No. 8:22-CV-00581 WFJ-AEP

Heidi L. Frazetta
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

Joseph Weber
Frazetta Properties, LLC
c/o Jack Merritt, Esq.
MERRITT LAW, P.A.
690 S. Tamiami Trail
Osprey, FL 34229
Tel. 941 445-4841

<u>May Call</u>:

Any witness disclosed in Plaintiffs' Trial Witness List

DATED: JUNE 5, 2023

/s/:     *Leigh M. Williams*
        _____
        Leigh M. Williams, Esq.
        Fla. Bar No. 624543
        1701 W. Kansas Ave.
        Midland, TX 79701
        E-mail: mcmillan.esq@gmail.com
        Tel. No.: 210 209-3030
        *Attorney for Vanguard Productions, LLC,*
        *and J. David Spurlock*

**EXHIBIT D**

Page **2** of **2**