**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:  8:22-cv-581-WFJ-AEP | DATE:   June 15, 2023 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **HOLLY JEAN FRAZETTA, ET AL.,**<br><br>     **Plaintiffs**<br><br>v.<br><br>**VANGUARD PRODUCTIONS, LLC, et al.,**<br><br>     **Defendants** | **PLAINTIFF COUNSEL**<br>Jack Merritt<br><br><br><br><br><br>**DEFENDANT COUNSEL**<br>Leigh McMillan-Williams | |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:**  9:02 am – 9:11 am<br>**TOTAL:**  9 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**     FINAL PRETRIAL CONFERENCE

Court in Session.

Plaintiff Counsel advised updates on Trial Status.

Defense Counsel advised updates on Trial Status.

The Court discusses Trial Calendar with Counsel.

The Court will send separate notice regarding date certain.