UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

          *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

          *Defendants.*

_____/

## **PLAINTIFFS' MOTION FOR CONTINUANCE**

Plaintiffs undersigned counsel files this Motion for Continuance for the trial scheduled to begin on July 17 to July 31, 2023, because counsel has jury duty to begin on July 17, 2023.

1.      This is filed in accordance with Local Rule 3.08 Continuance, of the Local Rules of the U.S. District Court for the Middle District of Florida, Tampa Division.

2.      During the final pretrial conference held on June 15, 2023, his Honor Judge Jung asked whether there would be any issue should the case be scheduled to begin on July 17, 2023.

3.      Jack Merritt, undersigned counsel for Plaintiffs, advised Judge Jung and Defendants' Attorney that he had jury duty in Sarasota County Circuit Court scheduled to begin on July 17, 2023, and although the cases usually last no more than

a week, the last trial Wendy Newsome, paralegal with Mr. Merritt, served on was a double murder jury trial that required two weeks.

4.     After brief discussion, Judge Jung stated that he would review his docket calendar with Ms. Bedell regarding scheduling the trial.

5.     Mr. Merritt contacted Sarasota County juror services on July 11, 2023, to confirm whether he was to appear for Jury Duty, and was told that he was to report for Jury Duty on July 17, 2023.

6.     Ms. McMillan Williams, attorney for Defendants, also wrote an email stating that she would agree to the Continuance provided that dispositive Motions could be filed.

7.     Since the conflict is between the Trial of this case and Jury Duty and was disclosed on June 15, 2023, and it is unclear how Defendants' attorney would object to it.

8.     Undersigned counsel sent an email to Ms. McMillan Williams today stating that he was available to talk with her at noon Central Time, on July 13, 2023, to discuss her request, but, even if a joint motion were filed, Judge Jung could deny it or grant it in his sole discretion.

9.     I spoke with Ms. Bedell today and she advised me that Judge Jung's trial dockets last for one month and the civil trial weeks for civil trial cases begin on July 17, 24, and 31, and the criminal trial week begins on August 7, and Judge Jung's next month-long trial period begins on September 5, 2023.

## MEMORANDUM OF LAW

Local Rule 3.08 Continuance, of the United States District Court for the Middle District of Tampa governs the requirements Moving for a Continuance of Local Rule 3.08.

(a) CONTENT OF A MOTION. A party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict.

(b) CLIENT CONSENT FOR A TRIAL CONTINUANCE. If requesting a trial continuance, trial counsel must certify the client consents to the continuance.

(c) "NOTICE OF UNAVAILABILITY" PROHIBITED. A lawyer or pro se party must not file a "notice of unavailability" or a similar paper.

WHEREFORE, Plaintiffs' undersigned counsel respectfully moves this Court to continue the Trial now scheduled to begin on July 17, 2023, to instead begin on September 5, 2023, or, if that date is unavailable, to begin July 31, 2023.

## CERTIFICATION

Undersigned counsel for Plaintiffs certifies that Plaintiffs consented to the Continuance of the Trial.

Respectfully submitted,

/s/ Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Merritt Law P.A.
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229

Office: 941.445.4841
Email:  office@merrittlaw.net
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was filed on July 12, 2023, through CM/ECF which distributed it to Plaintiffs' attorney Ms. McMillan Williams on July 12, 2023.

/s/ Jack W. Merritt
Jack W. Merritt
FBN:  0052248
Merritt Law P.A.
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
Office: 941.445.4841
Email:  office@merrittlaw.net