UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA ,
HEIDI L. FRAZETTA, AND
FRAZETTA PROPERTIES, LL.,

Plaintiffs,
 vs.                           CASE NO. 8:22-CV-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC, AND
JESS DAVID SPURLOCK
_____/

<u>MOTION TO COMPELL PLAINTIFF'S COUNSEL, JACK W. MERRITT, TO COMPLY WITH RULE 4.02(d) OF THE LOCAL OF THE MIDDLE DISTRICT OF FLORIDA AND PAY HIS PORTION OF THE MEDIATION FEE</u>

      Comes now, Manuel Menendez, Jr., Court-Appointed Mediator in this case and requests the Court enter an order compelling Plaintiff's Counsel, Jack W. Merritt, Esq. to satisfy the Mediation Invoice previously emailed to him March 29, 2023. In support of this motion, Movant states as follows:

1. Movant was appointed as Mediator by order of this Court on March 14, 2023, and a mediation conference was subsequently held on March 29, 2023. A mediation report was filed, and invoices were emailed to the attorneys at the conclusion of the mediation.
2. The Defendants promptly made payment on their invoice.
3. Neither Mr. Merritt nor the individual Plaintiffs have made any payments on the mediation invoice.
4. Mr. Merritt has not responded to several attempts to contact him by email and telephone.
5. A nonjury trial in this case is set for a date certain of July 17, 2023.

      Wherefore the undersigned respectfully requests the Court to order Plaintiff's attorney, Jack W. Merritt, to make payment to the undersigned for the outstanding balance in the mediation invoice in the amount of $1,750.00.

Respectfully submitted, this 12th day of July 2023.

s/ Manuel Menendez, Jr.
Manuel Menendez, Jr., Esq.
Florida Bar # 0150206
Circuit Civil Mediator # 32736R
3225 S. MacDill Av., Ste. 129-204
Tampa, FL 33629

Certificate of Service

I HEREBY CERTIFY that on July 12, 2023 a true and correct copy of the foregoing Motion was filed with the United State District Court for the Middle District of Florida through CM/ECF and furnished to Jack W. Merritt, Esq., attorney for the Plaintiffs, via email at office@merritlaw.net, and to Leigh M. Williams, Esq., attorney for the Defendants, via email at mcmillan,esq@gmail.com.