UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

                *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

                *Defendants.*

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONTINUE TRIAL AND COUNTER-MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

Defendants VANGUARD PRODUCTIONS, LLC and JESSE DAVID SPURLOCK respond in partial objection and partial non-objection to Plaintiffs' motion to continue trial as follows:

1.    Trial has been set in this matter since June 15, 2023. [DIN 55].

2.    Defendants booked flights for Tampa, from Dallas, Texas, on June 15th, and have incurred expense to attend trial in Tampa for July 17 and 18, 2023.

3.    Plaintiffs' counsel's request to continue trial due to jury duty, from which he could have been excused, is not an emergency, as this motion for continuance could have been filed much sooner.

4.    Plaintiffs' counsel's jury duty could have been rescheduled, and still could be rescheduled, thus is not a sufficiently important basis for continuance of trial.

5. However, the undersigned is aware that Plaintiffs' counsel has recently suffered a great loss in his family and is still recovering from a rather severe illness.

6. Accordingly, Defendants would not object to continuance of trial if the Court will allow the parties to submit dispositive motions on all claims alleged.

7. Defendants' motion for summary judgment was not filed before the deadline (March 3, 2023 [DIN 22, CMR]) due to Plaintiffs' failure to produce copies of their copyright registration certificates until March 15, 2023.

8. Plaintiffs were ordered to produce the copyright registration certificates by Court Order dated September 7, 2022. [DIN 25].

WHEREFORE, Defendants will file their motion for summary judgment on all causes of action on or before Tuesday, July 18, 2023, attaching a full-color digital version of Defendants' book should continuance of trial be granted.

DATED:  JULY 12, 2023

Respectfully submitted,

/s/:  *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*