U.S. District Court
Middle District of Florida (Tampa)
CIVIL DOCKET FOR CASE #: 8:22-cv-00581-WFJ-AEP

| | |
|---|---|
| Frazetta et al v. Vanguard Productions, LLC et al<br>Assigned to: Judge William F. Jung<br>Referred to: Magistrate Judge Anthony E. Porcelli<br>Cause: 17:501 Copyright Infringement | Date Filed: 03/13/2022<br>Jury Demand: None<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

**Holly Jean Frazetta**     represented by   **Jack William Merritt**
Merritt Law, PA
690 S Tamiami Trail
Osprey, FL 34229
941/953-4140
Fax: 941/219-4224
Email: office@merrittlaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi Lee Frazetta**     represented by   **Jack William Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frazetta Properties, LLC**     represented by   **Jack William Merritt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vanguard Productions, LLC**     represented by   **Patricia Leigh McMillan**
Leigh McMillan Williams, Esq.
1701 W. Kansas Ave.
Midland, TX 79701-5909
210-209-3030
Email: mcmillan.esq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jess David Spurlock**     represented by   **Patricia Leigh McMillan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Manuel Menendez, Jr.**
*TERMINATED: 03/30/2023*     represented by   **Manuel Menendez , Jr.**
Manuel Menendez, Esq.
3225 S MacDill Ave Ste 129-204
Tampa, FL 33629
813-245-8343
Email: m.menendezjr@gmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 07/13/2023 | 61 | NOTICE canceling bench trial scheduled for 7/17/2023. The trial is continued and will be reset at a later date. (CCB) (Entered: 07/13/2023) |
| 07/12/2023 | 60 | **ENDORSED ORDER granting 56 Motion to Continue. The trial is continued. The parties are ordered to submit an agreed schedule for dispositive motions and agreed trial date. These dates should be submitted to this docket by close of business July 19, 2023. Mr. Jack W. Merritt will pay the mediator fee no later than July 19, 2023 and file notice of payment on this docket no later than same date. Signed by Judge William F. Jung on 7/12/2023. (Jung, William)** (Entered: 07/12/2023) |
| 07/12/2023 | 59 | **ENDORSED ORDER granting 57 Motion payment of mediation fee. Signed by Judge William F. Jung on 7/12/2023. (Jung, William)** (Entered: 07/12/2023) |
| 07/12/2023 | 58 | RESPONSE to Motion re 56 MOTION to Continue *Trial and Counter-Motion to Extend Deadline to File Dispositive Motions* filed by Jess David Spurlock, Vanguard Productions, LLC. (McMillan, Patricia) (Entered: 07/12/2023) |
| 07/12/2023 | 57 | MOTION for Miscellaneous Relief, specifically Order Requiring Plaintiff's Counsel to Pay Mediation Fee by Manuel Menendez, Jr. (Menendez, Manuel) (Entered: 07/12/2023) |
| 07/12/2023 | 56 | MOTION to Continue *Trial* by All Plaintiffs. (Merritt, Jack) (Entered: 07/12/2023) |
| 06/15/2023 | 55 | **TRIAL CALENDAR for trial term JULY 2023. Bench Trial set for DATE CERTAIN 7/17/2023 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. Signed by Judge William F. Jung on 6/15/2023. (JCG)** (Entered: 06/15/2023) |
| 06/15/2023 | 54 | NOTICE OF RESCHEDULING HEARING: The bench trial previously scheduled for the trial term commencing 7/3/2023 is rescheduled to a date certain. New scheduling date and time: Bench Trial set for DATE CERTAIN OF 7/17/2023 at 9:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (CCB) (Entered: 06/15/2023) |
| 06/15/2023 | 53 | Minute Entry. Telephonic Proceedings held before Judge William F. Jung: FINAL PRETRIAL CONFERENCE held on 6/15/2023. Court Reporter: Tracey Aurelio (JCG) (Entered: 06/15/2023) |
| 06/07/2023 | 52 | OBJECTION re 51 Pretrial statement *as Filed by Plaintiffs*. (Attachments: # 1 Exhibit Agreed to PTS and Exhibits)(McMillan, Patricia) (Entered: 06/07/2023) |
| 06/07/2023 | 51 | PRETRIAL statement by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Attachments: # 1 Exhibits A-D with any objections)(Merritt, Jack) (Entered: 06/07/2023) |
| 06/07/2023 | 50 | **ENDORSED ORDER granting 49 Motion to extend time to file joint pretrial statement. Due today, June 7, 2023. Signed by Judge William F. Jung on 6/7/2023. (CCB)** (Entered: 06/07/2023) |
| 06/07/2023 | 49 | First MOTION for Extension of Time to File Pretrial Statement by All Plaintiffs. (Merritt, Jack) (Entered: 06/07/2023) |
| 06/01/2023 | 48 | NOTICE by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC *Change in Pre-Trial Statement Due Date* (Merritt, Jack) (Entered: 06/01/2023) |
| 05/31/2023 | 47 | **ENDORSED ORDER: The final pretrial conference scheduled for 6/15/2023 at 9:00 a.m. will be conducted via telephone. Counsel are directed to call the reserved conference toll free number at 1-888-557-8511. Enter the access code: 4744914 followed by the # (pound) key. You will be prompted to enter the security code: 0581 followed by the # (pound) key. Please call in at least 10 minutes before the scheduled hearing. Signed by Judge William F. Jung on 5/31/2023. (CCB)** (Entered: 05/31/2023) |
| 05/31/2023 | 46 | **ENDORSED ORDER granting 45 Motion to Appear by telephone. The final pretrial conference will be conducted telephonically. Notice/Instructions to follow. Signed by Judge William F. Jung on 5/31/2023. (CCB)** (Entered: 05/31/2023) |
| 05/31/2023 | 45 | MOTION for Leigh M. Williams to appear telephonically *at the Pre-Trial Conference* by Jess David Spurlock, Vanguard Productions, LLC. (McMillan, Patricia) (Entered: 05/31/2023) |
| 05/25/2023 | 44 | NOTICE OF RESCHEDULING HEARING: The final pretrial conference previously scheduled for 6/8/2023 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 6/15/2023 at 9:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (CCB) (Entered: 05/25/2023) |
| 03/30/2023 | 43 | MEDIATION report Hearing held on March 24, 2023. Hearing outcome: Impasse. (Menendez, Manuel) Modified text on 3/30/2023 (SET). (Entered: 03/30/2023) |
| 03/14/2023 | 42 | **ORDER appointing Manuel Menendez, Jr. as mediator in this action. Mediation Conference set for 3/24/2023 at 1:00 PM. Signed by Judge William F. Jung on 3/14/2023. (CCB)** (Entered: 03/14/2023) |

| 03/13/2023 | 41 | NOTICE of mediation conference/hearing to be held on March 24, 2023 at 1 pm before Manuel Menendez, Jr., Esq. (Merritt, Jack) Modified text on 3/14/2023 (SET). (Entered: 03/13/2023) |
|---|---|---|
| 03/09/2023 | 40 | **ENDORSED ORDER denying 39 Motion to Continue Mediation. The parties must comply with the Court's order at docket 38. Signed by Judge William F. Jung on 3/9/2023. (CCB)** (Entered: 03/09/2023) |
| 03/09/2023 | 39 | MOTION to Continue *Mediation* by All Defendants. (McMillan, Patricia) (Entered: 03/09/2023) |
| 02/28/2023 | 38 | **ENDORSED ORDER: No mediator or mediation date has been selected by February 27, 2023, as ordered by the 22 Case Management and Scheduling Order, and mediation must be conducted by March 27, 2023. The Court appoints Manuel Menendez, Betsy Singer, Lansing Scriven, or Charles Castagna as mediator. Plaintiff's counsel will select one of these four persons in conjunction with opposing counsel, file a Notice of Mediation, and agreed-upon date. Filed notice and date selection must be accomplished by March 13, 2023, in default of which the Court will dismiss the case for failure to prosecute without further notice. Signed by Judge William F. Jung on 2/28/2023. (CCB)** (Entered: 02/28/2023) |
| 11/28/2022 | 37 | REPLY to Response to Motion re 32 MOTION for Sanctions *Against Plaintiffs for Failure to Comply With Court's Order to Produce Documents* filed by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 11/28/2022) |
| 11/28/2022 | 36 | **ENDORSED ORDER denying without prejudice 32 Motion for Sanctions. Signed by Judge William F. Jung on 11/28/2022. (Jung, William)** (Entered: 11/28/2022) |
| 11/28/2022 | 35 | REPLY to Response to Motion re 32 MOTION for Sanctions *Against Plaintiffs for Failure to Comply With Court's Order to Produce Documents* filed by Jess David Spurlock, Vanguard Productions, LLC. (Attachments: # 1 Exhibit CM/ECF service of Motion)(McMillan, Patricia) (Entered: 11/28/2022) |
| 11/26/2022 | 34 | RESPONSE in Opposition re 32 MOTION for Sanctions *Against Plaintiffs for Failure to Comply With Court's Order to Produce Documents* filed by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Attachments: # 1 Exhibit Exhibit A to Response in Opposition)(Merritt, Jack) (Entered: 11/26/2022) |
| 11/21/2022 | 33 | **ENDORSED ORDER for plaintiffs to show cause why the sanctions motion should not be granted. Due date: 11/25/22. Signed by Judge William F. Jung on 11/21/2022. (Jung, William)** (Entered: 11/21/2022) |
| 11/01/2022 | 32 | MOTION for Sanctions *Against Plaintiffs for Failure to Comply With Court's Order to Produce Documents* by All Defendants. (Attachments: # 1 Exhibit Oct. 26 email RE overdue discovery)(McMillan, Patricia) (Entered: 11/01/2022) |
| 10/03/2022 | 31 | **ENDORSED ORDER denying 27 Motion for Attorney Fees. Signed by Judge William F. Jung on 10/3/2022. (Jung, William)** (Entered: 10/03/2022) |
| 09/27/2022 | 30 | RESPONSE in Opposition re 27 MOTION for Attorney Fees *Per Rule 37(a)(5)(A)* filed by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 09/27/2022) |
| 09/15/2022 | 29 | **ENDORSED ORDER denying 28 Motion for Reconsideration of 25 Order on Motion to Compel. Plaintiffs must file any response to the 27 motion for attorney fees on or before 9/26/2022. Signed by Judge William F. Jung on 9/15/2022. (CCB)** (Entered: 09/15/2022) |
| 09/15/2022 | 28 | MOTION for Reconsideration re 25 Order on Motion to Compel by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 09/15/2022) |
| 09/12/2022 | 27 | MOTION for Attorney Fees *Per Rule 37(a)(5)(A)* by All Defendants. (McMillan, Patricia) (Entered: 09/12/2022) |
| 09/07/2022 | 26 | RESPONSE in Opposition re 23 First MOTION to Compel Production of Documents filed by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 09/07/2022) |
| 09/07/2022 | 25 | **ENDORSED ORDER granting 23 Motion to Compel discovery production. Signed by Judge William F. Jung on 9/7/2022. (Jung, William)** (Entered: 09/07/2022) |
| 08/30/2022 | 24 | **ENDORSED ORDER: Any objections to the motion to compel filed at Doc. 23 should be filed no later than September 6, 2022. Signed by Judge William F. Jung on 8/30/2022. (Jung, William)** (Entered: 08/30/2022) |
| 08/29/2022 | 23 | First MOTION to Compel Production of Documents by Jess David Spurlock, Vanguard Productions, LLC. (Attachments: # 1 Exhibit 1-5)(McMillan, Patricia) (Entered: 08/29/2022) |
| 06/24/2022 | 22 | **CASE MANAGEMENT AND SCHEDULING ORDER: Dispositive motions due by 3/3/2023. Pretrial statement due by 6/1/2023. Final Pretrial Conference set for 6/8/2023 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. Bench Trial set for 7/3/2023 at 09:00 AM in Tampa Courtroom 15 B** |

| | | |
|---|---|---|
| | | before Judge William F. Jung. Conduct mediation hearing by 3/27/2023. Lead counsel to coordinate dates. Signed by Judge William F. Jung on 6/24/2022. (CAH) (Entered: 06/24/2022) |
| 06/21/2022 | 21 | CASE MANAGEMENT REPORT. (Merritt, Jack) (Entered: 06/21/2022) |
| 06/14/2022 | 20 | **ENDORSED ORDER granting 18 unopposed Motion for Extension of Time to File case management report on or before 6/17/2022. Signed by Judge William F. Jung on 6/14/2022. (CCB)** (Entered: 06/14/2022) |
| 06/14/2022 | 19 | RESPONSE to Motion re 18 Joint MOTION for Extension of Time to File *as inaccurately styled* filed by Jess David Spurlock, Vanguard Productions, LLC. (McMillan, Patricia) (Entered: 06/14/2022) |
| 06/13/2022 | 18 | Joint MOTION for Extension of Time to File by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 06/13/2022) |
| 06/13/2022 | 17 | CORPORATE Disclosure Statement by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 06/13/2022) |
| 06/13/2022 | 16 | CORPORATE Disclosure Statement by Heidi Lee Frazetta, Holly Jean Frazetta, Frazetta Properties, LLC. (Merritt, Jack) (Entered: 06/13/2022) |
| 05/12/2022 | 15 | ANSWER and affirmative defenses to 1 Complaint by Jess David Spurlock.(McMillan, Patricia) (Entered: 05/12/2022) |
| 05/12/2022 | 14 | ANSWER and affirmative defenses to 1 Complaint by Vanguard Productions, LLC.(McMillan, Patricia) (Entered: 05/12/2022) |
| 05/11/2022 | 13 | PROOF of service by Frazetta Properties, LLC (Merritt, Jack) (Entered: 05/11/2022) |
| 05/11/2022 | 12 | PROOF of service by Frazetta Properties, LLC (Merritt, Jack) (Entered: 05/11/2022) |
| 05/04/2022 | 11 | CERTIFICATE of interested persons and corporate disclosure statement by Jess David Spurlock, Vanguard Productions, LLC. (McMillan, Patricia) (Entered: 05/04/2022) |
| 05/04/2022 | 10 | CORPORATE Disclosure Statement by Vanguard Productions, LLC. (McMillan, Patricia) (Entered: 05/04/2022) |
| 05/04/2022 | 9 | NOTICE of Appearance by Patricia Leigh McMillan on behalf of Jess David Spurlock, Vanguard Productions, LLC (McMillan, Patricia) (Entered: 05/04/2022) |
| 03/21/2022 | 8 | SUMMONS issued as to Jess David Spurlock, Vanguard Productions, LLC. (BES) (Entered: 03/21/2022) |
| 03/18/2022 | 7 | PROPOSED summons to be issued by Frazetta Properties, LLC. (Merritt, Jack) (Entered: 03/18/2022) |
| 03/18/2022 | 6 | PROPOSED summons to be issued by Frazetta Properties, LLC. (Merritt, Jack) (Entered: 03/18/2022) |
| 03/15/2022 | 5 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (CAH) (Entered: 03/15/2022) |
| 03/15/2022 | 4 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.<br><br>**-Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.<br><br>**-Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>**-Local Rule 3.03** requires each party to file a disclosure statement with the first appearance that identifies (1) each person that has or might have an interest in the outcome, (2) each entity with publicly traded shares or debt potentially affected by the outcome, (3) each additional entity likely to actively participate, and (4) each person arguably eligible for restitution. The disclosure statement must include this certification - *I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.* (Signed by Deputy Clerk). (CAH) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 03/15/2022 | 3 | Copyright Report sent to Washington. (Attachments: # 1 Complaint) (BD) (Entered: 03/15/2022) |
| 03/14/2022 | 2 | NEW CASE ASSIGNED to Judge William F. Jung and Magistrate Judge Anthony E. Porcelli. New case number: 8:22-cv-0581-WFJ-AEP. (SJB) (Entered: 03/14/2022) |
| 03/13/2022 | 1 | COMPLAINT against All Defendants (Filing fee $402 receipt number AFLMDC-19334961) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(Merritt, Jack) Modified on 3/15/2022 to correct docket text (BD). (Entered: 03/13/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/19/2023 17:36:42 | | | |
| **PACER Login:** | jackpacer | **Client Code:** | Frazetta |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-00581-WFJ-AEP |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |