UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' SUGGESTED DATES FOR PRE-TRIAL CONFERENCE, TRIAL, AND FILING DISPOSITIVE MOTIONS

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK suggested the following dates to Plaintiffs well before the close of business today in a good faith effort to comply with the Court's Order [DIN 60]. Plaintiffs, to the undersigned's knowledge, have not suggested alternative dates.

| | |
|---|---|
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (at least 5 months before requested trial date.) | 8/31/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 1/11/2024 |
| Month and year of the trial term. | 2/5/2024 |

WHEREFORE, Defendants believe the above dates to be reasonable, and will comply with the dates ordered by this Court as to the above deadlines in this matter.

DATED: JULY 19, 2023

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

                                                Respectfully submitted,

/s/: *Leigh M. Williams*
             Leigh M. Williams, Esq.
             Fla. Bar No. 624543
             1701 W. Kansas Ave.
             Midland, TX 79701
             E-mail: mcmillan.esq@gmail.com
             Tel. No.: 210 209-3030
             *Attorney for Vanguard Productions, LLC, and J. David Spurlock*