UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC

    Plaintiffs,

v.                                                                                      Case No. 22-CV-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC
AND J. DAVID SPURLOCK,

    Defendants.
_____/

## NOTICE OF PAYMENT AND STATUS UPDATE
## FOR PAYMENT OF MEDIATOR'S FEES

On behalf of Plaintiffs in connection with this Court's Order requiring Jack W. Merritt pay the mediator's fee and file this Notice. Undersigned counsel attempted filing this yesterday, 7/19/23, but was unsuccessful. Although it appeared to have been uploaded, it was not done.

On July 17, 2023, we spoke with Mr. Mendez explaining that the clients had sent checks to him. Mr. Mendez confirmed receipt of the first check. He explained that he was going on vacation and would not return until July 26, 2023 and would be unable to check his mail while he was out of town. However, he stated that I could advise Your Honor of his extended unavailability and his receipt of the first of three checks. He said that he would contact this office upon his return and advise whether he had received the other two checks. He explained that since he had received the first

payment he was not as concerned about receiving the other payments, but would follow up with me when he returned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Holly J. Frazetta, Heidi L. Frazetta and Frazetta Properties, LLC, provided the foregoing to the Defendants, Vanguard Productions, LLC, and Jesse David Spurlock via their attorney and CM/ECF Leigh M. Williams, Esq., at mcmillan.esq@gmail.com, 1701 W. Kansas Ave. Midland, TX 79701, attorney for Vanguard Productions LLC, and J David Spurlock.

Dated: Sarasota, Florida
    July 20, 2023                **MERRITT LAW P.A.**

                    By: /s/ Jack W. Merritt
                        Florida Bar No. 0052248
                        office@merrittlaw.net
                        Mediterranea Professional Park
                        690 S. Tamiami Trail
                        Osprey FL 34229
                        (941) 445-4841
                        Counsel for Plaintiffs