UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.                                        Case No. 22-cv-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC AND
AND J. DAVID SPURLOCK,

    Defendants.
_____/

**PLAINTIFFS' HOLLY J. FRAZETTA, HEIDI L. FRAZETTA AND FRAZETTA PROPERTIES, LLC RESPONSE AND OPPOSITION TO DEFENDANTS' SUGGESTED DATES FOR FILING DISPOSITVE MOTIONS, PRE-TRIAL CONFERENCE, AND TRIAL**

PLAINTIFFS HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC tried to Defendants several times via telephone call and via email explaining that I did not agree to those dates and imploring her to call me, "Feel free to call me on mobile to resolve this issue tonight." See Exhibit 1. That email was sent at 6:37 p.m. (ET) on 7/19/23. Before sending the email, I called Plaintiffs' attorney at 6:13 and left a message asking for her to return my call. See Exhibit 2. Plaintiffs' counsel did not return the email and the call.

Plaintiffs recommend the following dates be used because Defendants proposed dates unnecessarily delay this case.

Page 1 of 2

| Activity | Date |
|---|---|
| Deadline to file dispositive Motions and Submit Discovery | August 31, 2023 |
| Deadline to have Dispositive Motions Heard | September 20, 2023 |
| Pretrial Conference | October 23, 2023 |
| Trial | January 8, 2023 |

Notwithstanding the attached Exhibits, Plaintiffs disingenuously indicated that Defendants were not responsive. The Exhibits demonstrate otherwise.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Holly J. Frazetta, Heidi L. Frazetta and Frazetta Properties, LLC, provided the foregoing to the Defendants, Vanguard Productions, LLC, and Jesse David Spurlock via their attorney and CM/ECF Leigh M. Williams, Esq., at mcmillan.esq@gmail.com, 1701 W. Kansas Ave. Midland, TX 79701, attorney for Vanguard Productions LLC, and J David Spurlock.

Dated: Sarasota, Florida
July 21, 2023         **MERRITT LAW P.A.**

By: /s/ Jack W. Merritt
Florida Bar No. 0052248
office@merrittlaw.net
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
(941) 445-4841
Counsel for Plaintiffs

# Jack Merritt, Attorney

| | |
|---|---|
| **From:** | Jack Merritt, Attorney <jmerritt@merrittlaw.net> |
| **Sent:** | Wednesday, July 19, 2023 6:37 PM |
| **To:** | 'Leigh McMillan' |
| **Cc:** | Wendy Newsome, Paralegal |
| **Subject:** | RE: Case Management - Fed Ct |

Leigh,

I sent an email earlier regarding the dates.  I left a detailed VM for you.  I do not agree with the dates you have listed.  However, I am willing to reconsider them, but I want to take a single deposition and it is not of your client.  It will be necessary to take that person's deposition or I can have said person can provide an affidavit – provided you do not object to the deposition not being taken and agree the affidavit is acceptable.  Of course, will reciprocate as you will need an affidavit to rebut the one I will file.

August 31 - deadline to file MSJ
September 22 – deadline to have hearing on MSJ
October 23 – pretrial conference
November 27 - trial

Feel free to call me on my mobile to resolve this issue tonight.

Jack W. Merritt


Regardless
Motions for Summary Judgment to be filed.
Oppositions to same to be filed.




**From:** Leigh McMillan <mcmillan.esq@gmail.com>
**Sent:** Wednesday, July 19, 2023 12:29 PM
**To:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Subject:** Re: Case Management - Fed Ct

Jack, the three dates I suggest are

\eigh Williams

On Wed, Jul 19, 2023, 06:40 Jack Merritt, Attorney <jmerritt@merrittlaw.net> wrote:

> Leigh,

**EXHIBIT 1**

1

Great. I may not finish the revisions before noon today but will before 3 pm and will email them to you. I expect we can have our call between 4 and 6 pm today (or earlier) that would be between 3 and 5 pm your time.

Jack Merritt

**From:** Leigh McMillan <mcmillan.esq@gmail.com>
**Sent:** Wednesday, July 19, 2023 1:20 AM
**To:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Subject:** Re: Case Management - Fed Ct

Yes, I'm available tomorrow.

Leigh Williams

On Tue, Jul 18, 2023, 13:48 Jack Merritt, Attorney <jmerritt@merrittlaw.net> wrote:

> Ms. McMillan,
>
> I reviewed your proposed case management report that must be filed by tomorrow 7/19/23.
>
> I will send my revisions tomorrow 7/19 morning no later than 9 am ET / 8 am CT.
>
> Are you available for a call tomorrow 7/19 afternoon between noon and 3 pm ET (11 am and 2 pm CT) for a call tomorrow to discuss any open/ unagreed issues regarding your proposed Case Management Report and the issues regarding completing the depositions in the state court case?
>
> Regards,

2

Jack W. Merritt



**EXHIBIT 2**

