







# BOOK COVER ART
## DEFINITIVE REFERENCE



Vanguard Productions



# FRAZETTA
## BOOK COVER ART
### DEFINITIVE REFERENCE

*by J. David Spurlock with Patrick K. Hill*

Vanguard Productions

Case 8:22-cv-00581-WFJ-AEP    Document 67-1    Filed 08/18/23    Page 4 of 94 PageID 295

**FRAZETTA BOOK COVER ART - DEFINITIVE REFERENCE**
Written, Edited & Art Directed by J. David Spurlock
Designer & Associate Editor: Patrick K. Hill

Dedicated to The Frazetta Museum & to the furtherance of art scholarship
Special thanks to: Leigh McMillan, Brent Frankenhoff, Robert R. Barrett, and Emanuel Maris.

Frazetta Book Cover Art - Definitive Reference is published by Vanguard Publishing.
Text © J. David Spurlock. Collection © Vanguard Productions, LLC, 2022.

Vanguard Publishing, Vanguard Press, Vanguard Frazetta Classics, Definitive Reference, Complete Collection, and Vanguard Comics are trademarks of Vanguard Productions, LLC. Vanguard Productions is a registered trademark. Images are copyright their respective holders and appear for scholarly and historic purposes.

Vanguard Editorial Office, Mesquite, TX 75149;
Distribution via PGW, Ingram Content Group & DCD.

Hardcover ISBN: 978-1-934331-84-2 • $39.95
Deluxe Slipcased HC ISBN: 978-1-934331-85-9 • $69.95

W W W . V A N G U A R D P u b l i s h i n g . C O M

First Printing April 29, 2022

Printed in China

# TABLE OF
# CONTENTS

CHAPTER ONE – *The Conqueror* ................. *6*

CHAPTER TWO – *Early Fantasies*
*(Canaveral, Midwood, & Ace)* .................. *11*

CHAPTER THREE – *The Barbarian Explosion*
*(Lancer, Conan, Thongor, & Brak)* ............... *35*

CHAPTER FOUR – *Superstar*
*(Jongor, Kane, Kong, Flashman,*
*Flashing Swords, & the Return to Burroughs)* ............... *75*

CHAPTER FIVE – *For the Future*
*(Death Dealer and Hubbard)* ............... *131*

CHAPTER SIX – *Flinty Frazetta: The Hardcovers* ............. *142*

BONUS FOLIO *(Deluxe Edition only)* – *Frontispieces* ............. *169*

# CHAPTER ONE
# THE CONQUEROR
## FRAZETTA BOOK COVER ART

*J. DAVID SPURLOCK*
*is an award-winning author, historian, advocate for creator rights, filmmaker, and associate to Frazetta, Basil Gogos, Steranko, Joe Kubert, Carmine Infantino, Frank Brunner, and many more. Launching in the 1990s, Spurlock created the comics artist sketchbook boom via Vanguard with tomes produced with Al Williamson, Neal Adams, Jeffrey Jones, John Buscema, John Romita, Alex Horley, and multiple volumes on Frazetta. Spurlock's How to Draw Chiller Monsters, for Random House, rose as high as #18 on the Bookspan best-seller list. Spurlock's award-winning Alluring Art of Margaret Brundage has been universally lauded including by MTV and The Village Voice who proclaimed it one of The Best of 2013. In 2012, Spurlock was appointed Director of the Estate of Hall of Fame Mad, Mars Attacks, Daredevil, and Weird Science co-creator Wallace Wood. Spurlock's speaking engagements include: 2015 San Diego Comic-Con Jack Kirby panel; 2013 WorldCon panels on Robert E. Howard, Copyright Law, and Margaret Brundage; with Stan Lee for Dragon Con TV and a live audience of 4,600; Rutgers School of Law; University of the Arts in Philadelphia, the InkWell Awards and multiple Frank Frazetta tribute events at the San Diego Comic-Con. Film and TV credits include: "Frazetta Painting with Fire," STARZ network's "Comic Books Unbound," the PBS documentary, "Superheroes: A Never-Ending Battle" and, the Frazetta episode of "Strange Inheritance." With eight Frazetta books to his credit, Spurlock is the most widely published author/editor on the subject.*

## From Fine Art to Comics:

Frank Frazetta is the revolutionary, Hall of Fame fantasy and science-fiction illustrator of Edgar Rice Burroughs, Conan, King Kong, Death Dealer, Vampirella, Lord of the Rings and more. He rocked the illustration world with unique beasts, beauties, and barbarians; inspired generations of artists and film directors and his original art sells for millions. This *Frazetta Book Cover Art* book follows last year's hit *Fantastic Paintings of Frazetta* and is part of Vanguard's trademark Definitive Reference series. But it is superior in at least one regard to many reference books. Instead of cataloging every published item with mostly smaller illustrations, this book is devoted solely to this artist's most beloved venue: book cover art. By focusing on this specific area, the book boasts room enough to feature every single one of Frazetta's famous and highly collectable, original edition illustrated book covers, beautifully and authentically reproduced at a larger size on a page to itself. All are presented in chronological order which, gives readers a unique ability to follow Frazetta's evolution as an artist. Accompanying text includes commentary, original titles, publishers, dates and rare quotes from the artist himself. For this *Definitive Reference* to feature the Complete Collection of Frazetta's decades of book cover illustrations in a single quality volume is valuable to artists, librarians, students, and researchers, and is a dream come true for Frazetta fans, historians, art, and book collectors alike.

**From Fine Art to Comics:** Between the ages of eight and thirteen, outside of his public schooling, the budding Brooklyn, New York-born artist studied at the small Brooklyn Academy of Fine Arts under the versatile, Italian-born instructor-owner Michele Falanga. Frazetta, the youngest student there, studied pictorial composition, painting and drawing from life, still life, and cast. Falanga planned to send his young protégé to study Fine Art in Italy but that dream ended with the teacher's unexpected death February 1, 1942. So, Frazetta turned his focus to his love of comics art from Popeye, Disney, and *Terry and The Pirates* to the realistic newspaper strip adventures of Tarzan and Prince Valiant by Hal Foster. In *The Edgar Rice Burroughs Library of Illustration*, Frazetta said, "[Falanga



*J. David Spurlock at The Frazetta Museum, Grand Opening 2001.*

was] a marvelous artist. I did life drawings and still lifes...would go out in the field and paint some old church or whatever. That's where my early style developed...my brush technique. But when I went into comics I had to develop a line technique...which I learned nothing about in art school."

At age sixteen, Frazetta began assisting comic-book artist John Giunta. He was also later mentored by Standard Comics art director Graham Ingels. Both ended up later, being affiliated with EC Comics, infamous publisher of *Tales From the Crypt* and *Mad* magazine. Frazetta's 1950s EC work was in association with Al Williamson and their mutual friend Roy Krenkel. The group of friends grew to be known as the Fleagles. 1952 saw Frazetta moving from comic books to a coveted but short-lived, newspaper strip, *Johnny Comet*. Soon afterward, he started nearly a decade of lucrative but anonymous work on the mega-successful, *Li'l Abner* strip for Al Capp. During the mid-to-late '50s, Frazetta was an active member of the National Cartoonists Society through which he had his first book illustration published, a caricature for *President Eisenhower's Cartoon Book*. After a 1962 altercation Frazetta quit Capp only to find so little work that he pondered whether Capp had him somehow blacklisted.

**Tarzan & Canaveral:** Frazetta had discovered the work of Edgar Rice Burroughs as a kid through an uncle's book collection. He loved both the adventurous stories and art by Burroughs' favorite illustrator, J. Allen St.John, who the young Frazetta copied. As noted, he also came to idolize the work of Tarzan newspaper artist Hal Foster. Frazetta dreamed of following in St.John and Foster's footsteps by illustrating Tarzan. Toward that end, one of Frazetta's most noteworthy comic books was his own Tarzan-like creation, *Thun'da*. Frazetta got his first chance to illustrate Tarzan books thanks to a hip young editor Richard A. Lupoff at the fledgling New York publisher Canaveral, with 1962's *Tarzan at the Earth's Core*. Lupoff was familiar with, and savvy enough to hire, the realistic illustration-oriented comics artists most people discovered some years earlier at EC

including Frazetta, Williamson, Crandall, and Krenkel. But Canaveral had limited releases and budgets prohibited full color paintings — nowhere near enough work to get Frazetta through the post-Capp lean period.

**Sensuous Frazetta:** Though *Famous Funnies* was out of business, Frazetta tracked down the important editor he had worked for there, Stephen Douglas. Noting Frazetta's talent for rendering women, Douglas referred him to Midwood Books. Midwood publisher Harry Shorten had been a key, early *Archie* comics editor and created the hit newspaper cartoon, *There Oughta Be A Law*. Frazetta broke into the pin-up art genre via Shorten's small handful of related companies with some girly magazine illustrations and *Perfumed/Pampered*, a 1963 double softcover book of soft-core fiction from Midwood (soon to be Midwood/Tower). Frazetta produced ink wash drawings depicting curvaceous females in titillating poses. Two other double novels followed with eight illustrations in each. All of Frazetta's men's magazine and paperback illustrations are collected in the Vanguard book, *The Sensuous Frazetta*. Unfortunately, Midwood did not hire Frazetta to paint covers, for which they had photographers and a stable of artists including Paul Rader. But then, Tarzan came knocking again — this time for full color cover paintings!

**Big Burroughs Boom:** Ace had begun publishing science-fiction in 1953. In 1990, famous science-fiction author Robert Silverberg wrote the *Locus* magazine obituary on Ace editor Donald A. Wollheim, saying Wollheim was "one of the most significant figures in 20th century American science fiction publishing," adding, "A plausible case could be made that he was the most significant figure — responsible in large measure for the development of the science fiction paperback, science fiction anthology, and the whole post-Tolkien boom in fantasy fiction." Wollheim had first come to note for editing two of the earliest science-fiction magazines in 1941: *Cosmic Stories* and *Stirring Science Stories*. Between 1947 and 1951 D.A.W. was editor at pioneering paperback publisher Avon Books, where he made available affordable



editions of works by H.P. Lovecraft, A. Merritt and C.S. Lewis' *Silent Planet Space Trilogy*, bringing these previously little-known authors a wide readership. As cited by the Encyclopedia of Science Fiction, in 1952 Wollheim left Avon to work for A.A. Wyn at the Ace Magazine Company where he spearheaded a new paperback book line and for 20 years was responsible for their multi-genre list and, most importantly to him, their renowned SF list.

Wollheim had fallen in love with the work of Frazetta's close friend Roy Krenkel via early 1960s Edgar Rice Burroughs and Robert E. Howard fanzines, largely because Krenkel was such a devotee of classic Burroughs illustrator J. Allen St.John. But as much as Krenkel loved art, ERB, and REH, he really wasn't interested in the pressures of working as an illustrator: Details like creative problem solving, the approval process, meeting deadlines and even phone calls, were far from Roy's idea of a good time. After a few jobs, Krenkel was pushing Frazetta and Wollheim together. But Frazetta was not nearly as impressed with Wollheim as the many authors whose careers Wollheim had boosted were. First off, D.A.W. was still looking for illustrators to mimic St.John. Though St.John and Hal Foster had been key early influences, Frazetta was quite ready to make his own artistic statements. Copious fan mail for Frazetta soon impressed Wollheim. Though they created a huge, historic Burroughs revival together, theirs was a rocky relationship.

Frazetta addressed the Ace situation in his 1990 *Comics Journal* interview: "I was... not putting out my best work for Ace [because] they paid very little, looked down their noses at you [and] kept the art. I wasn't about to paint little masterpieces for $200 and them keep the art. What compounded it was, I later found they were selling the art [to Burroughs collectors] for five times what they paid me! I tried not to [give them more than they paid for], but some turned out awfully good." The US Bureau of Labor Statistics says $200 in 1964 equates to $1,819.73 in 2022. Still, Frank made his point. His physical art was selling for more than he was being paid for reproduction rights.

Elsewhere, Frazetta said that in addition to wanting to do good work, though often holding back because of the inferior terms, he sometimes gave more than he was being paid for because he didn't want to let the fans down. In 1965, thanks to a Ringo Starr painting for Mad, Frazetta started getting top pay doing movie poster art.

**Conan, Frazetta, and Lancer:** "Lancer suddenly called out of the blue, a guy named Larry Shaw, and wanted me to work for them. 'We'll pay twice the amount of Ace, and yes, the art belongs to you.' Lancer was the real turning point. If you look back, you'll see that [my Lancer] stuff that preceded Conan wasn't too shabby. You had *Phoenix Prime*, *Reign of Wizardry*, and others. I got pretty excited about Conan — it was right up my alley. Here was something [I could really take off with]...Oh boy! The minute they mentioned it, images popped right into my head. But [at the same time as] Conan, what I did for Jim Warren at Creepy magazine, was also part of my turning point. He didn't pay much, but I could do anything my heart desired, and I kept the art."

Inspired by Frazetta's key role in the ERB revival, Shaw knew Frazetta was Lancer's best chance to make Conan all it could be. Lancer publisher Irwin Stein had no problem agreeing to return Frazetta's art. In his only known interview (John Benson's *Confessions, Romances & Temptations*) Stein related a mix-up. Not knowing how abused Frazetta felt by Ace not returning his art, Stein unintentionally crossed a line when the first Conan cover was turned in: "Those covers really put [Frazetta *& Conan*] on the map. I tried to keep [the first] of the paintings, and he threatened to come up with a gun. Most of the cover artists, if you said you liked something, they'd say, 'Keep it.' But Frazetta had a huge sense of his own worth and rightfully so."

Lancer editor Larry Shaw and Frazetta both lived on Long Island, New York in the '60s. In addition to Frazetta turning work in at the Lancer office at 26 West 47th Street in New York City, Shaw occasionally visited Frazetta's home. Shaw later said that many

of Frazetta's Conan covers, were as first printed by Lancer Books, were more accurate than most paperback publishers at the time as Frazetta cared enough to do press-checks. Shaw added that Frazetta stood over the printers until they got the colors right. Later editions from Ace and Sphere varied as there was no one there who had access to the actual paintings or knew what the colors really looked like.

**Superstar - ERB, Kane, The Eternal Champion:** Momentum from his 1960s ERB revival with Ace through his towering triumph with Lancer, making Conan and Howard far greater successes than either had ever been prior, made Frazetta, by the early '70s, a Superstar. Work for Lancer continued and Ace secured his return



The Man From S.T.U.D. in
The Planned Planethood Caper (#7)
*Lancer Books, 1969* 74-531
*F.W. Paul*

pseudonym of *Paul W. Fairman*
(aka *Ivar Jorgensen*)

*Lancer had asked Frank to model for two covers while he was in the Lancer offices. He agreed, but remembers being perturbed that the girl unexpectedly pulled her hair up like a moustache, and they chose to publish that outtake.*

The Man From S.T.U.D. in
The Lay of the Land (#8)
*Lancer Books, 1969* 74-553
*F.W. Paul*

pseudonym of *Paul W. Fairman*
(aka *Ivar Jorgensen*)



## PRESIDENT EISENHOWER'S CARTOON BOOK

95 specially drawn cartoons by 95 of America's most distinguished cartoonists

With a foreword by GEORGE M. HUMPHREY, Secretary of the Treasury

### PRESIDENT EISENHOWER'S CARTOON BOOK

*Frederick Fell, Inc. Pub., July 1956. Only this second edition soft cover featured the full color caricature, and is shown here.*

*The first hardcover edition was published in June 1956 and showed the same portrait on the back cover and inside in black & white only.*

*January 7, 1955:*

*Dear Mr. Frazetta: A few days ago Mr. Kelly brought to me the bound book of cartoons done by members of the National Cartoonists Society at your breakfast last June. I find them all amusing — and in some cases, almost too perceptive! This note brings you my warm thanks for your contribution to an album that I shall increasingly enjoy and always treasure.*

*With best wishes,*

*Sincerely,*
*Dwight Eisenhower*

for more ERB books with higher pay and the return of his art. Dell, Fawcett, Popular Library, and Signet Books also beckoned. In addition to longer-established authors ERB, REH, George MacDonald Fraser, John Jakes, Fritz Leiber, Lin Carter, Robert Moore Williams, and L. Sprague de Camp; Michael Moorcock, Andrew J. Offutt, and Karl Edward Wagner were also benefiting from Frazetta covers. Doubleday Books ran a series of book clubs. Frazetta covers sold many SF hardcovers and they tried him on other genres including Westerns. A handful of books advertised here were never released. These uber-rarities are collected for the first time, in the hardcover chapter here (page 152-153).

**For the Future:** As the artist's poster business thrived but a serious thyroid

condition developed, his output slowed in the 1980s with a series of Death Dealer books and several L. Ron Hubbard-related *Writers of The Future* books. Their website says, "Frank Frazetta was an *Illustrators of the Future* contest judge from its inception until he passed away." Upon his passing they said, "When Frank Frazetta first walked into the *Illustrators of the Future* workshop room in Cape Canaveral, Florida where the 12 winners of the annual international contest were being instructed in 1997, Tim Powers whispered 'Joni [Labaqui], it's like Moses just walked into the room.' I'd never seen so many gaping jaws and wide eyes in one room at the same time in my life. Nobody moved or spoke for what seemed like an eternity. Frank broke the ice and made them feel at ease with a witty comment." Hubbard called Frazetta "The King of Illustrators."

---

## CHAPTER TWO
# EARLY FANTASIES
## CANAVERAL, MIDWOOD & ACE



### TARZAN AT THE EARTH'S CORE

*Canaveral Press, 1962 Edgar Rice Burroughs*

*Richard A. Lupoff editor*

*Dave Winiewicz: "Where did this image come from? Where did the idea come from? Straight out of Frazetta's imagination. There was no photo reference, there was no swiping, there was no borrowing; it was simply Frazetta looking inside of himself and coming up with something like this. Tremendous action, tremendous violence, a tremendous cover design, beautiful composition." (YouTube video essay, November 2015)*

*Seven interior black & white pen & ink illustrations plus two front and back end paper drawings.*









**PERFUMED / PAMPERED**
*Midwood, 1963  S277*
*Jason Hytes and Kimberly Kemp*
*Cover not by Frazetta*

*Ten pen/ink washes printed in black & white on regular pages with captions.*

**THE WILD WEEK / IMITATION LOVERS**
*Midwood, 1963  D231*
*Jason Hytes and March Hastings*

*Eight pen/ink washes printed in groups of four on coated paper with captions.*

**THE DANGEROUS AGE / BAD BY CHOICE**
*Midwood, 1964  34-395*
*Joan Ellis and Jason Hytes*

*Eight pen/ink washes printed in groups of four on coated paper with captions.*

**PERFUMED / THE WILD WEEK**
*Midwood, 1964  34-612*

*Reprints eight pen/ink washes from the previous three paperbacks.*

**THE SENSUOUS FRAZETTA**
*Vanguard, 2016*
*J. David Spurlock*

*All of Frank's rare men's Midwood paperback and men's magazine illustrations are included in this comprehensive book.*



*Until* **The Sensuous Frazetta** *book, only the most ardent collectors achieved acquisition of the very elusive grail items from the short period of Frazetta's men's magazine and risqué paperback book illustrations — the Tower/Midwood paperbacks average eight illustrations and tend to sell for $250 to $400 each.*

*In 1962, after working for nine years as a well-paid, but uncredited "ghost" artist, penciling the Li'l Abner newspaper strip for Al Capp, Frazetta abruptly quit, inspired by Capp wanting to cut his pay.*

*Along with some magazine illustrations, Frazetta broke into the pin-up art genre with* **Perfumed/Pampered***, a 1963 book of soft-core prose fiction for Midwood. Two other double novels followed, with eight illustrations in each. Unfortunately, Midwood/Tower did not hire Frazetta to paint covers.*

**The Sensuous Frazetta** *book beautifully collects every one of Frazetta's rare, early men's magazine and paperback illustrations along with the most sensuous of Frazetta comics and movie poster art.*





**TARZAN AND THE LOST EMPIRE**
*Ace Books, November 1962  F-169*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "I remember I was very excited. It was not particularly good, either, but my oldest fans have a real sense of nostalgia about these things. They'd make a 'discovery': here suddenly was a new guy doing things a little bit different, and they all got excited."* (The Edgar Rice Burroughs Library of Illustrations, 1984)

*Interior title page illustration*

**TARZAN AT THE EARTH'S CORE** *(Painting title: "TARZAN AND THE CAVE BEAR" [II])*
*Ace Books, January 1963  F-180*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "This painting was a vast improvement over my first Ace cover. Some of my sense of design had started to show through. I'm beginning to loosen up. I had painted this originally on a cheap piece of illustration board and the board started to bend into a half-moon shape. I tried to straighten it out and it cracked in half. It was faster to repaint it rather than try to repair it."* (The ERB Lol, 1984)

*Interior title page illustration*



## THE MONSTER MEN

*Ace Books, 1963  F-182*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "Even though I was improving rapidly, I was still not attempting to do any epic paintings with these covers. In this particular case, there was an art director up there who touched up this original here and there. He covered the bosom, which wasn't totally naked, but you saw some cleavage. He covered up some of the leg that I left showing on the girl."*
(The ERB Lol, 1984)

*Interior title page illustration*





## TARZAN THE INVINCIBLE

*Ace Books, March 1963  F-189*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "Not bad. The figure's a little top-heavy, but it's a fun little painting. It isn't a rich painting in terms of technique... it's a watercolor... but it's kinda exciting. I like it better than the paintings that preceded it. I don't think it took any more than eight or ten hours from start to finish."*
(The ERB Lol, 1984)

*Interior title page illustration*



**THE SON OF TARZAN**
*Ace Books, April 1963  F-193*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "That was nice. In spite of myself, I did a fairly decent job. Had I really wanted to produce a super painting, this might have been it... but this, too, took only one day. I wanted to please the fans, but I hated doing the work for peanuts and never seeing the original art again. That's just the way I think." (*The ERB Lol, *1984)*

*Interior title page illustration*

**THE BEASTS OF TARZAN**
*Ace Books, May 1963  F-203*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "These covers gave me the chance to really do a job on the kinds of ideas that had been bottled up inside me for years. They also gave me the chance to make my living painting." (*American Artist, *May 1976)*

*Interior title page illustration*

Edgar Rice Burroughs: Master of Adventure *paperback*
*Ace Books, 1968  N-6*
*Richard Lupoff*





### Tarzan and the Jewels of Opar

*Ace Books, May 1963  F-204*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "I remember the original being very much like the title, a little jewel.*
*I loved it, and you can't imagine how I hated to hand that one in. There's no way in the world I would hand anybody a painting like that today, for any money... any money, mind you... and then forget it ever existed. I don't know what the hell made me do it... My ego got involved, and I went out on a limb and decided to show them what I could do."*
*(The ERB Lol, 1984)*

*Interior title page illustration*



### Tarzan and the City of Gold



*Ace Books, June 1963  F-205*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "They were nowhere near the art I was capable of, but they were selling books, by God. And that's when I started to take off, even though I was not doing my best work. Other paperback firms started noticing. Some didn't even care if you read the book. They didn't care what the hell the cover was; they didn't care if it was a lie. If it sold the book, anything was OK."*
*(Chicago Tribune, November 1978)*

*Interior title page illustration*



**JUNGLE TALES OF TARZAN**
*Ace Books, June 1963  F-206*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*"Bad. I painted this one and two others on a weekend. This one, City of Gold, and Lion Man were all done on a weekend, and they look it. I work fast, but this was too much. I doubt if each painting had more than a few hours devoted to it… all three are bad, but what the hell, you just don't do three paintings in a weekend!"* (The ERB Lol, 1984)

*Interior title page illustration*

**TARZAN AND THE LION MAN**
*Ace Books, July 1963  F-212*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "Sure, I struck out sometimes. But the only way to avoid striking out is to never get up at bat. Being careful would take the fun out of art for me."* (American Artist, May 1976)

*Interior title page illustration*



**LOST ON VENUS**  *(Painting title: "BEASTS OF VENUS")*
*Ace Books, 1963  F-221*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Frazetta: "This one was cute, geared more toward the kiddies, I guess. It has no real painting quality, but it was fun. I remember Roy Krenkel remarking about the funny animals... the bull rolling his eye. He looked pretty much like Ferdinand the Bull"* (The ERB Lol, 1984)

*Interior title page illustration*

Lost on Venus *paperback*
*Ace Books, March 1973  49502*







**THE LOST CONTINENT**
*Ace Books, November 1963  F-235*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*
*Original Title:* Beyond Thirty

*Frazetta: "A very tiny original... not much larger than 8 x 10. It was a miniature painting done in watercolor, and I think it showed more class. The drawing was coming back. I guess the true Frazetta was coming back. You must remember it's hard for anyone to believe what a powerful influence Al Capp was. I had developed a style, a handling, a technique, for hair and drapery and anatomy and attitude of figures. If there could ever be an opposite in drawing and in style, that was it."* (The ERB Lol, 1984)

*Interior title page illustration*







**CARSON OF VENUS** [I]
*Ace Books, December 1963  F-247*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Interior title page illustration*

*See the second painting used for the later Ace series on page 102.*

**LAND OF TERROR**
*Ace Books, January 1964  F-256*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Later reprinted for the cover of* **Out of Time's Abyss** *— "Not really much of a painting... It was painted in a different kind of opaque watercolor. It's spotty as hell... If you look at it in individual sections, it's okay... it has atmosphere, but it's no great painting." (*The ERB Lol, 1984)

*Interior title page illustration*

*Out of Time's Abyss* paperback
*Ace Books, March 1973  64482*

## THE MAD KING [I]
*Ace Books, 1964  F-270*
*Edgar Rice Burroughs / Donald A. Wollheim editor*

*Robert Barrett: "Frank did two paintings of "THE MAD KING." The first one he turned in to Ace Books and was printed on the cover of the paperback. Not wanting Ace to keep the painting because he thought it one of his best pieces, he asked to borrow it back from Ace on the pretense that he wanted to make a photograph of it for his records. After he picked it up from Ace he quickly made a copy (supposedly overnight) and then gave the copy to Ace. Both the original and the copy were executed in watercolors. He never did an oil copy. So the painting that hung in the Frazetta Museum and is in the hands of Frank's children is the original painting that was printed on the Ace paperback." (Facebook, 2013)*

*Interior title page illustration*





## SAVAGE PELLUCIDAR
*Ace Books, May 1964  F-280*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

**The Cave Girl** *paperback*
*Ace Books, March 1973  09282*

*"I loved this one ("THE HUNTRESS" [I]. It was a vignette... Roy had a thing about a painting that comes off like a little 'clump,' to quote him. I like to think of it in terms of making a nice silhouette. An interesting shape, as simple as possible... and this one certainly has that. It's dramatic, and from an artistic standpoint, it really works well. This is definitely one of my better concepts." (The ERB Lol, 1984)*

*Interior title page illustration*





**BEYOND THE FARTHEST STAR**
*(Painting title: "BEYOND THE FOREST STAR")*
*Ace Books, June 1964  F-282*
*Edgar Rice Burroughs / Donald A. Wollheim editor*

**The Land that Time Forgot** *paperback*
*Ace Books, March 1973  47021*

*Later, this became the cover for Ace's reprinted edition of* The Land that Time Forgot. *"I was happy with it. This painting was done very quickly but it works well... It's kind of rich and soupy. This is really when I began to paint, and this is a better painting than most of the other Ace covers." (The ERB Lol, 1984)*

*Interior title page illustration*

**GULLIVER OF MARS**
*Ace Books, 1964  F-296*
*Edwin L. Arnold*
*Donald A. Wollheim editor*
*Original Title: Lieut. Gulliver Jones*

*Interior frontis illustration*

## WARRIOR OF LLARN

*Ace Books, 1964  F-307*
*Gardner F. Fox*
*Donald A. Wollheim editor*

*Interior frontis illustration*





## SWORDSMEN IN THE SKY

*Ace Books, 1964  F-311*
*Donald A. Wollheim*
*Donald A. Wollheim editor*

*"SWORDSMEN IN THE SKY" was purchased from Donald A. Wollheim's estate after his passing, and held in a private collection. In March of 2004, this spectacular work was offered for the first time for public sale via Heritage Auctions.*



### Tales from the Crypt
*Ballantine Books, 1964  U2106*

*Frazetta returns to EC Comics subjects for this and a few more paperback collections. Though commissioned by Ballantine Books, the covers to these EC Comics collections were art directed by Frank's friend, EC/Mad editor Nick Meglin.*

# BARBARIAN EXPLOSION
## LANCER, CONAN, THONGOR, & BRAK



### The Secret People
*Lancer Books, 1964  72-701*
*John Beynon Harris*
*Larry Shaw editor*

*For this, his first cover for Lancer, Frazetta intended to go the extra mile and was always happy with the results.*

### THE REASSEMBLED MAN
*Gold Medal Books, 1964  L1494*
*Herbert D. Kastle*

*Frazetta: "I obviously like women who have got some meat on their bones. I'm not against a very slender, shapely woman at all. But I found that when I'm putting it on canvas or paper it doesn't read as real. I have to exaggerate in order for it to look like you might imagine it should."*





### THE REIGN OF WIZARDRY
*Lancer Books, 1964  72-761*
*Jack Williamson*
*Larry Shaw editor*

*This painting saw several major revisions. The current version includes many painted over figures, executed with his left hand. Frank Frazetta Jr. stated, "Out of respect for Ellie, we felt the work shouldn't be hung on the wall." (Heavy Metal, 2017)*



MAZA OF THE MOON
*Ace Books, 1965  F-321*
*Otis Adelbert Kline*
*Donald A. Wollheim editor*

What's New Pussycat?
*Dell Books, 1965  9461*
*Marvin H. Albert*

*Frazetta: "So I get a job to do a little head of Ringo Starr (for Mad Magazine).
And that got me a phone call to do the movie poster of Woody Allen's What's New, Pussycat?.
My God, suddenly I had a check for five thousand dollars, a whole year's pay, earned in one afternoon!
Ho, we had that check photographed."*



## The Vault of Horror
*Ballantine Books, 1965   U2107*

*Frazetta's earliest affiliation with Ballantine Books were new covers for a paperback series reprinting EC comics stories (*Tales from the Crypt, The Vault of Horror, Tales of the Incredible, The Autumn People, *and* Tomorrow Midnight*).*








## Tales of the Incredible
*Ballantine Books, April 1965   U2140*

*This book features a reprinted story "50 Girls 50" illustrated by Al Williamson with help from Roy Krenkel and Frazetta, which originally appeared in* Weird Science #20.



**THE AUTUMN PEOPLE**
*Ballantine Books, October 1965  U2141*
*Ray Bradbury*

*Frazetta: "*AUTUMN PEOPLE* is almost abstract. It has a very misty quality that is much better suited for Bradbury than the comic book approach that I took for the other EC paperback reprints."*

ROGUE ROMAN
*Fawcett Gold Medal Books, 1965  T1978*
*Lance Horner*

*Rare UK/Australian cover usage of Frazetta's "*ROGUE ROMAN*" painting.*
*Golden Voyager paperback*
*Pan, 1979*







**TORTURE GARDEN**
*Lancer Books, 1965  74-840*
*Octave Mirbeau*
*Larry Shaw editor*

*Sadly, the full-flame background was stripped out by the publisher.*







**PHOENIX PRIME**  *(Painting title: "WOLFMOON")*
*Lancer Books, 1966  73-476*
*Ted White*
*Larry Shaw editor*

*Frazetta: "I like to build tension in the viewer. I want to suck the audience into the painting. I want it to stop them in their tracks and make them go, 'Hey! What's going on here?!' I want them to ask questions; I want them to wonder what happened before the scene they're looking at. 'How'd that guy get into a mess like that?' And I want them to make up their own stories of what happens after."*

**RAY BRADBURY**
TOMORROW
M I D N I G H T

Eight famous stories of wonder and adventure by the king of Science Fiction.

□ *ILLUSTRATED IN COMIC BOOK FORM.* □

**TOMORROW MIDNIGHT**  *(Painting title: "STRANDED" [II])*
*Ballantine Books, June 1966  U2142*
*Ray Bradbury*

*This was the second painting for this project. According to Robert Barrett, "Ballantine didn't like the fact that the astronaut was shirtless and asked Frank to add more clothes. Frank liked the first painting the best and painted another, giving Ballantine what they wanted. Russ Cochran bought this cover from the publisher."*

**CONAN THE ADVENTURER**  *(Painting title: "THE BARBARIAN")*
*Lancer Books, 1965  73-526*
*Robert E. Howard and L. Sprague de Camp*
*Larry Shaw editor*

*About this ground-breaking masterpiece Frazetta said, "I sped through the first few chapters to visualize [REH's] character. I didn't seriously read any of it. I went right ahead and developed this [my] character that barely resembled Howard's description. Quite a different guy — what I thought a barbarian should look like, the ultimate barbarian."* (Seconds *interview*)



**The Amsirs and the Iron Thorn** *(Painting title: "Iron Thorn")*
*Gold Medal Books, 1967  d1852*
*Algis Budrys*







**Conan the Warrior** *(Painting title: "Indomitable")*
*Lancer Books, 1967  73-549*
*Robert E. Howard*
*Larry Shaw editor*

*Frazetta: "Most artists and art directors favor* **Conan the Warrior**. *The design makes it one of my personal favorites, but I know it's not as popular with the fans as my painting for the Adventurer. Interestingly, most book editors favor the cover for the* **Conqueror**. *Perhaps it's more commercial, I don't know."*



**CONAN THE CONQUEROR**  *(Painting title: "BERSERKER")*
*Lancer Books, 1967  73-572*
*Robert E. Howard*
*Larry Shaw editor*

*Frazetta: "Here I've painted a most apparently violent scene and it's not offensive, really. Somehow there's a rhythm to it and a fascinating beauty, in spite of what's going on. Of course if you were there, I'm sure it wouldn't be quite like that; it would be pretty brutal and terrible, but I kind of left that out. It works in the movies, but I don't think it works in art." Frank sold this artwork to Kirk Hammett of Metallica for $1 million.*

THE BUSY BODY
*Lancer Books, 1967  73-591*
*Donald E. Westlake*
*Larry Shaw editor*

*From the poster for the movie released March 12, 1967 —
Richard Pryor's film debut.*



**CONAN THE USURPER**  *(Painting title: "CHAINED")*
*Lancer Books, 1967  73-599*
*Robert E. Howard and L. Sprague de Camp*
*Larry Shaw editor*

*Terence E. Hanley: "You can't really dismiss this cover, if only for the expression of power in the back and arms of the main character who — contrary to common practice in composition — has his back turned to the viewer." (Tellers of Weird Tales blogspot).*







**CONAN**  *(Painting title: "MAN-APE")*
*Lancer Books, 1967  73-685*
*Robert E. Howard, L. Sprague de Camp, and Lin Carter*
*Larry Shaw editor*

*"I was really flying high, and just about that time Lancer paperbacks were picking up on Robert E. Howard's series of Conan books, novels about a barbarian from Cimmeria. Well, from an artist's point of view, they were great. You could turn to any page and come up with a picture that would be exciting, but the idea was to do it well." (Chicago Tribune, November 1978)*



**NIGHT WALK**   *(Painting title: "SPIDERMAN")*
*Banner Books, September 1967  B60-110*
*Bob Shaw*

*Frazetta: "Banner was a small publisher that didn't have the greatest distribution. Not many people saw it when it first came out. But when we offered it as a poster people went ape. They loved it. And I started getting letters from people asking about the green swirl: What was it? I didn't have the heart to tell them I just thought the painting needed a little green for interest."*
*(*Testament*, Underwood Books, 2001)*

**THONGOR AGAINST THE GODS**   *(Painting title: "AGAINST THE GODS")*
*Paperback Library, November 1967  52-586*
*Lin Carter*

*"Fine art is something that is total. It has a beginning, a middle, and an end — that's what makes it fine art. Illustration has stuff running off at the side. But my stuff has more finality. There is excitement and wonder, but it's pretty final." (*Chicago Tribune*, November 1978)*



**THE TRITONIAN RING**  *(Painting title: "PONY TAIL")*
*Paperback Library, January 1968  53-618*
*L. Sprague de Camp*

*Frazetta: "I always prided myself on the design and balance of my work — they stood up as paintings, but also served their function as commercial art. I thought I was being pretty clever by leaving the art directors a space above the girl for their titles. So of course they had to slap the title on there in a big white box and cover up the castle."* (**Legacy**, *Underwood Books, 1999)*







**THONGOR IN THE CITY OF MAGICIANS**  *(Painting title: "THOR'S FLIGHT")*
*Paperback Library, April 1968  53-665*
*Lin Carter*

*The painting sold for $155,350 at Heritage in February 2017*



**THE SERPENT** *(Painting title: "Aros")*
*Paperback Library, June 1968  55-693*
*Jane Gaskell*
*Oil on Masonite*

*The painting sold for $300.00 at Heritage in April 2020*

**BRAK THE BARBARIAN**
*Avon Books, July 1968  S363*
*John Jakes*

*Cathy Fenner recounts: "This book got delayed (or canceled — briefly) after Frank had completed the cover. He turned around and sold the art to be used as the cover for the Robert E. Howard collection* Wolfshead *— only to get a call that Brak was back on. Frank sat down and painted this in an afternoon." (*Facebook*, 2021)*



**ATLAN** *(Painting title: "WOLFPACK")*
*Paperback Library, August 1968  55-738*
*Jane Gaskell*

*Nick Meglin: "The artist creates contrasting moods in the same work. From the calm, colorful sky and background of the upper half of the painting emerge the menacing wolves. The form the compositional thrust leading directly to the defenseless creatures at the lower right."*
*(American Artist, May 1976)*





**DANGER PLANET** *(Painting title: "ALIEN WORLDS")*
*Popular Library, 1968  60-2335*
*Brett Sterling*



**THE SOLAR INVASION**
*Popular Library, October 1968  60-2346*
*Manly Wade Wellman*

*Dave Winiewicz: "Frank thought it was the most ambitious and most successful of all his early sci-fi compositions and was particularly happy about the girls. He thought they had a special sexy quality about them. Frank also was pleased with the color blending in the background — Frank said: 'I always want your eyes to go where I want them to go. If I can do that, then it's a success.'"*
**(Heritage Auctions,** *November 2012, where the painting sold for $262,900)*

**CONAN THE AVENGER** *(Painting title: "SACRIFICE")*
*Lancer Books, 1968  73-780*
*Robert E. Howard, Björn Nyberg, and L. Sprague de Camp*
*Larry Shaw editor*

*Frazetta: "I thought it was pretty good at first, but when I got it back I realized, 'Well...' Conan looked a little distorted here and there, his proportions were a bit off. If you compare the original version with the revised one, you'll see he's far better. Everything's improved." (Icon, Underwood Books, 1998)*



**Wolfshead**  *(Painting title: "Green Death" [1])*
*Lancer Books, 1968   73-721*
*Robert E. Howard*
*Larry Shaw editor*

*Realistic illustrators tend to work from photo reference. Frazetta was possibly less dependent upon it than any other major realistic illustrator. Reference has been found for the woman in the Wolfshead cover, but he might have just seen the figure in passing and recalled it with his near-photographic memory.*





**The Creature from Beyond Infinity**  *(Painting title: "Mastodon")*
*Popular Library, 1968  60-2355*
*Henry Kuttner*



**OUTLAW WORLD**  *(Painting title: "WHITE GORILLAS")*
*Popular Library, 1969  60-2376*
*Edmond Hamilton*

*This painting was revised after publication.*

**BRAK THE BARBARIAN VERSUS THE SORCERESS**  *(Painting title: "THE APPARITION")*
*Paperback Library, April 1969  63-089*
*John Jakes*



## BRAN MAK MORN
*Dell Books, September 1969  0774*
*Robert E. Howard*

*Frazetta: "I just didn't see it as being a very decorative, colorful piece. It had to be dark and grim. It's just this solid mass rolling toward you. That's why the total lack of color and technique seemed appropriate to me. Art is not painting and it's not drawing — it's total effect." (Icon, Underwood Books, 1998)*







## CONAN OF CIMMERIA    *(Painting title: "THE SNOW GIANTS")*
*Lancer Books, 1969  75-072*
*Robert E. Howard, L. Sprague de Camp, and Lin Carter*
*Robert Hoskins editor*





**KAVIN'S WORLD**
*Lancer Books, 1969  74-564*
*David Mason*
*Robert Hoskins editor*
*Oil on Masonite*

*Ironically, Frazetta, the Godfather of Fantastic Art rarely rendered dragons. Here we see one of those extremely rare Frazetta dragons.*

**THE ETERNAL CHAMPION**
*Dell Books, April 1970  2383*
*Michael Moorcock*

*See the significantly revised, post-publication version of this in* Fantastic Paintings of Frazetta *(Vanguard Publishing, 2020).*



## THE GODMAKERS

*Pinnacle Books, 1970  P010-N*
*Dan Britain*





THE HIGH SIDE  *(Painting title: "DEVIL RIDER")*
*Fawcett Books, 1970  R2207*
*Max Ehrlich*

*The painting was significantly reworked post-publication.*
*Heritage sold the final art for $41,825 in August 2008.*



**STRANGE CREATURES FROM TIME AND SPACE**
*Fawcett Books, 1970  T2219*
*John A. Keel*

*In the 1990s, after Frazetta's first stoke, he could only paint with his left hand. Unlike earlier, pre-stroke revisions, results of post-stroke revisions were seldom celebrated. But Frazetta replaced the hunter in this painting with a nude woman. It was one of his best post-stroke revisions. Frazetta expressed to J. David Spurlock that the change transformed the piece from an illustration to a Fine Art piece.*

# CHAPTER FOUR

## SUPERSTAR

### KANE, KONG, FLASHMAN, FLASHING SWORDS, & THE RETURN TO BURROUGHS



**MONSTER FROM OUT OF TIME**
*(Painting title: "LAND OF TERROR")*
*Popular Library, 1970*
*445-02474*
*Frank Belknap Long*
*Oil on Masonite*

*Whether it was another oddity from Frank's history, or just another coincidence, the paperback titled* **Land of Terror** *used the painting titled "MONSTER FROM OUT OF TIME" (see page 90)*

**Jongor of Lost Land**
*Popular Library, 1970  445-02498*
*Robert Moore Williams*

*This original artwork was completely painted over for use as the cover for the comic titled* **Jaguar God #1.** *(Verotik Publishing, 1995)*





**The Return of Jongor**  *(Painting title: "The Return of Jongar")*
*Popular Library, 1970  445-02511*
*Robert Moore Williams*

*Robert Moore Williams' Jongor series was somewhat inspired be the success of Edgar Rice Burroughs, and perhaps a bit by Robert E. Howard. They were originally published between 1940 and 1951 in the pulp magazine, Fantastic Adventures, usually with covers by Burroughs' favorite illustrator, J. Allen St.John. So, it was a natural to revive them in 1970 with new covers by the artist who had led the ERB and REH revivals, Frank Frazetta.*

445-02540-060    60c

## The great jungle hero is victim of vengeful beast-men and mercenary humans as he battles a savage scheme...

# JONGOR FIGHTS BACK

by Robert Moore Williams

**JONGOR FIGHTS BACK** *(Painting title: "Jongor Fights Back")*
*Popular Library, 1970  445-02540*
*Robert Moore Williams*

*Frazetta: "See? The arrow and the feathers should cross his face. But I left 'em out. You'd never see those feathers! This is danger, emotion, the pterodactyls are coming!" (Esquire, June 1977)*

## CONAN THE BUCCANEER
*(Painting title: "The Destroyer")*
*Lancer Books, May 1971  75181*
*L. Sprague de Camp and Lin Carter*
*Robert Hoskins editor*

*Michael Kaluta: "Lancer held off on needing it. It sat on the easel and Frank would pick at it... When I visited their home this time, the piece was on the living room easel. We were left contemplating it while Frank and Ellie went off to the kitchen. With both parents gone, their toddler daughter turned her little head over her shoulder toward the Conan painting, let go the edge of the couch and WALKED across the room to the easel, took hold of it while she looked up at the painting. Her first steps! Delight filled the room! Frank mused he was surprised she'd be attracted to such a dark painting."*
*(Facebook, June 2021)*



LANCER BOOKS 75181-095    95c

### AT LAST! THE LONG-AWAITED *NEW* CONAN NOVEL BY L. SPRAGUE DE CAMP & LIN CARTER

# CONAN THE BUCCANEER

*"The Destroyer" underwent two significant published revisions. The third and final state of the artwork was heavily reproduced, and can be seen in its largest form in* **Fantastic Paintings of Frazetta** *(Vanguard Publishing, 2020). In 2010, it sold for $1.5 million.*

### To Catch a Crooked Girl
*Pinnacle Books, 1971  P020-N*
*Wanda Willing*

*Although published in 1971, the painting was executed circa 1964.*





**Mrs. Pollifax - Spy**  *(Painting title: "The Gang's All Here")*
*Tandem Books, 1971  5602*
*Dorothy Gilman*

*This artwork from the poster for the May 12, 1971 film, was cropped for the rare UK paperback edition. The unedited poster includes the gunman's entire arm dropping into view from the tree.*



**THE BEST OF CREEPY**  *(Painting title: "DRACULA MEETS THE WOLFMAN")*
*Tempo Books, February 1971  448-05368*

*Reprints the cover of* **Creepy** *#7 (Warren, February 1966) and the interior reprints the story "Werewolf!" from* **Creepy** *#1 (Warren, 1964)*

**AT THE EARTH'S CORE**
*Ace Books, 1972  03322*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*No date is listed, but Robert B. Zeuschner's* Edgar Rice Burroughs: The Bibliography *confirms that this fourth Ace printing was published in 1972. The painting sold for over $1 million at Heritage in August 2016.*



## THE MAD KING [II]
*Ace Books, 1972  51402*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*The second painting for this title, owned by Edgar Rice Burroughs Inc.; painted ten years earlier, upon completion of the first version of the painting — but published in 1972 for this edition.*





**PELLUCIDAR**  *(Painting title: "FLYING REPTILES")*
*Ace Books, September 1972  65852*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*

*Donald A. Wollheim left Ace in October, 1971 to launch his own DAW line of books. He was replaced temporarily by famous author and Galaxy magazine editor, Frederik Pohl. These 1972 ERB editions might have been edited by Wollheim just before he left Ace or simply reprinted the text as it ran in the earlier Wollheim-edited Ace editions.*



**CHILD OF THE SUN** *(Painting title: "Roman Chariot")*
*Fawcett Books, October 1972  P2623*
*Kyle Onstott*

*This painting was purchased shortly after publication, and it resided in the same collection until it was offered on the market in October 2019, where it sold for $495,000.*

**WITCH OF THE DARK GATE** *(Painting title: "Swamp Demon")*
*Lancer Books, December 1972  75415*
*John Jakes*
*Robert Hoskins editor*

*Frazetta: "'How d'ya do that?' they ask me. A Nubian! I just want to do something different. Nobody else has ever had a bald Nubian as a heroine! I made it up. They can get something to go with it. Or use your imagination." (*Esquire*, June 1977)*



## BACK TO THE STONE AGE *(Painting title: "THE MAMMOTH")*
*Ace Books, January 1973  04632*
*Edgar Rice Burroughs*
*Donald A. Wollheim editor*
Original Title: **Seven Worlds to Conquer**

*Nick Meglin: "Despite the massive qualities of the creature and figure, most of this painting has been executed in thin washes, almost pastel-like in handling." (American Artist, May 1976)*





## BEYOND THE FARTHEST STAR *(Painting title: "BEYOND THE FOREST STAR")*
*Ace Books, January 1973  05652*
*Edgar Rice Burroughs*

**Beyond the Farthest Star** *paperback*
*Ace Books, 1979  05656-3*



**LAND OF TERROR** *(Painting title: "Monster from Out of Time")*
*Ace Books, January 1973  46997*
*Edgar Rice Burroughs*

*Foliage was added to this painting after initial publication. Whether it was another oddity from Frank's history, or just another coincidence, the paperback titled* Monster from Out of Time *used the painting titled "Land of Terror". (see page 75)*

**THE LAND OF HIDDEN MEN**
*(Painting title: "Black Panther")*
*Ace Books, January 1973 47012*
*Edgar Rice Burroughs*
*Original Title:* Jungle Girl

*Robert R. Barrett: "I first saw this painting during my 1967 visit to the Frazettas. At that time it was only brushed on in burnt umber. I recognized it immediately as a scene from Edgar Rice Burroughs'* Tarzan the Untamed. *I asked Frank about it and he told me that it was only something he had started in the early 1960s but never finished. Later, when I saw the book, I called Frank and asked him about it. He told me when Ace needed a cover for* The Land of Hidden Men, *he thought that the unfinished painting would work for the book and finished it. So, it's a Tarzan painting for a non-Tarzan book!" (Facebook, 10/19/20)*



**The Outlaw of Torn**
*Ace Books, January 1973  64510*
*Edgar Rice Burroughs*





**The People that Time Forgot**  *(Painting title: "Captive Princess")*
*Ace Books, January 1973  65942*
*Edgar Rice Burroughs*

*This was another post-publication alteration, where upon careful inspection, vines and foliage were added and altered; more evidence to Frank's need to carefully tweak the painting to his satisfaction. Without side-by-side comparison, you wouldn't notice the changes.*





TANAR OF PELLUCIDAR
Ace Books, January 1973  79792
Edgar Rice Burroughs

## SAVAGE PELLUCIDAR

Ace Books, January 1973  75132
Edgar Rice Burroughs
Oil on Masonite

*After the painting was used for the Luana B-sheet movie poster, it was cut apart;
the central figure portion was altered and used for this paperback cover.
Further insights can be seen in* Fantastic Paintings of Frazetta *(Vanguard Publishing, 2020)*

## THE DEVIL'S GENERATION

*Lancer Books, April 1973  75465*
*Vic Ghidalia*
*Robert Hoskins editor*

*Ray Bradbury: "I've stated upon many occasions that the magic of Frank Frazetta parallels the magic of my stories."*
*(Jerry Weist's book* Ray Bradbury: An Illustrated Life*)*





## ARDOR ON AROS  *(Painting title: "SERPENT")*
*Dell Books, May 1973  0931*
*Andrew J. Offutt*

*Russ Cochran: "The painting started with the tentacle, then Frank sat back and studied it and put in the torso of the man. I watched the painting come to life. The painting was almost finished, when Frank started looking at it, wondering what to do about the man's right hand, which did not [originally] appear in the painting." (*Russ Cochran Newsletter*, June 2010)*



**THE CREATOR OF JANDAR AND THONGOR OPENS UP AN AWESOME NEW WORLD OF ADVENTURE WITH DIODRIC THE WARRIOR**

# THE BLACK STAR
# By Lin Carter

DELL · 0932 · 95¢

**THE BLACK STAR**
*Dell Books, May 1973  0932*
*Lin Carter*

*This painting was also slightly altered post-publication.*



FLASH FOR FREEDOM
Signet Books, June 1973  451-Y5491
George MacDonald Fraser

SIGNET · 451-Y5491 · $1.25

**GEORGE MacDONALD FRASER**
A novel of outrageous adventures and lusty wenching.

# Flash for Freedom

**FLASHING SWORDS! #1**  *(Painting title: "WARRIOR WITH BALL AND CHAIN")*
*Dell Books, July 1973  2640*
*Edited by Lin Carter*

*This painting was purchased in the February 1993 Guernsey's auction and is one of the largest Frazetta paintings (19" x 23"). Later sold at Heritage for $150,000. When asked about the piece being auctioned, Frank Frazetta replied, "That is one of my better paintings and I certainly had a lot of fun with that one." (**Heritage Auctions**, 2010)*





Writers of the Future
Volume XXI *paperback*
*Bridge Publications,
August 2005*

**THE SILVER WARRIORS**  *(Painting title: "THE SILVER WARRIOR")*
*Dell Books, September 1973  7994*
*Michael Moorcock*

*Frazetta: "Harness? Ha! Who needs a harness? This is emotion; those bears are comin' at you, you don't have time to see a harness. I paint feelings! I thought of the harness, but it'd make a ridiculous clutter." (**Esquire**, June 1977)*



## CARSON OF VENUS [II]
*Ace Books, 1973  09202*
*Edgar Rice Burroughs*

*The second series of Ace covers painted a decade later, clearly shows off Frank's confident and bold color splashes. See the original Frazetta edition on page 26.*

## BLACK EMPEROR
*Lancer Books, 1973  75165*
*Stuart Jason*
*Robert Hoskins editor*

*In the late nineties, both figures were repainted nude.*



### Escape on Venus
*Ace Books, January 1974  21562*
*Edgar Rice Burroughs*

*Sold for $660,000 in August 2018.*





Writers of the Future
Volume XIX *paperback*
*Bridge Publications,*
*August 2003*

### Into the Aether  *(Painting title: "The Galleon")*
*Dell Books, January 1974  3830*
*Richard A. Lupoff*

*Frazetta: "When I got the painted cover back I realized I had unconsciously painted a homage to Howard Pyle. It's evident if you know what to look for." (*Testament*, Underwood Books, 2001)*





**ATLANTIS RISING** *(Painting title: "ATLANTIS")*
*Dell Books, January 1974  1182*
*Brad Steiger*

*William Frazetta: "'ATLANTIS' was [originally] an almost finished piece. My grandfather realized he didn't have enough room to do the reflection in the water, so he had to repaint it. Luckily my father gave him a new canvas so he didn't paint over the original version."*

**FLASHING SWORDS!** #2 *(Painting title: "DEATH DEALER")*
*Dell Books, January 1974  3123*
*Edited by Lin Carter*

*Frazetta: "That first [DEATH DEALER] painting just reached into the depths of your soul... (Previews, June 1994)*



## Luana [I]

*Ballantine Books, February 1974  23793*
*Alan Dean Foster*

The painting was later used as the cover for Vampirella #31. The full, uninterrupted oil can be seen in The Sensuous Frazetta *(Vanguard Publishing, 2016)* and Fantastic Paintings of Frazetta *(Vanguard Publishing, 2020)*





## The Moon Maid  *(Painting title: "Moonmaid")*
*Ace Books, 1974  53702*
*Edgar Rice Burroughs*

*This painting was entirely reworked after publication.*



ACE | 53752 | 95¢

# EDGAR RICE BURROUGHS
## THE MOON MEN

THE MOON MEN
*Ace Books, March 1974  53752*
*Edgar Rice Burroughs*

THE MUCKER
*Ace Books, June 1974  54460*
*Edgar Rice Burroughs*

*Robert R. Barrett: "Frank called me and asked me to describe a scene from the book that I thought would make a good cover. I described three scenes, telling him that this one was my favorite. When the book came out I was pleased that he had used the one that I liked best." (**Facebook**, 2013)*



EDGAR RICE
# BURROUGHS

ACE|54460|95¢

## THE MUCKER
### FIRST ACE EDITION

RETURN OF THE MUCKER
*Ace Books, June 1974  71815*
*Edgar Rice Burroughs*





THE OAKDALE AFFAIR  *(Painting title: "THE BEAR")*
*Ace Books, July 1974  60563*
*Edgar Rice Burroughs*

**FIRST TIME IN PAPERBACK**

## EDGAR RICE
# BURROUGHS
## THE RIDER

ACE172280/$1.25

Some have said that Frazetta's Death Dealer character was partially inspired by Fritz Leiber's Fafhrd and the Gray Mouser story in **Flashing Swords #1**.

"Death... his figure armored in chain mail and his black belt, studded with silver skulls tarnished almost as black, from which hung his naked, irresistible sword... most strongly felt that, if only for artistry's sake, heroes should be made to make their exits from the stage of life in the highest melodramatic style, with only one in fifty score let to die of old age and in the bed of sleep for the object of irony."

But, Frazetta's work "The Black Cougar!" in **Star Spangled Comics #113** (DC, 1951), also presaged Death Dealer and was literally recreated in oil for the cover of The Rider.

**THE RIDER**
*Ace Books, October 1974  72280
Edgar Rice Burroughs
Donald A. Wollheim editor*

**FLASHMAN AT THE CHARGE**  (Painting title: "FLASHMAN ON THE CHARGE")
*Signet Books, October 1974  Y6094
George MacDonald Fraser*

*Ballantine: "If life is one keynote of Frank's work, then humor must surely be another. One lovely full color painting typifies this quality — where even the horse seems to be screaming, 'For God's sake! Let's get the hell out of here!'" (Frank Frazetta Book Four, 1980). The art was later revised.*



SIGNET•451-Y6094•$1.25

**GEORGE MACDONALD FRASER**

# Flashman at the Charge

WINNER OF THE PLAYBOY AWARD FOR THE BEST NOVEL OF THE YEAR!

The all-time ace of boudoir Olympics is back in action!

**TIME WAR**  *(Painting title: "RED PLANET")*
*Dell Books, November 1974  8625*
*Lin Carter*

*After publication, this painting went through two more stages in several years.*





**THE BOOK OF PARADOX**  *(Painting title: "PARADOX")*
*Dell Books, February 1975  3343*
*Louise Cooper*



### EDGAR RICE BURROUGHS: MASTER OF ADVENTURE
*Ace Books, February 1975  18771*
*Richard A. Lupoff*

*Frazetta: "I set out to conquer the world with that one, and I fell on my face. For some reason it didn't pan out, and I don't know why. It was a good idea. But when I painted it, half of it was well done and the other half stunk. I was dissatisfied and I couldn't leave it that way." (*Legacy*, Underwood Books, 1999)*

*The artwork was painted over to become "THE MOON'S RAPTURE."*

*Canaveral's December 1965 hardcover first edition, as well as this reprint, includes six pen & inks.*

### BLOODSTONE
*Warner Paperback Library, March 1975  78-711*
*Karl Edward Wagner*

*The oil painting sold for $65,725 at Heritage in November 2016.*



### King Kong

*Ace Books, November 1976  44470*
*Delos W. Lovelace*
*Donald A. Wollheim editor*

*This painting began as the cover to Creepy #11, and later repainted again, because allegedly Frank thought he had made Kong look like a stuffed doll. The female is the only familiar element of the painting as it stands today.*





**Dark Crusade**  *(Painting title: "Dark Kingdom")*
*Warner Books, December 1976  88-154*
*Karl Edward Wagner*

*This painting famously ran later, as the cover to the hit Molly Hatchet album, Flirtin' With Disaster. The forward knee in this painting was unfortunately revised many years later, post-stroke.*



**SWORDS AGAINST DARKNESS**  *(Painting title: "Fire Demon")*
*Zebra Books, February 1977  239*
*Andrew J. Offutt editor*

**KING KONG: THE COMPLETE SCRIPT**  *(Painting title: "King's Lair")*
*Ace Books, March 1977  44472-5*
*Lorenzo Semple, Jr.*

*Frazetta was pleased to paint "King's Lair" (aka "Eighth Wonder") to be used as the
movie poster. He was quite upset when De Laurentiis used an alternate image by
John Berkey on the poster. Frazetta felt great vindication when Ace used it for the
book cover without De Laurentiis' knowing prior to publication.*



## Darkness Weaves *(Painting title: "Kane on the Golden Sea")*
*Warner Books, January 1978  89-598*
*Karl Edward Wagner*

*This painting was last seen in 2010, and was quite crackled, due to the varnish in the paint, and was so published in the Frazetta Sketchbook Volume II.*





## Night Winds *(Painting title: "Nightwinds")*
*Warner Books, August 1978  89-597*
*Karl Edward Wagner*





**DEATH ANGEL'S SHADOW**  *(Painting title: "CAVE DEMON")*
*Warner Books, December 1978  90 001*
*Karl Edward Wagner*

*A common response to "CAVE DEMON" involves the overwhelming fact that the demon will win this fight. Time and time again, Frazetta thrills us with emotion and unfair odds. This artwork is about tension and anticipation.*



**CONAN OF AQUILONIA**
*Sphere Books, October 1978  4706-6*
*L. Sprague de Camp and Lin Carter*

*This artwork was produced in the early '70s but stolen from the Lancer offices and has never surfaced since. It ran on this 1978 edition from an early proof made shortly before the original was stolen. Frank painted a similar composition but with dark hair, titled "BARBARIAN" in 1986. That version is exhibited at the Frazetta Art Museum in East Stroudsberg, PA.*

**BATTLESTAR GALACTICA 2: THE CYLON DEATH MACHINE** *(Painting title: "SPACE ATTACK")*
*Berkley Books, January 1979  425-04080-1*
*Glen A. Larson and Robert Thurston*

Battlestar Galactica 2: The Cylon Death Machine *paperback*
*Berkeley Books, December 1982  425-05518-3*

*Henry Lehn, advertising agency art director who commissioned Frank: "Frazetta was perfect for Galactica. His characters are larger-than-life and very heroic, which is perfect for the younger appeal of the show. His drawings are also very erotic and sexy, which appeals to the horny older guys out there." This was a wraparound cover painting and was flopped for proper presentation. The Berkley reprint was edited showing the girl with a bra and hot pants.*







**WITHERWING**
*Warner Books, September 1979  90-115*
*David Jarrett*

*Slightly altered second version appeared in* **Questar** *#9, p37 (October 1980), and the final state was seen in* **Testament** *(Underwood Books, 2001)*



**THE FLESH EATERS**
*Warner Books, December 1979  82-633*
*L.A. Morse*

## CHAPTER FIVE

# FOR THE FUTURE

DEATH DEALER AND HUBBARD





**WRITERS OF THE FUTURE VOLUME III**
*(Painting title: "DREAMFLIGHT")
Bridge Publications,
April 1987*

*This was a horizontal painting
done for this wraparound
cover, not fully shown.*

*Above:* Writers of the Future
Volume X paperback
*Bridge Publications,
May 1994*

*Artwork titled "SOUND,"
originally published as the
cover to* **Questar** *#9
(MW Communications,
October 1980).*

**Frank Frazetta's Death Dealer Book 1** *(Painting title: "Death Dealer II")*
**Prisoner of the Horned Helmet**
*Tor Books, February 1988  53823-4*
*James Silke*





**Writers of the Future Volume IV** *(Painting title: "Moonrider")*
*Bridge Publications, June 1988*
*Algis Budrys editor*

*This was a horizontal painting done for this wraparound cover, not fully shown.*



**FRANK FRAZETTA'S DEATH DEALER BOOK 2** *(Painting title: "DEATH DEALER III")*
**LORDS OF DESTRUCTION**
*Tor Books, January 1989   53821-8*
*James Silke*

*This was painted during Frank's struggles with a thyroid problem, and was later painted over to become the cover for the comic titled* Frank Frazetta's Death Dealer #3 *(Image Comics, June 2007).*

**WRITERS OF THE FUTURE VOLUME V** *(Painting title: "ENCOUNTER")*
*Bridge Publications, April 1989*

*This was a horizontal painting done for this wraparound cover, not fully shown. Trivia: 18335 seen in this painting, was the zip code to the Frazetta poster business post office box in Marshalls Creek, PA.*



**FRANK FRAZETTA'S DEATH DEALER BOOK 3** *(Painting title: "Death Dealer IV")*
**TOOTH AND CLAW**
*Tor Books, November 1989  50330-9*
*James Silke*





**WRITERS OF THE FUTURE VOLUME VI** *(Painting title: "Leaping Lizards")*
*Bridge Publications, May 1990*

*This was a horizontal painting done for this wraparound cover, not fully shown.*



**FRANK FRAZETTA'S DEATH DEALER BOOK 4** *(Painting title: "DEATH DEALER V")*
**PLAGUE OF KNIVES**
*Tor Books, June 1990  50332-5*
*James Silke*

*Most aspects of "Death Dealer V" changed after publication.*

**WRITERS OF THE FUTURE VOLUME VII**  *(Painting title: "DAWN ATTACK")*
*Bridge Publications, July 1991*

*This was a horizontal painting done for this wraparound cover, not fully shown.*

*The Best of Writers of the Future paperback*
*Bridge Publications, 2000*
*Reprint shown with some of the extended artwork.*





**THE MOTHMAN PROPHECIES**  *(Painting title: "MOTHMAN")*
*IllumiNet Press, 1991*
*John A. Keel*

*This was originally painted in 1980, and used as the cover for the magazine*
**High Times #241.** *(Gabrielle Schang, May 1980)*





**BATTLEFIELD EARTH**  *(Painting title: "MAN, THE ENDANGERED SPECIES")*
*Galaxy Press, September 2016*
*L. Ron Hubbard*

*This was originally painted in 1982, and used as the cover image*
*for the* **1984 Science Fiction Calendar.** *(Bridge Publications, 1983)*



**TARZAN AND THE CASTAWAYS** *(Artwork title: "APEMAN")*
*Canaveral Press, 1965*
*Edgar Rice Burroughs — Richard A. Lupoff editor*

*Frank shared with Dave Winiewicz that he added the dappled light on the princess' posterior to soften the presentation and keep the focus on Tarzan. This cover and five interior ink illustrations are considered among Frank's all-time finest.*

## CHAPTER SIX
# FLINTY FRAZETTA
### THE HARDCOVERS

As the vast majority of Frazetta's book cover art was painted for paperbacks, we take a separate look here at art he produced for hardback books.

*DOWNWARD TO THE EARTH*
*Nelson Doubleday, Inc., 1968*
*Robert Silverberg*

*This piece won an Award in the Society of Illustrators' 15th Annual Exhibition (1972). About it, in* Esquire, *June 1977, Frazetta said, "'Downward to the Earth' was a very strange painting. I went all out surreal, and the snobs gave me an award.". What Frank didn't realize was, it was up to illustrators, agents, or art directors to enter pieces to the annual shows. Had anyone entered Frank's works, he would have received much more attention. Years later, in 1998, Frazetta was inducted into the Society's Hall of Fame.*

*This edition included a pen & ink frontis illustration.*



**A PRINCESS OF MARS** *(Painting title: "PRINCESS OF MARS" [1])*
*Nelson Doubleday, Inc., 1970*
*Edgar Rice Burroughs*

*Russ Cochran talked Frank into selling him the original painting. Later, regretting the sale, Frank painted another version for himself. The revised artwork was sold by a member of the family for $1.2 million in September 2020. Three interior black & white pen & ink illustrations.*





**ORN** *(Painting title: "TYRANNOSAURUS REX")*
*Nelson Doubleday, Inc., 1970*
*Piers Anthony*





**RED MOON AND BLACK MOUNTAIN**
*Ballantine Books., 1970*
*Joy Chant*

*Opposite:*
Red Moon and Black Mountain *paperback*
*Bantam Books, June 1983  23311-4*





### THE GODS OF MARS & THE WARLORD OF MARS
*(Painting title: "John Carter and the Savage Apes of Mars")*
*Nelson Doubleday, Inc., Winter 1971*
*Edgar Rice Burroughs*

*This was a horizontal piece created for this wraparound cover.*
*It also included six interior black & white illustrations.*





### THE DANGER FROM ATLANTIS
*Nelson Doubleday, Inc, August 1971*
*Poul Anderson*

*This piece was later overpainted, completely changing the figure to a nude state, the background was modified, and the bull's pose was altered.*

### THE 1972 ANNUAL WORLD'S BEST SF
*(Painting title: "NEW WORLD")*
*DAW Books, July 1972*
*Donald A. Wollheim editor*

*Writers of the Future Volume XVIII paperback*
*Bridge Publications,*
*August 2002*

*This painting is in the collection of George Lucas.*







*Commissioned, painted & advertised for book covers but never published.*



### Thrust into the far-distant future, a man pits his 20th-century mind against the greatest enemy that humanity has ever known!

John Martels, an astrophysicist, is proud of the role he has played in designing a totally new type of radio telescope, the most powerful in the world. But when the time comes to test the massive instrument, it fails to work. Perhaps he made careless by his frustration, the impatient scientist tries to make repairs. The freak accident that ensues should lead to his death—but in reality the consequences are far more awesome.

Bewilderment and then shock come with returning consciousness as Martels gradually realizes the full horror of his situation. His body gone, all that remains is his mind, which somehow has been projected into the brain of a being who lives...

The evil-te...
Rebirth III, bu...
Qvant conside...
been kept ali...
the men of Re...

Earth is in...
all science an...
most of the w...
nerable to a...
an intelligence...
all men. And...
quest of Eart...

Realizing th...
into projectio...
advice. Now h...
to save hims...
hostile future...
exists. To rea...
but is capture...
and, after kill...
leap from the...
to a new futu...

A spectacu...
tion, MIDSUM...
strates the cr...

*Publisher's...*



**SPURS** AUGUST '72

*A rich, rowdy account of ten years as a saddle tramp—*

### THE TRUE MEMOIRS OF CHARLEY BLANKENSHIP
*by Benjamin Capps*



**WINTER OF THE COUP**
*by Carter Travis Young*



# A REQUIEM OF SHARKS
*by Patrick Buchanan*

Hark, hark, the shark in Lisa's pool doth swim...



# THE LEGEND OF BABY DOE
*by John Burke*

Illustrated with 12 rare monochrome photos

**She was every inch a lady—right down to her six guns!**

There was something both cinematic and operatic about the true life story of Elizabeth McCourt Doe Tabor, the legendary Baby Doe, sometimes referred to as the Silver Queen of Colorado and more often as "that shameless hussy." Her life arched over a large segment of Western history like one of the mighty rainbo...
all the more brilliant...
liberated woman.

A notable beauty...
took her from her n...
great Northwest. Th...
cowpokes, and see...
Dance Hall Queens...
tending for the thir...

Baby never gave...
arly women, since...
dalous gowns that t...
the hearts of the m...
Horace Tabor, the...
into a multi-million...
age to a gangly sto...
of pleasure, travel...
female tradition in...
steed called Midni...
red garter.

Baby Doe was c...
appears in high-pow...
onto a few bare fact...
real, though often i...
temporaries like Ca...
in this fabulous tale...
age to a mining car...
man in the territory...
a wise one, but en...
the legendary West...

Author John Bur...
vious works, *Duel i...*
by the Western Wri...
*Publisher's Edition...*

**SPURS** Winter 1973

### SUMMER OF THE DRUMS

*by Theodore V. Olsen*

---

*The whole town k...
murder, yet it loo...
scot-free!*

The wild-and-woolly Wiley family had one big advantage over the law—their hideout was on the floor of the steepest, most treacherous canyons in the territory. A handful of men could defend it against an entire army if need be, and more than once the Wiley boys had done their share of robbing and raping, and escaped to the safety of the canyon.

Now Judas Wiley had gone a step too far in murdering Ruth Mc-Cracken and he was going to stand trial. However, putting one Wiley on trial was the same as trying all forty of them, for Solomon, his six sons, and their families were as close as rattlesnakes in winter—and when disturbed, they were twice as deadly.

Nothing daunted them more than the fact that a Wiley was in jail. First they informed Judge Jonas Fuller's daughter Susan that if she didn't want to wind up beside Ruth McCracken, then she'd better tell her father to declare Judas innocent. Next the Wiley boys spoke to Bill Clay, one of the men on the jury, but Bill resisted. "I'm going to listen to the evidence and then I'm going to do what I think is right," he said. The next night the Clay home burned to the ground.

Solomon Wiley was caught in the act of intimidating a second juror by Sheriff Sam McCool, who slipped the leader of the Wiley clan into the pokey. Yet even with both Solomon and Judas in jail, the forces of law and order were losing, for if Judas was hanged, the Wileys promised a reign of terror!

While twelve men were locked in a jury room deciding the fate of Judas Wiley, two of his brothers, Andrew and Simon, kidnapped Susan Fuller and carried her to the Wiley fortress. Now Susan's fate was tied to that of the hated Judas Wiley...

Blazing pistols and white-hot action are nothing new to the stories of Lewis B. Patten, whose novel *The Red Sabbath* received a coveted Spur Award. His latest novel, THE TRIAL OF JUDAS WILEY, pounds along like a herd of stampeding buffalo as it races towards one of the wildest shoot-out finales of all time.

*Publisher's Edition $4.95 • MEMBERS' EDITION $1.69*

### The Trial of Judas Wiley
**by Lewis B. Patten**

---

• Midsummer Century
  *by James Blish,
  June 1972*

• The True Memoirs of
  Charley Blankenship
  *by Benjamin Capps,
  August 1972*

• The Trial of Judas Wiley
  *by Lewis B. Patten,
  August 1972*

• Winter of the Coup *by Carter Travis Young, April 1973*
• A Requiem of Sharks *by Patrick Buchanan, November 1973*
• Summer of the Drums *by Theodore V. Olsen, Winter 1973*
• The Legend of Baby Doe *by John Burke, May 1974*





THUVIA, MAID OF MARS & THE CHESSMEN OF MARS
*(Painting title: "THUVIA, MAID OF MARS")*
*Nelson Doubleday, Inc., January 1973*
*Edgar Rice Burroughs*

*This was another horizontal piece created for this wraparound cover,*
*and included six interior black & white illustrations.*



DRACULA / FRANKENSTEIN *(Painting title: "Creatures of the Night")*
*Nelson Doubleday, Inc., 1973*
*Bram Stoker / Mary Shelley*

*Opposite:*
Dracula: The Original Graphic Novel
*Vanguard Publishing, Halloween 2021*







**FLASHING SWORDS! #1** *(Painting title: "THE NORSEMAN")*
*Nelson Doubleday, Inc., April 1973*
*Edited by Lin Carter*

*This painting was reprinted multiple times, but never permitted to be sold during Frazetta's lifetime. It sold for $454,100 at Heritage in May 2016.*

**FLASHING SWORDS! #2**
*(Painting title: "TREE OF DEATH")*
*Nelson Doubleday, Inc., September 1973*

*Edited by Lin Carter*

*Revised in 1980, this painting underwent slight modifications, post-publication, notably the sword blood, loincloth and hip. This painting sold for $430,200 at Heritage Auction in February 2018.*

## The Mastermind of Mars & A Fighting Man of Mars

*(Painting title: "A Fighting Man of Mars")*
*Nelson Doubleday, Inc., January 1974*
*Edgar Rice Burroughs*

*Six interior black & white pen & ink illustrations.*
*This painting sold for $82,500 at Christie's East auction in October of 1992.*



Writers of the Future
Volume XIII *paperback*
*Bridge Publications,*
*October 1997*



## Swords of Mars & Synthetic Men of Mars   *(Painting title: "Swords of Mars")*
*Nelson Doubleday, Inc., January 1975*
*Edgar Rice Burroughs*

*Six interior black & white pen & ink illustrations.*
*Again, subtle figure modifications were made to*
*this painting, namely the three victims, after publication.*





### SEADEMONS
(Painting title: "SEA WITCH")
*Harper & Row, 1977*
*Laurence Yep*

**Seademons** *paperback*
*Perennial Library, 1979 P477*

*Frazetta: "She was too luminous. You could hardly see her body. Now it's more lavender and has shape. It's molded. I started doodling on the face and, God, I lost the eyes! That mad witch look — I lost it, couldn't find it. What a sweat! But I got it back."*

*There were more than a half dozen published revisions to "SEA WITCH," and this was an early one, the second state. It premiered as the cover to Eerie #7 in 1967. The image was flopped here for wraparound publication.*

**FINAL BLACKOUT**  *(Painting title: "THE LIEUTENANT")*
*Bridge Publications, 1990*
*L. Ron Hubbard*

**Final Blackout** *paperback*
*Bridge Publications, November 1991*



This painting
is very
horizontal,
and was
cropped and
reprinted a
year later.
The full
painting is
used as the
front end
papers for
Easton Press'
hardcover
edition, 1993.



**THE ULTIMATE TRIUMPH**
*Wandering Star, 1999*
*Robert E. Howard*

*The interior of this volume included Frazetta end papers,*
*five frontis pieces, and 117 interior black & white illustrations.*



**BATTLESTAR GALACTICA REBELLION** *(Painting title: "SPACE SCRAMBLE")*
*ibooks, 2002*
*Richard Hatch & Alan Rodgers*

*This was original clack & white*
*advertisement in the September 23, 1978 issue of* **TV Guide**.
*The art and signature were flopped for this wraparound cover.*



# ACCLAIM FOR VANGUARD & FRAZETTA ART MUSEUM'S *FANTASTIC* BOOK

"#1 BEST-SELLER
— **BUD'S ART BOOKS**

"GOLD MEDAL WINNER"
— **IPPY AWARDS**

"FRAZETTA IS BEST SEEN IN VANGUARD'S EDITION"
— **STEVEN HELLER** FOR *PRINT*

"WONDERFUL COMMITMENT, NOT JUST QUALITY REPRODUCTIONS"
— **HEAVY METAL**

"PURE JOY. A DREAM COME TRUE"
— **TRIBUNE NEWS SERVICE**

"NOMINEE"
— **RONDO AWARDS**

"NOMINEE"
— **LOCUS AWARDS**

"#1 HOT NEW RELEASE"
— **AMAZON.COM**

"A CROWN JEWEL OF BOOKS"
— *NYT* BEST-SELLER **GEORGE BEAHM**

"MASTERPIECE! VANGUARD, DAVID & THE MUSEUM HAVE OUTDONE THEMSELVES"
— **STEVE GEPPI, DCD**

"GREAT NEW FRAZETTA BOOK"
— **RALPH BAKSHI**

"SUCH HIGH QUALITY, YET SO AFFORDABLE"
— *JOURNAL OF R.E.H. STUDIES*

LORI FRAZETTA, FRANK FRAZETTA JR, J. DAVID SPURLOCK



# FRAZETTA
## BOOK COVER ART
### DELUXE BONUS FOLIO

VINTAGE FRONTIS
—AND—
TITLE PIECES

Warrior of Llarn frontis, 1964

# EDGAR RICE BURROUGHS

## TARZAN
### AND THE LOST EMPIRE



ACE BOOKS, INC.
**23** West **47th** Street, New York 36, N.Y.

VANGUARD® FRAZETTA CLASSICS™

*Tarzan and the Lost Empire title page, 1962*

# EDGAR RICE BURROUGHS

## TARZAN
### AT THE EARTH'S CORE



ACE BOOKS, INC.
**1120** Avenue of the Americas
New York 36, N.Y.

VANGUARD® FRAZETTA CLASSICS™

*Tarzan at the Earth's Core title page, 1963*



# EDGAR RICE BURROUGHS
## THE MONSTER MEN

ACE BOOKS, INC.
1120 Avenue of the Americas
New York 36, N.Y.

*The Monster Men title page, 1963*

# EDGAR RICE BURROUGHS
## TARZAN THE INVINCIBLE

ACE BOOKS, INC.
1120 Avenue of the Americas
New York 36, N.Y.

VANGUARD® FRAZETTA CLASSICS™

*Tarzan the Invincible title page, 1963*



# TARZAN AND THE CITY OF GOLD



**ACE BOOKS, INC.**
1120 Avenue of the Americas
New York 36, N.Y.

VANGUARD® FRAZETTA CLASSICS™

*Tarzan and the City of Gold title page, 1963*

# EDGAR RICE BURROUGHS
# JUNGLE TALES OF TARZAN



**ACE BOOKS, INC.**
1120 Avenue of the Americas
New York 36, N.Y.

VANGUARD® FRAZETTA CLASSICS™

*Jungle Tales of Tarzan frontis, 1963*

# EDGAR RICE BURROUGHS

## TARZAN AND THE LION MAN



**ACE BOOKS, INC.**
**1120 Avenue of the Americas**
**New York 36, N.Y.**

VANGUARD® FRAZETTA CLASSICS™

*Tarzan and the Lion Man title page, 1963*

# EDGAR RICE BURROUGHS

## LOST ON VENUS



**ACE BOOKS, INC.**
**1120 Avenue of the Americas**
**New York 36, N.Y.**

VANGUARD® FRAZETTA CLASSICS™

*Lost on Venus title page, 1963*



Gulliver of Mars frontis, 1964

# EDGAR RICE BURROUGHS
# CARSON OF VENUS

**ACE BOOKS, INC.**
1120 Avenue of the Americas
New York 36, N.Y.

Carson of Venus title page, 1963

VANGUARD® FRAZETTA CLASSICS™

VANGUARD® FRAZETTA CLASSICS™



# EDGAR RICE BURROUGHS
# THE MAD KING

ACE BOOKS, INC.
1120 Avenue of the Americas
New York, N.Y. 10036

VANGUARD® FRAZETTA CLASSICS™

The Mad King title page, 1964



## I.  DIFFICULT PROJECT

WE'VE GOT to win that reward, Roger, or close up shop
ed Dustin, youthful president and general manager
heodore Dustin, Inc., reached mechanically for his tobacc
ouch, filled his black briar, and sighed.

Roger Sanders, assistant to the president, deposited h
eaf of papers on his desk, closed the door to the priva
fice, and sat down in the chair facing his superior.

"You mean — ?"

"I mean," replied Dustin, flicking his lighter with h
umb, "that in order to prepare the projectile for launchin
e've spent every cent we had, and borrowed a lot beside
heodore Dustin, Inc., is flat broke, and the plant is mor
aged from roof to drains. If we don't win that reward o
reditors will be picking our bones in thirty days."

"Mr. Dustin." A female voice, apparently issuing fro
mpty air, spoke his name. He turned to the radiovisiphon
plain looking disc resting on a small pedestal at his elbo
: was wireless, and contained no buttons, levers or contro

Maza of the Moon frontis, 1965



Hunter Out of Time frontis, 1965

The Beasts of Tarzan title page, 1963



*Jacket design for a proposed edition of Pellucidar*

Edgar Rice Burroughs: Master of Adventure (plate 4), Canaveral Press, 1965

VANGUARD® FRAZETTA CLASSICS™