UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **PLAINTIFFS FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FILE PURSUANT TO FED. R. CIV. P. 6 THIS MOTION TO EXTEND TIME TO FILE THEI**

Pursuant to Fed. R. Civ. P. 6, PLAINTIFFS HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC, jointly move the Honorable Court to extend the time to file their Motion for Summary Judgment from August 31, 2023, to file it Monday September 4, 2023 (Labor Day Holiday).

Undersigned attorney for Plaintiffs had an accident approximately two weeks ago and was hospitalized. He now has double vision, and it has not been possible to complete the Motion for Summary Judgment. A new prescription for replacement lenses is expected to be available on or about Friday, September 1, 2023. Once the new prescription lenses are replaced, it is expected the double vision will be corrected when wearing the new replacement lenses.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY the undersigned counsel discussed this Motion with Defendants' counsel, and she agreed to extend time to September 4, 2023.

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested and extend the time to file their Motion for Summary Judgment to September 4, 2023, and for such other and further relief as the Court deems appropriate and justice requires.

DATED: August 30, 2023

                                        Respectfully submitted,

                                        MERRITT LAW PA

                                        /s/ Jack W. Merritt
                                        Jack W. Merritt
                                        FBN: 0052248
                                        690 South Tamiami Trail
                                        Osprey, FL 34229
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on attorney for Defendants Leigh M. Williams, Esq. on August30, 2023, via the CM/ECF service.

> MERRITT LAW PA
>
> /s/ Jack W. Merritt
> Jack W. Merritt, Esq.
> FBN: 0052248
> 690 South Tamiami Trail
> Osprey, FL 34229
> office@merrittlaw.net
> Attorney for Plaintiffs