UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

**PLAINTIFFS FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FILE A SECOND MOTION TO ENLARGE THE TIME PURSUANT TO FED. R. CIV. P. 6 FROM SEPTEMBER 4 TO SEPTEMBER 5**

    Plaintiffs Frazetta Properties, LLC, Holly Frazetta and Heidi Frazetta file this Motion to Enlarge the time to file their Dispositive Motion one day later on September 5, 2023.

**FACTUAL ALLEGATIONS**

    Undersigned attorney for Plaintiffs had an accident approximately two to three weeks ago and was hospitalized. I continue to suffer from double vision. It has not been possible to complete the Motion for Summary Judgment. New prescription replacement lenses for my glasses were not delivered between August 30 and September 3, 2023, when I was told they should be in. On September 3, I contacted the optician and was told the lenses installed in their frames and soon should be

delivered, because they had been shipped. However, he could not provide a specific date.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Dispositive Motion from September 4, 2023 to September 5, 2023, and for such other and further relief as the Court deems appropriate and justice requires.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY undersigned counsel corresponded with Defendants' counsel Leigh M. Williams, Esq. earlier today, regarding this Motion and its subject matter, and she agreed to the additional time.

DATED: September 4, 2023

                              MERRITT LAW PA

                              /s/ Jack W. Merritt
                              Jack W. Merritt, Esq.
                              FBN: 0052248

690 South Tamiami Trail
Osprey, FL 34229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on September 4, 2023, via the CM/ECF service.

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229

Attorney for Plaintiffs