UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC

    Plaintiffs,

v.                                                            Case No. 22-CV-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC
AND J. DAVID SPURLOCK,

    Defendants.
_____/

**NOTICE OF LEAD COUNSEL DESIGNATION FOR PLAINTIFFS**

**PLEASE TAKE NOTICE** that Jack W. Merritt, Esq. is Lead Counsel for the Plaintiffs. Mr. Merritt is a solo practitioner in Osprey, FL, and this Notice is provided Pursuant to Local Rule 2.02(a). Mr. Merritt apologizes this was not done earlier.

Respectfully submitted,   /s/ Jack W. Merritt
                                              Jack W. Merritt, Esq.
                                              FBN: 0052248
                                              Merritt Law P.A.
                                              Mediterranea Professional Park
                                              690 S. Tamiami Trail
                                              Osprey FL 34229
                                              Lead Counsel for Plaintiffs.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 5, 2023, a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq., via CM/ECF, via Attorney Williams is counsel for Defendants Vanguard Productions, LLC and Jesse David Spurlock.

                                              /s/ Jack W. Merritt
                                              Jack W. Merritt, Esq.
                                              FBN: 0052248
                                              Merritt Law P.A.