UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*
_____/

**PLAINTIFFS FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FILE A THIRD MOTION TO EXTEND THE TIME PURSUANT TO FED. R. CIV. P. 6 FROM SEPTEMBER 5 TO SEPTEMBER 6**

Plaintiffs Frazetta Properties, LLC, Holly Frazetta and Heidi Frazetta file this Motion to Enlarge the time to file their Dispositive Motion less than one full day later on September 6, 2023, by 7:30 a.m.

**FACTS**

At approximately 6:10 pm, I obtained the lenses to eliminate the double vision issues. However, I was unable to accomplish as much as I had hoped prior to picking up the glasses with replacement lenses. The Plaintiffs' dispositive motion will be filed not later than 7:30 a.m. ET, and 6:30 a.m. CT (Attorney Williams' local time) on Wednesday, September 6, 2023. Plaintiffs submit this Motion, because it is impossible to complete the Motion on September 5, 2023.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Dispositive Motion from September 5, 2023, to September 6, 2023, at 7:30 am ET, and for such other and further relief as the Court deems appropriate and justice requires.

## CERTIFICATION OF ATTEMPTED COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY undersigned counsel attempted to reach Attorney Williams, but was unable to connect with her.  Although she agreed to the other extensions, I cannot represent that I received a response from Attorney Williams regarding this Motion and its subject matter.

DATED: September 5, 2023

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail

Osprey, FL 34229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on September 5, 2023, via CM/ECF.

    MERRITT LAW PA

    /s/ Jack W. Merritt
    Jack W. Merritt, Esq.
    FBN: 0052248
    690 South Tamiami Trail
    Osprey, FL 34229

    Attorney for Plaintiffs