UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

### **PLAINTIFFS FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FILE THIS MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE RULE 6 TO EXTEND THE TIME PURSUANT TO FED. R. CIV. P. 6**

Plaintiffs Frazetta Properties, LLC, Holly Frazetta and Heidi Frazetta file this Motion to Enlarge the time to file their Dispositive Motion three hours later than previously requested at 7:30 am to 10:30 a.m. on September 6, 2023.

### **FACTS**

I obtained the lenses to eliminate the double vision issues. However, I was unable to complete the Motion as my paralegal had gone home. accomplish as much as I had hoped after picking up the glasses with replacement lenses. The Plaintiffs' dispositive motion will be filed by 10:30 a.m. ET, and 9:30 a.m. CT (Attorney Williams' local time) on Wednesday, September 6, 2023. Plaintiffs submit this Motion, the aforementioned head injury, because it was not possible to complete

the Motion by 7:30 am on September 6, 2023. If your Honor would wants to have a short hearing / conference call on this issue, I will explain it to the Court. Of course, Ms. Williams could be on the call.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Dispositive Motion on September 6, 2023, by 10:30 am ET, and for such other and further relief as the Court deems appropriate and justice requires.

## CERTIFICATION OF ATTEMPTED COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY undersigned counsel attempted to reach Attorney Williams, but was unable to connect with her. Although she agreed to the first extensions, I cannot represent that I received a response from Attorney Williams regarding this Motion and its subject matter.

DATED: September 6, 2023

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on September 6, 2023, via CM/ECF.

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229

Attorney for Plaintiffs