UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **PLAINTIFFS FILE THIS MOTION TO ENLARGE TIME PURSUANT TO FED. R. CIV. P. 6, TO SEPTEMBER 27, 2023, TO FILE THEIR RESPONSE TO DEFENDANTS' DISPOSITIVE MOTION**

Plaintiffs Frazetta Properties, LLC, Holly Frazetta and Heidi Frazetta file this Motion to Enlarge the time to file their Response to the Dispositive Motion filed by Defendants to September 27, 2023.

## **FACTS**

Plaintiffs request they be given until September 27, 2023, to file their Response to the Defendants' Dispositive Motion. Plaintiffs require the additional time because of the ongoing visual problem suffered by Plaintiffs' attorney.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of

court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Response to Plaintiffs' Dispositive Motion to September 27, 2023, and for such other and further relief as the Court deems appropriate and justice requires.

**CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL**

I HEREBY CERTIFY I contacted Defendants' Attorney Williams regarding the requested enlargement of time, and she did not object to Plaintiffs' request for enlargement of time.

DATED: September 7, 2023

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        office@merrittlaw.net
        Telephone: (941) 445.4841
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on September 7, 2023, via CM/ECF.

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229

Attorney for Plaintiffs