J. David Spurlock Dedication:
*For my beloved family and friends*

# J. DAVID SPURLOCK & FRANK FRAZETTA

— by —

DESIGNED & CO-EDITED BY PATRICK K. HILL
EDITED & ART DIRECTED BY J. DAVID SPURLOCK
FRONT COVER DESIGN BY RANDALL DAHLK

—

Special thanks to:
Leigh McMillan, Patrick K. Hill, the Frazetta family, Rob Pistella, Stephen Ferzoco, Brent Frankenhoff, Peter de Sève, Graig Elliott, Steve Ferris, Ray Cuthbert, Andrew E.C. Goska, Steven E. Gordon, Wil Durmeier, Robert R. Barrett, Dr. Dave Winiewicz, and Andrew Steven, who personifies the term "above and beyond."

—

The Frazetta Sketchbook Volume 1
is published by Vanguard Publishing
and is authorized and endorsed by Frank Frazetta,
Frazetta Properties LLC and Frazetta Management Corp.
Individual works are copyright Frazetta Properties, LLC unless otherwise noted.
Text and collective copyright Vanguard Productions, LLC, 2013 & 2016.

Frontis: "Gravedancer" (previously unpublished) from the collection of Rob Pistella.

—

Vanguard Publishing, Vanguard of Press, Vanguard Distribution Office, East Windsor, NJ 08520
Vanguard Productions, LLC and Vanguard Frazetta Classics and Vanguard Comics are trademarks of Vanguard Productions, LLC used by license. All other © & ™ the works appear are respectively and historically property of their respective owners. Collective copyright, as well as editorial & design presentations are © Vanguard Productions, 2013 & 2016.

—

DLX Slipcased HC w/ Bonus Folio  ISBN-13: 978-1934331583  $69.95
Trade Hardcover  ISBN-13: 978-1934331576  $39.95
Trade Paperback  ISBN-13: 978-1934331569  $24.95

—

WWW.VANGUARDPUBLISHING.COM

—

1st Printing: February 2013  •  2nd Printing: May 2013
3rd Printing: September 2014  •  4th Printing: July 2016

—

Printed in China

# TABLE OF CONTENTS

Foreword by J. David Spurlock
— 6 —

Chapter One – Canaveral
— 11 —

Chapter Two – Life Drawings
— 19 —

Chapter Three – Conan
— 49 —

Chapter Four – Early Works
— 57 —

Chapter Five – Death Dealer
— 71 —

Chapter Six – Commercial Prelims
— 77 —

Chapter Seven – Came The Dawn
— 117 —

Chapter Eight – Personal Works
— 137 —

Bonus Folio – *in Deluxe Collectors Edition only*
— 161 —

EXHIBIT 1

COMPILED & EDITED BY
**J. DAVID SPURLOCK & PATRICK K. HILL**

TEXT & ART DIRECTION BY
**J. DAVID SPURLOCK**

CAPTIONS, DESIGN & PRODUCTION BY
**PATRICK K. HILL**

COVER DESIGN BY
**RANDALL DAHLK**

---

The Frazetta family, Leigh McGivern, Robert P. Barrett, Jeffrey Sforzik, Brent Frankenhoff, Craig Elliott, Edward Summer, Dr. Dave Winiewicz, Andrew Steven, Ralph Bakshi, Edward Balsikh, Roy Thomas, Gerry Conway, Steven E. Gordon, Mark Wheatley, Jusego Ponce, Mike Grouch, Russ Cochran, Jorge Fazlan, Daren Bader, Bopper Heitman, Tom Robertson, Michel Prevost, Chad Kelleran, John Gardner, Randall Dahlk, Gary Groth, Robert M. Price, Steve Ringgenberg, and Ray Cuthbert

Special thanks to:

---

Frazetta Sketchbook II
is published by Vanguard Publishing
and is authorized and endorsed by
Frank Frazetta and Frazetta Properties LLC.

Individual works are copyright Frazetta Properties, LLC and/or their original owners and constitute copyrighted original productions.

Frontis: "The Barbarian" (detail to cover of Conan the Adventurer, Lancer Books, 1966)

Vanguard Editorial Offices, Coral Gables, FL 33114, Vanguard Productions Ocean East Windsor, NJ 08520. Vanguard Publishing, Vanguard Press, Vanguard Frazetta Classics and Vanguard Comics are trademarks of Vanguard Productions, LLC. Vanguard Productions is a registered trademark. Frazetta and Death Dealer are trademarks of Frazetta Properties, LLC used by permission. Conan is a trademark of Conan Properties. Tarzan is a trademark of Edgar Rice Burroughs Inc. All other Q & A works appear for scholarly and historic purposes and are the property of their respective owners. Collection copyright, as well as editorial & design contributions are © Vanguard Productions 2014.

DLX Slipcased HC w/ Bonus Folio ISBN-13: 978-1934331651 $69.95
Trade Hardcover ISBN-13: 978-1934331668 $39.95
Trade Paperback ISBN-13: 978-1934331675 $24.95

www.vanguardpublishing.com

1st Printing, Christmas 2014 • Printed in China

## TABLE OF CONTENTS

Chapter One – Frazetta: An Artist Like No Other
— 7 —

Chapter Two – Burroughs: Lord of the Jungle
— 15 —

Chapter Three – Life Drawings
— 31 —

Chapter Four – Conan
— 49 —

Chapter Five – Death Dealer
— 61 —

Chapter Six – Commercial Work & Prelims
— 71 —

Chapter Seven – Silver Screen
— 97 —

Chapter Eight – Lord of the Rings
— 129 —

Chapter Nine – Came The Dawn
— 141 —

Chapter Ten – Personal Works
— 161 —

Bonus Folio – in Deluxe Collectors Edition only
— 177 —

EXHIBIT 2

**Registration Number**

# VA 1-688-397

**Effective date of registration:**

October 8, 2009

## Title

**Title of Work:** Death Dealer II

## Completion/Publication

**Year of Completion:** 1986

**Date of 1st Publication:** January 1, 1988     **Nation of 1st Publication:** United States

## Author

- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Frazetta Properties, LLC

P.O. Box 919, Marshalls Creek, PA, 18335, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Wolf Greenfield & Sacks

**Name:** John Strand

**Email:** jstrand@wolfgreenfield.com     **Telephone:** 617-646-8000

**Address:** 600 Atlantic Ave

Boston, MA 02210 United States

## Certification

**Name:** John Strand, Esq.

**Date:** October 8, 2009

EXHIBIT 3

**Registration #:**  VA0001688397

**Service Request #:**  1-256268992

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210

**Registration Number**

# VA 1-688-405

**Effective date of registration:**

October 8, 2009

## Title

**Title of Work:** Death Dealer V

## Completion/Publication

**Year of Completion:** 1989

**Date of 1st Publication:** January 1, 1990  **Nation of 1st Publication:** United States

## Author

- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork

  **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Frazetta Properties, LLC

P.O. Box 919, Marshalls Creek, PA, 18335, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Wolf Greenfield & Sacks

**Name:** John Strand

**Email:** jstrand@wolfgreenfield.com  **Telephone:** 617-646-8000

**Address:** 600 Atlantic Ave

Boston, MA 02210 United States

## Certification

**Name:** John Strand, Esq.

**Date:** October 8, 2009

EXHIBIT 4

Page 1 of 1

**Registration #:**   VA0001688405

**Service Request #:**   1-256353277

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210