UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' DISPOSITIVE MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK, to avoid duplicative filings, adopt and fully incorporate the facts, legal authorities and argument presented in *Defendants' Motion for Summary Judgment* [DIN 67] in response to Plaintiffs' Motion for Summary Judgment [DIN 79].

WHEREFORE, Defendants respectfully request this Honorable Court DENY Plaintiffs' Motion for Summary Judgment [DIN 79] and enter summary judgment in favor of Defendants, and for an award of their attorney's fees and costs.

DATED: SEPTEMBER 19, 2023

    Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Defendants*