UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC and JESS DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK Reply to Plaintiffs' Response [DIN 82] to Defendants' Motion for Summary Judgment [DIN 67] as follows:

1. Plaintiffs' irresponsible argument that "*Defendants' disingenuously refer to their book's title as "Frazetta Book Cover Art – The Definitive Reference," omitting two words from the title, "Complete Collection*" is blatantly erroneous. The title of Defendants' Book, "*Frazetta Book Cover Art - Definitive Reference,*" is prominently displayed on the Book's interior pages. [See, DIN 67-1, first pages of the Book].

2. Plaintiffs' Response rehashed the argument in their motion for summary judgment [DIN 79] and failed to rebut Defendants' argument concerning the fourth factor of 17 U.S.C. § 107's fair use defense (effect on potential market value of sales of prints of copyrighted images or licensing of images of the original).

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581-WFJ-AEP*

3. A review of website sales of merchandise and books featuring Plaintiffs' copyrighted images demonstrates that the potential market value of Plaintiffs' images is unaffected by the Book. (Ex. 1, screenshots of products featuring Frazetta art).

4. Taschen's "*Masterpieces of Fantasy Art,*" featuring Frazetta's art in one chapter of the book and displaying Frazetta's art on the front cover, was first published in 2020 and is currently in its 40th reprinting. (See, Ex. 1, p. 8).

5. Taschen's "*The Fantastic Worlds of Frank Frazetta,*" published in 2022, retails at $200 hardcover and $600 for the collector's edition and is almost sold out. (See, Ex. 1, pp 6-7).

6. Sales of posters and merchandise featuring copyrighted images of the art of Frank Frazetta are also unaffected. (See, Ex. 1, pp 1-5).

7. The fourth factor plainly weighs in Defendants' favor.

WHEREFORE, Defendants respectfully request the Court Grant Defendants' Motion for Summary Judgment [DIN 67] and award attorney's fees and costs.

Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
         leigh@williamslegal.org
Tel. No.: 432 901-2141 / 210 209-3030
*Attorney for Defendants*