USD   ACCOUNT   MY CART  0      USD   ACCOUNT



Home   Shop   About   Studio   Frank Frazetta   Contact

SEARCH SITE

# DEATH DEALER II PRINT








## CHOOSE VARIANT



CANVAS



FINE ART PRINT

## CHOOSE FRAME

**EX. 1, p. 1**

# DEATH DEALER II

(1987)

Artwork for paperback cover 'Death Dealer: Prisoner of the Horned Helmet'

Original artwork by Frank Frazetta.

Please Note: All print sizes are listed in inches. We ask to allow up to 10 business days for all prints to ship from our studio as they are made to order.

© Frazetta Girls 2023 All Rights Reserved



STRETCHED ON WOODEN BAR

**CHOOSE SIZE**

18X24    20X30

24X36

$ 300.00

QUAN

ADD TO THE C

## PAPER DETAILS

EX. 1, p. 2



# DEATH DEALER V PRINT



**EX. 1, p. 3**

## CHOOSE VARIANT



CANVAS



FINE ART PRI...

## CHOOSE FRAME



# DEATH DEALER V

Oil on masonite (1989)

Please Note: All Prints are listed in inches. We ask to allow up to ten business days for all prints to ship from our studio as they are made to order.

© Frazetta Girls 2023 All Rights Reserved

STRETCHED ON WOODEN BAR

**CHOOSE SIZE**

18X24        24X32

$ 300.00

QUAN

## PAPER DETAILS

EX. 1, p. 4

# TASCHEN



1 / 5

NEW

## TASCHEN Pouch. Frank Frazetta

Microfiber pouch with zipper and leather tag, inner zip pocket, linen lining, hand-crafted in Italy, 35 × 26 cm

### US$ 200

Availability: In Stock

Add to Cart

EX. 1, p. 5

# TASCHEN

0



1 / 16

"...a super-deluxe retrospective of Frazetta's career in comics, art, illustration and advertising."

— forbes.com

XXL

## The Fantastic Worlds of Frank Frazetta

Hardcover, clothbound with jacket, 11.4 × 15.6 in., 10.74 lb, 468 pages

**US$ 200**

EX. 1, p. 6

# TASCHEN



14 / 15

"…one of the most renowned illustrators of the 20th century. This collection highlights some of his best-known works, including paintings of Tarzan, Conan the Barbarian, Vampirella, and his signature Death Dealer."

— Esquire

XXL

## The Fantastic Worlds of Frank Frazetta

Hardcover, clothbound with jacket, 11.4 × 15.6 in., 10.74 lb, 468 pages

US$ 200

EX. 1, p. 7

TASCHEN 0



"This book is at least as epic as its subject. An astonishing and absolutely fascinating journey."

La Liberté

NEW

## Masterpieces of Fantasy Art. 40th Ed.

Hardcover, 6.1 ⨯ 8.5 in., 2.26 lb, 512 pages

**US$ 30**

EX. 1, p. 8