**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-581-WFJ-AEP | **DATE:** October 20, 2023 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **HOLLY JEAN FRAZETTA, ET AL.,** <br><br> Plaintiffs <br><br> v. <br><br> **VANGUARD PRODUCTIONS, LLC, et al.,** <br><br> Defendants | **PLAINTIFF COUNSEL** <br> Jack William Merritt, Retained <br><br><br> **DEFENDANT COUNSEL** <br> Leigh McMillan Williams, Retained | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 1:25 PM - 2:16 PM <br> **TOTAL:** 51 Minutes | **COURTROOM:** | Telephonic |

**PROCEEDINGS:**   MOTION HEARING re: Summary Judgment

Court in session.

Counsel identified for the record.

The Court addressed preliminary matters and pending motions with the parties.

Counsel for the defense presented their argument.

Counsel for the plaintiff presented their argument.

The Court advised the parties to provide the Courts with a copy of the book.

Counsel for the defense presented responded to the plaintiff's argument.

The Court will take Motions under advisement and file a ruling on the docket.

Court adjourned.