**Leigh M. Williams Law Office, PLLC**
1701 W. Kansas Ave., Midland, TX 79701-5909
Tel. 432 901-2141   Email: leigh@williamslegal.org

October 24, 2023

*Via CMECF only*

JUDGE WILLIAM F. JUNG
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Chambers 1558
Tampa, Florida 33602

          RE:   *Holly J. Frazetta, Heidi L. Frazetta, and Frazetta Properties, LLC v. Vanguard Productions, LLC and J. David Spurlock*
              Case No. 8:22-cv-00581-WFJ-AEP

Dear Judge Jung:

    Pursuant to last Friday's hearing [DIN 84] on the parties' cross motions for summary judgment, the Court asked certain questions as to the size, particular media, and other facts concerning the paintings *Death Dealer II* and *Death Dealer V,* and as reproduced in "*Frazetta Book Cover Art - Definitive Reference,*" Defendants respectfully request the Court allow both Parties a time certain to file affidavits providing relevant and necessary information for the purpose of assisting the Court in making judicial findings of fact for the issuance of their decision.

        Yours truly,

        *Leigh M. Williams*
        Leigh M. Williams

*cc:*   Jack Merritt, Esq. at: jmerritt@merrittlaw.net