UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, and JESSE (sic) DAVID SPURLOCK,

    *Defendants.*

_____/

## AFFIDAVIT OF J. DAVID SPURLOCK

I, J. DAVID SPURLOCK, individually and as sole proprietor of VANGUARD PRODUCTIONS, LLC ("VANGUARD"), do hereby depose and state as follows:

1. I am the author of VANGUARD's 2022 publication "*Frazetta Book Cover Art - Definitive Reference*" (the "Book"), a reference work cataloguing the 159 book covers for which the late artist Frank Frazetta was commissioned to create cover art.

2. The statements contained in this affidavit are made from personal knowledge.

3. Plaintiffs allegedly copyrighted image entitled "*Death Dealer V*" **is NOT the image** reproduced in VANGUARD's Book.

4. The image reproduced as a historical artifact, a book cover, in the Book **is distinctly different from the image** entitled *Death Dealer V*, sold as poster art by Frazetta Girls, LLC [See, DIN 83-1].

5. I address the following issues, discussed by parties' counsel at oral argument held on October 20, 2023, with facts from my personal knowledge:

### I. Friendship and Work Relationship with Frank Frazetta

6. Plaintiffs claim that Defendants "*have a long history of litigation with Mr. Frank Frazetta, Sr. ("Mr. Frazetta") before he passed away, and Frazetta Properties, LLC*" [DIN 79] is grossly inaccurate. The following timeline of events illustrates my long friendship and working relationship with Frank Frazetta:

7. I met Frank Frazetta, his wife Eleanor (Ellie), and their friend Dr. David Winiewicz during a weekend in San Diego in the summer of 1995. [Photo of the group published in deluxe edition of Frazetta documentary "*Painting with Fire*"]. Toward the end of the weekend, they expressed the desire to continue our conversations by telephone. In those early days Frank and Ellie often referred to me as "the art professor from Texas." Our friendship grew over those various phone calls.

8. In June of 1996 I flew from Dallas to Pennsylvania at Frank's invitation to spend Father's Day and have dinner with him and his wife Ellie at their home. Frank and I discussed art, Frank admired my work, and, excited about my upcoming book, contributed a rare interview for Vanguard's biography of his contemporary, Wallace Wood.

9. In late 1996, I relocated to the New York City area. Among other things, the move afforded visiting the Frazetta family more often as I now lived in easy driving distance of their home in East Stroudsburg, Pennsylvania.

10. In addition to my freelance illustration work for Sony, Nickelodeon, Disney, Viacom, etc., I was hired by Frazetta's contemporary Joe Kubert to teach at his famous Kubert School in Dover, New Jersey.

11. In the early 1960s, Frazetta had expanded from comics (both magazines and newspaper strips) work to book cover illustration. The artist was born and raised in New York, the capital of comics publishing. His covers were commissioned Works For Hire, produced for publishers' use in books. With no registrations to indicate otherwise, they are clearly defined as Works For Hire by, and subject to, the Second Circuit's "instance and expense test" precedent.

12. By 1966, Frank Frazetta's cover illustration art (both for books and magazines) were in such demand that Frazetta was able to demand publishers who commissioned his work agree to return the physical originals after their initial publication.

13. Frazetta's art return policy allowed him to eventually open his own museum and in the long run, after his passing in 2010, those physical paintings made his four heirs millionaires many times over. Holly Frazetta's most recent sale at public auction garnered $6,000,000. A prior painting sold at public auction for $5.4 million.

14. In 1984, Frank Frazetta purchased a building in downtown East Stroudsburg, Pennsylvania, which housed the original Frank Frazetta Museum.

15. In the 1990's, Frank and his wife and business manager Eleanor (Ellie) moved most of the paintings to the island of Boca Grande, Florida, where the couple established a residence.

16. In early 1996, Frazetta suffered a stroke and the couple returned to their residence in Pennsylvania and began planning construction of a permanent Frank Frazetta Museum on their property.

17. In 2001, the Frank Frazetta Museum had its grand opening. A few weeks' prior to this, Frazetta invited his art dealer friends Joe and Nadia Mannarino and me to a private preview. During this time, Lance Laspina was also filming the documentary *Frazetta: Painting with Fire*, to which I contributed, appeared in, and received onscreen credit.

18. In 2005, Frank and Ellie contributed to Vanguard's book "*RGK: Art of Roy G. Krenkel,*" which was nominated for a 2006 Eisner Award. It was about that time that Ellie approached me with the desire that Vanguard take over as their publisher when their contract ended with Tim Underwood. Underwood had produced three large, beautiful hardcovers that presented pretty much all of the major works. Frank, Ellie and I discussed the challenges of coming up with creative ways to keep Frazetta's art and name active and prominent in the marketplace, and I supplied several options.

19. Frank lamented "About all I have left unpublished are some old, 1950s life drawings." I assured him life drawings could be of interest, that we could combine them with some unpublished rough cover preliminaries and package the material as a *Sketchbook* similar to the books Vanguard was producing with other artists. Regular

royalties (about 10% is standard) would be paid on collections of art for which Frazetta had a valid claim to copyright.

20. In addition to my years of teaching and founding two scholarship funds at The School Visual Arts in New York City, my career-long dedicated focus on the work, history and importance of illustrators grew through books I authored/edited, Frank Frazetta respected and enjoyed my works. Some of his favorites included my books on Prince Valiant creator Hal Foster, Edgar Rice Burroughs' favorite illustrator J. Allen St. John, Jeffrey C. Jones, School of Visual Arts' Illustration MFA program chair Marshall Arisman, and my books on Frazetta's old friends Al Williamson, Wallace Wood, and Roy G. Krenkel. Frank almost never contributed to books on other artists, but he was so supportive of mine, he contributed to multiple Vanguard books totally gratis, with his blessings.

21. Except for EC Comics and DC Comics, both of which were diligent in renewing their copyrights as per the 1909 Act, the other publishers for whom Frank worked in the '40s and '50s were long out of business and, with no registrations or renewals, were now public domain. As such, any American has the right reprint the material — even in shoddy, low quality editions, which was actively occurring. The Frazettas proposed I collect the material. They knew the commercial prospects were negligible and that no royalties would be due them but saw a benefit: Vanguard's quality would better serve Frank's legacy and hopefully dissuade unrelated publishers from releasing the material. Plus, whatever market did exist, they could pick up wholesale from Vanguard and sell retail in the Museum shop.

*Frazetta Properties, LLC, et al. v. Vanguard Productions, LLC & Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

22. It is common for fans and small publishers to publish "checklists" or "indexes" cataloging the output of popular science-fiction and/or comics artists, often with very poor-quality reproductions. A quality history-related publisher like Vanguard could produce a work to Frazetta's liking under Ellie's supervision. Ellie agreed they would not receive royalties on the reference book, knowing that the Frank Frazetta Museum, which she managed at that time, would do very well in sales. Mutual friend Dr. David Winiewicz had met a fellow who was working on an index. Winiewicz introduced him to Frank, Ellie and myself and at Frank and Ellie's urging, Winiewicz, the indexer and I started a long road to polishing and finishing what became the first edition *Definitive Reference* under Ellie's close supervision.

23. Throughout 2007 I was working with various people on Vanguard's *Paintings of J. Allen St. John, Grand Master of Fantasy*. St. John, the most important early illustrator of ERB stories, was Burroughs' favorite illustrator and was a very early influence on Frank Frazetta. The book, released in July 2008, includes sixty-five (65) Edgar Rice Burroughs-related images by St. John plus three by Frazetta and one by Krenkel.

24. Danton Burroughs and his company, Edgar Rice Burroughs Inc, have always been supportive of our scholarly works and recognize them as beneficial to society, education, and to their company, they have never disputed that our works are fair use. Still, for so much coverage of ERB-related art to be included, I asked for official permission and Danton/ERB Inc granted the gratis permission. Burroughs also provided some reproduction materials and contributed a guest essay.

25. As ever before, including but not limited to Frazetta's gratis contributions to our Wallace Wood book and our Roy Krenkel book, both Frank and Ellie were supportive of Vanguard's J. Allen St. John book, which ultimately included Frazetta's essay "*A Stimulated Imagination*." Our various phone calls and various visits to see the Frazettas through 2007 and 2008 included work on the St. John book, toward publishing *The Definitive Reference* book, and plans for an overall publishing agreement once Underwood's contract expired. While the Frazettas had already approved *The Definitive Reference*, regarding the larger publishing plans moving forward, Ellie told me Frazetta and Underwood were having issues including a disagreement as to when their contract ended.

26. Specific to Frazetta, over the decades, and incorporating a half-century of research, in addition to teaching, authoring articles and contributing to documentaries, I have edited or authored ten books featuring the art of Frank Frazetta. I am the leading published authority on the life and work of Frank Frazetta.

27. Frank Frazetta, Ellie Frazetta, Frazetta Properties, Frazetta's four adult children, and various business entities have relied on me as an expert on the art of Frank Frazetta, concerning authentication of his art, appraising values of his art, an expert witness in litigation, and in serving as an original art sales representative.

## II.   Litigation

28. As Frank's health continued to deteriorate in 2008, Ellie was diagnosed with cancer, which treatment affected her ability to conduct business.

29. During this time, a New York attorney who visited the Frank Frazetta Museum apparently advised Ellie to sue their publisher Underwood on Frank Frazetta's behalf in the Eastern District of Pennsylvania, and also advised she sue Vanguard on Frank Frazetta's behalf in New York, alleging Vanguard's *Frazetta Reference* was improperly being advertised as "*endorsed by Frank Frazetta.*"

30. The *Frazetta Reference* had been publicly endorsed by Frank Frazetta, unbeknownst to the attorney, who filed suit in New York's Supreme Court and emailing me a demand for immediate payment of $25,000 to Frank Frazetta.

31. I responded by email with a wealth of evidence of an agreement and photo of Frazetta with a prototype of the book and some pages from an early draft with Ellie's handwritten fair-use-related instructions. I also telephoned Ellie requesting a meeting, which did not occur.

32. The suit was removed to the Southern District of New York, where Vanguard filed a counterclaim against Frank Frazetta and a crossclaim against Ellie Frazetta. (See, Ex.1).

33. At the deposition of Frank Frazetta, Jr. ("Frank Jr."), who assisted Ellie in managing Frank Frazetta's business affairs, Frank Jr. opined that Ellie was loathe to sue anyone, preferring resolution of any issue without litigation, which she disliked as bad for business. Frank Jr. praised Vanguard's *Reference* book, saying it looked better than they had imagined from the earlier drafts he and his parents reviewed prior to publication, and expressed his desire to carry the book on the official Frazetta website.

34. Frazetta's close, if not closest, friend Dr. David Winiewicz had been involved with the *Reference* book project since the start. He was also deposed in the federal suit and confirmed things were done in accordance with Frank and Ellie's requirements for a royalty-free fair use reference cataloguing Frank's published works.

35. Suit was resolved at mediation, and Frank Frazetta, me, individually and as Vanguard Productions, together with Frazetta Properties, LLC (established under the Frank Frazetta Revocable Trust to hold Frank Frazetta's tangible and intangible assets), entered into the agreement known as the "2010 Settlement Agreement," which contained two incorporated sub-agreements. (Ex. 2)

36. Part of the 2010 Settlement Agreement provided Vanguard authority to:

   a) Normal 10% royalties on new books filled primarily with art Frazetta had firm copyright claim to (the "2-Book Publishing Agreement"), with 15-year term of 1st-option rights on books beyond the 2 initial *Sketchbook*s).

   b) An "Endorsement" agreement in support of our collections of Frazetta public domain material and the "Definitive Reference" which met Frank, Ellie, and Frazetta Properties' standards for royalty-free "fair use."

(Ex. 2, 2010 Settlement Agreement).

37. Frazetta and Vanguard issued a joint press release on March, 8, 2010, stating, in part:

> Frank Frazetta Signs with Vanguard Publishing
>
> Legendary fantasy artist Frank Frazetta and acclaimed publisher Vanguard Productions announce a new publishing relationship. Frank Frazetta said, "We've known Vanguard publisher J. David

> Spurlock for many years. Vanguard publishes the very best! I've enjoyed their books on Hal Foster, Al Williamson, Jeffrey Jones, Neal Adams, Jim Steranko, Basil Gogos, Carmine Infantino and more. David helped on our Painting with Fire documentary and we helped him on Vanguard's Roy G. Krenkel, Wally Wood, and J. Allen St.John books. It's a natural that we should work together. I'm looking forward to seeing the quality job they do on the new Frazetta books."

(See, Ex. 3).

38. Frank died later in 2010, around the time we had planned to conduct interviews for the new books. From that point forward, I worked closely with the four Frazetta siblings and some Frazetta grandchildren, where I arranged for them to appear as guests at several comic-cons, provided them with opinions on the authenticity of art alleged to be Frank's, appraised Frank Frazetta's artwork, introduced them to several important people in the comic-con, art, and illustration industries, and worked on several books published under the terms of the 2010 Settlement Agreement.

39. Vanguard and I continue to work closely with Frank Frazetta, Jr. and his family in various successful publishing projects.

### III.   Publication of Public Domain Work

40. The vast majority of art created during Frazetta's active career was done under the 1909 Copyright Act. By the time the 1976 Act went into effect on January 1, 1978, Frazetta's health was declining significantly. First with a debilitating thyroid condition, then with a series of strokes, very few finished cover paintings were

produced by Frazetta under the 1976 Act (effective 1978, forward). Of those few, only some latter Death Dealer paintings (often referred to respectively as II, III, IV, V, VI) were, in some form, registered with the Copyright Office.

### The "Death Dealer" Series

41. Frazetta's original Death Dealer painting, entitled simply "*Death Dealer*" was a 1973 commissioned work for hire under the 1909 Act. Many, if not most, of the books Frazetta was commissioned to paint covers for were reprinted stories by pulp magazine authors from the 1920s-1940s.

42. On newly authored books, the copyright tended to be on the text and went to the author with no mention/inclusion of cover art. Of the many collections of old pulp stories, the book publishers licensed the stories from the copyright holders whether heirs or assigns of old publishers or the heirs of authors, most notably, Tarzan creator Edgar Rice Burroughs (ERB) (the famous Tarzan and John Carter of Mars author) and Conan the Barbarian creator Robert E. Howard (REH).

43. Most of the book publishers either simply acknowledged existing copyrights on the licensed text in the newly printed books or, if new registrations were filed, they tended to cite the already registered licensed story text and only claimed new coverage on forewords, additions and/or edits/changes (example being editor L. Sprague de Camp adding material to Robert E. Howard/Conan books), again with no art mention/inclusion listed in registration materials and/or no required copyright notice published on the product specific to the cover art.

44. Edgar Rice Burroughs, Inc. is an exception. They had been in the business longer than most and the Burroughs family had an appreciation for art. So, unlike most, ERB often did have the insight to include related illustrations in their registrations. Just as Frank Frazetta and I shared a mutual respect, I shared a similar mutual respect with the head of Edgar Rice Burroughs, Inc., Edgar Rice Burrough's grandson, Danton Burroughs.

45. Many of the artists I have worked with and/or spotlighted over the decades have produced illustrations for ERB-related stories/publications. This includes Frazetta, Roy G. Krenkel, J. Allen St. John, Neal Adams, John Buscema, Jeffrey Jones, Joe Kubert, et al. Danton Burroughs always recognized my use of Burroughs-related art as fair use and he was very thankful and supportive of my scholarly spotlighting of Burroughs history and artists, sometimes to the point of suggesting, requesting, sending art for inclusion and/or supplying statements or essays for such publications. Since his passing I have continued friendly relations with his wife, daughters, assistant Cathy Mann Wilbanks and Danton's successor, head of ERB Inc., Jim Sullos, who previously served as ERB's accountant under Danton.

46. With respect to the alleged **"Death Dealer" registrations,** Plaintiffs have not proved their claim of copyright ownership. They admitted to the Court that they filed suit without reviewing Defendant's well-researched and educational works in various subjects, including history, art, pop culture and biographies. Plaintiffs are well

*Frazetta Properties, LLC, et al. v. Vanguard Productions, LLC & Spurlock*
Case No. 8:22-cv-00581-WFJ-AEP

aware of the parties' 2010 Settlement Agreement providing Vanguard rights to republish Frazetta reference books "in perpetuity."

47. Regarding registered works of Visual Art, any number of images might be registered with similar or identical titles. Plaintiffs failed to objectively prove what images are related to said registrations. Furthermore, though plaintiffs have failed to prove ownership of *ANY* work in Defendant's book, if any image actively registered to Plaintiffs, is in the book, it is a small, *de minimis* fraction thereof as, the old, rare, long out-of-print artifacts presented are: a) reduced significantly (30" tall paintings reduced to approximately 8"), b) appears historically accurate to the artifact with some art cropped out and, c) much art hidden/deleted by the original publisher's significant text/title treatment and branding — none of which is copyright Frazetta.

48. Additionally, Frank Frazetta was well known to have painted over his original works. The historic artifact book cover published in 1990 as reproduced in Defendants' Book is very unlikely to be the same *Death Dealer V* allegedly copyright registered for the first time in 2009 by Frazetta Properties. (See, Ex. 4 and Ex. 5)

49. Plaintiffs' failure to specifically identify any registered image leaves their claim vague and unproven, indicating the copyrighted image purporting to be *Death Dealer V* is a repaint, not the original painting used by the publisher of the long out-of-print book presented as a historic artifact in Defendant's Book.

### IV. Publication of the Book is Authorized Under the Parties' 2010 Settlement Agreement.

50. Vanguard's *Frazetta Book Cover Art - Definitive Reference* is an academic, biographical survey cataloguing a specific area/venue of Frank Frazetta's career, and is an expanded, revised presentation containing approximately half as many images as the original 2008 and 2010 editions.

51. Ellie Frazetta, the artist's wife and business manager, personally supervised Vanguard's original *Frazetta Definitive Reference* to meet and satisfy her definition of legal "fair use" pertaining to a reference book. Though fair use as defined by law requires no authorization, in respect for the artist and desiring their support, we were pleased to enjoy their input, authorization and endorsement. Examples of Ellie's supervisory input included that, if a product (such as book or magazines) was published with type/branding on the cover, it was to be presented that way, as an artifact, a totally different presentation from Frazettas' sales of the images for decorative purposes.

52. Upon Ellie's death and the establishment of Frazetta Properties LLC, owned by The Frank Frazetta Revocable Trust, the parties entered into a 2010 settlement agreement which established Spurlock/Vanguard's rights to update Frazetta Definitive Reference works, including text revision/additions, replacement of images, re-design, and publish as often as Vanguard chooses, with NO royalties, or reports of any kind, due Frazetta Properties "in perpetuity." (See, Ex. 2).

53. Acknowledgment was also made of our rights to publish any and all Public Domain works. And we were granted rights to promote seven (7) books as "authorized and/or endorsed" by Frazetta; to use the registered Frazetta trademark and to create and use the co-branding: Vanguard Frazetta Classics.

### IV. My Bona Fides as an Expert and Scholar on the Life and Art of Frank Frazetta

54. I launched my career as a commercial artist/illustrator/designer in 1976, which early on included in-house employment producing curriculum illustration and design for the Dallas Independent School District.

55. I was invited by the University of Texas in 1986 to teach related commercial art classes. Via my *Art History and Appreciation* course, I broke new ground as one of the first University instructors to spotlight the pulp illustrator Frank Frazetta.

56. During the early 1990's, in addition to my own work as an illustrator and ongoing teaching of commercial art related classes at The University of Texas, I was a member of the Society of Illustrators in Dallas. Key to the purpose of the group was to stay abreast of trends and best business practices in the illustration field which covered a lot including marketing, negotiating, contracts and copyright law.

57. Over the years, my involvement with the Society evolved from member to board member, to treasurer, to vice president, to multiple terms as president circa 1992 and 1993. After that I continued on the board as a president emeritus. Guest speakers included notable illustrators (who discussed the business of art as well as style/techniques), accountants, art photographers, and people connected to similar

groups including The Graphic Artists Guild. During that time period, I was also invited and began to teach various Visual Communications courses at Dallas College, Brookhaven campus, including Illustration, Design, and Computer Graphics.

58. In 1997, after relocating to the New York City area, Joe Orlando, a contemporary of Frank Frazetta's, Mad Magazine associate publisher, and later Warner Brothers' DC Comics vice president, persuaded me to teach at New York City's world-famous School of Visual Arts (SVA), a member of the Association of Independent Colleges of Art and Design.

59. Frank Frazetta and many/most of his closest contemporaries (Wallace Wood, Joe Orlando, Roy Krenkel, Al Williamson, Burne Hogarth, Nick Meglin, Ralph Mayo, and Angelo Torres), all had connections to SVA going as far back as the College's origins in the late-1940s.

60. Frazetta and most of his named friends and contemporaries were also connected as producers of Work Made For Hire for various publishers including the Warner Brothers-related companies, EC Comics, DC Comics, and Mad Magazine.

61. In addition to my work at the School of Visual Arts and working/interacting with many of these people, Joe Orlando wanted me to take his place as Mad's senior Art Director, where I'd be working with Frazetta's close friend, editor-writer Nick Meglin, and cartoonist Angelo Torres. Nick and Angelo would often tell me to "Say hello to Frank for me" or, "Say hello to Al [Williamson] for me." Frank would also occasionally ask me to say hello to Al for him.

*Frazetta Properties, LLC, et al. v. Vanguard Productions, LLC & Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

62. Books that I authored or were published by VANGUARD on art, drawing, and the careers of artists and illustrators are clearly educational in purpose and are part of the collections in over 329 art school, university, and city libraries in the United States, Mexico, Canada, Spain, and the United Kingdom[1].

63. Vanguard's *Frazetta Book Cover Art - Definitive Reference* is part of the following library collections[2], attached hereto as Exhibit 4:

64. In 2008, VANGUARD published a reference book of Frank Frazetta's art entitled "*Frank Frazetta, the Definitive Reference*[3]," currently kept in the collections of the libraries[4] listed in Exhibit 5, attached hereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 1, 2023

/s/: _____
J. DAVID SPURLOCK
Individually, and as sole member of
VANGUARD PRODUCTIONS, LLC

---

[1] See, Ex. 1, List of Spurlock/Vanguard publications; and see, World Library Catalogue, at: https://www.worldcat.org/search?q=david+spurlock&author=Spurlock%2C+J.+David

[2] See, World Library Catalogue, at: https://www.worldcat.org/title/1332953450

[3] Appearing in all formats/media (comics, fan publications, Frazetta magazines, entertainment advertising, book covers & interior illustrations, prints & portfolios, sculptures & figurines, album covers), and containing a scholarly article, "The Frazetta Canon," by David Winiewicz, an alphabetical listing of Frazetta's painted work, and a chronological listing of Frazetta's comic book career.

[4] See, The World Library Catalogue, at: https://www.worldcat.org/title/182737725

part of the collections in over 329 art school, university, and city libraries in the United States, Mexico, Canada, Spain, and the United Kingdom[1].

63.   Vanguard's *Frazetta Book Cover Art - Definitive Reference* is part of the following library collections[2], attached hereto as Exhibit 4:

64.   In 2008, VANGUARD published a reference book of Frank Frazetta's art entitled "*Frank Frazetta, the Definitive Reference*[3]," currently kept in the collections of the libraries[4] listed in Exhibit 5, attached hereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 1, 2023

/s/: _____
J. DAVID SPURLOCK
Individually, and as sole member of
VANGUARD PRODUCTIONS, LLC

---

[1] See, Ex. 1, List of Spurlock/Vanguard publications; and see, World Library Catalogue, at: https://www.worldcat.org/search?q=david+spurlock&author=Spurlock%2C+J.+David

[2] See, World Library Catalogue, at: https://www.worldcat.org/title/1332953450

[3] Appearing in all formats/media (comics, fan publications, Frazetta magazines, entertainment advertising, book covers & interior illustrations, prints & portfolios, sculptures & figurines, album covers), and containing a scholarly article, "The Frazetta Canon," by David Winiewicz, an alphabetical listing of Frazetta's painted work, and a chronological listing of Frazetta's comic book career.

[4] See, The World Library Catalogue, at: https://www.worldcat.org/title/182737725