

| Home | Latest News | Submit News | About Us | FAQ |

Ads by Google   Yahoo Press Release   PR Releases   PR Newswire   Ideas for Fundraiser   Writing News Release

News Search: [    ]  Search                                                           More search options

www.vocus.com                                                                                     Ads by Google

Business: Vanguard Announces Frazetta Classics News

Previous Release
Next Release

### Vanguard Announces Frazetta Classics News

*Vanguard to Release Complete Frazetta White Indian Collection under Exclusive Agreement with Frank Frazetta*

**[USPRwire, Tue Jul 13 2010]** Frazetta Management and acclaimed publisher, Vanguard Productions announced a new publishing relationship on March 8th, 2010. Vanguard is now shedding some light with more of the details.

Vanguard will be releasing ALL of the Dan Brand/White Indian material in top quality, full color editions as part of an exclusive publishing agreement authorized by the Hall of Fame illustrator, Frank Frazetta as part of the new Vanguard Frazetta Classics line. Upon signing the exclusive publishing agreement with Vanguard, the legendary artist said, "We've known Vanguard publisher J. David Spurlock for many years. David helped on our Painting with Fire documentary and we helped him on Vanguard's Roy Krenkel, Wally Wood, and J. Allen St.John books. It's a natural that we should work together. I'm looking forward to seeing the quality job they do on the new Frazetta books"

Following the 2010 San Diego Comic-Con premiere of a revised edition of the 2008 hit, The Definitive Frazetta Reference which, takes on the challenge of cataloging every Frazetta item ever published, Vanguard will follow with, Volume 1 of the Vanguard Frazetta Classics: The Complete Johnny Comet . This book features--for the first time ever—daily newspaper strips reproduced from Frank's own personal proofs and Sunday pages collected in color for the first time. Vanguard publisher Spurlock said, "The Frazetta Johnny Comet

**Distribute Press Releases**
Send Your News Release Direct to Journalists, Newsrooms & Prospects!
www.vocus.com

**PRWeb Press Releases**
Send Your Press Release To 100,000+ Sources Globally And Track Results.
PRWeb.com

**ADT® Official Site**
ADT® Award Winning Business Alarms. Free Security Risk Assessment Today
www.ADTBusiness.com/Alarms

**Wireless Alarm Systems**
Free Quotes - Multiple Dealers Compare Prices, Features & Save!
WirelessAlarm.BuyerZone.com



Collection will also have a new essay by William Stout."

Volume 2 of the new Vanguard Frazetta Classics line is the Complete Frazetta White Indian collection. White Indian was Frazetta's longest run on any single comics feature and has never been collected in a quality book. Spurlock said, "Both volumes are well into production now with more Vanguard Frazetta volumes to come."

Frazetta is a brand name and is a registered trademark which is used by the express permission and under an exclusive agreement between Vanguard, Frank Frazetta, Frazetta Properties LLC, and Frazetta Management. Rob Pistella of Frazetta Management said, "Accept no substitute. The Vanguard editions are the only classic Frazetta comics collections that were authorized by Frank Frazetta. We are fully participating with Dave and providing the best source material in existence to Vanguard, and we are eagerly looking forward to their release. Frank was thrilled to know that David Spurlock was going to memorialize his work through Vanguard Productions."

Vanguard said collectors should watch the official Vanguard facebook page:
http://www.facebook.com/pages/Vanguard-P roductions/127661820833

for further updates.

Press Contacts: Vanguard contact: J. David Spurlock, vanguardpub@att.net
Frazetta Management contact: frazettamanagement@gmail.com

Contact:
J. David Spurlock
Vanguard Productions
New York, NY
908-391-0937
vanguardpub@att.net
http://www.vanguardproductions.net



**Bookmark this release:** Del.icio.us - Digg - Furl - Blinklist - Reddit

**EgoTick an individual mentioned in this release:** EgoTick

**Search for blog references to this company:** Technorati | Google | BlogPulse | Icerocket | Feedster

**Search for newswire references to this company via** WireClip

Company: Vanguard Productions
Contact Name: J. David Spurlock
Contact Email: vanguardpub@att.net
Contact Phone: 908-391-0937
Related website

      

[+] US & global news distribution by USPRwire.

Home | Latest News | Submit News | Advanced Search | About Us | Contact Us | News Alerts |
Terms and Conditions | Copyright © 2005-2007 USPRwire, a Pressventures property

Other sites: ClickPress | mediaposts.com | prposts.com | QuoteMark.com | ReachRadio | SimpleScout
mediabuddies.com | AskDD.com | Free ezine content | Free web directory