**ORIGINAL ART 18" X 30"** ▶

Plaintiffs offer Fine Art prints up to 24" X 36"

**Totaly repainted "Death Dealer V" after original publication,** as run in historic artifact reproduction. *IF* Plaintiffs regestered any version (have failed to prove they did), it would *NOT* be the original historic artifact version. CHANGES include:
• Major brighter coloring
• Addition of helmet to bottom attacker,
• Death Dealer's armor,
• Stone walls
• Major DD leg angle shift
• More detail
• Reflected light added to multiple figures

**Vanguard's historic artifact reproduction 5" X 8.125"** ▼



Added detail & color >

<Major armor differences

<Less color and detail

<No helmet on original artifact.

