# EXHIBIT 6

Vanguard's 2008 reference book of Frank Frazetta's art entitled "*Frank Frazetta, the Definitive Reference*[1]," is currently kept in the collections of the following libraries[2]:

i. University of Texas Permian Basin, J. Conrad Dunagan Library, Odessa, TX

ii. Sul Ross State University, Bryan Wildenthal Memorial Library, Alpine, TX

iii. Texas A&M University, Evans Library, College Station, TX

iv. Red de Bibliotecas del Tecnológico de Monterrey Tec de Monterrey, Monterrey Nl, Mexico

v. Pittsburg State Univ., Leonard H. Axe Library, Pittsburg, KS

vi. Mohave Community College Library, Kingman, AZ

vii. Saint Louis University, Pius XII Memorial Library, St. Louis, MO

viii. Tennessee State University Library, Nashville, TN

ix. California State Polytechnic University Library, Pomona, CA

x. Eastern Illinois University, Booth Library, Charleston, IL

xi. County of Los Angeles Public Library, Downey, CA

xii. Art Center College of Design, James L Fogg Memorial Library, Pasadena, CA

xiii. Hennepin County Library, Minnetonka, MN

xiv. University of Louisville, Ekstrom Library, Louisville, KY

xv. Columbia College Chicago, Chicago, IL

---

[1] Appearing in all formats/media (comics, fan publications, Frazetta magazines, entertainment advertising, book covers & interior illustrations, prints & portfolios, sculptures & figurines, album covers), and containing a scholarly article, "The Frazetta Canon," by David Winiewicz, an alphabetical listing of Frazetta's painted work, and a chronological listing of Frazetta's comic book career.

[2] See, The World Library Catalogue, at: https://www.worldcat.org/title/182737725

xvi. Chicago Public Library, Harold Washington Library Center, Chicago, IL

xvii. La Porte County Public Library, La Porte, IN

xviii. Milwaukee Public Library, Milwaukee County Federated Library System, Milwaukee, WI

xix. Michigan State University Library, East Lansing, MI

xx. Savannah College of Art & Design, Jen Library, Savannah, GA

xxi. Lake County Library System, Tavares, FL

xxii. Cleveland Public Library, Main Library, Cleveland, OH

xxiii. Hampden-Sydney College, Bortz Library, Hampden-Sydney, VA

xxiv. Eugene Public Library, Eugene, OR

xxv. Ontario College of Art & Design University, Dorothy H. Hoover Library, Toronto, ON, Canada

xxvi. Toronto Public Library, Toronto, ON, Canada

xxvii. Office of Commonwealth Libraries, Pennsylvania State Library, Harrisburg, PA

xxviii. Massachusetts College of Art and Design, Morton R. Godine Library, Boston, MA

xxix. Boston Public Library, Copley Square, Boston, MA

xxx. National Art Library, Victoria and Albert Museum, London, United Kingdom

xxxi. De La Salle-College of Saint Benilde, Br. Fidelis Leddy Center for Learning Resources, Manila, Philippines