# EXHIBIT 7

Vanguard's *Frazetta Book Cover Art - Definitive Reference* is part of the following library collections:

- i) Ringling College of Art & Design, Alfred R. Goldstein Library, Sarasota, FL
- ii) Laguna College of Art + Design, Dennis and Leslie Power Library, Laguna Beach, CA
- iii) College for Creative Studies, CCS Library, Detroit, MI
- iv) San Antonio Public Library, San Antonio, TX
- v) San Diego Public Library, San Diego, CA
- vi) County of Los Angeles Public Library, Downey, CA
- vii) Hancock County Public Library, Greenfield, IN
- viii) Dayton Metro Library, Dayton, OH
- ix) Genesee District Library, Flint, MI
- x) Brooklyn Public Library, Brooklyn, NY
- xi) New York Public Library System, New York, NY
- xii) Queens Public Library, Jamaica, NY