UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

     *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

     *Defendants.*

_____/

## MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RIMEULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request a short extension of time be given to file their affidavit pursuant to Rule 6.

## FACTS

Plaintiffs request they be given until 11:30 a.m on November 2, 2023, to file their Affidavit. Plaintiffs require the additional time because the affiant is out of the country and unavailable.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Affidavit and for such other and further relief as the Court deems appropriate and justice requires.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY I attempted to contact Defendants' Attorney Williams regarding the requested enlargement of time, but was unable to reach her.  Plaintiffs do not object to an extension of time also be granted to Defendants.

DATED: November 1, 2023

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
office@merrittlaw.net
Telephone: (941) 445.4841
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on November 1, 2023, via CM/ECF.

MERRITT LAW PA

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229

Attorney for Plaintiffs