UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' LATE MOTION FOR ENLARGEMENT OF TIME (TO FILE AFFIDAVIT)

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK respond to Plaintiffs' Motion [DIN 88] as follows:

1. Plaintiffs fail to provide good cause for requesting an enlargement of the November 1st deadline to file an affidavit [DIN 86] of an unnamed person who is simply "*out of the country and unavailable*" since October 25th. Unless there is no telephonic or internet service, this flimsy and vague excuse is disrespectful to the Court and to Defendants.

2. The undersigned received no text or telephone call from Plaintiffs' counsel to either of her telephone numbers, 210 209-3030 or 432 901-2141, concerning Plaintiffs need for additional time to file an affidavit.

3. The undersigned received no email from Plaintiffs' counsel to either of her addresses, mcmillan.esq@gmail.com or leigh@williamslegal.org, concerning Plaintiffs need for additional time to file an affidavit.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

4. Plaintiffs' counsel's lack of candor concerning an alleged attempt to contact the undersigned prior to filing their untimely motion for enlargement of time is not well taken, and neither is Plaintiffs' history of requesting enlargements of time on or after the Court-ordered deadline, usually without first contacting the undersigned.

5. Should this Court grant Plaintiffs' requested relief, Defendants request the Court's permission to file a rebuttal in response by a date specified by the Court.

Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LAW OFFICE OF LEIGH M. WILLIAMS, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
           Leigh@williamslegal.org
Tel. No.: 210 209-3030
              432 901-2141
*Attorney for Defendants*