UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE AFFIDAVIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE AND MOTION TO FILE A REBUTTAL TO DEFENDANTS' AFFIDAVIT

Plaintiffs file this Motion to request a short extension of time be given to file their affidavit pursuant to Rule 6 moving it from 11:30 am to 8 p.m. today, November 2, 2023, and Motion to file a rebuttal to Defendants' Affidavit.

### FACTS

Plaintiffs request they be given until 8:00 p.m. today, November 2, 2023, to file their Affidavit. Plaintiffs require the additional time because the affiant is out of the country and has become available at 10 a.m. today.

### MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of

court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

Although the Court granted the previous Motion requesting an enlargement of time to file the affidavit, Plaintiffs request the extension be enlarged to 8 pm today, November 2, 2023. Plaintiffs also request they be granted the opportunity to file a rebuttalto Defendants' affidavit to be co-terminus with the Defendants' ability to file a response to Plaintiffs' Affidavit.

WHEREFORE, Plaintiffs respectfully request the Court GRANT their Motion to enlargement the time to file their affidavit from11:30 a.m. to 8 p.m today, November 2, 2023, and also grant Plaintiffs the opportunity to file a response to Defendants' Affidavit on November 6, 2023, and for such other and further relief as the Court deems appropriate and justice requires.

**CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL**

I HEREBY CERTIFY that Wendy J. Newsome, Florida Registered Paralegal, attempted to contact Defendants' Attorney Williams regarding the requested enlargement of time and request to file a response to the Defendants' Affidavit by November 6, 2023, but she was unable to reach her and left a voice message.

DATED: November 2, 2023

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        office@merrittlaw.net
        Telephone: (941) 445.4841
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on November 2, 2023, via CM/ECF.

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229

        Attorney for Plaintiffs