UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## AFFIDAVIT OF JOSEPH WEBER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, JOSEPH WEBER, being duly sworn, hereby depose and say:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am over 18 years of age and I reside at 4435 Diamond Cir W, Sarasota, FL 34233.

3. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in it.

4. This Affidavit is submitted in support of Plaintiffs' Motion for Summary Judgment.

5. I am the Corporate Designee of and Consultant to Frazetta Properties, LLC and have reviewed all documents filed in this lawsuit by Defendants Spurlock and Vanguard Productions.

6. I have over 15 years of experience in art design including web development and design, product design and development, and e-commerce consulting and have worked with Frazetta Properties, LLC and its members, including Holly Frazetta and Heidi Frazetta providing business device.

7. I have recently worked as a design and product development consultant to Conan Properties, owner of world renown Conan The Barbarian property.

8. In addition, I have been working relations with many pop-culture brands and businesses such as Dynamite Comics, who is a publisher of many notable pop-culture and Disney IPs, as well as Edgar Rice Burrough, Inc, owners of the Tarzan IP.

9. I spent the last year of Frank Frazetta's life by his side until the day he passed away.

10. He was very impressed by my skill sets and business experience, so much so he personally asked me if I wanted to be appointed to be in charge of all his artwork and business. Although I declined, I spent the last decade consulting the Frazetta children and family in carrying on the great legacy of Frank Frazetta.

11. The 2010 Settlement agreement between Vanguard and Frazetta Properties LLC resulted in a "2-Book Publishing Agreement" as well as the "Endorsement Agreement" which specifically gave Vanguard the right to publish One (1) book entitled "The Definitive Frazetta Reference" by James Bond and David

Winiewicz, Ph.D. Frazetta Properties LLC gave Vanguard the right to update, revise text, replace images, re-design and publish the FRAZETTA Book as Vanguard sees fit. See Exhibit 1, Two Book Publishing Agreement and Exhibit 2, Endorsement Agreement.

12. Frazetta Properties never acknowledged the "Definitive Reference" book as fair use, but rather something that could be revised without royalty. The subject matter of the 2010 Definitive Reference book is primarily as an index of text and information, not an art book of images as the 2022 Book Cover Art book is.

13. Mr. Spurlock depends on many others to gather scans and information for his publications. He also depends on designers to compile the books. Moreover, Patrick Hill, designer of multiple Frazetta Vanguard books had told the Frazetta family that Spurlock was well aware of which images he could and could not publish due to the Frazetta family's agreements, although this later seemed to be untrue by Vanguard's lack of concern to request permission for the 2022 Book Cover Art book. Spurlock made multiple Facebook post about the 2022 Book Cover Art book praising its rankings on the Amazon top seller list, the biggest commercial online website in the world.

14. Frazetta Properties never acknowledged the "Definitive Reference" book as fair use, but rather something that could be revised without royalty. The 2010 Definitive Reference book is primarily an index of text and information, not a book of art images as the 2022 Book Cover Art book is sold. Mr. Spurlock depends on many others to gather scans and information for his publications. He also depends on

designers to compile the books. Moreover, Patrick Hill, designer of multiple Frazetta Vanguard books had told the Frazetta family that Spurlock was well aware of which images he could and could not publish due to the Frazetta family agreements, although this later seemed to be untrue by Vanguard's lack of concern to request permission for the 2022 Book Cover Art book. Spurlock made multiple Facebook post about the 2022 Book Cover Art book praising its rankings on the Amazon top seller list, the biggest commercial online website in the world.

15. I have reviewed the information regarding the two books, Frazetta Book Cover Art, Complete Collection, Definitive Reference, and the slip cased Deluxe edition of that book, which as described on the Vanguard website features a 16-page bonus folio comprised of vintage Frazetta drawings which, often opened early books Frazetta painted covers for.

16. Defendants did not contact Frazetta Properties, LLC to obtain permission to use the Copyright protected images.

17. Defendants did not contact Frazetta Properties, LLC when it was sent the Cease-and-Desist Letter attached to the Complaint.

18. Defendants did not contact Frazetta Properties, LLC after it was served with this lawsuit.

19. Defendants have not denied they failed to contact Frazetta Properties and Holly Frazetta and Heidi Frazetta, siblings in the Frank Frazetta family, to obtain a license to use the Copyright protected images.

Joseph Weber
Corporate Designee of and Consultant to
of Frazetta Properties, LLC

STATE OF FLORIDA
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me on the 30th day of October 2023 by Joseph Weber, as Corporate Designee of and Consultant to Frazetta Properties, LLC who is personally ~~known to me and who did attest that the facts and matters therein set forth and alleged and that each~~ of said facts and matters are true and correct based upon personal knowledge and information.



JACK W. MERRITT
Commission # HH 457922
Expires October 24, 2027

By: _____
NOTARY PUBLIC, STATE OF FLORIDA

NOTARY SEAL OR STAMP