**2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000102860

**Entity Name:** FRAZETTA GIRLS, LLC

**FILED**
Feb 27, 2020
Secretary of State
5824629632CC

**Current Principal Place of Business:**

4435 DIAMOND CIR W
SARASOTA, FL 34243

**Current Mailing Address:**

4435 DIAMOND CIR W
SARASOTA, FL 34233 US

**FEI Number:** 47-3804088

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TAYLOR, SARA
4435 DIAMOND CIR W
SARASOTA, FL 34233 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SARA TAYLOR                                                                02/27/2020

Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MANAGER |
| Name | TAYLOR, SARA | Name | WEBER, JOSEPH FRANCIS |
| Address | 4435 DIAMOND CIR W | Address | 4435 DIAMOND CIR W |
| City-State-Zip: | SARASOTA FL 34243 | City-State-Zip: | SARASOTA FL 34243 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SARA TAYLOR                         MANAGER                         02/27/2020

Electronic Signature of Signing Authorized Person(s) Detail                           Date

**EXHIBIT 1**

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000102860

**Entity Name:** FRAZETTA GIRLS, LLC

**FILED**
Jan 13, 2021
Secretary of State
3345694186CC

**Current Principal Place of Business:**

4435 DIAMOND CIR W
SARASOTA, FL 34243

**Current Mailing Address:**

PO BOX 50068
SARASOTA, FL 34232 US

**FEI Number:** 47-3804088

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TAYLOR, SARA
4435 DIAMOND CIR W
SARASOTA, FL 34233 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SARA TAYLOR                                                                                                                           01/13/2021
Electronic Signature of Registered Agent                                                                                                                     Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MANAGER |
| Name | TAYLOR, SARA | Name | WEBER, JOSEPH FRANCIS |
| Address | 4435 DIAMOND CIR W | Address | 4435 DIAMOND CIR W |
| City-State-Zip: | SARASOTA FL 34243 | City-State-Zip: | SARASOTA FL 34243 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SARA TAYLOR                                                    MANAGER                                                         01/13/2021
Electronic Signature of Signing Authorized Person(s) Detail                                                                                                  Date

**EXHIBIT 1**

# 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000102860

**Entity Name:** FRAZETTA GIRLS, LLC

**FILED**
Jan 06, 2022
Secretary of State
9998434401CC

**Current Principal Place of Business:**

4435 DIAMOND CIR W
SARASOTA, FL 34243

**Current Mailing Address:**

PO BOX 50068
SARASOTA, FL 34232 US

**FEI Number:** 47-3804088

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TAYLOR, SARA
4435 DIAMOND CIR W
SARASOTA, FL 34233 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SARA TAYLOR                                                                  01/06/2022
Electronic Signature of Registered Agent                                                  Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MANAGER |
| Name | TAYLOR, SARA | | Name | WEBER, JOSEPH FRANCIS |
| Address | 4435 DIAMOND CIR W | | Address | 4435 DIAMOND CIR W |
| City-State-Zip: | SARASOTA FL 34243 | | City-State-Zip: | SARASOTA FL 34243 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SARA TAYLOR                                     MANAGER                          01/06/2022
Electronic Signature of Signing Authorized Person(s) Detail                                  Date

**EXHIBIT 1**

# 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000102860

**Entity Name:** FRAZETTA GIRLS, LLC

**FILED**
Jan 29, 2023
Secretary of State
5273642134CC

**Current Principal Place of Business:**

4435 DIAMOND CIR W
SARASOTA, FL 34243

**Current Mailing Address:**

PO BOX 50068
SARASOTA, FL 34232 US

**FEI Number:** 47-3804088

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TAYLOR, SARA
4435 DIAMOND CIR W
SARASOTA, FL 34233 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SARA TAYLOR                                                                                                01/29/2023

Electronic Signature of Registered Agent                                                                                  Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title: MGR | Title: MANAGER |
| Name: TAYLOR, SARA | Name: WEBER, JOSEPH FRANCIS |
| Address: 4435 DIAMOND CIR W | Address: 4435 DIAMOND CIR W |
| City-State-Zip: SARASOTA FL 34243 | City-State-Zip: SARASOTA FL 34243 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SARA A TAYLOR                                                 MANAGER                              01/29/2023

Electronic Signature of Signing Authorized Person(s) Detail                                                              Date

**EXHIBIT 1**