# Masterpieces of Fantasy Art

DIAN HANSON

TASCHEN

11.4 x 15.6 inches





Opposite: *Death Dealer No. 6*, the last of Frazetta's *Death Dealer* paintings, was used on the cover of the *Death Dealer No. 6* comic, 2007. Oil on Masonite, 1996, 76.2 x 45.7 cm (30 x 18 inches). Courtesy of Heritage Auctions.

Above: *Death Dealer No. 5*, for the cover of Jim Silke's *Death Dealer Plague of Knives* novel, 1990, and on Yngwie Malmsteen's 2001 *War To End All Wars* album. Oil on board.

Page 208: *The Swamp Demon*, for John Jakes' *Witch of the Dark Gate*, 1972, and repurposed by Joshua Ortega, Josh Medors and Jay Fotos in 2008 for *Swamp Demon*, a one-shot comic book. Oil on board.

Page 209: A self-portrait for the story "Came the Dawn," scheduled for EC Comics' *Shock Illustrated No. 4*, 1956. The issue was never published.

FRANK FRAZETTA

207

Case 8:22-cv-00581-WFJ-AEP   Document 95-2   Filed 11/08/23   Page 4 of 9 PageID 578

Indicia page from 2020 Taschen book "Materpieces of Fantasy Art" lists "Collaborative Efforts" acknowledgment to "Sara Frazetta Taylor" and lists all Frazetta material ("Front cover and pages 4, 48 and 171—209") as:
© Frazetta Girls LLC

IT REQUIRED THE COLLABORATIVE EFFORTS o
appreciated, but the following went above and beyond: Da
Laura Brodian Freas Beraha, Edward Binkley, Simon Bisle
H. R. Giger Estate, Isabelle Giraud, Heritage Auctions, Patric
Sara Frazetta Taylor, Saveria De Valence of Artcurial, Boris

Back cover courtesy of Artcurial; Pages 61, below, 72 and 103–133 ©Julie Bell; Pages 214 and 222, above © Matthias Belz; Page 94 © Bonestell LLC.; Page 498, below, courtesy Borsini-Burr Gallery; Pages 50, above, and 494, below © Frank Brunner; Page 514, above left ® & ©DC Comics; Pages 54, 59, below, and 135–169 © Philippe Druillet; Pages 49, below right, 56, below, 183, above and below, 191, 199, 288, above, 391, 393, 396, below right, 397 and 532 ® & ©2020 Dynamite; Front cover and pages 4, 48 and 171–209 © Frazetta Girls LLC; Pages 38, 100 and 503 © Estate of Frank Kelly Freas; Pages 36 and 37 ©William M. Gaines, Agent, Inc.; Pages 146, above, and 333 © Getty Images; Pages 60, above, and 211–243 ©H.R. Giger Estate;



*Above*
A highly detailed color preliminary for *Death Dealer No. 4*, created for the cover of Jim Silke's *Death Dealer Book 3: Tooth and Claw*. Graphite and watercolor on paper, 1987, 12.7 x 10.7 cm (5 x 4.25 inches). *Courtesy of Heritage Auctions.*

*Right*
Death Dealer with his helmet removed, a preliminary test for a planned, and abandoned, oil portrait of the barbarian. In the end Frazetta realized anonymity is key to the character's popularity. Graphite, ink and watercolor on paper, 1986, 10.1 x 10.1 cm (4 x 4 inches). *Courtesy of Heritage Auctions.*





*Opposite*
A color preliminary for *Death Dealer and Snow Queen*, one of two Death Dealer concepts never completed in oil. Watercolor on paper, 1986, 34.2 x 27.9 cm (13.5 x 11 inches). *Courtesy of Heritage Auctions.*



*Above*
A color preliminary for *Death Dealer No. 2.* Watercolor on paper, 1986, 17.1 x 12.7 cm (6.75 x 5 inches). *Courtesy of Heritage Auctions.*

*Opposite*
*Death Dealer No. 2*, for the cover of Jim Silke's first novel for TOR Books, *Death Dealer Book 1: Prisoner of the Horned Helmet*. Oil on board, 1986, 50.8 x 40.6 cm (20 x 16 inches).

*Page 398*
*Death Dealer No. 6*, the last of Frazetta's Death Dealer paintings, was used on the cover of Glenn Danzig's *Death Dealer No. 2: The New Covenant* comic (1996), not to be confused with Jim Silke's *Death Dealer* novels. Oil on Masonite, 1990, 76.2 x 45.7 cm (30 x 18 inches). *Courtesy of Heritage Auctions.*

*Page 399*
*Death Dealer No. 5*, for the cover of Jim Silke's *Death Dealer Book 4: Plague of Knives*, and reused on Yngwie Malmsteen's 2001 record album *War To End all Wars*. Oil on board, 1989, 50.8 x 40.6 cm (20 x 16 inches).



*Acknowledgments*
Most of the original artwork in this volume comes courtesy of Sara Frazetta and Frazetta Girls Inc. Additional works were supplied by Heritage Auctions, Arnie Fenner, Edgar Rice Burroughs, Inc., Lucas Museum of Narrative Art, Topper Helmers, James Halperin and Daren Bader. Those who helped bring this project to life with expert insight and advice include writers Dan Nadel and Zak Smith, Sara Frazetta, Bud Plant, Arnie Fenner, Rob Pistella, Topper Helmers, and as always, Benedikt Taschen.

All images in the book are copyright © Frazetta Girls Inc. unless otherwise stated and may not be reproduced in any form without written permission from the rights holders. Visit them at frazettagirls.com. Cover art for *Beyond the Farthest Star* (1964), and cover art and interior illustrations for *Tarzan and the Castaways* are © 1964 Edgar Rice Burroughs, Inc. All Rights Reserved. Tarzan®, John Carter®, and other characters, names, and titles created by Edgar Rice Burroughs are trademarks or registered trademarks of Edgar Rice Burroughs, Inc. *Conan the Barbarian* ® and © 2022 Conan Properties International LLC. All texts and commentaries contained in this volume are those of the individual writers and do not necessarily represent the views and opinions of TASCHEN GmbH or any of its affiliates or employees.

EACH AND EVERY TASCHEN BOOK PLANTS A SEED!
TASCHEN is a carbon neutral publisher. Each year, we offset our annual carbon emissions with carbon credits at the Instituto Terra