

| Hi J.! | Daily Deals | Brand Outlet | Help & Contact | | Sell | Watchlist | My eBay |

**ebay** | Shop by category | Search for anything | All Categories | Search

Back to home page | Listed in category: Books, Movies & Music › Books & Magazines › Books

This listing was ended by the seller on Thu, Oct 12 at 3:54 AM because the item is no longer available.



ENDED

Have one to sell? Sell now

### MASTERPIECES OF FANTASY ART By Eckart Eackmann *Excellent Condition*

Excellent Condition! Quick & Free Delivery in 2-14 days

**Condition:** Very Good

"Book is in Very Good Condition. Text will be unmarked. May show some signs of use or wear. Will"... Read more

**Price:** US $21.49

**Shipping:** Free Standard Shipping. See details
Located in: US, United States

**Delivery:** Estimated between **Fri, Nov 10** and **Wed, Nov 15** to 75149 ⓘ

**Returns:** 30 days returns. Seller pays for return shipping. See details

**Payments:**  


Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
zuber (222552)
98.5% positive feedback

Contact seller
See other items

---

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.    eBay item number: 335030702913

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Very Good ⓘ | Seller Notes | "Book is in Very Good Condition. Text will be unmarked. May show some signs of use or wear. W... Read more |
| ISBN-10 | 3894502924 | Book Title | Masterpieces of Fantasy Art |
| Author | Eackmann, Eckart | Language | english |
| Publisher | Taschen | Publication Name | Taschen |
| Publication Year | 1991 | Format | Unknown |
| Type | Paperback | Item Weight | 1 pounds |
| ISBN | 3894502924 | | |

## Item description from the seller



FREE SHIPPING ON ALL DOMESTIC ORDERS

 

HOME   ABOUT   VIEW ALL PRODUCTS

**MASTERPIECES OF FANTASY ART BY ECKART EACKMANN *EXCELLENT CONDITION***



**Item specifics**

| | |
|---|---|
| ISBN-10: | 3894502924 |
| Author: | Eackmann, Eckart |
| Publisher: | Taschen |
| Publication Year: | 1991 |
| Binding: | Paperback |
| Package Dimensions: | 11.73x8.98x0.31 Inches |

**Book is in Very Good Condition. Text will be unmarked. May show some signs of use or wear. Will include dust jacket if it originally came with one. Satisfaction is guaranteed with every order.**

Why Shop With Us | TOP NOTCH CUSTOMER SERVICE | FAST & FREE SHIPPING | 100% SATISFACTION ON EVERY ORDER

**EX. 3**