# FRAZETTA PROPERTIES LLC & VANGUARD PUBLISHING

Jan 13, 2015

Re Exclusive Frazetta Publishing Rights

Frank Frazetta JR
Dark Horse
Diamond Comics Distributors

VANGUARD is the only AUTHORIZED publisher of books predominantly featuring Frank Frazetta art. Since 2010, ONLY Vanguard is Authorized and Endorsed by Frank Frazetta. As per various agreements with Frazetta Properties LLC, the legal successors of Frank Frazetta; and as announced in the joint Frazetta-Vanguard press release of March, 8, 2010 titled, "Frank Frazetta Signs with Vanguard Publishing"; Vanguard is the exclusive, authorized book publisher of artwork copyright Frank Frazetta and/or Frazetta Properties LLC. As per the agreements signed by Frank Frazetta and a majority of Frazetta Properties LLC members, Vanguard's EXCLUSIVE rights are in effect from March 1st, 2010 through January 1st, 2025. In addition to Vanguard's EXCLUSIVE rights to publish copyrighted Frazetta works, Vanguard ALSO has EXCLUSIVE rights to use the registered Frazetta trademark, and any other common law Frazetta marks, in branding to promote Frazetta-related Vanguard publications including but not limited to, ALL comics works by Frazetta from 1963 and earlier (including but not limited to Snowman, Thunda, Untamed Love, White Indian, Johnny Comet, etc). The agreements signed by Frank Frazetta and Frazetta Properties LLC are binding on ALL HEIRS of Frank Frazetta including Frank Frazetta Jr. Though each of the four (4) Frazetta heirs (Frank Jr, Bill, Heidi and Holly) enjoy certain settlement-agreement granted rights to license images, said licenses can NOT conflict, undermine or devalue Frank Frazetta's and Frazetta Properties LLC's prior agreements with Vanguard. All book and comics publishing must go through, or be authorized, or passed-on by Vanguard. Even if some Frazetta material is in the public domain, it can not be promoted as Authorized, or Endorsed, by any Heir of Frank Frazetta, or use FRAZETTA prominently in title or advertising branding, without Vanguard's approval or involvement.

Please immediately, **CEASE AND DESIST** distribution, and/or publishing, and/or licensing for publishing, of any books, and/or comicbooks featuring Frank Frazetta art and/or that use "Frazetta" in branding to sell publications containing Frank Frazetta art, without first verifying with Vanguard that the publication is allowable and/or authorized. You can reach Vanguard at vanguardpub@att.net

_William R. Frazetta_
William R. Frazetta
Manager

_Holly Jean Frazetta Taylo_
Holly Jean Frazetta Taylo
Manager

_J. David Spurlock_
J. DAVID SPURLOCK,
Vanguard

_Heidi Lee Grabin_
Heidi Lee Grabin
Manager

EX. 4