UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK submit their statement of facts below, citing to the following docket entries:

| DIN | Description |
|---|---|
| 1 | Plaintiffs' Complaint |
| 14 | Vanguard Productions, LLC's Answer |
| 15 | J.D. Spurlock's Answer |
| 67 | Defendants' summary judgment motion |
| 67-1 | *Definitive Frazetta Reference,* digital copy |
| 79 | Plaintiffs' summary judgment motion |
| 79-1 | Endpapers and Tables of Contents, *Sketchbooks I* and *II* <br> Uncertified copyright registrations, *Death Dealer II* and *Death Dealer V* |
| 80 | Defendants' Response to Plaintiffs' summary judgment motion |

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

| DIN | Description |
|---|---|
| 82 | Plaintiffs' Response to Defendants' summary judgment motion |
| 82-1 | Front and Back Cover, *Frazetta Definitive Reference* |
| 83 | Defendants' Reply to Plaintiffs' Response to summary judgment |
| 83-1 | Screenshots from Frazetta Girls, LLC's and Taschen's websites |
| 87 | Affidavit of JD Spurlock |
| 87-1 | Vanguard's Answer to Frazetta in 2009 SDNY Case |
| 87-2 | Parties' 2010 Settlement Agreement and Sub-Parts |
| 87-3 | Vanguard/Frazetta 2010 Press Release |
| 87-4 | *Death Dealer II* Comparison |
| 87-5 | *Death Dealer V* Comparison |
| 87-6 | Library Collections, 2008 ed. *Frazetta Definitive Reference* |
| 87-7 | Library Collections, 2023 *Frazetta Definitive Reference* |
| 94 | Affidavit of J. Weber for Frazetta Properties, LLC |
| 94-1 | Parties' 2010 *2-Book Publishing Agreement* |
| 95 | Affidavit of JD Spurlock in Rebuttal to Affidavit of J. Weber |
| 95-1 | Frazetta Girls, LLC's annual report to Fla. Secretary of State |
| 95-2 | Taschen *Masterpieces* and *Fantastic Worlds* Endpapers |
| 95-3 | Taschen *Masterpieces,* Eckart Eackmann, Editor |
| 95-4 | 2015 Vanguard / Frazetta Properties Exclusive Publishing Notice |

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

# UNDISPUTED FACTS

## I. Plaintiffs Have Not Proven Copyright Ownership

1. Plaintiffs allege Defendants infringed upon copyright registered paintings entitled *Death Dealer II* and *Death Dealer V* in Defendants' book entitled *Frazetta Book Cover Art - Definitive Reference* ("*Frazetta Definitive Reference*"). [DIN 1; DIN 67-1]

2. Plaintiffs filed uncertified copyright registration certificates,[1] no certified transfer agreement, and no affidavit attesting to their authenticity. [DIN 79-1]

## II. Plaintiffs' Claimed Images Differ from the Images Reproduced by Defendants

3. Plaintiffs' allegedly copyrighted image entitled *Death Dealer V* <u>differs significantly</u> from the *Death Dealer V* image reproduced in *Frazetta Definitive Reference*. (Compare DIN 1, p. 12 to DIN 67-1, p. 71 (*Frazetta Definitive Reference*, p. 138; *and see*, DIN 87, 87-4, 87-5, Aff. of JD Spurlock, DIN 95, Aff. of JD Spurlock).

4. Mr. Spurlock points to the differences in the images in his Affidavit, DIN 87-4 and 87-5, showing that the *Death Dealer II* character appears brighter and slightly more saturated chroma, but it is impossible to make a clear determination from the sole blurry image shown in Plaintiffs' Complaint. (Compare DIN 1, p. 12 to DIN 87-4 and DIN 67-1, p. 71).

---

[1] On Sept.7, 2022, Order [DIN 25] compelled Plaintiffs produce (i) original copyright certificates and (ii) Agreements transferring copyrights; On Nov. 1, 2022, Defendants moved to sanction [DIN 32] Plaintiffs' failure to produce; and on March 9, 2023, Defendants moved to continue mediation [DIN 39] due to Plaintiffs' non-compliance.

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

5. Plaintiffs' *Death Dealer V* is brighter and has additional details in the background and foreground; the Death Dealer character's dominant leg is depicted at a different angle, he wears less and different dorsal plate armor, has a larger head and longer left arm, isn't wearing an archer's bowguard on his wrist, is standing taller on the ramparts, his kusarigama chain is now gold, there is now background color between his legs, the falling attacker has been given a face, and a middle attacker has either disappeared or gained a spiked helmet à la German Pickelhaube or a Mongolian Rmog (Compare DIN 1, p. 12, DIN 67-1, p. 71, and DIN 87-5, all three of which are different versions).

6. Frank Frazetta was well known to have painted over his original works. The historic artifact book cover published in 1990 as reproduced in Defendants' *Frazetta Definitive Reference* is not likely the same *Death Dealer V* allegedly copyright registered for the first time in 2009 by Frazetta Properties. (See, DIN 87, 87-4, 87-5).

### III. Non-Party Frazetta Girls, LLC Publicly Claim Copyrights to *Death Dealer II* and *Death Dealer V*

7. Copyright ownership of *Death Dealer II* and *Death Dealer V* is claimed by non-party Frazetta Girls, LLC ("Frazetta Girls") on their website [See, DIN 83-1, pp. 2, 4], and in two Frank Frazetta art books published by Taschen. [See, DIN 83-1, pp. 2, 4; DIN 95, Aff. JD Spurlock, DIN 95-2, Endpapers for *The Fantastic Worlds of Frank Frazetta* (2023) and *Masterpieces of Fantasy Art* (2020)].

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

8. Frazetta Girls were founded by FRAZETTA PROPERTIES, LLC member HOLLY J. FRAZETTA. (See, Ex. 1, copy of Frazetta Girls' Articles of Incorporation[2]).

9. Frazetta Girls sell art posters of Frazetta paintings, including *Death Dealer II* and *Death Dealer V,* on their website[3]. [See, DIN 83-1].

10. From 2020, Joe Weber, designated corporate representative for Frazetta Properties [See, DIN 94, Aff. of J. Weber], has acted as manager of Frazetta Girls. [See, DIN 95, Aff. JD Spurlock]

### IV. Defendants Are Authorized by Plaintiffs to Publish *Frazetta Definitive Reference* Per Written Agreement

11. Frazetta Properties acknowledge the Parties' *Frazetta Endorsement & Trademark License Agreement*, Part B of the Parties' 2010 Settlement Agreement providing Vanguard and J. David Spurlock with authority to reissue the *Frazetta Definitive Reference* in perpetuity, under Sections 2 and 4, and the right to update, revise text, replace images, re-design and publish this FRAZETTA Book as Licensee sees fit, without payment of *royalties or submitting sales reports.* [See, DIN 87-2, p. 18/23 (emphasis added)].

---

[2] See, Florida Division of Corporations, https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=FRAZETTAGIRLS%20L140001028600&aggregateId=flal-l14000102860-7fad3bf4-ea56-4ec6-9e52-d5b53be9c6d7&searchTerm=frazetta%20girls&listNameOrder=FRAZETTAGIRLS%20L140001028600, last visited Nov. 8, 2023

[3] See, https://www.frazettagirls.com/collections/frontpage, last visited November 1, 2023.

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

### V.   Plaintiffs Did Not Send a Cease-and-Desist Letter by Certified Mail

12.   Plaintiffs purportedly emailed Mr. Spurlock a cease-and-desist letter, which Defendants deny[4], however, no certified letter was mailed, nor was a case-and-desist letter sent by FedEx, UPS, or other delivery system with verifiable receipt.

### VI.   Plaintiffs' Complaint is a Compilation of Irrelevant, Erroneous, and Meaningless Allegations

13.   Frazetta Properties, LLC are <u>not</u> a Florida entity, nor are they registered to do business in the State of Florida. (See, DIN 1, ¶15).

14.   Plaintiffs' allegations in paragraphs 23 through 29 of their Complaint are irrelevant. [DIN 1]

15.   Plaintiffs' allegations in paragraph 30 of their Complaint are demonstrably false – much of Frazetta's artwork was made for hire and copyrighted by others or is public domain irrelevant. (Compare DIN 1 to DIN 87, ¶¶ 40—44).

16.   Plaintiffs have failed to prove any of the elements of a claim for Direct Copyright Infringement.

17.   Plaintiffs have failed to prove any of the elements of a claim for Contributory Copyright Infringement.

18.   Plaintiffs have failed to prove any of the elements of a claim for Vicarious Copyright Infringement.

---

[4]  See, Ex. 2, attached, email thread between Parties' counsel dated January 2023

*Holly J. Frazetta, Heidi L. Frazetta & Frazetta Properties, LLC v. Vanguard Productions, LLC & J. David Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

19. Plaintiffs have failed to prove any of the elements of a claim alleging Inducing Copyright Infringement.

DATED: NOVEMBER 8, 2023

Respectfully submitted,

/s/: _____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC*
*and J. David Spurlock*