# Electronic Articles of Organization For Florida Limited Liability Company

L14000102860
FILED 8:00 AM
June 26, 2014
Sec. Of State
tbrown

## Article I

The name of the Limited Liability Company is:

FRAZETTA GIRLS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3746 82ND AVE. CIR EAST
102
SARASOTA, FL. 34243

The mailing address of the Limited Liability Company is:

PO BOX 1307
BOCA GRANDE, FL. 33921

## Article III

The name and Florida street address of the registered agent is:

HOLLY FRAZETTA
3746 82ND AVE. CIR E
102
SARASOTA, FL. 34243

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   HOLLY FRAZETTA

## Article IV

The name and address of person(s) authorized to manage LLC:

   Title:  MGR
   SARA  TAYLOR
   3746 82ND AVE. CIR E APT. #102
   SARASOTA, FL.   34243

L14000102860
FILED 8:00 AM
June 26, 2014
Sec. Of State
tbrown

## Article V

The effective date for this Limited Liability Company shall be:

   07/01/2014

Signature of member or an authorized representative

Electronic Signature: SARA TAYLOR

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.