**Gmail**

**Leigh McMillan <mcmillan.esq@gmail.com>**

### Re: Service of Responses to Holly Frazetta's amended 1st RFP
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>                     Tue, Jan 11, 2022 at 1:05 PM
To: Jack Merritt <jmerritt@merrittlaw.net>

Jack, I don't know about any letter, and David didn't mention it to me - do you know if he received it?

I'll ask him, and in the meantime, can you send me a digital copy of the letter? Thanks so much.

Best regards,

Leigh Williams

On Tue, Jan 11, 2022, 11:21 Jack Merritt <jmerritt@merrittlaw.net> wrote:

> Leigh,
>
> I had sent a letter to Mr. Spurlock in connection with his use of a painting owned by Holly Frazetta back in November.  I asked that he discuss what he was doing with his lawyer.  I expect that you are not representing him, because you did not contact me.
>
> I will make a filing later today in the Spurlock v. Frazetta case.  If you know who is representing Mr. Spurlock & Vanguard in connection with the matter, I ask that you forward his or her name and contact information to me.
>
> Regards,
>
> Jack W. Merritt

**EX. 2**

Jack W. Merritt, M.B.A., J.D.

MERRITT LAW, P.A.

Legal and Advisory Services

Mediterranea Professional Park

690 S. Tamiami Trail

Osprey, FL 34229

Telephone: 941.445.4841

and

10015 Old Columbia Rd

Ste B215

Columbia, MD 21046

Maryland Office and Facsimile: 410.753.2434

jmerritt@merrittlaw.net

www.merrittlaw.net

This communication is legally privileged and confidential. Should you not be the intended recipient or otherwise received this in error, delete the message immediately. You may not rely upon or in any way make use the contents of this communication. The contents of this email may not be construed to be an admission of any kind or otherwise used in connection with any matter, legal or otherwise. Unless otherwise agreed in writing, all work performed by the firm is invoiced based on an hourly fee. The firm requires a written agreement that is signed by all parties and requires that all retainers must be paid in full before representation will begin. Send no confidential information to the firm via email or otherwise until a fee agreement is signed, the retainer is paid in full, and you are instructed to do so by the firm.

This firm provides no tax advice to clients, but can provide you information regarding competent financial advisers that you may chose to contact and interview to determine whether same meets your specific needs. To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**EX. 2**

 Gmail

<div align="right">Leigh McMillan &lt;mcmillan.esq@gmail.com&gt;</div>

## Re: Service of Responses to Holly Frazetta's amended 1st RFP

1 message

**Leigh McMillan** &lt;mcmillan.esq@gmail.com&gt;        Tue, Jan 11, 2022 at 3:52 PM
To: Jack Merritt &lt;jmerritt@merrittlaw.net&gt;

Jack -

I spoke with David - he never got a letter from you.  Since I'm his attorney, please send it to me if you want to discuss whatever issue you believe needs resolving.

Best regards,

Leigh

On Tue, Jan 11, 2022, 11:21 Jack Merritt &lt;jmerritt@merrittlaw.net&gt; wrote:

> Leigh,
>
>
> I had sent a letter to Mr. Spurlock in connection with his use of a painting owned by Holly Frazetta back in November.  I asked that he discuss what he was doing with his lawyer.  I expect that you are not representing him, because you did not contact me.
>
>
> I will make a filing later today in the Spurlock v. Frazetta case.  If you know who is representing Mr. Spurlock & Vanguard in connection with the matter, I ask that you forward his or her name and contact information to me.
>
>
> Regards,
>
> Jack W. Merritt

**EX. 2**

**Jack W. Merritt, M.B.A., J.D.**

**MERRITT LAW, P.A.**

**Legal and Advisory Services**

**Mediterranea Professional Park**

**690 S. Tamiami Trail**

**Osprey, FL 34229**

**Telephone: 941.445.4841**

    **and**

**10015 Old Columbia Rd**

**Ste B215**

**Columbia, MD 21046**

**Maryland Office and Facsimile: 410.753.2434**

**jmerritt@merrittlaw.net**

**www.merrittlaw.net**

This communication is legally privileged and confidential.  Should you not be the intended recipient or otherwise received this in error, delete the message immediately.  You may not rely upon or in any way make use the contents of this communication. The contents of this email may not be construed to be an admission of any kind or otherwise used in connection with any matter, legal or otherwise.

Unless otherwise agreed in writing, all work performed by the firm is invoiced based on an hourly fee. The firm requires a written agreement that is signed by all parties and requires that all retainers must be paid in full before representation will begin. Send no confidential information to the firm via email or otherwise until a fee agreement is signed, the retainer is paid in full, and you are instructed to do so by the firm.

This firm provides no tax advice to clients, but can provide you information regarding competent financial advisers that you may chose to contact and interview to determine whether same meets your specific needs. To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**EX. 2**

 Gmail

Gmail - Re: Hearings and Letter

Leigh McMillan <mcmillan.esq@gmail.com>

## Re: Hearings and Letter
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>                                    Wed, Jan 12, 2022 at 11:44 AM
To: Jack Merritt <jmerritt@merrittlaw.net>

Jack -

I'm mystified by your emails, but will await your intended filing whatever it may be.

David never received a letter from you but since this concerns Holly Frazetta, you may assume that I represent Vanguard/Spurlock on this.

Thanks.

Best regards,

Leigh

On Wed, Jan 12, 2022, 11:37 Jack Merritt <jmerritt@merrittlaw.net> wrote:

> Leigh:
>
> The letter I sent does not address issues in the current lawsuit but a new issue.  Due to the issues involved, I will be surprised if you knew and approved of it.  I do not know whether your clients have another lawyer.  Regardless, I will file a motion later today or tomorrow that covers it.  Of course, you will receive a copy of the Motion.
>
> As for the letter, since your clients did not receive the letter, no point is served in sending it to them, you or any other lawyers they may have engaged, as current events have made it irrelevant.
>
> Regards,
>
> Jack W. Merritt
> Jack W. Merritt, M.B.A., J.D.
> MERRITT LAW,  P.A.
> 690 S. Tamiami Trail
> Osprey, FL 34229
> Telephone: 941.445.4841
> and
> 10015 Old Columbia Rd
> Ste B215
> Columbia, MD 21046
> Maryland Office and Facsimile: 410.753.2434
> jmerritt@merrittlaw.net

**EX. 2**