UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

   *Defendants.*
_____/

## MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RIMEULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request an extension of time to file their Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment and Affidavit in Rebuttal to the Affidavit of David Spurlock to Monday, November 13, 2023.

### FACTS

Plaintiffs request they be given through Monday, November 13, 2023, to file their Statement of Undisputed Facts and Opposition to Defendants' Affidavit, because Plaintiffs' representative had been out of the country and Plaintiffs' counsel was out of town.  On November 8, 2023, Plaintiffs' counsel called and discussed with Defendants' counsel whether they were to file a joint statement of undisputed facts or separately file.  Defendants' counsel stated she thought separate statements of undisputed facts were to be filed.  Plaintiffs' counsel asked Defendant's counsel

whether she objected to the extension and Defendants' counsel stated she did not object to the extension and suggested the extension be extended to Monday, November 13, 2023.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(b) EXTENDING TIME.

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect."

Plaintiffs' representative had been out of the country and unavailable and Plaintiffs' attorney had been out of the State. Defendants' counsel stated she did not object to the extension of time during a telephone call with Plaintiffs' counsel on November 8, 2023.

WHEREFORE, Plaintiffs respectfully request the Court GRANT their Motion to Extend Time to Monday, November 13, 2023, for Plaintiffs' to file their Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary

Judgment and Affidavit in Rebuttal to the Affidavit of David Spurlock, to Monday, November 13, 2023, for good cause shown, and for such other and further relief as the Court deems appropriate and justice requires.

**CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL**

I HEREBY CERTIFY that I contacted Defendants' Attorney Williams regarding the Plaintiffs' extension of time Summary Judgment and Affidavit in Rebuttal to the Affidavit of David Spurlock to Monday, to be filed Monday, November 13, 2023, and Attorney Williams stated she did not object to the extension requested.

DATED: November 9, 2023

                MERRITT LAW PA

                /s/ Jack W. Merritt
                Jack W. Merritt, Esq.
                FBN: 0052248
                690 South Tamiami Trail
                Osprey, FL 34229
                office@merrittlaw.net
                Telephone: (941) 445.4841
                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on November 9, 2023, via CM/ECF.

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229

        Attorney for Plaintiffs