UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## PLAINTIFFS FRAZETTA PROPERTIES, LLC, HOLLY J FRAZETTA AND HEIDI L FRAZETTA FILE A SECOND MOTION TO ENLARGE THE TIME PURSUANT TO FED. R. CIV. P. 6 TO FILE AFFIDAVIT IN REBUTTAL TO THE AFFIDAVIT OF DAVID SPURLOCK AND STATEMENT OF UNDISPUTED FACTS TO 11:30 PM TODAY, NOVEMBER 15, 2023

Plaintiffs Frazetta Properties, LLC, Holly Frazetta and Heidi Frazetta file this Motion to Enlarge the time to file their Affidavit in Rebuttal to the Affidavit of David Spurlock and Statement of Undisputed Facts by 11:30 pm today, November 15, 2023.

## FACTS

Plaintiffs request the extension of time because of Clients' availability to review the Affidavit in Rebuttal to the Affidavit of David Spurlock and Statement of Undisputed Facts. They will be filed today by 11:30 pm.

This request is for an additional 6.5 hours and will not adversely affect Defendants. Defendants had agreed with the Plaintiffs prior request.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion

> (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Affidavit in Rebuttal to the Affidavit of David Spurlock and Statement of Undisputed Facts today at 11:30 pm ET, and for such other and further relief as the Court deems appropriate and justice requires.

### CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY undersigned counsel attempted to reach Attorney Williams via telephone, but was unable to connect with her and instead left a voicemail message. Although she agreed to the prior extension, I cannot represent that I received a response from Attorney Williams regarding this Motion and its subject matter.

DATED: November 15, 2023

> MERRITT LAW PA
>
> /s/ Jack W. Merritt
> Jack W. Merritt, Esq.
> FBN: 0052248
> 690 South Tamiami Trail
> Osprey, FL 34229

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on November 15, 2023, via CM/ECF.

    MERRITT LAW PA

    /s/ Jack W. Merritt
    Jack W. Merritt, Esq.
    FBN: 0052248
    690 South Tamiami Trail
    Osprey, FL 34229

    Attorney for Plaintiffs