UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    *Defendants.*
_____/

### DEFENDANTS' NOTICE OF MAILING 2010 EDITION OF *FRAZETTA DEFINITIVE REFERENCE* TO THE COURT

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD"), and J. DAVID SPURLOCK hereby notify the Court and Plaintiffs that a copy of the 2010 edition of *Frazetta Definitive Reference* is being mailed to the Court.

1. **The 2010 edition is being sent to the Court to make clear that the earlier editions of *Frazetta Definitive Reference* contained reproductions of *Death Dealer II*, *Death Dealer V*, and *Death Dealer VI* images.**

2. Plaintiffs raised issues and argued facts[1] pertaining to the Parties' litigation of their 2010 Settlement Agreement in Florida state court with respect to the claims at bar.

---

1. Plaintiffs' Complaint [DIN 1]; *Definitive Frazetta Reference*, digital copy [DIN 67-1]; Plaintiffs' summary judgment motion [DIN 79]; Plaintiffs' Resp. to Def. summary judgment motion [DIN 82]; Front & Back Cover, *Frazetta Definitive Reference* [DIN 82-1]; Aff. JD Spurlock [DIN 87]; A34erwff. J. Weber [DIN 94]; Aff. JD Spurlock [DIN 95]; Def. Statement Undisputed Facts [DIN 96]; Aff. J. Weber [DIN 100]

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

    3.    Defendants argue "fair use" concerning the publishing of *Frazetta Definitive Reference*, which publishing rights were granted by Plaintiffs to VANGUARD and Mr. SPURLOCK under the *Frazetta Endorsement and Trademark Licensing Agreement* ("*Endorsement Agreement*"), Sub-Part B, 2010 Settlement Agreement. [DIN 87-2].

    4.    **The *Death Dealer II, Death Dealer V*, and *Death Dealer VI* were reproduced in the 2008 and 2010 editions of *Frazetta Definitive Reference* as follows:**

    i.    *Death Dealer II*: page 126, MASTER ARTIST SERIES action figures

    ii.    *Death Dealer V:* page 138, album cover art, Yngwie Malmsteen

    iii.    *Death Dealer VI:* page 142, Frazetta Art Print, Catalogue U (1998)
    page 187, on the gas tank of a custom chopper

DATED: NOVEMBER 20, 2023

Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
E-mail: leigh@williamslegal.org
Tel. No.: 432 901-2141
Tel. No.: 210 209-3030
*Attorney for Defendants*