UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK, pursuant to Fed. R. Civ. P. 12 and 56, request leave to file a second motion for summary judgment to brief and argue a legal defense and standing, and in support, would show as follows:

    **I.**     **The Proposed Motion Raises a Legal Defense and Rebuts Plaintiffs' Claim of Copyright Ownership and Standing**

1. Plaintiffs' Complaint alleges copyright was issued in 1988 for *Death Dealer II*, and in 1990 for *Death Dealer V*, for which no evidence exists. [DIN 1, p. 2].

2. Plaintiffs' *Death Dealer V* differs significantly from the image reproduced as book cover art in *Frazetta Definitive Reference.*

3. Secondly, Plaintiffs entered into a settlement agreement in 2010 providing Vanguard and Spurlock the right to reissue the *Frazetta Definitive Reference*.

*Holly J. Frazetta, et al. v. Vanguard Productions, LLC et al.*
Case No. *8:22-cv-00581-WFJ-AEP*

## II. Defendants Have Not Waived Their Affirmative Defenses

4. Defendants allege [DIN 14, DIN 15] the following affirmative defenses:

> 1st Affirmative Defense - Plaintiffs lack standing to bring the claims alleged against Defendants.
>
> 2nd Affirmative Defense - Failure to State a Claim: Plaintiffs' Count I, Temporary Injunction and Permanent Injunction, Count II, "Direct Copyright Infringement," Count III, "Contributory Copyright Infringement," Count IV, "Vicarious Copyright Infringement," and Count V, "Inducing Copyright Infringement" are barred by Plaintiffs' failure to establish Exclusive Rights in the three works alleged.
>
> 6th Affirmative Defense – Invalid Copyright: The alleged copyrights are invalid and/or unenforceable, and Plaintiffs' claims should be barred and their copyright registrations canceled because of defects in the registration and fraud on the Copyright Office.
>
> 8th Affirmative Defense - Plaintiffs had no ownership interest in and to any of the Copyrights in the 3 works at issue as of the date of filing the lawsuit, and as such, Plaintiffs are incapable of maintaining their claims for copyright infringement.

5. Rule 12(h)(2) of the Federal Rules of Civil Procedure, "WAIVING AND PRESERVING CERTAIN DEFENSES," provides in pertinent part that "Failure to state a claim upon which relief can be granted, to join a person required by Rule 19(b), or to state a legal defense to a claim may be raised: (A) in any pleading allowed or ordered under Rule 7(a); (B) by a motion under Rule 12(c); or (C) at trial."

6. Rule 12(i) of the Federal Rules of Civil Procedure "HEARING BEFORE TRIAL," provides: "If a party so moves, any defense listed in Rule 12(b)(1) - (7) -

*Holly J. Frazetta, et al. v. Vanguard Productions, LLC et al.*
*Case No. 8:22-cv-00581-WFJ-AEP*

whether made in a pleading or by motion - and a motion under Rule 12(c) must be heard and decided before trial unless the court orders a deferral until trial."

7. Defendants request leave to brief and argue these affirmative defenses now, before trial, pursuant to the Court's July 22, 2023 Order [DIN 66], ordering submissions of parties' motions for summary judgment, leaving the date for re-setting trial in this matter open pursuant to review of the motions.

## CONCLUSION

WHEREFORE, For the reasons set forth above, Defendants respectfully request this Honorable Court issue an order granting Defendants leave to file a second dispositive motion for summary judgment, and for any and all other such relief deemed appropriate by the Court in the interests of justice.

DATED: NOVEMBER 27, 2023

Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC and*
*J. David Spurlock*