UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

      *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,
      *Defendants.*

_____/

## MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request a short extension of time (one day) be given to file their Opposition to the Defendants' Second Motion for Summary Judgment.

## FACTS

Plaintiffs' counsel prepared for and defended against the lawsuit brought by Vanguard and Spurlock against Frazetta Properties and Holly Frazetta in Sarasota County Circuit Court. The case was tried by jury and lasted three days, excluding one day of jury selection, in which (Plaintiffs) Vanguard Productions and Spurlock contended that (Defendant) Properties had breached the Frazetta 2 Book Publishing Agreement and Vanguard Productions and Spurlock were damaged by Properties termination of the Agreement. The jury did not find the termination caused the breach and awarded no damages to Vanguard and Spurlock. As a result of the trial,

undersigned counsel did not learn of this required filing until today, December 18, 2023.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Opposition to the Plaintiffs' Second Motion for Summary Judgment and further relief as the Court deems appropriate and justice requires.  Defendants will not be damaged by this one-day extension of time.

**CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL**

I HEREBY CERTIFY I attempted to contact Defendants' Attorney Leigh M. Williams regarding the requested enlargement of time, but was unable to reach her. As a result, I left a detailed voice message explaining the request and that she return the call.  As of the date and time of this filing, Ms. Williams had not returned the call.

DATED: December 18, 2023

**MERRITT LAW PA**

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
office@merrittlaw.net
Telephone: (941) 445.4841
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on December 18, 2023, via CM/ECF.

MERRITT LAW PA
/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
Attorney for Plaintiffs