UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

### MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request a short extension of time (two days) be given to file their Opposition to the Defendants' Second Motion for Summary Judgment.

### FACTS

Plaintiffs received notice the Defendants had been permitted to file another Answer and Second Motion for Summary Judgment shortly before the Christmas / New Year Holidays. The Court allowed 14 days for Plaintiffs to respond to the Second Motion for Summary Judgment from the date it was filed, which was December 19, 2023. The time to respond will expire at 12:00 a.m. on January 3, 2024. Plaintiffs miscalculated and mistakenly calendared the due date to be the end of day on January 5, 2024.

Plaintiffs contacted Defendants requesting the extension of time through

January 4, 2024.  Defendants agreed to the Motion and requested extension of time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Opposition to the Plaintiffs' Second Motion for Summary Judgment to Thursday, January 4, 2024, and for such other and further relief as the Court deems appropriate and justice requires. Defendants will not be damaged by this two-day extension of time and have agreed to the extension requested.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY I contacted Defendants' Attorney Leigh M. Williams regarding the requested enlargement of time today, January 2, 2024, and Attorney Williams agreed to the extension.  .

DATED: January 2, 2024.

**MERRITT LAW PA**
/s/ Jack W. Merritt

        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        office@merrittlaw.net
        Telephone: (941) 445.4841
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on January 2, 2024, via CM/ECF.

        MERRITT LAW PA
        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        Attorney for Plaintiffs