UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

   *Defendants.*

_____/

## RESPONSE IN OPPOSIITON TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Plaintiffs Frazetta Properties, LLC, Heidi L. Frazetta and Holly J. Frazetta, file this Response in Opposition to the Defendants J. David Spurlock and Vanguard Productions, LLC.

## FACTS

Defendants have misstated the contents of the Settlement Agreement. Plaintiffs received notice the Defendants had been permitted to file another Answer and Second Motion for Summary Judgment shortly before the Christmas / New Year Holidays. Plaintiffs had mistakenly calendared the due date as January 5, 2023, and the long Christmas through New Year holidays negatively affected filing this Opposition. Therefore, Plaintiffs filed this Motion requesting through Monday, January 8, 2024, to file their Opposition.

Plaintiffs contacted Defendants requesting the extension of time through January 8, 2024. Defendants agreed with the Motion and requested extension of time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Opposition to the Plaintiffs' Second Motion for Summary Judgment to Monday, January 8, 2024, and for such other and further relief as the Court deems appropriate and justice requires. Defendants will not be damaged by this two-day extension of time and have agreed to the extension requested.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY I contacted Defendants' Attorney Leigh M. Williams regarding the requested enlargement of time in this matter, and Attorney Williams agreed to the extension.

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        office@merrittlaw.net

        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on January 5, 2024, via CM/ECF.

        MERRITT LAW PA

        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229

        Attorney for Plaintiffs