UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## THIRD MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request a short extension of time be given to file their Response in Opposition to Defendants' Second Motion for Summary Judgment from January 12, 2024, to January 16, 2024.

## FACTS

Plaintiffs received notice the Defendants had been permitted to file another Answer and Second Motion for Summary Judgment shortly before the Christmas / New Year Holidays. This extension is required to file their Response in Opposition to Defendants' Second Motion for Summary Judgment.

Plaintiffs contacted Defendants requesting the extension of time through Tuesday, January 16, 2024, (the Court is closed on January 15, 2024 in observance of

the birthday of Martin Luther King, Jr.). Defendants agreed to the Motion and requested extension of time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Response in Opposition to the Plaintiffs' Second Motion for Summary Judgment to Tuesday, January 16, 2024, and for such other and further relief as the Court deems appropriate and justice requires. Defendants will not be damaged by this short extension of time and Defendants have agreed to the extension requested.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY I contacted Defendants' Attorney Leigh M. Williams regarding the requested enlargement of time, and Attorney Williams agreed to the extension.

MERRITT LAW PA

/s/ Jack W. Merritt

>Jack W. Merritt, Esq.
>FBN: 0052248
>690 South Tamiami Trail
>Osprey, FL 34229
>office@merrittlaw.net
>941.445.4841
>
>Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was served on Defendants' attorney, Leigh M. Williams, Esq., on January 16, 2024, via CM/ECF.

>MERRITT LAW PA
>
>/s/ Jack W. Merritt
>Jack W. Merritt, Esq.
>FBN: 0052248
>690 South Tamiami Trail
>Osprey, FL 34229
>
>Attorney for Plaintiffs