RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2023184585   3   PG(S)
12/13/2023 5:00 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS        Receipt # 3119993

IN THE TWELFTH JUDICIAL CIRCUIT COURT
IN AND FOR SARASOTA COUNTY, FLORIDA

VANGUARD PRODUCTIONS LLC,
J DAVID SPURLOCK,
      Plaintiff,

v.

CASE NO. 2019 CA 001718 NC
DIVISION C CIRCUIT

FRAZETTA PROPERTIES LLC,
HOLLY FRAZETTA,
      Defendant.

_____

## FINAL JUDGMENT

Based on the jury verdict—

1. As to Claim 1 (Breach of Contract – Frazetta 2-Book Publishing Agreement, by Vanguard Productions, LLC and David Spurlock against Frazetta Properties, LLC; Count 1 of Plaintiffs' Second Amended Complaint), the jury found in favor of Frazetta Properties, LLC.

2. As to Claim 2 (Breach of Contract – Fine Art Agency Agreement, by Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 2 of Plaintiffs' Second Amended Complaint), the Court previously granted Holly Frazetta's directed verdict motion.

3. As to Claim 3 (Breach of Oral Contract – unwritten book, *Frazetta Girls*, by Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 6 of Plaintiffs' Second Amended Counterclaim), the jury found in favor of Holly Frazetta.

4. As to Claim 4 (Moneys Owed/Open Account – Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 8 of Plaintiffs' Second Amended Complaint), the jury found in favor of Plaintiffs and awarded them $2,627.03.

5. As to Claim 5 (Breach of Contract – Frazetta 2-Book Publishing Agreement, by Frazetta Properties, LLC against Vanguard Productions, LLC and David Spurlock; Count 1 of Frazetta Properties, LLC's counterclaim), the jury found in favor of Vanguard Productions, LLC and David Spurlock.

IT IS ADJUDGED:

1. Plaintiff VANGUARD PRODUCTIONS, LLC, whose address is 705 Rancho Drive, Mesquite, Texas 75149; and J. DAVID SPURLOCK, whose address is 705 Rancho Drive, Mesquite, Texas 75149; shall recover jointly and severally from Defendant HOLLY FRAZETTA, whose address is 371 Park Avenue, Boca

Filed 12/13/2023 04:21 PM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL

Grande, Florida 33921; damages in the amount of **$2,627.03**, which shall bear interest at the rate of 8.54% per year (calculated using a daily decimal of 0.000233973) for the balance of 2023, and thereafter adjusted annually on January 1 with the interest rate then in effect as determined by the Chief Financial Officer of the State of Florida pursuant to section 55.03(3), Florida Statutes, for which sum let execution issue.

2. Defendant FRAZETTA PROPERTIES, LLC, whose address is 371 Park Avenue, Boca Grande, Florida 33921; shall go hence without day on all claims against it.

3. Counterclaim Defendants VANGUARD PRODUCTIONS, LLC, whose address is 705 Rancho Drive, Mesquite, Texas 75149; and J. DAVID SPURLOCK, whose address is 705 Rancho Drive, Mesquite, Texas 75149; shall go hence without day on all counterclaims against them.

4. Within 45 days, Defendant HOLLY FRAZETTA shall complete and execute under oath or affirmative Florida Civil Rule of Procedure 1.977(a), Fact Information Sheet (for individuals), and return it to Plaintiffs' attorney (without filing the form with the Clerk of Court).

5. The Court reserves jurisdiction to award attorney fees or costs or both, if any, upon a timely and successful motion.

DONE AND ORDERED in Sarasota, Sarasota County, Florida, on December 13, 2023.

*e-Signed 12/13/2023 4:21 PM 2019 CA 001718 NC*

**HUNTER W CARROLL**
Circuit Judge

### SERVICE CERTIFICATE

On December 13, 2023, the Court caused the foregoing document to be served via the Clerk of Court's case management system, which served the following individuals via email (where indicated). On the same date, the Court also served a copy of the foregoing document via First Class U.S. Mail on the individuals who do not have an email address on file with the Clerk of Court.

JACK W MERRITT
690 S TAMIAMI TRAIL
OSPREY, FL  34229

PATRICIA M WILLIAMS
18126 CERCA PIEDRA
SAN ANTONIO, TX  78259

Filed 12/13/2023 04:21 PM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL