UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC AND J. DAVID SPURLOCK,

    *Defendants.*

_____/

### DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST RESPONSE [DIN 120] TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK move the court for the entry of its order striking Plaintiffs' first Response [DIN 120] in Opposition to Defendants' Second Motion For Summary Judgment as follows:

1.    Plaintiffs filed a Response in Opposition to Defendants' Second Motion for Summary Judgment on January 19, 2024 [DIN 120], followed by a Response in Opposition to Defendants' Second Motion for Summary Judgment [DIN 121] filed on January 22, 2024.

2.    Plaintiffs did not withdraw their January 19, 2024 Response [DIN 120] prior to filing their second Response in Opposition to Defendants' Second Motion for Summary Judgment [DIN 121], so Defendants respectfully request the court enter its Order striking Plaintiffs' first Response, filed January 19, 2024.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

3. Defendants filed their Reply [DIN 122] to Plaintiffs' Response in Opposition to Defendants' Second Motion for Summary Judgment [DIN 121] and do not intend to Reply to the Response in Opposition filed January 19, 2024.

DATED: JANUARY 22, 2024

                              Respectfully submitted,

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LAW OFFICE OF LEIGH M. WILLIAMS, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
       Leigh@williamslegal.org
Tel. No.: 432 901-2141
*Attorney for Vanguard Productions, LLC*
*and J. David Spurlock*