IN THE CIRCUIT COURT OF THE
12TH JUDICIAL CIRCUIT, IN AND
FOR SARASOTA COUNTY, FLORIDA

CASE NO.: 2019 CA 001718 NC

VANGUARD PRODUCTIONS, LLC, and J. DAVID SPURLOCK,

   Plaintiffs,

vs.

FRAZETTA PROPERTIES, LLC, FRAZETTA GIRLS, LLC, HOLLY FRAZETTA, and SARA TAYLOR,

   Defendants.

_____/

## SECOND AMENDED COMPLAINT WITH DEMAND FOR JURY TRIAL

Plaintiffs VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK sue Defendants FRAZETTA PROPERTIES, LLC, FRAZETTA GIRLS, LLC, HOLLY FRAZETTA, and SARA TAYLOR, alleging as follows:

### NATURE OF THE ACTION

1. This is an action for damages for breach of written contract, tortious interference with a business relationship, breaches of oral contract, quantum meruit, unjust enrichment, and monies owed.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of the claims, governed by Florida statute and the common law of the State of Florida.

3. This Court has jurisdiction over the parties, as the parties conducted business in Florida, and the events giving rise to the causes of action occurred, in main part, in Florida.

4. Venue is proper, as some of the causes of action arose from Defendants' actions in conducting business in Sarasota County, Florida.

### PARTIES

5. Plaintiff VANGUARD PRODUCTIONS, LLC ("VANGUARD") is a Florida company whose principal place of business is located in Dallas County, Texas.

EXHIBIT A

Case 8:22-cv-00581-WFJ-AEP Document 125-1 Filed 01/26/24 Page 2 of 15 PageID 744

*Vanguard Productions, LLC & J. David Spurlock vs. Frazetta Properties, LLC, Frazetta Girls, LLC, Holly Frazetta, & Sara Taylor*

6. Plaintiff J. DAVID SPURLOCK ("DAVID SPURLOCK"), a principal of VANGUARD, is a citizen of Texas residing in Rockwall County, Texas.

7. Defendant FRAZETTA PROPERTIES, LLC ("FRAZETTA PROPERTIES"), is a Delaware company whose principal place of business is located in Lee County, Florida.

8. FRAZETTA GIRLS, LLC ("FRAZETTA GIRLS") is a Florida company whose principal place of business is located in Sarasota County, Florida.

9. Defendant HOLLY FRAZETTA, a member of FRAZETTA PROPERTIES and a principal of FRAZETTA GIRLS, is a citizen of Florida, residing in Lee County, Florida.

10. Defendant SARA TAYLOR, the manager of FRAZETTA GIRLS, is a citizen of Florida residing in Sarasota County, Florida.

## BACKGROUND AND GENERAL ALLEGATIONS

11. On or about March 1, 2010, VANGUARD and DAVID SPURLOCK entered into a settlement agreement (Ex. 1) with the late artist and illustrator Frank Frazetta to resolve the matter filed in the Southern District of New York styled *Frank Frazetta vs. Vanguard Productions, LLC and J. David Spurlock; Vanguard Productions, LLC; J. David Spurlock vs. Frank Frazetta and Ellie Frazetta*, Case No., 08-6670-CIV.

12. The settlement agreement, binding the parties, their respective heirs, successors, and assigns, contained two attachments, titled "*Frazetta 2-Book Publishing Agreement.*" (Ex. 1. pp. 6-16) and "*Frazetta Endorsement and Trademark Agreement*" (Ex.1, pp. 17-23).

13. The settlement agreement provided for FRAZETTA PROPERTIES to perform certain duties on behalf of Frank Frazetta to VANGUARD.

14. Upon information and belief, Frank Frazetta established FRAZETTA PROPERTIES for the purpose of holding and managing the artist's tangible and intangible assets.

15. Frank Frazetta's original artwork was, upon information and belief, dispersed or bequeathed to Frank Frazetta's four children after Frank Frazetta's death in May 2010.

Case 8:22-cv-00581-WFJ-AEP     Document 125-1     Filed 01/26/24     Page 3 of 15 PageID 745

*Vanguard Productions, LLC & J. David Spurlock vs. Frazetta Properties, LLC, Frazetta Girls, LLC, Holly Frazetta, & Sara Taylor*

16. FRAZETTA PROPERTIES, whose members are Frank Frazetta's adult children, Frank Frazetta, Jr., William Frazetta, Heidi Frazetta, and HOLLY FRAZETTA, are bound by the 2010 Settlement Agreement concerning the terms and conditions of the books to be published as described in the "*Frazetta Endorsement and Trademark Agreement*" and "*Frazetta 2-Book Publishing Agreement*" as heirs, successors, and/or assigns of the late Frank Frazetta. (Ex. 1, pp. 1-5).

17. After 2010, individual members of FRAZETTA PROPERTIES also entered into business agreements with Plaintiffs, including, inter alia, for publication of art books about Frank Frazetta.

18. VANGUARD/DAVID SPURLOCK have business relationships with FRAZETTA PROPERTIES pursuant to the 2010 Settlement Agreement, have potential and prospective business relationships with the individual members of FRAZETTA PROPERTIES, and have business agreements with HOLLY FRAZETTA under a 2013 Fine Art Agency Agreement and a promised partnership in the FRAZETTA GIRLS venture and brand, which concept DAVID SPURLOCK conceived and pitched to HOLLY FRAZETTA in 2013.

19. On or about May 3, 2017, HOLLY FRAZETTA emailed DAVID SPURLOCK, advising that FRAZETTA GIRLS was "an extension of FRAZETTA PROPERTIES."

20. All conditions precedent have been performed or have been waived.

**COUNT I:   BREACH OF CONTRACT AGAINST FRAZETTA PROPERTIES, LLC**

21. Plaintiffs repeat and incorporate each and every allegation of paragraphs 1 through 20 as though fully set forth herein.

22. On or about September 4, 2018, FRAZETTA PROPERTIES made a purported demand for an audit of the accounts for the books published by VANGUARD pursuant to the terms and conditions of the *Frazetta 2-Book Publishing Agreement* (Ex. 1, pp. 6-16)*,* indicating VANGUARD chronically underpaid royalties due FRAZETTA PROPERTIES.

23. VANGUARD sent FRAZETTA PROPERTIES sales records for the book titles governed by the *Frazetta 2-Book Publishing Agreement* and demonstrated no underpayment of royalties had occurred*.*

3

Case 8:22-cv-00581-WFJ-AEP   Document 125-1   Filed 01/26/24   Page 4 of 15 PageID 746

*Vanguard Productions, LLC & J. David Spurlock vs. Frazetta Properties, LLC, Frazetta Girls, LLC, Holly Frazetta, & Sara Taylor*

24. Despite VANGUARD's disclosure of records in response to the audit request showing no underpayment of royalties, FRAZETTA PROPERTIES sent VANGUARD a "Notice of Termination" of the *Frazetta 2-Book Publishing Agreement* by correspondence dated October 19, 2018.

25. VANGUARD sent additional documents to FRAZETTA PROPERTIES, further demonstrating that FRAZETTA PROPERTIES' allegations of underpayment had no support.

26. FRAZETTA PROPERTIES' termination of the *Frazetta 2-Book Publishing Agreement* also served to terminate Plaintiffs' rights under the *Frazetta Endorsement and Trademark Agreement*.

27. FRAZETTA PROPERTIES' bad faith pretext for terminating the *Frazetta 2-Book Publishing Agreement* intentionally breached both agreements, causing Plaintiffs to suffer loss and damages.

28. WHEREFORE, Plaintiffs demand damages in an amount to be proven at trial, an award of its costs, pre-judgment and post-judgment interest, for all relief provided under the law and for further such relief as the Court deems just and proper.

**COUNT II:   BREACH OF EXCLUSIVE FINE ART AGENCY AGREEMENT
AGAINST HOLLY FRAZETTA**

29. Plaintiffs re-allege and incorporate the allegations in paragraphs 1 through 20 as though fully set forth herein.

30. On or about November 19, 2013, DAVID SPURLOCK and HOLLY FRAZETTA entered into a Fine Art Agency Agreement, memorialized in an e-mail exchange. (Ex. 2).

31. The terms of the Fine Art Agency Agreement provide DAVID SPURLOCK with a two-month exclusive agency period as HOLLY FRAZETTA's agent for the purpose of negotiating and selling original Frank Frazetta artwork when HOLLY FRAZETTA chooses to sell such original art. (Ex. 2).

32. DAVID SPURLOCK is to be paid a commission of 5 per cent of the sale price of each piece of original Frank Frazetta artwork owned by HOLLY FRAZETTA. (Ex. 2)

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2023184585   3   PG(S)

12/13/2023 5:00 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS         Receipt # 3119993

IN THE TWELFTH JUDICIAL CIRCUIT COURT
IN AND FOR SARASOTA COUNTY, FLORIDA

VANGUARD PRODUCTIONS LLC,
J DAVID SPURLOCK,
        Plaintiff,

v.

CASE NO. 2019 CA 001718 NC
        DIVISION C CIRCUIT

FRAZETTA PROPERTIES LLC,
HOLLY FRAZETTA,
        Defendant.

_____

# FINAL JUDGMENT

    Based on the jury verdict—

    1.    As to Claim 1 (Breach of Contract – Frazetta 2-Book Publishing Agreement, by Vanguard Productions, LLC and David Spurlock against Frazetta Properties, LLC; Count 1 of Plaintiffs' Second Amended Complaint), the jury found in favor of Frazetta Properties, LLC.

    2.    As to Claim 2 (Breach of Contract – Fine Art Agency Agreement, by Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 2 of Plaintiffs' Second Amended Complaint), the Court previously granted Holly Frazetta's directed verdict motion.

    3.    As to Claim 3 (Breach of Oral Contract – unwritten book, *Frazetta Girls*, by Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 6 of Plaintiffs' Second Amended Counterclaim), the jury found in favor of Holly Frazetta.

    4.    As to Claim 4 (Moneys Owed/Open Account – Vanguard Productions, LLC and David Spurlock against Holly Frazetta; Count 8 of Plaintiffs' Second Amended Complaint), the jury found in favor of Plaintiffs and awarded them $2,627.03.

    5.    As to Claim 5 (Breach of Contract – Frazetta 2-Book Publishing Agreement, by Frazetta Properties, LLC against Vanguard Productions, LLC and David Spurlock; Count 1 of Frazetta Properties, LLC's counterclaim), the jury found in favor of Vanguard Productions, LLC and David Spurlock.

    IT IS ADJUDGED:

    1.    Plaintiff VANGUARD PRODUCTIONS, LLC, whose address is 705 Rancho Drive, Mesquite, Texas 75149; and J. DAVID SPURLOCK, whose address is 705 Rancho Drive, Mesquite, Texas 75149; shall recover jointly and severally from Defendant HOLLY FRAZETTA, whose address is 371 Park Avenue, Boca

        Grande, Florida 33921; damages in the amount of **$2,627.03**, which shall bear interest at the rate of 8.54% per year (calculated using a daily decimal of 0.000233973) for the balance of 2023, and thereafter adjusted annually on January 1 with the interest rate then in effect as determined by the Chief Financial Officer of the State of Florida pursuant to section 55.03(3), Florida Statutes, for which sum let execution issue.

2. Defendant FRAZETTA PROPERTIES, LLC, whose address is 371 Park Avenue, Boca Grande, Florida 33921; shall go hence without day on all claims against it.

3. Counterclaim Defendants VANGUARD PRODUCTIONS, LLC, whose address is 705 Rancho Drive, Mesquite, Texas 75149; and J. DAVID SPURLOCK, whose address is 705 Rancho Drive, Mesquite, Texas 75149; shall go hence without day on all counterclaims against them.

4. Within 45 days, Defendant HOLLY FRAZETTA shall complete and execute under oath or affirmative Florida Civil Rule of Procedure 1.977(a), Fact Information Sheet (for individuals), and return it to Plaintiffs' attorney (without filing the form with the Clerk of Court).

5. The Court reserves jurisdiction to award attorney fees or costs or both, if any, upon a timely and successful motion.

DONE AND ORDERED in Sarasota, Sarasota County, Florida, on December 13, 2023.

e-Signed 12/13/2023 4:21 PM 2019 CA 001718 NC

**HUNTER W CARROLL**
Circuit Judge

### SERVICE CERTIFICATE

        On December 13, 2023, the Court caused the foregoing document to be served via the Clerk of Court's case management system, which served the following individuals via email (where indicated). On the same date, the Court also served a copy of the foregoing document via First Class U.S. Mail on the individuals who do not have an email address on file with the Clerk of Court.

JACK W MERRITT
690 S TAMIAMI TRAIL
OSPREY, FL  34229

PATRICIA M WILLIAMS
18126 CERCA PIEDRA
SAN ANTONIO, TX  78259

Page 3 of 3

J. David Spurlock Dedication:
*For my beloved family and friends.*

— by —

J. DAVID SPURLOCK & FRANK FRAZETTA

DESIGNED & CO-EDITED BY PATRICK K. HILL
EDITED & ART DIRECTED BY J. DAVID SPURLOCK
FRONT COVER DESIGN BY RANDALL DAHLK

Special thanks to:
Leigh McMillan, Patrick K. Hill, the Frazetta family, Rob Pistella, Stephen Ferzoco, Brent Frankenhoff, Peter de Sève, Craig Elliott, Steve Ferris, Ray Cuthbert, Andrew E.C. Gaska, Steven E. Gordon, Wil Damsits, Robert R. Barrett, Dr. Dave Winiewicz, and Andrew Steven, who personifies the term "above and beyond."

The Frazetta Sketchbook Volume I is published by Vanguard Publishing and is authorized and endorsed by Frank Frazetta, Frazetta Properties LLC, and Frazetta Management Corp. Individual works are copyright Frazetta Properties, LLC unless otherwise noted. Text and collective copyright Vanguard Productions, LLC, 2013 & 2016.

Frontis: "Gravedancer" (previously unpublished) from the collection of Rob Pistella.

Vanguard Editorial Office, N. Miami Beach, FL 33162;
Vanguard Distribution Office, East Windsor, NJ 08520.
Vanguard Publishing, Vanguard Press, Vanguard Frazetta Classics and Vanguard Comics are trademarks of Vanguard Productions, LLC. Vanguard Productions is a registered trademark. Frazetta is a trademark of Frazetta Properties, LLC, used by license. All other © & ™ works appear for scholarly and historic purposes and are the properties of their respective owners. Collective copyright, as well as editorial & image modifications are © Vanguard Productions, 2013 & 2016.

DLX Slipcased HC w/Bonus Folio ISBN-13: 978-1934331583 $69.95
Trade Hardcover ISBN-13: 978-1934331576 $39.95
Trade Paperback ISBN-13: 978-1934331569 $24.95

WWW.VANGUARDPUBLISHING.COM

1st Printing February 2013 • 2nd Printing May 2013
3rd Printing September 2014 • 4th Printing July 2016

Printed in China

# TABLE OF CONTENTS

Foreword by J. David Spurlock
— 6 —

Chapter One – Canaveral
— 11 —

Chapter Two – Life Drawings
— 19 —

Chapter Three – Conan
— 49 —

Chapter Four – Early Works
— 57 —

Chapter Five – Death Dealer
— 71 —

Chapter Six – Commercial Prelims
— 77 —

Chapter Seven – Came The Dawn
— 117 —

Chapter Eight – Personal Works
— 137 —

Bonus Folio – *in Deluxe Collectors Edition only*
— 161 —

EXHIBIT C

EXHIBIT C

COMPILED & EDITED BY
J. DAVID SPURLOCK & PATRICK K. HILL

TEXT & ART DIRECTION BY
J. DAVID SPURLOCK

CAPTIONS, DESIGN & PRODUCTION BY
PATRICK K. HILL

COVER DESIGN BY
RANDALL DAHLK

Special thanks to:
The Frazetta family, Leigh McMillan, Robert R. Barrett, Jeffrey Shanks, Brent Frankenhoff, Craig Elliott, Edward Summer, Dr. Dave Winiewicz, Andrew Steven, Ralph Bakshi, Edward Bakshi, Roy Thomas, Gerry Conway, Steven E. Gordon, Mark Wheatley, Juanjo Piñor, Mike Crouch, Russ Cochran, Jorge Farlan, Daren Bader, Topper Helmers, Tony Robertson, Michel Prevost, Chad Kolean, John Gandour, Randall Dahlk, Gary Groth, Robert M. Price, Steve Ringgenberg and Kay Cuthbert.

Frazetta Sketchbook II
is published by Vanguard Publishing
and is authorized and endorsed by
Frank Frazetta and Frazetta Properties LLC.
Individual works are copyright Frazetta Properties, LLC unless otherwise noted.
Text and collective copyright Vanguard Productions, LLC 2014.

Frontis: "The Barbarian" (detail to cover of Conan the Adventurer, Lancer Books, 1966)

Vanguard Editorial Office, Coral Gables, FL 33134, Vanguard Distribution Office, East Windsor, NJ 08520. Vanguard Publishing, Vanguard Press, Vanguard Frazetta Classics and Vanguard Comics are trademarks of Vanguard Productions, LLC. Vanguard Productions is a registered trademark. Frazetta and Death Dealer are trademarks of Frazetta Properties, LLC used by license. Wally Wood™ Wallace Wood Properties, LLC, used by permission. Conan is a trademark of Conan Properties. Tarzan is a trademark of Edgar Rice Burroughs Inc. All other © & ™ works appear for scholarly and historic purposes and are the properties of their respective owners. Collective copyright, as well as editorial & image modifications are © Vanguard Productions 2014.

DLX Slipcased HC w/Bonus Folio ISBN-13: 978-1934331651 $69.95
Trade Hardcover ISBN-13: 978-1934331668 $39.95
Trade Paperback ISBN-13: 978-1934331675 $24.95

www.vanguardpublishing.com

1st Printing Christmas 2014   •   Printed in China

# TABLE OF CONTENTS

Chapter One – Frazetta: An Artist Like No Other
— 7 —

Chapter Two – Burroughs: Lord of the Jungle
— 15 —

Chapter Three – Life Drawings
— 31 —

Chapter Four – Conan
— 49 —

Chapter Five – Death Dealer
— 61 —

Chapter Six – Commercial Work & Prelims
— 71 —

Chapter Seven – Silver Screen
— 97 —

Chapter Eight – Lord of the Rings
— 129 —

Chapter Nine – Came The Dawn
— 141 —

Chapter Ten – Personal Works
— 161 —

Bonus Folio – in Deluxe Collectors Edition only
— 177 —

**Registration Number**

# VA 1-688-397

**Effective date of registration:**

October 8, 2009

## Title
**Title of Work:** Death Dealer II

## Completion/Publication
**Year of Completion:** 1986
**Date of 1st Publication:** January 1, 1988    **Nation of 1st Publication:** United States

## Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com    **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

## Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

EXHIBIT D    Page 1 of 1

**Registration #:**   VA0001688397

**Service Request #:**   1-256268992

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210

**Registration Number**

# VA 1-688-405

**Effective date of registration:**

October 8, 2009

## Title
**Title of Work:** Death Dealer V

## Completion/Publication
**Year of Completion:** 1989
**Date of 1st Publication:** January 1, 1990     **Nation of 1st Publication:** United States

## Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com     **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

## Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

**Registration #:**   VA0001688405

**Service Request #:**   1-256353277

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210

**Registration Number**

# VA 1-688-403

**Effective date of registration:**

October 8, 2009

## Title
**Title of Work:** Death Dealer VI

## Completion/Publication
**Year of Completion:** 1990
**Date of 1st Publication:** January 1, 1996     **Nation of 1st Publication:** United States

## Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com     **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

## Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

Page 1 of 1

**Registration #:** VA0001688403

**Service Request #:** 1-256353392

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210