UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

　　　　　　　　*Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC AND J. DAVID SPURLOCK,

　　　　　　　　*Defendants.*

_____/

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' AMENDED RESPONSE [DIN 125] TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK move the court for the entry of its order striking Plaintiffs' Amended Response [DIN 125] in Opposition to Defendants' Second Motion for Summary Judgment as follows:

1.　　On January 26, 2024, Plaintiffs filed an Amended [DIN 125] Response Defendants' Second Motion for Summary Judgment AFTER Defendants' Reply [DIN 122] to Plaintiffs' January 22, 2024 Response [DIN 121] had already been filed with the court.

2.　　Plaintiffs' "Amended" Response, filed three days after Defendants' Reply was filed, was done without seeking leave of court or Defendants' consent.

3.　　As of today, Plaintiff have not moved the court for leave to substitute the after-filed Response [DIN 125], and Defendants oppose any such motion.

4.    Plaintiff's Amended Response [DIN 125] is untimely and was improperly filed in contravention to the applicable rules and court protocol.

WHEREFORE, Defendants respectfully request the court issue an order striking Plaintiffs' Amended Response [DIN 125] as untimely and improperly filed.

DATED:  JANUARY 30, 2024

Respectfully submitted,

/s/:  *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LAW OFFICE OF LEIGH M. WILLIAMS, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
           Leigh@williamslegal.org
Tel. No.:  432 901-2141
*Attorney for Vanguard Productions, LLC*
*and J. David Spurlock*