UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

   *Defendants.*
_____/

**RESPONSE IN OPPOSITION TO DEFENDANTS
MOTION TO STRIKE PLAINTIFFS' AMENDED RESPONSE**

    Plaintiffs HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC file this Response in Opposition to Defendants Motion to Strike Plaintiffs' Amended Response to Defendants' Second Motion for Summary Judgment.

**FACTS**

    1.    Defendants' Motion to Strike filed on January 22, 2024, cited no Federal Rule of Civil Procedure, Local Rule or case law prohibiting the filing of an Amended Response in Opposition and Defendants cited nothing in the record stating that filing an Amended Response was prohibited.

    2.    Defendants' Motion to Strike contains no memorandum of law to support the Motion.

    3.    Defendants' Motion to Strike does not state any why Defendants failed

to file a Reply to the Amended Response, and Defendants have not done so to date.

4. Defendants failed to state the Amended Response contains no reference to their Reply to the Response in Opposition to the Second Motion for Summary Judgment.

## MEMORANDUM OF LAW

5. The Federal Rules of Civil Procedure and the Court's Local Rules and the case record do not prohibit filing an Amended Response in Opposition.

6. Defendants' Motion to Strike consists of vague conclusions and it must be denied.

7. Defendants have waived filing an Amended Reply to Plaintiffs' Amended Response and therefore acquiesced to the Plaintiffs' Opposition and the Defendants' Second Motion for Summary Judgment should be denied.

8. Defendants Motion to Strike contains no Good Faith Certification they tried to work out the substance of their Motion with Plaintiffs before filing their Motion that is required by Local Rule 3.01(g).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the Defendants Motion to Strike be DENIED and for such other and further relief as the Court deems appropriate and justice requires.

DATED: February 6, 2024.

**MERRITT LAW PA**

/s/ Jack W. Merritt

>Jack W. Merritt, Esq.
>FBN: 0052248
>690 South Tamiami Trail
>Osprey, FL 34229
>office@merrittlaw.net
>Telephone: (941) 445.4841
>Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on February 6, 2024, via CM/ECF.

>MERRITT LAW PA
>/s/ Jack W. Merritt
>Jack W. Merritt, Esq.
>FBN: 0052248
>690 South Tamiami Trail
>Osprey, FL 34229
>Attorney for Plaintiffs