UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

   *Defendants.*
_____/

## MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request an extension of time be granted to file their Brief from Friday, March 1, 2024, to Monday, March 4, 2024.

## FACTS

The Court entered an Order stating that Defendants had infringed the Frazetta Properties copyright in Death Dealer II and Death Dealer V and without license and without agreement. The Honorable Court required the parties engage in mediation within sixty days of February 9, 2024. Plaintiffs contacted the Honorable Manuel Menendez, Jr. and sent dates to Defendants requesting a response by February 28, 2024. As of the date of this filing, Defendants have not responded and all dates the mediator had available in April when Plaintiffs were also available are no longer available with the  no longer available with the mediator.

Plaintiffs and Defendants defendants previously agreed to extension of time without the necessity of contacting each other each time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

(1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Brief to March 4, 2024. Defendants will not be damaged by this two-day extension of time and have agreed to the extension requested.

## CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY I contacted Defendants' Attorney Leigh M. Williams regarding the enlargements of time and each attorney previously agreed to grant each other requested enlargements of time.

DATED: March 1, 2024.

**MERRITT LAW PA**

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248

        690 South Tamiami Trail
        Osprey, FL 34229
        office@merrittlaw.net
        Telephone: (941) 445.4841
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on March 1, 2024, via CM/ECF.

        MERRITT LAW PA
        /s/ Jack W. Merritt
        Jack W. Merritt, Esq.
        FBN: 0052248
        690 South Tamiami Trail
        Osprey, FL 34229
        Attorney for Plaintiffs