UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

   *Defendants.*
_____/

**SERVICE OF REPLY TO PLAINTIFF'S REQUEST FOR MEDIATION DATES**

VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK hereby certify that an email responding to Plaintiff's request for mediation dates was sent February 26, 2024, attached hereto.

DATED: MARCH 2, 2024

/s/:  *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
Tel. No.: 210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*



**Leigh McMillan <mcmillan.esq@gmail.com>**

## Re: Court Order Mediation
1 message

**Leigh McMillan** <mcmillan.esq@gmail.com>  　　　　　　　　　　　　　　Mon, Feb 26, 2024 at 12:55 PM
To: "Jack Merritt, Attorney" <jmerritt@merrittlaw.net>

> April 2,3, or 4 are good.
>
> On Mon, Feb 26, 2024, 12:43 Jack Merritt, Attorney <jmerritt@merrittlaw.net> wrote:
>
>> Hi Leigh,
>>
>> Judge Jung required ½ day mediation within 60 days after entry of his Order. That would make it due by April 9.
>>
>> We contacted Manuel Menendez, Jr. and the following are dates when I have availability. I need your input. I have discussed this with my clients, because it seemed unnecessary to do so until I have your availability.
>>
>> I have availability on the following dates.
>>
>> March 5, 7, 8 (morning only), 12, 13, 26, 27, 28, or 29 (morning only).
>>
>> April 2, 3, or 4.
>>
>> Please advise no later noon on Wednesday, 2/28.
>>
>> Thank you,
>>
>> Jack