UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,
    *Defendants.*
_____/

## NOTICE OF SERVICE OF PLAINTIFFS' FURNISHING PROPOSED MEDIATION DATES AND DEFENDANTS' RESPONSE

Plaintiffs hereby confirm they contacted the Honorable Manual Menendez, Jr. (mediator used earlier in the lawsuit) to obtain dates for mediation and forwarded same to Defendants, but did not receive a response from the Defendants and followed up with the attached e-mail on March 2, 2024. The second e-mail stated the dates in April were no longer available on the mediator's calendar and provided the dates in March when mediator still had availability (as of February 29, 2024), Defendants responded the sole date they were available when the mediator also was available was March 26. (See Exhibit 1).

Respectfully submitted on March 4, 2024

                                    /s/ Jack W. Merritt
                                    Jack W. Merritt, JD, MBA.

FBN: 0052248
Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

office@merrittlaw.net
941.445.4841
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed on March 4, 2024, and copy provided via CMECF to Defendants.

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.

| | |
|---|---|
| **From:** | Leigh McMillan |
| **To:** | Wendy Newsome |
| **Cc:** | Merritt Law Office; Jack Merritt |
| **Subject:** | Re: Court Order Mediation |
| **Date:** | Monday, March 4, 2024 11:07:08 AM |

March 26 is the only date I can do. Hope that's good for you. Morning or afternoon are OK for me.

Leigh

On Mon, Mar 4, 2024, 09:52 Wendy Newsome <wnewsome@merrittlaw.net> wrote:

> Hi Leigh,
>
> Below is the email Jack sent you on March 2nd stating that we did not get a response from you regarding Mediation dates and he provided dates that were still available.
>
> As we discussed in our recent telephone conversation, I checked the Mediator's calendar today and the available dates in March are as follows:
>
> March 7th - Thursday
>
> March 12th - Tuesday
>
> March 13th - Wednesday
>
> March 26th - Tuesday
>
> March 27th - Wednesday
>
> Please let us know (today, if possible) which dates you are available for the ½ day mediation, so I can reach out to the mediator.
>
> Thank you,
>
> Wendy

eEXHIBIT 1

   Wendy Newsome

Florida Registered Paralegal

**MERRITT LAW, P.A.**

Legal and Consulting Services

Mediterranea Professional Park

690 South Tamiami Trail

Osprey, Florida 34229

Telephone:  941.445.4841

---

**From:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Sent:** Saturday, March 2, 2024 12:06 AM
**To:** Leigh M. Williams, Esq. <mcmillan.esq@gmail.com>
**Subject:** FW: Court Order Mediation
**Importance:** High

Hi Leigh,

I did not receive a response from you to my February 26 email regarding mediation.  The dates my client and I were available for mediation in April are no longer available with the mediator.  As of 2/29/24, the dates available in March are 7, 12, 13, 26, and 27 available.  I do not know whether any of those dates remain

available with the mediator.  Please respond by Monday, March 4.

Thank you,

Jack

**From:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Sent:** Monday, February 26, 2024 1:43 PM
**To:** Leigh M. Williams, Esq. <mcmillan.esq@gmail.com>
**Cc:** Wendy Newsome, Paralegal <wnewsome@merrittlaw.net>
**Subject:** Court Order Mediation
**Importance:** High

Hi Leigh,

Judge Jung required ½ day mediation within 60 days after entry of his Order.  That would make it due by April 9.

We contacted Manuel Menendez, Jr. and the  following are dates when I have availability.  I need your input.  I have discussed this with my clients, because it seemed unnecessary to do so until I have your availability.

I have availability on the following dates.

March 5, 7, 8 (morning only), 12, 13, 26, 27, 28, or 29 (morning only).

April 2, 3, or 4.

Please advise no later noon on Wednesday, 2/28.

> Thank you,
>
> Jack

| | |
|---|---|
| **From:** | Jack Merritt, Attorney |
| **To:** | Leigh M. Williams, Esq. |
| **Cc:** | Wendy Newsome, Paralegal |
| **Subject:** | Court Order Mediation |
| **Date:** | Monday, February 26, 2024 1:43:22 PM |
| **Importance:** | High |

Hi Leigh,

Judge Jung required ½ day mediation within 60 days after entry of his Order. That would make it due by April 9.

We contacted Manuel Menendez, Jr. and the following are dates when I have availability. I need your input. I have discussed this with my clients, because it seemed unnecessary to do so until I have your availability.

I have availability on the following dates.

March 5, 7, 8 (morning only), 12, 13, 26, 27, 28, or 29 (morning only).

April 2, 3, or 4.

Please advise no later noon on Wednesday, 2/28.

Thank you,
Jack