UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC, And JESSE DAVID SPURLOCK,

    Defendants.

_____/

### NOTICE OF MEDIATION
### (VIA ZOOM PLATFORM)

**PLEASE TAKE NOTICE** that Mediation has been scheduled before the undersigned Mediator and will take place via Zoom platform. The Zoom information will be provided by the Mediator prior to the scheduled mediation.

| | |
|---|---|
| MEDIATOR: | Manuel Menendez, Jr., Esq. |
| TIME/DATE: | 10:30 p.m., March 26, 2024 (1/2 day reserved) |
| | Start Time at Mediator's Request |
| PLACE: | Via Zoom Platform |

PLEASE GOVERN YOURSELF ACCORDINGLY.

                            **MERRITT LAW, P.A.**

                          /s/ Jack W. Merritt
                          Jack W. Merritt, JD, MBA
                          FBN:  0052248
                          Mediterranea Professional Park
                          690 S Tamiami Trail
                          Osprey FL 34229
                          941.445.4841 (Tel)
                          office@merrittlaw.net

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5, 2024 a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq., via CMECF, at mcmillan.esq@gmail.com, 18126 Cerca Piedra, San Antonio, TX 78259-3530, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.

                          Merritt Law P.A.
                          Mediterranea Professional Park
                          690 S. Tamiami Trail
                          Osprey FL 34229
                          (941) 445-4841
                          Counsel for Plaintiffs

                  By: /s/ Jack W. Merritt
                          Florida Bar No. 0052248
                          *office@merrittlaw.net*