UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.                                                                                              Case No: 8:22-cv-581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC
and JESS DAVID SPURLOCK,

    Defendants.

_____/

## ORDER SCHEDULING MEDIATION

Pursuant to the Notice of Mediation (Dkt. 138), and in accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that mediation will take place before the court-appointed mediator, Manuel Menendez, Jr., as follows:

    **Date/Time of Mediation**:    March 26, 2024
                                          10:30 a.m.

    **Place of Mediation**:        via Zoom

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's

approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on March 5, 2024.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any