UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

   *Defendants.*

_____/

## MOTION FOR EXTENSION OF TIME PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request an extension of time be granted to file their Brief from Monday, March 11, 2024, to Tuesday, March 12, 2024.

## FACTS

Plaintiffs' counsel request the extension of time to file their Brief because Plaintiffs' counsel was unable to complete it because of a previously existing medical issue.

Plaintiffs and Defendants previously agreed to extension of time without the necessity of contacting each other each time.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court

an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

> (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Brief to March 12, 2024. Defendants will not be damaged by this extension of time and have agreed to such extensions.

### CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL

I HEREBY CERTIFY that I contacted Defendants' Attorney Leigh M. Williams regarding enlargements of time and each attorney previously agreed to grant each other requested enlargements of time.

Respectfully submitted on March 11, 2024.

MERRITT LAW PA

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
office@merrittlaw.net
Telephone: (941) 445.4841
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on March 11, 2024, via CM/ECF.

                    MERRITT LAW PA
                    /s/ <u>Jack W. Merritt</u>
                    Jack W. Merritt, Esq.
                    FBN: 0052248
                    690 South Tamiami Trail
                    Osprey, FL 34229
                    Attorney for Plaintiffs