UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

   *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

   *Defendants.*
_____/

## MOTION FOR EXTENSION OF TIME PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 6-TIME

Plaintiffs request an extension of time be granted to file their Brief from Tuesday, March 12, 2024, to Wednesday, March 13, 2024.

### FACTS

Plaintiffs' counsel request the extension of time to file their Brief because Plaintiffs' counsel was unable to complete it because of a previously existing medical issue.

Plaintiffs and Defendants previously agreed to extension of time without the necessity of contacting each other each time.

### MEMORANDUM OF LAW

Federal Rule of Civil Procedure, **Rule 6- Time** provides in relevant part "**(b) Enlargement.** When by these rules or by a notice given thereunder or by order of court

an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion.

> (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ,"

WHEREFORE, Plaintiffs respectfully request the Court GRANT the relief requested herein and enlarge the time to file their Brief to March 13, 2024. Defendants will not be damaged by this extension of time and have agreed to such extensions.

**CERTIFICATION OF COMMUNICATION WITH OPPOSING COUNSEL**

I HEREBY CERTIFY that I contacted Defendants' Attorney Leigh M. Williams regarding enlargements of time and each attorney previously agreed to grant each other requested enlargements of time.

Respectfully submitted on March 12, 2024.

                **MERRITT LAW PA**

                /s/ Jack W. Merritt
                Jack W. Merritt, Esq.
                FBN: 0052248
                690 South Tamiami Trail
                Osprey, FL 34229
                office@merrittlaw.net
                Telephone: (941) 445.4841
                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on March 12, 2024, via CM/ECF.

>
> MERRITT LAW PA
> /s/ Jack W. Merritt
> Jack W. Merritt, Esq.
> FBN: 0052248
> 690 South Tamiami Trail
> Osprey, FL 34229
> Attorney for Plaintiffs