UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC, And JESSE DAVID SPURLOCK,

    Defendants.
_____/

### NOTICE OF FILING ATTACHED EXHIBITS A AND B TO PLAINTIFF'S AMENDED BRIEF ON DAMAGES, ATTORNEY'S FEES AND COSTS

Plaintiff files this Notice of Filing the attached Exhibits A and Exhibits B to Plaintiff's Amended Brief on Damages, Attorney's Fees and Costs [Dkt. No. 156].

Respectfully submitted,

**MERRITT LAW, P.A.**

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN: 0052248
Mediterranea Professional Park
690 S Tamiami Trail
Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2024 a true and correct copy of the

foregoing Notice was furnished to Leigh McMillan Williams, Esq., via CMECF, at mcmillan.esq@gmail.com, 18126 Cerca Piedra, San Antonio, TX 78259-3530, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.

**MERRITT LAW, P.A.**

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN: 0052248
Mediterranea Professional Park
690 S Tamiami Trail
Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net

## EXHIBIT A

## PLAINTIFF'S ATTORNEYS' FEES AND COSTS INCURRED

Plaintiff has attached the invoice that provides its fees, costs and expenses incurred in connection with the lawsuit.

In considering the reasonableness of fees, the court in <u>Kirtsaeng v. John Wiley & Sons, Inc.</u>, 579 U.S. 197 (2016). The court held that "Both Kirtsaeng and Wiley agree—as they must—that §505 grants courts wide latitude to award attorney's fees based on the totality of circumstances in a case." <u>Id</u>. at 203. The Court also held that a court may award fees "Or a court may do so to deter **repeated instances of copyright infringement** (emphasis added) or overaggressive assertions of copyright claims, again even if the losing position was reasonable in a particular case. Although objective reasonableness carries significant weight, courts must view all the circumstances of a case on their own terms, in light of the Copyright Act's essential goals. <u>Id</u>. at 197.

Johnson v. George Highway Express, Inc., 488 F.2d 714 (1974) used a 12 item list to consider when evaluating fee awards.

(1) The time and labor required. The attached invoice shows the amount of time expended on the case. It is not unreasonable given the issues presented the many motions filed by Defendants.

(2) The novelty and difficulty of the questions. Copyright law is an area that is not well known to most practitioners. The issues raised by the Defendants required knowledge of Copyright law to address and rebut.

(3) The skill requisite to perform the legal service properly. I have been an attorney since 1994 and have gained experience in Copyright law. This could not have been won without the experience I have gained.

(4) The preclusion of other employment by the attorney due to acceptance of the case. I am solo practitioner and the case consumed a great deal of time, not all of which is reflected on the invoice.

(5) The customary fee. My hourly rate is $300.00 per hour and is substantially lower that the market for an attorney with my experience.

(6) Whether the fee is fixed or contingent. The fee was hourly based.

(7) Time limitations imposed by the client or the circumstances. The client was anxious to resolve this matter because the defendants have created another book that will be the subject of another lawsuit.

(8) The amount involved and the results obtained. I am a solo practitioner and had no other attorneys to assign other cases to.

(9) The experience, reputation, and ability of the attorneys. Having practiced since 1994, I have a great deal of experience in litigation, trials and intellectual property law.

(10) The "undesirability" of the case. This was not a factor.

(11) The nature and length of the professional relationship with the client. This is the second case I was engaged to represent the client in connection with.

(12) Awards in similar cases. I do not have this information.

Given the foregoing and attached invoice, the Plaintiff respectfully requests this Honorable court award the amount of fees and costs and expenses shown on the invoice as $34,527.00



# Merritt Law PA

Mediterranea Professional Plaza
690 South Tamiami Trail
Osprey, FL 34229
US
office@merrittlaw.net
www.merrittlaw.net
O: (941) 445-4841

Bill To:

Frazetta Properties, LLC

383 Park Avenue
Boca Grande, FL 33921

# INVOICE FOR SERVICES

| Invoice Date | 4/15/2024 |
|---|---|
| Amount Due on Receipt | 4/15/2024 |
| Matters / Issues | IP |

Action or Activity

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Client Communication**<br>11/22/2021<br>Review of email regarding Spurlock's new book-Facebook post. | WN | 0.30 | $30.00 |
| **Draft letter.**<br>11/26/2021<br>Conference with client regarding use of copyright protected works by Spurlock / Vanguard in new book, Frazetta Book Cover Artist. Online research of U.S. Copyright office to confirm registration / ownership of the Copyrights in the works. Draft of cease and desist letter sent to Defendants Spurlock & Vanguard via email and USPS mail. | JM | 4.00 | $1,200.00 |

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Manage data/files**<br>12/20/2021<br>Copyright of Dark Kingdom, calls to copyright office and client, online filing, etc. | WN | 6.00 | $600.00 |
| **Pleadings, including Answer, Complaint, Defenses, etc.**<br>3/10/2022<br>Began draft of lawsuit against Jesse David Spurlock and Vanguard Productions. | JM | 5.30 | $1,590.00 |
| **Pleadings, including Answer, Complaint, Defenses, etc.**<br>3/11/2022<br>Work on draft of lawsuit against Mr. Spurlock. Review information from client. | JM | 4.50 | $1,350.00 |
| **Pleadings, including Answer, Complaint, Defenses, etc.**<br>3/13/2022<br>Completed draft of lawsuit and civil coversheet and filed with Court. | JM | 2.80 | $840.00 |
| **Draft documents.**<br>3/18/2022<br>Review of filing and draft of summons for Mr. Spurlock and Vanguard. | JM | 0.70 | $210.00 |
| **Documents Client Matters.**<br>4/19/2022<br>Arrange for Service of process of copyright lawsuit. | JM | 2.70 | $810.00 |
| **Review/analyze**<br>5/13/2022<br>Read and review Answers filed by J. David Spurlock and Vanguard. Discussion with client. | JM | 2.30 | $690.00 |
| **Communication with Opposing Counsel**<br>6/13/2022<br>Communications with opposing counsel about Case Management Report and several changes to same. Draft of CMR and revisions and file with court. Draft Motion to Extend Time to File CMR. | JM | 5.20 | $1,560.00 |
| **Filings with Court.**<br>6/21/2022<br>Revision and filing of Case Management Report. | JM | 2.80 | $840.00 |
| **Motions and oppositions.**<br>9/7/2022<br>Draft of Opposition to Motion to Compel Production. | JM | 1.30 | $390.00 |

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Motions and oppositions.**<br>9/12/2022<br>Review of Spurlock / Vanguard filing. Draft response in opposition to Objections and motion to compel | JM | 6.80 | $2,040.00 |
| **Client Communication**<br>11/24/2022<br>Communication with client regarding new book to be published by J. David Spurlock and Vanguard without license and without authorization. Review online information and posts by Spurlock. | JM | 1.20 | $360.00 |
| **Motions and oppositions.**<br>11/26/2022<br>Opposition to Motion for Sanctions. | JM | 1.50 | $450.00 |
| **Communicate (other external)**<br>3/2/2023<br>E-mail to opposing counsel regarding mediators. | WN | 0.40 | $40.00 |
| **Communicate (other external)**<br>3/9/2023<br>E-mail to opposing counsel with available dates for mediation. | WN | 0.60 | $60.00 |
| **Motions and oppositions.**<br>3/9/2023<br>Communication with Opposing Counsel. Agreed Motion to Continue Mediation. | JM | 1.20 | $360.00 |
| **Communicate (other external)**<br>3/13/2023<br>Several e-mails to opposing counsel and client regarding mediator and dates for mediation. | WN | 0.80 | $80.00 |
| **Client Communication**<br>3/23/2023<br>Communications with clients regarding upcoming mediation. | WN | 0.50 | $50.00 |
| **Mediation preparation / action.**<br>3/24/2023<br>Mediation preparation, including meeting with clients. Mediation before the Honorable Manuel Menendez. | JM | 9.00 | $2,700.00 |
| **Motions and oppositions.**<br>6/7/2023<br>Communications with client and communications with opposing counsel regarding terminology of draft. Draft of Motion for Pretrial Statement. | JM | 6.80 | $2,040.00 |

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Communicate (other external)**<br>6/8/2023<br>E-mail to Judicial Assistant requesting time for a status conference per Judge's order and follow up emails to opposing counsel regarding hearing dates. | WN | 0.60 | $60.00 |
| **Draft Motions and related documents.**<br>6/14/2023<br>Research and Draft of Response to Motion filed by McMillan. | JM | 2.50 | $750.00 |
| **Time**<br>6/15/2023<br>Preparation for and Final Pretrial Conference before the Honorable Judge Jung. | JM | 3.00 | $900.00 |
| **Client Communication**<br>6/22/2023<br>E-mail to clients to schedule conference call with attorney. | WN | 0.50 | $50.00 |
| **Motions and oppositions.**<br>7/12/2023<br>Motion to Continue Trial. | JM | 1.00 | $300.00 |
| **Client Communication**<br>7/13/2023<br>E-mail to clients regarding trial and payment of mediator invoice. | WN | 0.50 | $50.00 |
| **Client Communication**<br>7/17/2023<br>Additional e-mail with clients regarding message from mediator and e-mail to mediator explaining the checks he will receive for his invoice. | WN | 0.60 | $60.00 |
| **Communicate (other external)**<br>7/20/2023<br>Follow up emails to the mediator regarding payment. | WN | 0.40 | $40.00 |
| **Draft documents.**<br>9/5/2023<br>Worked on Notice of Lead Counsel Designation forwarded to attorney for filing. Reviewed Leigh's motion for summary judgment and included my notes. | WN | 1.10 | $110.00 |
| **Client Communication**<br>9/18/2023<br>Call and confirmation email to clients regarding conf call with attorney on 9/21/23. | WN | 0.60 | $60.00 |

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Motions and oppositions.**<br>9/19/2023<br>Draft of Motion for Summary Judgment against Defendants. | JM | 7.10 | $2,130.00 |
| **Motions and oppositions.**<br>9/28/2023<br>Plaintiffs' Response in Opposition to Motion for Summary Judgment. | JM | 4.30 | $1,290.00 |
| **Draft/revise**<br>11/2/2023<br>Did Notice of Unavailability and forwarded to attorney for filing. | WN | 0.50 | $50.00 |
| **Draft/revise**<br>11/6/2023<br>Worked on affidavit revisions. Forwarded to attorney for filing. | WN | 0.60 | $60.00 |
| **Affidavits and sworn statements.**<br>11/6/2023<br>Draft of affidavit of Joseph Weber. | JM | 3.80 | $1,140.00 |
| **Communicate (other outside counsel)**<br>11/7/2023<br>Emailed opposing counsel to request and schedule a call with attorney. | WN | 0.40 | $40.00 |
| **Client Communication**<br>11/13/2023<br>Reviewed affidavits and exhibits to client along with rebuttal affidavit and copy of his affidavit. | WN | 1.00 | $100.00 |
| **Affidavits and sworn statements.**<br>11/16/2023<br>Draft of Affidavit of Joseph Weber in Opposition to Affidavit filed by Spurlock. | JM | 3.00 | $900.00 |
| **Client Communication**<br>11/16/2023<br>Emailed most recent filings in the federal case to client. | WN | 0.30 | $30.00 |
| **Motions and oppositions.**<br>1/22/2024<br>Response in Opposition to Defendants Second Motion for Summary Judgment. | JM | 4.00 | $1,200.00 |

| Action or Activity | Billed By | Hours | Subtotal |
|---|---|---|---|
| **Time**<br>1/26/2024<br>Amended Response in Opposition to Second Motion for Summary Judgment | JM | 4.80 | $1,440.00 |
| **Motions and oppositions.**<br>2/6/2024<br>Response in Opposition to Motion to Strike Second Motion for Summary Judgment. | JM | 2.40 | $720.00 |
| **Filings with Court.**<br>3/4/2024<br>Advising Court of attempts to schedule mediation. | JM | 0.30 | $90.00 |
| **Mediation preparation / action.**<br>3/5/2024<br>Coordination of dates with Honorable Manuel Menendez and schedule of mediation. | WN | 0.80 | $80.00 |
| **Brief**<br>3/15/2024<br>Brief on damages, attorneys fees and costs. | JM | 2.30 | $690.00 |
| **Summons for service.**<br>3/21/2024<br>Summonses received for service. | JM | 0.20 | $60.00 |
| **Brief**<br>4/12/2024<br>Draft of Amended Brief on Attorneys Fees, costs and damages. | JM | 2.00 | $600.00 |
| | | **115.30** | **$31,290.00** |

Expense, Cost or Fee

| Expense, Cost or Fee | Amount | Subtotal |
|---|---|---|
| **Other fees.**<br>3/13/2022<br>Filing Fee | $402.00 | $402.00 |
| **Service of Documents**<br>4/19/2022<br>Fees for service of process on Spurlock and Vanguard Productions. | $185.00 | $185.00 |

| Expense, Cost or Fee | Amount | Subtotal |
|---|---|---|
| **Arbitrators/mediators**<br>3/24/2023<br>Fee for first Mediation with the Honorable Manuel Menendez, Jr. | $1,750.00 | $1,750.00 |
| **Arbitrators/mediators**<br>3/26/2024<br>Fee for second mediation with the Honorable Manuel Menendez, Jr. | $900.00 | $900.00 |

| | |
|---|---|
| Total (USD) | $34,527.00 |
| Paid | $0.00 |
| Balance | $34,527.00 |

Terms & Conditions

The full amount of this invoice is due and payable upon receipt. The work described for any item may not reflect all the work performed in connection with any item invoiced. Review the invoice carefully and promptly notify us, in writing, of any claims of errors or discrepancies in the Total Amount Due within ten (10) calendar days from date of this statement.  You must pay the full amount of all entries that you do not dispute.  Any  past due amounts are deemed accepted and uncontested.  If we do not hear from you in writing within that time, you agree with the correctness, accuracy, amount and fairness of the billing statement.

Case 8:22-cv-00581-WFJ-AEP   Document 159   Filed 04/15/24   Page 12 of 16 PageID 893

## EXHIBIT B

## PLAINTIFF'S DAMAGES

Plaintiff has calculated damages and seeks compensation based upon the statutory calculation of damages. The analysis attached the invoice that provides its fees, costs and expenses incurred in connection with the lawsuit. Defendants infringement was willful. As shown in other court filings, the Defendants knew that Frazetta Properties, LLC owned the Copyrights in the two infringed works.

In the case of Strober v. Harris, No. 8:20-cv-2663-MSS-JSS, 2021 U.S. Dist. LEXIS 256001 (M.D. Fla. Nov. 23, 2021), the court provided analysis to be used to calculate the amount of damages.

1. The first step began with the license fee.
2. Since the acts were willful, the court multiplied the license fee by 3 times.
3. Court applied a multiplier 2x scarcity multiplier to account for the infringed work to be unique and rare.

Defendants willful act of infringement and failure to attempt to enter into an agreement with Frazetta Properties, make it impossible to employ that formula, because the licensing fee was never discussed.

If the foregoing analysis was used, the calculation would be as follows.

A license of $5,000.00 for each infringed work or $10,000.00.

Multiplied by 3 times because the Defendants actions were willful, $30,000.00.

Multiplied by 2x for scarcity as they are unique and rare works, which would make the total amount of damages $60,000.00 using the Strober court's analysis.

However, this analysis is insufficient to compensate Frazetta Properties for the amount of damages incurred as a result of the infringement by Defendants. Amazon is but one of the sites where the book is sold. Another is the Vanguard Publishing website.

The following was talem dorect;u from Spurlock's and Vanguard's website. It shows that Spurlock and Vanguard are continuing to sell the infringing book. Despite this Court ruling that the book infringes Frazetta Properties, LLC Copyrights.

Defendants respectfully request the Court award damages in the amount of $150,000.00 for each of the two infringed works, $300,000.00, and for such other and further relief as the court deems appropriate and justice requires.



*Frazetta Book Cover Art:*

*The Definitive Reference*

**Hardcover**

Size: 8.5 x 11 inches

168 pages  $39.95

**Slipcased Deluxe HC** The Slipcased Deluxe edition will feature a 16-page bonus folio comprised of vintage Frazetta frontispiece drawings which, often opened early books Frazetta painted covers for. Size: 8.5 x 11 inches 184 pages **$69.95**

**AVAILABLE NOW!**

ORDER

**Vanguard follows last year's hit *Fantastic Paintings of Frazetta* book by J. David Spurlock with definitive reference on *Frazetta Book Cover Art*.** Frazetta is the revolutionary fantasy artist of Conan, King Kong, Death Dealer, Edgar Rice Burroughs, Lord of The Rings and more, whose original art sells for millions. This new 2022 Frazetta book follows last year's hit, *Fantastic Paintings of Frazetta* and is similar to Vanguard's earlier *Frazetta Definitive Reference book*. But, it is superior in at least one regard. Instead of cataloging Frazetta items with mostly smaller illustrations, this new book is devoted solely to the artist's single, most beloved venue, Book Cover Art. By focusing on this specific area, the book boasts room enough to feature every single one of Frazetta's famous and highly collectable illustrated book covers, beautifully and authentically reproduced at a larger size on a page to itself. All are

presented in chronological order which, gives readers a unique ability to follow Frazetta's evolution as an artist. Accompanying text includes commentary, original publication titles, publishers, dates, and rare quotes from the artist himself. For this Definitive Reference to feature the Complete Collection of Frazetta's decades of book cover illustrations, in a single beautifully produced volume, is a dream come true for Frazetta fans, art and book collectors and historians alike.