UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, and FRAZETTA PROPERTIES, LLC,

    *Plaintiffs*,

v.

VANGUARD PRODUCTIONS, LLC, and JESS DAVID SPURLOCK,

    *Defendants.*

_____/

CASE NO. 8:22-cv-00581-WFJ-AEP

### **AFFIDAVIT OF J. DAVID SPURLOCK**

I, J. DAVID SPURLOCK, individually and as sole proprietor of VANGUARD PRODUCTIONS, LLC ("VANGUARD"), do hereby depose and state as follows:

1. I have personal knowledge of every event and occurrence in the statements made in this affidavit, and having read them, attest that the following are true and correct.

2. The late artist Frank Frazetta and I were good friends from 1995 until his death in 2010. During that time, I worked with and contributed to the authorized documentary titled, *Frazetta - Painting With Fire.* Frank Frazetta contributed interviews/commentary for Vanguard's Roy G. Krenkel, Wally Wood, and J. Allen St. John books.

3. I have authored and/or edited and published, with Frank Frazetta's approval, six books commenting on his life and art, including *Frazetta Definitive Reference, Complete Frazetta Johnny Comet, Complete Frazetta White Indian, Frazetta Sketchbook vol I, The Sensuous Frazetta,*

and *Frazetta Sketchbook vol II*. Since his passing I have worked with his heirs including, with Frank Frazetta Jr., the acclaimed *Fantastic Paintings of Frazetta* book which was nominated for a Rondo Award, a Locus Award and won a gold medal with the IPPY, Independent Press Awards.

4. I am the author of Vanguard's 2022 *Frazetta Book Cover Art - Definitive Reference* (the "Book"), the third edition of the *Frazetta Definitive Reference*, cataloguing all 159 book covers for which Frank Frazetta created cover art, which also includes 27 other books featuring Frank Frazetta, his art, or his illustrations, some of which were never commissioned and advertised but never published, for a total of 186 images reproduced historical artifacts.

5. Although the prior two *Definitive Reference* editions featured the *Death Dealer II*, *Death Dealer V*, and *Death Dealer VI* images and a chapter on Frank Frazetta's book cover art, the Third Edition of the *Definitive Reference* is an expanded, revised edition focusing on Frank Frazetta's book cover art, containing approximately half the number of images reproduced in the 2008 and 2010 editions.

6. *Frazetta Book Cover Art - Definitive Reference* is the only catalog and survey of Frank Frazetta's book cover art in an annotated academic format, which facts and details, as well as many of the book covers themselves, are not available in from any source – neither the internet nor another compendium.

7. Neither Frazetta Properties nor any of its members possess a copy of the 159 book covers reproduced, and this information is vital to them as the only source of information on Frank Frazetta's book cover art.

8. *Frazetta Book Cover Art - Definitive Reference* also appeals to the vast readership of science-fiction and fantasy authors Edgar Rice Burroughs, Robert E. Howard, Ray Bradbury, L. Ron Hubbard, Michael Moorcock, and others whose book cover art launched Frank Frazetta into superstardom.

9. A huge fan base has existed for decades for novelist Edgar Rice Burroughs, the prolific author and creator of the *Tarzan, John Carter on Mars*, and *Pellucidar* series of novels, many of which have been made into successful major motion pictures. Edgar Rice Burroughs' novels comprises the major part, 45 covers, in *Frazetta Book Cover Art - Definitive Reference.*

10. A large fan base has also existed for decades for Robert E. Howard, creator of *Conan* and the characters in Conan's world, many of whose novels were made into very popular major motion pictures. *Frazetta Book Cover Art - Definitive Reference* features eleven of Howard's novel covers.

11. Other popular science fiction and fantasy genre novelists featured in *Frazetta Book Cover Art - Definitive Reference* includes seven covers for L. Ron Hubbard; eight covers for books authored or edited by Lin Carter; two covers each for Ray Bradbury and Michael Moorcock; three covers

each for Robert Moore Williams and L. Sprague de Camp; and five covers for Karl Edward Wagner.

12. Although new editions of publications generally include at least 30% new material, the prior editions of *Frazetta Definitive Reference* included chapters on the book cover art of Frank Frazetta, and this chapter deserved a whole edition to itself.

13. *Frazetta Book Cover Art - Definitive Reference* required about three years to develop, requiring research on each book featuring Frank Frazetta created cover art, despite the fact that many of the book covers appeared in the 2010 edition of *Frazetta Definitive Reference,* as corrections were made, additional facts and data added to truly be definitive.

14. All of these out-of-print books are held in private collections, requiring me to identify, locate, and contact the private collectors, request and obtain access to their collection, take high-resolution scans of the books' covers using a professional quality scanner, and when photography is required, professional quality photography equipment must be used and takes as much time.

15. The detailed information concerning the publisher, editor, publication date, other facts, as well as quotes from Frazetta, colleagues, friends, and industry professionals were researched and vetted.

16. The information comes from many sources, drawing not only on my personal archives, but also contacting people with firsthand

knowledge of the material, subject, publication, biographical information, events, out-of-business publishing companies, and other facts for the captions and commentary.

17. One of the most important elements of developing the new edition of *Frazetta Definitive Reference* lies in knowing what information needs to be included to present the topic in an intellectually, artistically, historically, critically, and entertaining presentment for an academic, annotated catalogue and survey.

18. *Frazetta Book Cover Art - Definitive Reference* contains culturally important reproductions of the original publication renditions of the art, some of which no longer exists in the originally painted form, as Frank Frazetta often painted over many of his original works after initial publication.

19. The original *Death Dealer V* painting no longer exists, despite the descriptions of Frank Frazetta's art as "original" online – the art is a Frank Frazetta original, but the work isn't the version in its original form.

20. Frank Frazetta added many new details to *Death Dealer V* several years after its initial publication. This re-painted *Death Dealer V* is the one copyrighted by Frazetta Properties as the 1990 image and marketed to the public in various merchandise forms.

21. The first edition of the *Frazetta Definitive Reference* was published in 2008, the second edition in 2010, and the third edition in 2024. The

2010 edition had multiple printings and is now a rare collector's item. The "First Printing" date in the 2024 *Frazetta Definitive Reference* is not a "First Edition."

22. Vanguard's books on Frank Frazetta's art, including *Frazetta Book Cover Art - Definitive Reference*, are used as reference guides by art auction houses, academes, historians, in art schools in the United States, United Kingdom, and other countries' university systems and libraries.

23. *Frazetta Book Cover Art - Definitive Reference* is sold by The Frazetta Museum, located in East Stroudsburg, Pennsylvania, which was originally built and operated by Frank Frazetta, Sr., and his wife, the late Eleanor ("Ellie") Frazetta. The museum is now owned and operated by FRAZETTA PROPERTIES, LLC member Frank Frazetta, Jr.

24. The Frazetta Museum has carried all three editions of the *Definitive Reference*, currently selling *Frazetta Book Cover Art - Definitive Reference* online: https://www.frazettamuseum.com/products/deluxe-frazetta-book-cover-art.

25. *Frazetta Book Cover Art - Definitive Reference* is the only reference book to identify and reproduce all of Frank Frazetta's book cover art.

26. No author or publisher has ever compiled or published and reproduced the complete catalogue of Frank Frazetta's book cover art,

with detailed and accurate historical facts and information prior to Vanguard's *Definitive Reference* edition.

27. The following is the current data on the print run and sale of *Frazetta Book Cover Art - Definitive Reference*:

| | | |
|---|---|---|
| PRINTED: | 5,255 Hardcover (HC) | |
| | 2,095 Deluxe (DLX) | |
| EXPENSES: | Printing: | $47,412.35 |
| | Shipping: | $15,481.42 |
| | Design, Production & Advertising: | $6,000.00 |
| | **Expenses TOTAL**: | **$68,893.77** |
| INVENTORY: | 2,000 HC (Confirmed by Distributor) | |
| SOLD: | 3,255 HC @ $15.98 (Wholesale) | $52,015.00 |
| | 50 DLX @ $69.95 (Retail) | $3,497.50 |
| | 1,279 DLX[1] @ $27.98 (Wholesale): | $35,786.42 |
| | SALES TOTAL: | $91,299.00 |
| | LESS EXPENSES: | $68,893.77 |
| | **NET PROFITS:** | **$22,405.05** |

28. Reference books on popular art and illustration, as well as out-of-print science fiction and fantasy novels, are a niche readership market, and thus are not subjects published by bigger publishers, who must rely

---

[1] Diamond Distributors (903); Frazetta Museum (200); Bud Plant (176)

*Frazetta Properties, LLC, et al. v. Vanguard Productions, LLC & Spurlock*
*Case No. 8:22-cv-00581-WFJ-AEP*

on volume sales to stay profitable. These niche market subjects are published by small, independent publishers with limited printings.

29.  Small publishers rely on the appeal of the subject's historical, critical, and specific focus desired by fans as well as necessary to institutions (schools, libraries, museums) and businesses (art auction houses, collectors, sellers, appraisers, insurers) requiring information on the subject's historical, academic, critical, artistic, and contribution to our culture and society, as well as the economic impact the subject makes on our society.

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AND AFFIRM THAT IT IS TRUE AND CORRECT.

DATE:     APRIL 18, 2024

/s/: _____
J. DAVID SPURLOCK
Individually, and as sole member of
VANGUARD PRODUCTIONS, LLC