UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L.
FRAZETTA, AND FRAZETTA
PROPERTIES, LLC,

     *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC
AND J. DAVID SPURLOCK,

     *Defendants.*

_____/

## DEFENDANTS' OBJECTIONS TO FRAZETTA PROPERTIES' BRIEF ON DAMAGES

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK submit objections to Frazetta Properties, LLC's brief on damages [DIN 159], as follows:

### I.    Plaintiff's Requested Remedies

1.    Plaintiff FRAZETTA PROPERTIES, LLC seeks the following monetary award against Defendants for reproducing two copyrighted images, characterizing the actions as "willful." [DIN 159]

### A.    17 U.S.C. § 504 (Damages & Profits)

2.    Frazetta Properties, in Exhibit B, seeks damages for each Death Dealer image reproduced in the amount of $150,000 per image, for a total amount of $300,000, calculated as follows:

    a.    License fee of $5,000 per image

    b.    Multiplied by three due to Defendants' willfulness = $15,000 per image

    c.    Multiplied by two because the images are scarce (?) unique and rare (?) = $30, 000 per image

    d.    Due to the continued sale of the book, multiplied by five for a total of $150,000 per image is demanded.

3.    Defendants object to the accusation of willfulness or bad faith, as they relied in good faith upon binding agreements with Frazetta Properties, LLC, memorialized in two documents:

    a.    The 2010 *Frazetta Endorsement and Trademark License Agreement* [DIN 87-2, pp. 17-23], and

    b.    The January 13, 2015 agreement titled *Frazetta Properties LLC and Vanguard Publishing* [DIN 95-4], signed by Frazetta Properties' members William Frazetta, Holly Jean Frazetta (f/k/a Holly Jean Frazetta Taylor), and Heidi Frazetta (f/k/a Heidi Lee Grabin). The 2015 document states, in pertinent part:

> VANGUARD is the only AUTHORIZED publisher of books predominantly featuring Frank Frazetta art. Since 2010, ONLY Vanguard is Authorized and Endorsed by Frank Frazetta. As per various agreements with Frazetta Properties LLC, the legal successors of Frank Frazetta; and as announced in the joint Frazetta-Vanguard press release of March, 8, 2010 titled, "Frank Frazetta Signs with Vanguard Publishing"; *Vanguard is the exclusive, authorized book publisher of artwork copyright Frank Frazetta and/or Frazetta Properties LLC.*

As per the agreements signed by Frank Frazetta and a majority of Frazetta Properties LLC members, Vanguard's EXCLUSIVE rights are in effect from March 1st 2010 through January 1st 2025.

*In addition to Vanguard's EXCLUSIVE rights to publish copyrighted Frazetta works, Vanguard ALSO has EXCLUSIVE rights to use the registered Frazetta trademark, and any other common law Frazetta marks, in branding to promote Frazetta-related Vanguard publication*s including but not limited to, ALL comics works by Frazetta from 1963 and earlier (including but not limited to Snowman, Thunda, Untamed Love, White Indian, Johnny Comet, etc). …

…

[DIN 95-4] (Emphasis added) (Attached hereto for ease of reference)

### B.    17 U.S.C. § 505 (Costs & attorney's fees)

4.    Frazetta Properties, in Exhibit A, seeks attorneys fees and costs totaling $34,527.00. Defendants object to the following itemized amounts:

| 11/26/2021 | Draft letter. Conference with client regarding use of copyright protected works by Spurlock/Vanguard in Frazetta Book Cover Artist. Online research of U.S.C.O. to confirm registration/ownership of Copyrights in the works. Draft of cease-and-desist letter sent to Spurlock & Vanguard via email & USPS mail. | JM  4.00 $1,200.00 |
| --- | --- | --- |
| 12/20/2021 | Manage data/files; Copyright of Dark Kingdom, calls to copyright office and client, Online filing, etc. | WN 6.00 $600.00 |

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581-WFJ-AEP*

| | | |
|---|---|---|
| 3/10/2022 | Pleadings, including Answer, Complaint, Defenses, etc.; Began draft of lawsuit against Spurlock and Vanguard Productions. **4 claims not prosecuted** | JM   5.30 $1,590.00 |
| 3/11/2022 | Work on draft of lawsuit against Spurlock. Reviewed information from client**4 claims not prosecuted** | JM   4.50 $1,350.00 |
| 3/13/2022 | Completed draft of lawsuit and civil coversheet and filed with Court | JM   2.80 $840.00 |
| 3/18/2022 | Review of filing and draft of summons for Spurlock and Vanguard **4 claims not prosecuted** | JM   0.70 $210.00 |
| 4/19/2022 | Arrange for Service of process of copyright lawsuit **What costs so much?** | JM   2.70 $810.00 |
| 9/7/2022 | Draft of Opposition to Motion to Compel Production. **Is this Serious?** | JM   1.30 $390.00 |
| 9/12/2022 | Review of Spurlock / Vanguard filing. Draft response in opposition to Objections and motion to compel **Is this Serious?** | JM   6.80 $2,040.00 |
| 11/26/2022 | Opposition to Motion for Sanctions **Is this Serious?** | JM   1.50 $450.00 |
| 6/14/2023 | Research and Draft of Response to Motion filed by McMillan **Nothing filed** | JM   2.50 $750.00 |
| 2/06/2024 | Response in Opposition to Motion to Strike Second Motion for Summary Judgment **1 ½ page response** | JM   2.40 $720.00 |
| 3/21/2024 | Summonses for Service **What is this for?** | JM   0.20 $60.00 |
| 4/12/2024 | Draft of Amended Brief on Attorneys Fees, Costs, and Damages | JM   2.00 $600.00 |
| 4/19/2022 | Fees for service of process on Spurlock and Vanguard Productions **OC emailed; should have sent notice & waiver** | $185.00 |

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

5.    The invoice does not appear to be recorded contemporaneously but seems to have been created for this purpose.  The hours are insufficiently itemized and are a bit too general. "To aid in calculating the lodestar, the fee applicant must provide contemporaneous time records, affidavits, and other materials to support its application for the amount of reasonable hours expended." *McDonald v. Pension Plan of the NYSA-ILA Pension Trust Fund*, 450 F.3d 91, 96 (2d Cir. 2006).

## **CONCLUSION**

FOR THE ABOVE STATED REASONS, Defendants respectfully object to the above-described attorney's fees, costs, and other monetary damages.

DATED:  APRIL 19, 2024

Respectfully submitted,

/s/:    *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
          Leigh@williamslegal.org
Tel. No.:  432 901-2141
*Attorney for Vanguard Productions, LLC*
*and J. David Spurlock*

# FRAZETTA PROPERTIES LLC & VANGUARD PUBLISHING

Jan 13, 2015

Re Exclusive Frazetta Publishing Rights

Frank Frazetta JR
Dark Horse
Diamond Comics Distributors

VANGUARD is the only AUTHORIZED publisher of books predominantly featuring Frank Frazetta art. Since 2010, ONLY Vanguard is Authorized and Endorsed by Frank Frazetta. As per various agreements with Frazetta Properties LLC, the legal successors of Frank Frazetta; and as announced in the joint Frazetta-Vanguard press release of March, 8, 2010 titled, "Frank Frazetta Signs with Vanguard Publishing"; Vanguard is the exclusive, authorized book publisher of artwork copyright Frank Frazetta and/or Frazetta Properties LLC. As per the agreements signed by Frank Frazetta and a majority of Frazetta Properties LLC members, Vanguard's EXCLUSIVE rights are in effect from March 1st, 2010 through January 1st, 2025. In addition to Vanguard's EXCLUSIVE rights to publish copyrighted Frazetta works, Vanguard ALSO has EXCLUSIVE rights to use the registered Frazetta trademark, and any other common law Frazetta marks, in branding to promote Frazetta-related Vanguard publications including but not limited to, ALL comics works by Frazetta from 1963 and earlier (including but not limited to Snowman, Thunda, Untamed Love, White Indian, Johnny Comet, etc). The agreements signed by Frank Frazetta and Frazetta Properties LLC are binding on ALL HEIRS of Frank Frazetta including Frank Frazetta Jr. Though each of the four (4) Frazetta heirs (Frank Jr, Bill, Heidi and Holly) enjoy certain settlement-agreement granted rights to license images, said licenses can NOT conflict, undermine or devalue Frank Frazetta's and Frazetta Properties LLC's prior agreements with Vanguard. All book and comics publishing must go through, or be authorized, or passed-on by Vanguard. Even if some Frazetta material is in the public domain, it can not be promoted as Authorized, or Endorsed, by any Heir of Frank Frazetta, or use FRAZETTA prominently in title or advertising branding, without Vanguard's approval or involvement.

Please immediately, **CEASE AND DESIST** distribution, and/or publishing, and/or licensing for publishing, of any books, and/or comicbooks featuring Frank Frazetta art and/or that use "Frazetta" in branding to sell publications containing Frank Frazetta art, without first verifying with Vanguard that the publication is allowable and/or authorized. You can reach Vanguard at vanguardpub@att.net

William R. Frazetta
Manager

Holly Jean Frazetta Taylo
Manager

J. DAVID SPURLOCK,
Vanguard

Heidi Lee Grabin
Manager

EX. 4