UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,
    *Defendants.*

_____/

**AFFIDAVIT OF COUNSEL FOR PLAINTIFF FRAZETTA PROPERTIES, LLC IN CONNECTION WITH COURT ORDER DKT.NO. 166**

My name is Jack W. Merritt, attorney for Frazetta Properties, LLC and provide this affidavit as I made the requests on behalf of Plaintiff Frazetta Properties, LLC and am most familiar with case status.

1. This affidavit is made based on my personal knowledge regarding the facts stated I this affidavit.

2. This affidavit is made to comply with the requirements stated in Dkt. No. 166.

3. I am over age 18, and have never been found incompetent to testify.

4. I am a member of the Florida Bar and Maryland Bar in good standing with both.

5. On behalf of Plaintiff, I contacted the U.S. Copyright Office and did the following.

   "Plaintiff to produce certified registration certificate, certified registration application, certified recordation of transfer of copyright ownership to Plaintiff, and copies of deposits." Dkt.No. 166.

6. Please see Compound exhibit 1 for Plaintiff's efforts to obtain the required documents.

7. Plaintiff will file each of the required documents as is receives them from the U.S. Copyright Office and will notify the Honorable Judge Jung.

8. Further the Affiant Sayeth Not.

I state under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2024.

/s/ Jack W. Merritt
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed on April 26, 2024, and copy provided via CMECF to Defendants' attorney.

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.


/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

office@merrittlaw.net
941.445.4841
Attorney for Plaintiff