🇺🇸 An official website of the United States government  Here's how you know

- Direct File is a new IRS service that allows eligible people to prepare and file their tax return online, for free, directly with the IRS saving them time and money.
- Learn more and file your taxes at: DirectFile.IRS.gov

Dismiss

MENU

# Payment Activity

← My Account

## Don't see your payment?

You may not have signed into your account while making a payment. We're sorry, but only payments made while signed in will show in your payment activity.

## I need to see my payment. What can I do?

Contact the federal government agency you paid. Pay.gov is unable to look up your payment.

| All (2) | Completed (1) | Rejected (0) | Pending (1) |

**Sort by:** Transaction Date

View Details
View Receipt
Cancel

**Copyright Accounting Office**

Library of Congress (LOC): Copyright Office
**Pay.gov Tracking ID:** 27DTD9PH
**Transaction Date:** 04/26/2024 02:37:45 PM EDT
**Transaction Amount:** $510.00
**Payment Type:** Debit or credit card
**Transaction Status:** Success
**Payment Date:** 04/26/2024

EXHIBIT A COMPOSITE

**Frequency:** One Time

## Copyright Accounting Office

[View Details](#)

[View Receipt](#)

Library of Congress (LOC): Copyright Office
**Pay.gov Tracking ID:** 27DQ3QE2
**Transaction Date:** 04/22/2024 01:40:18 PM EDT
**Transaction Amount:** $912.00
**Payment Type:** Debit or credit card
**Transaction Status:** Success
**Payment Date:** 04/22/2024
**Frequency:** One Time

## We're here to help!

**We're Available**
Monday - Friday
8 am - 7 pm Eastern
**Open**

[**Send Us A Message**](#)
We are experiencing extremely high email and call volume. We will respond to your inquiry as soon as we are able. Thank you for your patience and understanding.

**Call Us Toll Free**
Inside U.S.A. only
800-624-1373

**International Number**
Outside the U.S.A.
+1-216-579-2112

[Return to top](#)

| Accessibility Policy | Privacy and Security Policy | Notices and Agreements |
|---|---|---|
| For Agencies | * | Feedback |

**Requests Submissions for (1) Certified Copy of the Certified Registration Application and (2) Certified Copy of the Certified Recordation of Transfer of Copyright Ownership**

I am the attorney representing Frazetta Properties, LLC. On its behalf, I request two certified copies (1) of the certified registration applications, and (2) of the certified recordation of transfer of copyright ownership to Frazetta Properties, LLC.

The requests are made for each of the following two Copyright works registered with the Copyright Office and their identifying information follows.

(A) **Registration Number: VA0001688405 and Title/Name: Death Dealer V.**

and

(B) **Registration Number: VA0001688397 and Title/Name: Death Dealer II.**

Should you have any questions, please call me at 941.445.4841 or 941.735.1723 or at email address: office@merrittlaw.net

Regards,
Jack W. Merritt
Attorney for Frazetta Properties, LLC

[Remainder of page intentionally left blank.]

# Copyright

Registration record VA0001688405

Death Dealer V.

---

**Registration Number / Date:**

VA0001688405 / 2009-10-08

**Type of Work:**

Visual Material

**Title:**

Death Dealer V.

**Application Title:**

Death Dealer V.

**Date of Creation:**

1989

**Date of Publication:**

1990-01-01

**Copyright Claimant:**

Frazetta Properties, LLC, Transfer: By written agreement. Address: P.O. Box 919, Marshalls Creek, PA, 18335, United States.

**Authorship on Application:**

Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Rights and Permissions:**

John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com

**Description:**

Electronic file (eService)

**Nation of First Publication:**

United States

**Names:**

Frazetta, Frank

Frazetta Properties, LLC

# Copyright

Registration record VA0001688397

Death Dealer II.

---

**Registration Number / Date:**
VA0001688397 / 2009-10-08

**Type of Work:**
Visual Material

**Title:**
Death Dealer II.

**Application Title:**
Death Dealer II.

**Date of Creation:**
1986

**Date of Publication:**
1988-01-01

**Copyright Claimant:**
Frazetta Properties, LLC, Transfer: By written agreement. Address: P.O. Box 919, Marshalls Creek, PA, 18335, United States.

**Authorship on Application:**
Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Rights and Permissions:**
John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com

**Description:**
Electronic file (eService)

**Nation of First Publication:**
United States

**Names:**
Frazetta, Frank
Frazetta Properties, LLC

| | |
|---|---|
| **From:** | Jack Merritt, Attorney |
| **To:** | "copycerts@copyright.gov" |
| **Cc:** | Merritt Law Office |
| **Subject:** | Copyright Certification Requests |
| **Date:** | Friday, April 26, 2024 5:38:00 PM |
| **Attachments:** | Details for Requests.pdf |

Good afternoon, Sir or Madam:

I am the attorney representing Frazetta Properties, LLC and request a certified copy of each of the (i) certified registration application and (ii) certified recordation of transfer of copyright ownership to Frazetta Properties, LLC.  The detailed information for each work is provided below in the attached documents.

This is required for litigation and I ask this request before expedited.  If you require more information, please contact me at my office: 941.445.4841, or mobile: 9417351723, and/or email at office@merrittlaw.net.  In order to simplify these requests, I have attached a PDF for each work that contains the following information listed below in this email.  Please forward me the link for payment so that I may make payment for any charges resulting from these requests.  I attempted to find the fees of each of the two certified copies for each work, but did not locate the fees.

Should you need any more information, I provide my contact information again here.  My office number is: 941.445.4841 and mobile number is: 941.735.1723, or email me at office@merrittlaw.net.

Thank you,
Jack Merritt


**First Request**

Death Dealer V
Registration Record: VA0001688405

| | |
|---|---|
| **Registration Number / Date:** | VA0001688405 / 2009-10-08 |
| **Type of Work:** | Visual Material |
| **Title:** | Death Dealer V |
| **Application Title:** | Death Dealer V |
| **Date of Creation:** | 1989 |
| **Date of Publication:** | 1990-01-01 |
| **Copyright Claimant:** | Frazetta Properties, LLC, Transfer: By written agreement. |

| | |
|---|---|
| **Authorship on Application:** | Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com |
| **Description:** | Electronic file (eService) |
| **Nation of First Publication:** | United States |
| **Names:** | Frank Frazetta, Frank Frazetta Properties, LLC |

**Second Request**

Registration record VA0001688397
Death Dealer II.

| | |
|---|---|
| **Registration Number / Date:** | VA0001688397 / 2009-10-08 |
| **Type of Work:** | Visual Material |
| **Title:** | Death Dealer II. |
| **Application Title:** | Death Dealer II. |
| **Date of Creation:** | 1986 |
| **Date of Publication:** | 1988-01-01 |
| **Copyright Claimant:** | Frazetta Properties, LLC, Transfer: By written agreement. Address: P.O. Box 919, Marshalls Creek, PA, 18335, United States. |
| **Authorship on Application:** | Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com |
| **Description:** | Electronic file (eService) |
| **Nation of First Publication:** | United States |
| **Names:** | Frazetta, Frank Frazetta Properties, LLC |