UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,
    *Defendants.*

_____/

**NOTICE OF FILING UPDATE TO EXHIBIT A TO AFFIDAVIT REGARDING PAYMENT FOR ITEMS REQUIRED BY COURT ORDER DKT.NO. 166**

Plaintiff files this Notice of Filing update to Exhibit A to Affidavit required by Court Order Dkt.No. 166.  Plaintiff will continue to update as changes occur.  See Exhibit 1.

/s/  Jack W. Merritt
Attorney for Plaintiff
FBN:  0052248
Merritt Law, P.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was filed on April 26, 2024, and copy provided via CMECF to Defendants' attorney.

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN:  0052248

Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

ffice@merrittlaw.net
941.445.4841
Attorney for Plaintiff

🇺🇸 An official website of the United States government  Here's how you know

- Direct File is a new IRS service that allows eligible people to prepare and file their tax return online, for free, directly with the IRS saving them time and money.
- Learn more and file your taxes at: DirectFile.IRS.gov

Dismiss

MENU

# Payment Activity

← My Account

## Don't see your payment?

You may not have signed into your account while making a payment. We're sorry, but only payments made while signed in will show in your payment activity.

## I need to see my payment. What can I do?

Contact the federal government agency you paid. Pay.gov is unable to look up your payment.

| All (2) | Completed (2) | Rejected (0) | Pending (0) |

**Sort by:** Transaction Date

**Copyright Accounting Office**                                   View Details
                                                                  View Receipt

Library of Congress (LOC): Copyright Office
**Pay.gov Tracking ID:** 27DTD9PH
**Transaction Date:** 04/26/2024 02:37:45 PM EDT
**Transaction Amount:** $510.00
**Payment Type:** Debit or credit card
**Transaction Status:** Success
**Payment Date:** 04/26/2024

**EXHIBIT 1**

**Frequency:**  One Time

---

## Copyright Accounting Office

[View Details](#)

[View Receipt](#)

Library of Congress (LOC): Copyright Office
**Pay.gov Tracking ID:**  27DQ3QE2
**Transaction Date:**  04/22/2024 01:40:18 PM EDT
**Transaction Amount:**  $912.00
**Payment Type:**  Debit or credit card
**Transaction Status:**  Success
**Payment Date:**  04/22/2024
**Frequency:**  One Time

---

## We're here to help!

- **We're Available**
  Monday - Friday
  8 am - 7 pm Eastern
  Open

- [**Send Us A Message**](#)
  We are experiencing extremely high email and call volume. We will respond to your inquiry as soon as we are able. Thank you for your patience and understanding.

- **Call Us Toll Free**
  Inside U.S.A. only
  800-624-1373

- **International Number**
  Outside the U.S.A.
  +1-216-579-2112

[Return to top](#)

| Accessibility Policy | Privacy and Security Policy | Notices and Agreements |
|---|---|---|
| For Agencies | * | Feedback |



**Pay.gov**
Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Pay.gov Support**

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.