UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,
    *Defendants.*
_____/

## **PLAINTIFFS RESPONSE**

Plaintiff files this Notice of Receipt of Documents from the United States Copyright Office and the following documents attached as Exhibit 1 and incorporated herein.

- Certified Copy of Death Dealer II
- Death Dealer II Certified Copy
- Death Dealer V Certified Copy
- Receipt of Payment for Death Dealer II and V
- Receipt of Payment for Death Dealer V

Plaintiff will file additional documents received from the Copyright Office when received and required updates with the Court.

DATED:  May 31, 2024

                /s/ <u>Jack W. Merritt</u>
                Jack W. Merritt, JD, MBA.

        FBN:  0052248
        Merritt Law, P.A.
        Mediterranea Professional Park
        690 South Tamiami Trail
        Osprey, FL 34229

        office@merrittlaw.net
        941.445.4841
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was filed on May 31, 2024 via CM/ECF and copy provided via CM/ECF to Defendants' counsel Leigh M. Wiliams, Esq.

        /s/ <u>Jack W. Merritt</u>
          Jack W. Merritt, JD, MBA.
          FBN:  0052248
          Merritt Law, P.A.

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

THIS IS TO CERTIFY that on October 8, 2009 a claim to copyright a work identified as **DEATH DEALER II** was registered under number **VA 1-688-397.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

THIS IS TO CERTIFY FURTHER, that the attached is an additional certificate for this work.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on May 02, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten*

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 1-688-397**

Effective date of registration:
October 8, 2009

---

### Title
**Title of Work:** Death Dealer II

### Completion/Publication
**Year of Completion:** 1986
**Date of 1st Publication:** January 1, 1988    **Nation of 1st Publication:** United States

### Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork
  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States
**Transfer Statement:** By written agreement

### Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com    **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

### Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

Page 1 of 1

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on October 8, 2009 a claim to copyright a work identified as **DEATH DEALER V** was registered under number **VA 1-688-405.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 02, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten* .

By:   Veronica Patten
      Supervisory Copyright Specialist
      Records Research and Certification Division
      Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-688-405**

Effective date of registration:

October 8, 2009

---

## Title
**Title of Work:** Death Dealer V

## Completion/Publication
**Year of Completion:** 1989
**Date of 1st Publication:** January 1, 1990    **Nation of 1st Publication:** United States

## Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com    **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

## Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

Page 1 of 1

Registration #:   VA0001688405

Service Request #:   1-256353277

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210

# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

| | |
|---|---|
| Name: | Wendy Newsome |
| Address: | Merritt Law, P.A. |
| | Mediterranea Professional Park, 690 South Tamiami Trail |
| | Osprey, FL 34229 |
| Phone: | |

| | |
|---|---|
| Completed Date: | 5/1/24 (LP) |
| Service Request No.: | 1-13766753185 |
| Registration No.: | VA0001688397 / 2009-10-08 |
| Title: | |
| Other: | VA0001688397 / 2009-10-08 |

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | $ 0.00 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | $ 0.00 |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | $ 0.00 |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | $ 0.00 |
| Copy of Registration | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Application | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Deposit- Black and White or Color | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | $ 0.00 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | $ 0.00 |
| Certification | $200.00 | | $ 0.00 | $ 0.00 |
| Double certified certificates | $255.00 | 2 | $ 510.00 | $ 510.00 |
| Expedited service | $500.00 per hour | | $ 0.00 | $ 0.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | $ 0.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | $ 0.00 |
| Each additional page | $1.00 per page | | $ 0.00 | $ 0.00 |
| Public photocopying | $0.25 per page | | $ 0.00 | $ 0.00 |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | $ 0.00 |
| Litigation search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Inspection search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional hour | $200.00 | | $ 0.00 | $ 0.00 |
| **Other Services** | | | | |
| | $ | | $ 0.00 | $ 0.00 |
| | | **Total Fee** | $ 510.00 | |
| | | **Total Amount Paid** | | $ 510.00 |
| | | **Refund** | | $ 0.00 |

# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: Wendy Newsome
Address: Mediterranea Professional Park
690 South Tamiami Trail
Osprey, Florida 34229
Phone: 941.445.4841

Completed Date: 4/26/2024
Service Request No.: 1-13751490858 (MP)
Registration No.: VA0001688405
Title:
Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Copy of Registration | $12.00 | | $ 0.00 | |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | | $ 0.00 | |
| Copy of Correspondence | $12.00 | | $ 0.00 | |
| Copy of Deposit- Black and White or Color | $12.00 | | $ 0.00 | |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | |
| Certification | $200.00 | | $ 0.00 | |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | | $ 0.00 | |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 0.00 | |
| | | **Total Amount Paid** | | $ 0.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559 · www.copyright.gov
REVISED: 07/2021



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that the attached color photocopy is a true representation of the work entitled **DEATH DEALER V**. deposited in the Copyright Office with claim of copyright registered under number **VA 1-688-405**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on April 26, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **DEATH DEALER II** deposited in the Copyright Office with claim of copyright registered under number **VA 1-688-397**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 1, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten*

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

