UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION
CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*
_____/

## **PLAINTIFF'S NOTICE FILING OF ATTACHED DOCUMENTS AND COMPLIANCE WITH COURT ORDER**

Pursuant to the Court's Order, Plaintiff submits this Notice of Filing Attached Documents to comply with this Court's Order. See Docket # 171. The pages of each of the following original documents were bound together and received from the United States Copyright Office. Pages of bound documents were not separated to ensure the certificates were neither nullified nor otherwise voided.

- Certified Color Photocopy of Death Dealer II
- Death Dealer II Certificate of Registration
- Certified Color Photocopy of Death Dealer V
- Death Dealer V Certificate of Registration

The above listed documents were sent via United States Postal Service mail on June 20, 2024. Plaintiff will file additional documents received from the Copyright Office when received and will file updates required by the Court.

DATED: June 20, 2024

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN: 0052248
Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

Email: office@merrittlaw.net
Telephone: 941.445.4841
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY Notice of the foregoing was filed on June 20, 2024, via CM/ECF and copy provided via CM/ECF to Defendants' counsel Leigh M. Wiliams, Esq.

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.