UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## NOTICE OF FILING U.S.C.O. DEPOSIT COPY OF DEATH DEALER V

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK hereby certify that the attached Blue Ribbon Deposit Copy of Death Dealer V are true and correct copies of official records obtained from the United States Copyright Office for Death Dealer V, Registration No. VA 1-688-405.

DATED: JUNE 26, 2024

/s/: *Leigh M. Williams*
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: leigh@williamslegal.org
        mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
      210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*