

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **DEATH DEALER V** deposited in the Copyright Office with claim of copyright registered under number **VA 1-688-405**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on April 26, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By: Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

