UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## NOTICE OF FILING U.S.C.O. RECORDS FOR DEATH DEALER V

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK hereby certify that the attached E-File Application, Registration, and Application Template are true and correct copies of official records obtained from the United States Copyright Office for Death Dealer V, Registration No. VA 1-688-405.

DATED: JUNE 26, 2024

/s/: *Leigh M. Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: leigh@williamslegal.org
          mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
          210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*



# UNITED STATES COPYRIGHT OFFICE
# Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

| | |
|---|---|
| Name: | Leigh M Williams Law Office, PLLC |
| Address: | Attn: Leigh M. Williams |
| | 1701 W. Kansas Ave |
| | Midland, TX 79701 |
| Phone: | 432-901-2141 |

| | |
|---|---|
| Completed Date: | 4/30/2024 |
| Service Request No.: | 1-13703045551 (TCLA) |
| Registration No.: | VA 1-688-405 |
| Title: | |
| Other: | |

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Copy of Registration | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | |
| Copy of Deposit- Black and White or Color | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | 1 | $ 100.00 | $ 100.00 |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | 1 | $ 45.00 | $ 45.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 1,081.00 | |
| | | **Total Amount Paid** | | $ 1,081.00 |
| | | **Refund** | | $ 0.00 |

U.S. Copyright Office   ·   Library of Congress   ·   101 Independence Avenue SE   ·   Washington, DC 20559   ·   www.copyright.gov
REVISED: 07/2021

```
ORIGIN ID:JPNA    (202) 707-6308        SHIP DATE: 30APR24
TANISHA CLARK                           ACTWGT: 5.00 LB
THE LIBRARY OF CONGRESS                 CAD: 109488702/INET4535
101 INDEPENDENCE AVE SE
LM 453
WASHINGTON, DC 20540                    BILL SENDER
UNITED STATES US

TO  LEIGH M WILLIAMS
    LEIGH M. WILLIAMS LAW OFFICE, PLLC
    1701 W. KANSAS DRIVE

    MIDLAND TX 79701
    (432) 901-2141              REF:
    INV:
    PO:                         DEPT:
```

583J3/C137/9AE3




FedEx Express
E
J2420240326Dluv

TRK# 7761 5743 8607    WED - 01 MAY 12:00P
0201                   PRIORITY OVERNIGHT

**XA MAFA**              79701
                 TX-US   LBB

