

COPY OF REGISTRATION

VA 1-688-405

**Registration Number**

# VA 1-688-405

**Effective date of registration:**

October 8, 2009

## Title

**Title of Work:** Death Dealer V

## Completion/Publication

**Year of Completion:** 1989

**Date of 1st Publication:** January 1, 1990    **Nation of 1st Publication:** United States

## Author

**Author:** Frank Frazetta

**Author Created:** 2-D artwork

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Frazetta Properties, LLC

P.O. Box 919, Marshalls Creek, PA, 18335, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Wolf Greenfield & Sacks

**Name:** John Strand

**Email:** jstrand@wolfgreenfield.com    **Telephone:** 617-646-8000

**Address:** 600 Atlantic Ave

Boston, MA 02210  United States

## Certification

**Name:** John Strand, Esq.

**Date:** October 8, 2009

**Registration #:** VA 1-688-405
**Service Request #:** 1-256353277

## Mail Certificate

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield, 600 Atlantic Ave,
Boston, MA, 02210, United States