

# COPY OF E-FILE APPLICATION

NOTE: The attached is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **DEATH DEALER V** service number **SR# 1-256353277**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.



# COPY OF REGISTRATION

# VA 1-688-405

**Registration #:** VA 1-688-405
**Service Request #:** 1-256353277

## Mail Certificate

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield, 600 Atlantic Ave,
Boston, MA, 02210, United States

**Registration Number**

# VA 1-688-405

**Effective date of registration:**

October 8, 2009

## Title ───────────────────────────────

**Title of Work:** Death Dealer V

## Completion/Publication ───────────────

**Year of Completion:** 1989

**Date of 1st Publication:** January 1, 1990     **Nation of 1st Publication:** United States

## Author ──────────────────────────────

**Author:** Frank Frazetta

**Author Created:** 2-D artwork

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant ─────────────────────

**Copyright Claimant:** Frazetta Properties, LLC

P.O. Box 919, Marshalls Creek, PA, 18335, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ─────────────────

**Organization Name:** Wolf Greenfield & Sacks

**Name:** John Strand

**Email:** jstrand@wolfgreenfield.com     **Telephone:** 617-646-8000

**Address:** 600 Atlantic Ave

Boston, MA 02210 United States

## Certification ──────────────────────────

**Name:** John Strand, Esq.

**Date:** October 8, 2009

Page 1 of 1

**Registration #:**   VA0001688405

**Service Request #:**   1-256353277

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210