# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

\* Designates Required Fields

## 1 WORK BEING REGISTERED

**1a.** \* Type of work being registered (*Fill in one only*)
- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

**1b.** \* Title of this work (*one title per space*) [____]

**1c.** For a serial issue: Volume [____] Number [____] Issue [____] ISSN [____]
Frequency of publication: [____] Other [____]

**1d.** Previous or alternative title [____]

**1e.** \* Year of completion [____]

**Publication** (If this work has not been published, skip to section 2)

**1f.** Date of publication [____] (mm/dd/yyyy)    **1g.** ISBN [____]

**1h.** Nation of publication  ☐ United States  ☐ Other   Other [____]

**1i.** Published as a contribution in a larger work entitled [____]

**1j.** If line 1i above names a serial issue  Volume [____] Number [____] Issue [____] On pages [____]

**1k.** If work was preregistered  Number PRE-[____]

## 2 AUTHOR INFORMATION

**2a.** Personal name    \* *complete either 2a or 2b*
First Name [____]    Middle [____]    Last [____]

**2b.** Organization name [____]

**2c.** Doing business as [____]

**2d.** Year of birth [____]    **2e.** Year of death [____]

**2f.** \*  ☐ Citizenship   ☐ United States   ☐ Other   Other [____]
        ☐ Domicile     ☐ United States   ☐ Other   Other [____]

**2g.** Author's contribution:  ☐ Made for hire    ☐ Anonymous
                                ☐ Pseudonymous    (Pseudonym is: [____])

**2h.** \* **This author created** *Fill in only the authorship that applies to this author*)
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording
- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation
- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work
- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: [____]

1

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name      First Name      Middle      Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *      State      ZIP / Postal code      Country

Email      Phone number      *(Add "+" and country code for foreign numbers)*

**3e.** If claimant is **not** an author, copyright ownership acquired by: ☐ Written agreement  ☐ Will or inheritance  ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM         Skip section 4 if this work is all new.

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing
- Translation
- Compilation
- Other

**4b.** Previous registration(s)    Number              Year

**4c.** New material included in this claim *(The work contains new, additional, or revised material)* Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture
- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name      Middle      Last

Name of organization

Street address

2

Street address (line 2)

| City | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email | Phone number | |
|---|---|---|
| | | *(Add "+" and country code for foreign numbers)* |

# 6 CORRESPONDENCE CONTACT

| First name * | Middle | Last * |
|---|---|---|

Name of organization

Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email * | Daytime phone number | |
|---|---|---|
| | | *(Add "+" and country code for foreign numbers)* |

\* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

| 7a. First Name | Middle | Last |
|---|---|---|

7b. Name of organization

7c. Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

| 8b. Printed name | 8c. Date signed |
|---|---|

| 8d. Deposit account number | Account holder |
|---|---|

3

## 9 Note to Copyright Office (Optional):

## 10 Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.

**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s)** (At least one must be selected)

Pending or prospective ☐

Customs matters ☐

Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4