UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA,
AND FRAZETTA PROPERTIES, LLC,

      Plaintiffs

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

      Defendants

_____/

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF FILING DOCUMENTS AND COMPLIANCE WITH COURT ORDER

Pursuant to the Court's Order, Plaintiff submits this Notice of Filing Attached Documents to comply with this Court's Order. See Docket # 171. The pages of each of the following original documents were bound together by when received from the United States Copyright Office. Pages of bound documents were not separated to ensure the certificates were neither nullified nor otherwise voided.

- Certified Color Photocopy of Death Dealer II

- Death Dealer II Certificate of Registration

- Certified Color Photocopy of Death Dealer V

- Death Dealer V Certificate of Registration

Color copies of the documents are incorporated into this document. See Exhibit 1. The above listed original documents received from the Copyright Office were mailed via United States Postal Service priority mail on June 20, 2024, and delivered on June

21, 2024, and are incorporated into this document. <u>See</u> Exhibit 2.

After contacting the Court of Clerk, Plaintiff learned the Honorable Judge Jung had the documents in chambers and this filing is made to supplement that filing.

Plaintiff will file additional documents when received from the Copyright Office and will file updates required by the Court.

Respectfully submitted,

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, JD, MBA
FBN: 0052248
Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

Email: office@merrittlaw.net
Telephone: 941.445.4841
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY Notice of the foregoing was filed on June 28, 2024, via CM/ECF and copy provided via CM/ECF to Defendants' counsel Leigh M. Wiliams, Esq.

/s/ <u>Jack W. Merritt</u>
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.