LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **DEATH DEALER II** deposited in the Copyright Office with claim of copyright registered under number **VA 1-688-397**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 1, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten*

By:   Veronica Patten
      Supervisory Copyright Specialist
      Records Research and Certification Division
      Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT 1





**THIS IS TO CERTIFY** that on October 8, 2009 a claim to copyright a work identified as **DEATH DEALER II** was registered under number **VA 1-688-397.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 02, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By:  Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 1-688-397**

**Effective date of registration:**
October 8, 2009

### Title
- **Title of Work:** Death Dealer II

### Completion/Publication
- **Year of Completion:** 1986
- **Date of 1st Publication:** January 1, 1988
- **Nation of 1st Publication:** United States

### Author
- **Author:** Frank Frazetta
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Frazetta Properties, LLC
  P.O. Box 919, Marshalls Creek, PA, 18335, United States
- **Transfer Statement:** By written agreement

### Rights and Permissions
- **Organization Name:** Wolf Greenfield & Sacks
- **Name:** John Strand
- **Email:** jstrand@wolfgreenfield.com
- **Telephone:** 617-646-8000
- **Address:** 600 Atlantic Ave
  Boston, MA 02210 United States

### Certification
- **Name:** John Strand, Esq.
- **Date:** October 8, 2009

LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **DEATH DEALER V.** deposited in the Copyright Office with claim of copyright registered under number **VA 1-688-405**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on April 26, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS
Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on October 8, 2009 a claim to copyright a work identified as **DEATH DEALER V** was registered under number **VA 1-688-405.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 02, 2024.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten*

By:   Veronica Patten
      Supervisory Copyright Specialist
      Records Research and Certification Division
      Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-688-405**

**Effective date of registration:**

October 8, 2009

---

### Title
**Title of Work:** Death Dealer V

### Completion/Publication
**Year of Completion:** 1989
**Date of 1st Publication:** January 1, 1990    **Nation of 1st Publication:** United States

### Author
- **Author:** Frank Frazetta
  **Author Created:** 2-D artwork
  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA, 18335, United States
**Transfer Statement:** By written agreement

### Rights and Permissions
**Organization Name:** Wolf Greenfield & Sacks
**Name:** John Strand
**Email:** jstrand@wolfgreenfield.com    **Telephone:** 617-646-8000
**Address:** 600 Atlantic Ave
Boston, MA 02210 United States

### Certification
**Name:** John Strand, Esq.
**Date:** October 8, 2009

Page 1 of 1

**Wendy Newsome**

| | |
|---|---|
| **From:** | DoNotReply@ereceipt.usps.gov |
| **Sent:** | Thursday, June 20, 2024 4:26 PM |
| **To:** | |
| **Subject:** | USPS eReceipt |

```
                    VALRICO
              2406 E STATE ROAD 60
              VALRICO, FL 33594-9998
                  (800)275-8777
06/20/2024                                04:26 PM
--------------------------------------------------
Product                 Qty      Unit        Price
                                 Price
--------------------------------------------------
Priority Mail®           1                  $10.15
Legal FR Env
    Tampa, FL 33602
    Flat Rate
    Expected Delivery Date
        Fri 06/21/2024
    Tracking #:
        9505 5161 6225 4172 1049 83
    Insurance                                $0.00
        Up to $100.00 included
Total                                       $10.15

--------------------------------------------------
Grand Total:                                $10.15
--------------------------------------------------
Credit Card Remit                           $10.15
    Card Name: AMEX
    Account #: XXXXXXXXXXX3002
    Approval #: 876096
    Transaction #: 845
    AID: A000000025010801 Contactless
    AL: AMERICAN EXPRESS
    PIN: Not Required
--------------------------------------------------

         In a hurry? Self-service kiosks offer
         quick and easy check-out. Any Retail
          Associate can show you how.
```

EXHIBIT 2

1

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
   Go to: https://postalexperience.com/pos?mt=9
   or call 1-800-410-7420.

---

UFN: 119150-0345
Receipt #: 840-53350032-5-6374869-2
Clerk: 59

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.

2

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

# USPS Tracking®

FAQs

**Tracking Number:**

Remove

## 9505516162254172104983

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/?_gl=1*1p9cvh9*_gcl_au*MTcyNTM1NzM1NS4xNzE5NTAwMTc0*_ga*MzEzMDMyMTUxLjE3MTk1MDAxNzQ.*_ga_3NXP3C8S9V*MTcxOTUw

**Latest Update**

Your item was delivered to an individual at the address at 10:48 am on June 21, 2024 in TAMPA, FL 33602.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**
TAMPA, FL 33602
June 21, 2024, 10:48 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs