UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*

vs.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,
    *Defendants.*
_____/

### PLAINTIFF REQUEST MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' SECOND MOTION FOR RECONSIDERATION

Plaintiff files this Motion to Extend Time to Defendants' Second Motion for Reconsideration by Thursday July 25, 2024. The Court entered it's the Order at Document Number 177.

Plaintiff's attorney was diagnosed with COVID on Saturday, July 20, and began treatment with Paxlovid on Sunday, July 21. Undersigned counsel requests an extension to file its response to Thursday, August 1, 2024. Defendants will not be damaged by this extension.

### GOOD FAITH ATTEMPT TO RESOLVE MOTION WITH DEFENDANTS

Counsel called Defendants' attorney, Ms. Williams, at 2:49 pm on July 24, 2024. Attorney Williams agreed to the extension of time for Plaintiff to respond from July 25 to August 1, 2024.

DATED JULY 24, 2024.

        Respectfully submitted

        /s/ Jack W. Merritt
        Jack W. Merritt, JD, MBA.
        FBN: 0052248
        Merritt Law, P.A.
        Mediterranea Professional Park
        690 South Tamiami Trail
        Osprey, FL 34229

        office@merrittlaw.net
        941.445.4841
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing was filed on July 24, 2024, via CM/ECF and copy provided via CM/ECF to Defendants' counsel Leigh M. Wiliams, Esq.

        /s/ Jack W. Merritt
        Jack W. Merritt, JD, MBA.
        FBN: 0052248
        Merritt Law, P.A.