# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

HOLLY J. FRAZETTA, HEIDI L. FRAZETTA, AND FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.

VANGUARD PRODUCTIONS, LLC, AND JESSE DAVID SPURLOCK,

    Defendants.

_____/

## **PLAINTIFF'S NOTICE OF COMPLIANCE**

Plaintiff Frazetta Properties, LLC files this of status of compliance with the Court's Order entered at Docket Numbers 166 and 169.

1. Plaintiff was ordered to file an update each of compliance with the Order in connection with each of the following.

    A. Certified registration certificates.

    B. Certified copies of deposits.

    C. Certified registration applications.

    D. Certified recordation of transfer of copyright ownership to Plaintiff.

2. In a filing made via USPS certified mail on June 20, 2024, at document number 172, Plaintiff filed the original certified registration certificates for Death

Dealer II and Death Dealer V, and certified color photocopies of the original deposits of Death Dealer II and Death Dealer V.

3. Upon information received from the U.S. District Court for the Middle District of Florida, Tampa Division, The Honorable Judge Jung has those filings in his chambers.

4. As of the date of this filing, Plaintiff has not received certified copies of the registration applications and certified copies of the transfers of copyright ownership from the U.S. Copyright Office or any other source.

5. Plaintiff will continue to update this information as required by the Court's Orders.

6. Plaintiff will make other appropriate filings relating to the Court's Orders.

Respectfully submitted,

**MERRITT LAW PA**

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
Email:      office@merrittlaw.net
Telephone: (941) 445.4841
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Motion was furnished to Defendants' attorney, Leigh M. Williams, Esq., on July 31, 2024, via CM/ECF.

**MERRITT LAW PA**

/s/ Jack W. Merritt
Jack W. Merritt, Esq.
FBN: 0052248
690 South Tamiami Trail
Osprey, FL 34229
Attorney for Plaintiff