**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:  8:22-cv-581-WFJ-AEP | | DATE:          August 14, 2024 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **FRAZETTA PROPERTIES, LLC,**<br><br>          **Plaintiff**<br><br>**v.**<br><br>**VANGUARD PRODUCTIONS, LLC, et al.,**<br><br>          **Defendants** | | **PLAINTIFF COUNSEL**<br>Jack Merritt, Retained<br><br><br><br>**DEFENDANT COUNSEL**<br>Lee Williams, Retained | |
| **COURT REPORTER:**  Tracey Aurelio | | **DEPUTY CLERK:** | **Javaris Gooding-Butts** |
| **TIME:**  12:56 PM - 1:14 PM<br>**TOTAL:**  18 Minutes | | **COURTROOM:** | Telephonic |

**PROCEEDINGS:**    MOTION HEARING

Court in session.

Counsel identified for the record.

The Court addressed pending matters with the parties.

Counsel for the Plaintiff presented their argument.

Counsel for the Defendant presented their argument.

The Court makes a ruling on the record.

The Court instructs the parties on the record.

Court adjourned.