UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*                  CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC,
and JESSE DAVID SPURLOCK,

    *Defendants.*
_____/

**DEFENDANTS' SUGGESTED DATES FOR EVIDENTIARY HEARING, PRE-TRIAL CONFERENCE, TRIAL, AND DISPOSITIVE MOTIONS**

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK suggest the following dates for this matter's remaining events per Order DIN 184.

| | |
|---|---|
| Evidentiary Hearing | 12/02/24 |
| Deadline to file dispositive motions | 1/30/2025 |
| Final Pretrial Conference | 6/16/2025 |
| Month and year of Bench Trial Term | 7/1/2025 |

DATED: SEPTEMBER 4, 2024

                              Respectfully submitted,

/s/:  *Leigh M. Williams*
       _____
       Leigh M. Williams, Esq.
       Fla. Bar No. 624543
       Leigh M. Williams Law Office, PLLC
       1701 W. Kansas Ave.
       Midland, TX 79701
       E-mail: leigh@williamslegal.org
                mcmillan.esq@gmail.com
       Tel. No.: 432 901-2141
       *Attorney for Defendants*