UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,
    *Plaintiffs,*
vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,
    *Defendants.*
_____/

**PLAINTIFF FRAZETTA PROPERTIES, LLC RESPONSE IN OPPOSITION TO SUGGESTED DATES PROVIDED BY DEFENDANTS AND PLAINTIFFS REQUESTED DATES**

PLAINTIFF FRAZETTA PROPERTIES, LLC ("FRAZETTA") files this Opposition to DEFEDANTS' suggested dates for Evidentiary Hearing, Pre-Trial Conference, Trial and Dispositive Motions and Plaintiff's Requested dates for Discovery, Disclosure of Expert Witnesses, Motions to Compel, Dispositive Motions, Mediation, and Trial. If the Court believes an evidentiary hearing should occur, it might be scheduled after discovery and all motions related to discovery issues are heard and the issues resolved.

Defendants' suggested dates include only four entries but extend to July 1, 2025, and fail to account for many of the issues suggested. The purported letter dated Jan 13, 2015, and signed by Defendants Spurlock and allegedly signed by Mr. William Frazetta, Ms. Holly Frazetta, and Ms. Heidi Frazetta (collectively, "Frazetta Family Members") attached to Defendant Spurlock's Affidavit. See DIN 95.

Plaintiff must be given the opportunity to examine the letter and purported signatures of the Frazetta Famil Members to address discrepancies found within the letter and most probably an email and the virtually identical signatures of the Frazetta Family Members to the signatures on the 2010 agreement.

Plaintiff provides the following proposed dates.

1. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 11/1/2024 |
| Deadline for moving to Amend the Pleadings, *see* Fed. R. Civ. P. 15(a). | 11/15/2024 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). Plaintiff | 12/1/2024 |
| Defendant | 12/15/2024 |
| Rebuttal | 1/10/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 2/14/2025 |
| Deadline for filing Dispositive Motions | 3/20/2025 |
| Date of the final pretrial meeting. See Local Rule 3.06(a). | 4/4/2025 |

| | |
|---|---|
| Deadline for participating in Mediation | 4/16/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 5/2/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 5/21/2025 |
| Month and year of the trial term. | June 2025 |

For the foregoing reasons, Plaintiff respectfully requests the Court disregard Defendants' suggested dates and instead use Plaintiff's Requested Dates.

DATED: SEPTEMBER 4, 2024

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.
Mediterranea Professional Park
690 South Tamiami Trail
Osprey, FL 34229

office@merrittlaw.net
941.445.4841
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing was filed on September 4, 2024, with copy provided via CMECF to Defendants' attorney, Leight M. Williams.

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA.
FBN: 0052248
Merritt Law, P.A.