# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

### CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

    Defendants.
_____/

### PLANITIFF'S RULE 26 INITIAL DISCLOSURES

    COMES NOW Plaintiff Frazetta Properties, LLC, by and through his undersigned attorney, and files this, his initial disclosures pursuant to Rule 26(a)(1):

As of this date, the initial disclosures outlined herein are what Plaintiff and counsel have been able to identify and to compile pertaining to this case. These disclosures are made in good faith. As discovery is ongoing it is likely additional information may be discovered and identified with regard to this matter.

A.    Disclosures pursuant to Rule 26(a)(1)(A)(i)

    Plaintiff identifies the following names and addresses of individuals likely to have discoverable information along with the subjects of that information that Plaintiff may use to support its claims or defenses.

1.    FRAZETTA PROPERTIES, LLC
    Members:
    A.    Holly Frazetta,
    B.    Heidi Frazetta
    C.    William Frazetta

2. Defendant Jesse David Spurlock

3. Defendant Vanguard Productions, LLC

B. Disclosures pursuant to Rule 26(a)(1)(A)(ii)

Plaintiff identifies the following documents, electronically stored information, and tangible things that Plaintiff has in its possession and/or has already produced to Defendants and/or to the Court, and may use to support its claims or defenses.

1. Original proof of copyrighted materials.

2. Signatures of members from prior agreements.

3. The email produced by the Defendants which they claim was signed by Frazetta members.

4. Relevant e-mails between parties.

5. Documents produced by Defendants in response to production requests from the case decided in Sarasota County in December 2023.

6. Filings, including affidavits, made by Defendants previously in this case.

C. Disclosure pursuant to Rule 26(a)(1)(iii)

Plaintiff seeks damages as provided in 17 U.S.C. § 504.  Plaintiff reserves its decision on the computation of damages as provided therein.

6. Plaintiff requests attorneys' fees upon the finding of infringement.

Respectfully submitted,

                              **MERRITT LAW, P.A.**

                              <u>/s/ Jack W. Merritt</u>
                              Jack W. Merritt, JD, MBA
                              FBN:  0052248
                              Mediterranea Professional Park
                              690 S Tamiami Trail

Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2024 a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq., via CMECF, attorney for Vanguard Productions, LLC and Jesse David Spurlock.

**MERRITT LAW, P.A.**

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN:  0052248
Mediterranea Professional Park
690 S Tamiami Trail
Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net