## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

### CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

    Defendants.
_____/

### PLAINTIFF FRAZETTA PROPERTIES LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

&boxtimes; No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    &boxtimes; No.

    ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    &boxtimes; No.

    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

    &boxtimes; No.

    ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

    &boxtimes; No.

    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

Defendant Vanguard Productions, LLC is a limited liability company formed under the laws of the State of Florida. The document number assigned to the entity is L11000076462 and can be found on the Florida Division of Corporations website at www.sunbiz.org.

    f.    Has the filer identified any natural person?

        ☐    No.

        ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

Since this case was initially filed, Plaintiff understands that Defendant Jess David Spurlock is a resident of the State of Texas, which is the state where the summons issued by the Court of Clerk's Office for the U.S. Middle District of Florida listed on the summons. Defendant Spurlock did not raise a defense alleging he was not a citizen of the United States.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☒    No.

    ☐    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5.     Is this a bankruptcy action?

        ☒     No.

        ☐     Yes, and the debtor is [].

        ☐     Yes, and the members of the creditors' committee are [].

6.     Is this a criminal case?

        ☒     No.

        ☐     Yes, and these persons are arguably eligible for restitution: [].

7.     Is there an additional entity likely to actively participate in this action?

        ☒     No.

        ☐     Yes, and this is the entity: [].

8.     Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

        ☒     Yes.

Respectfully submitted,

                                   **MERRITT LAW, P.A.**

                                   /s/ Jack W. Merritt
                                   Jack W. Merritt, JD, MBA
                                   FBN:  0052248
                                   Mediterranea Professional Park
                                   690 S Tamiami Trail
                                   Osprey FL 34229
                                   941.445.4841 (Tel)
                                   office@merrittlaw.net

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2024 a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq., via CMECF, attorney for Vanguard Productions, LLC and Jesse David Spurlock.

**MERRITT LAW, P.A.**

/s/ Jack W. Merritt
Jack W. Merritt, JD, MBA
FBN:  0052248
Mediterranea Professional Park
690 S Tamiami Trail
Osprey FL 34229
941.445.4841 (Tel)
office@merrittlaw.net