UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*      CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **DEFENDANTS' RULE 26 AND EXPERT WITNESS DISCLOSURES**

    Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD"), and JESS DAVID SPURLOCK, pursuant to Fed. R. Civ. Pro. 26(1) and (2), submit the following:

    1.    Name, address, telephone number of individuals likely to have discoverable Rule 26 F.R.C.P. Rule 38 information, and subjects of information:

> J. David Spurlock
> c/o Leigh M. Williams
> Has personal knowledge of the agreements entered into by and between Frazetta Properties, LLC, J. David Spurlock, individually and d/b/a Vanguard Productions, and Vanguard Productions, LLC.
>
> Frank Frazetta, Jr.
> c/o The Frank Frazetta Museum
> 141 Museum Lane
> East Stroudsburg, Pennsylvania 18301
> Is a member of Frazetta Properties, LLC ("Frazetta Properties") and has knowledge of the other three members of Frazetta Properties signing the January 13, 2015 cease-and-desist letter to Dark Horse, Diamond Comics Distributors, and Mr. Frazetta, which dispute between Frazetta Properties, LLC and Vanguard with Dark Horse, Diamond Comics Distributors and Frank Frazetta, Jr., concerning the publication of Mr. Frazetta's book featuring the art of his late father, artist Frank Frazetta, was resolved amicably by the parties. The cease-and-desist letter is filed in this matter as Docket Entry 95-4.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

    2. Copy or a description by category and location of all documents, electronically stored information, and tangible things that Plaintiff has in its possession, custody, or control and may use to support its claims or defenses, excluding impeachment items:

    2010 Settlement Agreements

    All pleadings, affidavits, and exhibits filed by the parties in this matter

    All items produced in discovery by the parties

    The applications to the United States Copyright Office filed by Frazetta Properties in 2009, copyright registering Death Dealer II and Death Dealer V

    E-mails between the parties and its individual members concerning the dispute arising from Hermes Press' 2013 publication of Frank Frazetta's book "*Frank Frazetta: Art and Remembrances.*"

    All items listed in Frazetta Properties' Rule 26 disclosures

*This list is subject to additional material if located and will be updated in a timely fashion in a supplemental document.*

    3. Computation of each category of damages claimed:

    NONE claimed

    4. Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    NONE

    5. <u>Expert Witnesses</u>:

    J. David Spurlock
    c/o Leigh M. Williams

    Has expertise on the following issues: the book publishing industry, the art of Frank Frazetta, the life of Frank Frazetta, book publishing agreements, publication of books featuring the works of influential modern artists and illustrators, the histories of the defunct publishers of Frank Frazetta's book cover art, and other relevant topics concerning the factual issues in this matter. Mr. Spurlock's CV is attached hereto.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

DATED: DECEMBER 5, 2024

/s/: *Leigh Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: leigh@williamslegal.org
Tel. No.: 432 901-2141
*Attorney for J. David Spurlock and Vanguard Productions, LLC*