UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## NOTICE OF FILING A CORRECT CERTIFIED COPY OF DEATH DEALER V's E-FILE APPLICATION

    Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK file the attached true and correct copy of Frazetta Properties, LLC's 2009 E-File Application for *Death Dealer V* (Reg. No. VA 1-688-405), obtained from the United States Copyright Office.

    The Document filed under docket number 174-2 inadvertently left out one page of that E-File Application.

    DATED: JANUARY 23, 2025

/s/: *Leigh Williams*
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: leigh@williamslegal.org
        mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
*Attorney for J. David Spurlock and Vanguard Productions, LLC*