

# COPY OF E-FILE APPLICATION

NOTE: The attached is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **DEATH DEALER V** service number **SR# 1-256353277**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted. Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

*APPLICATION*

## Title
Death Dealer V

## Completion/Publication
**Year of Completion:** 1989
**Publication Date:** January 1, 1990
**Nation of Publication:** United States

## Author
**Author:** Frank Frazetta
**Author Created:** 2-D Art
**Transfer Statement:** By written agreement
**Citizen of:** United States
**Domiciled in:** United States
**Pseudonymous:** No

## Copyright Claimant
**Copyright Claimant:** Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA 18335, United States

## Certification
**Name:** John Strand, Esq.
**Date:** October 08, 2009

## Rights and Permissions
**Name:** John Strand
**Organization Name:** Wolf Greenfield & Sacks
**Email:** jstrand@wolfgreenfield.com
**Address:** 600 Atlantic Ave, Boston, MA, 02210, United States
**Telephone:** (617) 646-8000

## Correspondent Name and Address
**Name:** John Strand
**Organization Name:** Wolf Greenfield & Sacks
**Email:** jstrand@wolfgreenfield.com
**Address:** Wolf Greenfield, 600 Atlantic Ave, Boston, MA, 02210, United States
**Telephone:** (617) 646-8000

**Registration #:** VA0001688405

**Service Request #:** 1-256353277

Wolf Greenfield & Sacks
John Strand
Wolf Greenfield
600 Atlantic Ave
Boston, MA 02210

```
ORIGIN ID:JPNA  (202) 707-6308         SHIP DATE: 30APR24
TANISHA CLARK                          ACTWGT: 5.00 LB
THE LIBRARY OF CONGRESS                CAD: 109488702/INET4535
101 INDEPENDENCE AVE SE
LM 453
WASHINGTON, DC 20540                   BILL SENDER
UNITED STATES US

TO  LEIGH M WILLIAMS
    LEIGH M. WILLIAMS LAW OFFICE, PLLC
    1701 W. KANSAS DRIVE

    MIDLAND TX 79701
    (432) 901-2141      REF:
    INV:
    PO:                 DEPT:
```




FedEx Express



TRK# 0201  7761 5743 8607           WED - 01 MAY 12:00P
                                    PRIORITY OVERNIGHT

XA MAFA                             79701
                        TX-US       LBB



# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: Leigh M Williams Law Office, PLLC
Address: Attn: Leigh M. Williams
1701 W. Kansas Ave
Midland, TX 79701
Phone: 432-901-2141

Completed Date: 4/30/2024
Service Request No.: 1-13703045551 (TCLA)
Registration No.: VA 1-688-405
Title:
Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Copy of Registration | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | |
| Copy of Deposit- Black and White or Color | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | 1 | $ 100.00 | $ 100.00 |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | 1 | $ 45.00 | $ 45.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | **Total Fee** | | $ 1,081.00 | |
| | **Total Amount Paid** | | | $ 1,081.00 |
| | **Refund** | | | $ 0.00 |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559 · www.copyright.gov
REVISED: 07/2021