

Leigh Williams <leigh@williamslegal.org>

## RE: Discovery to Frazetta Properties - Copyright Case
1 message

---

**Leigh Williams** <leigh@williamslegal.org>  Mon, Dec 9, 2024 at 1:00 PM
To: jmerritt@merrittlaw.net
Cc: wnewsome@merrittlaw.net, office@merrittlaw.net

Dear Jack -

Hope all is well and that you and yours have survived the hurricanes in good health and without too much property damage.

Attached, please find Defendants' second requests for production (No.s 4-10), due January 8, 2025.

With kindest regards,

*Leigh*
Leigh M. Williams
Leigh M. Williams Law Office, PLLC
Tel. 432 901-2141

CONFIDENTIALITY NOTICE: This message, including any attachments, may contain confidential, proprietary, privileged and/or private information. The information is intended for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by one other than the intended recipient is prohibited.

---

**2 attachments**

 **2024-12-09 Defendants 2d Request for Production.pdf**
229K

 **2024-12-09 Defendants 2d Request for Production.rtf**
93K