UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.                                                                    Case No. 22-cv-000581

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    Defendants.
_____/

## PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF PRODUCTION REQUESTS

Plaintiff FRAZETTA PROPERTIES, LLC, provides the following responses and objections to Defendant's Second Set of Production Requests, numbered 4 through 10.

## RESPONSES AND OBJECTIONS

4.     All documents you are likely to use in support of your claims.

RESPONSE:     Defendant objects to this Request on the grounds that it calls for the disclosure of information protected from discovery by the attorney-client privilege and the attorney work-product doctrine. Defendant further objects to this Request on the ground that it seeks discovery regarding Defendant's opinions of counsel prior to the time for disclosure of such opinions as set forth in the Court's Scheduling Order. Plaintiff reserves the right to supplement this Response.

5.     All documents you are going to use or are likely to use to prove damages or harm concerning the alleged copyright infringement.

RESPONSE:     Defendant objects to this Request on the grounds that it calls for the disclosure of information protected from discovery by the attorney-client privilege and the attorney work-product doctrine. Defendant further objects to this Request on the ground that it seeks discovery regarding Defendant's opinions of counsel prior to

1

the time for disclosure of such opinions as set forth in the Court's Scheduling Order. Plaintiff reserves the right to supplement this Response.

Plaintiff has not determined whether it will seek statutory damages or damages arising from sales made by Defendants and projected loss of sales. Plaintiff reserves the right to supplement this response.

6. All agreements or licenses with any of the parties to this proceeding concerning Death Dealer II and Death Dealer V.

RESPONSE: Although already in Defendants' possession from the Sarasota County Circuit Court case decided by jury trial in December 2023, Plaintiff will produce the CORE Agreement by February 1, 2025.

7. Certified copies of Frazetta Properties applications to copyright register Death Dealer II and Death Dealer V with the United States Copyright Office.

RESPONSE: Plaintiff does not have the applications in its possession. Defendants may contact the U.S. Copyright Office to obtain the requested documents.

8. High resolution digital images of Death Dealer II and Death Dealer V that Frazetta Properties claims were infringed by Defendants.

RESPONSE: Plaintiff provided copies of the images produced by the U.S. Copyright Office with the certified registrations from the Office, which were high resolution images. Defendants used high resolution images when it created the infringing book. Defendants have such images in its possession, Plaintiff will produce responsive images in its possession by February 1, 2025.

9. All correspondence, including emails and texts, to the parties and non-parties to this case, pertaining to the dispute between Vanguard and Spurlock and Frazetta Properties and Harmes Press and Frank Frazetta, Jr. concerning Frank Frazetta, Jr.'s 2013 book "*Frank Frazetta: Art and Remembrances.*"

RESPONSE: Plaintiff has no texts. Although Plaintiff does not have emails between Vanguard and Spurlock and Frazetta Properties and Harmes Press and Frank Frazetta, Jr., Plaintiff is reviewing emails produced in the Sarasota County Circuit Court case decided by jury trial in December 2023.

10. All agreements or licenses with others (non-parties to this proceeding) concerning the Death Dealer II and Death Dealer V images, providing:

    (i)    the fee amount

(ii) The terms (i.e., exclusive, non-exclusive, ongoing or for a specified term, and the specialized use, (e.g., merchandise, T-shirts, posts décor, book publishing, etc.)

(iii) A true and correct copy of the hi-res digital image file provided to the licensee, and

(iv) A trust and correct image of the license work as published or manufactured

RESPONSE:  None.

DATED:  January 13, 2025

Respectfully submitted,

/s/    Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
Email:    office@merrittlaw.net

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, a copy of the foregoing Plaintiff's Responses and Objections to Defendants Second Set of Production Requests was served via email on the following Defendants' attorney, Leigh M. Williams.

/s/    Jack W. Merritt
Jack W. Merritt
FBN: 0052248
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
Email:    office@merrittlaw.net