

Leigh Williams <leigh@williamslegal.org>

---

## RE: Frazetta Properties v. Vanguard and Spurlock; Plaintiff's Responses to 2nd RFP
1 message

---

**Leigh Williams** <leigh@williamslegal.org>    Thu, Jan 23, 2025 at 8:22 PM
To: jmerritt@merrittlaw.net
Cc: "Wendy Newsome, Paralegal" <wnewsome@merrittlaw.net>, office@merrittlaw.net

Dear Jack -

When I spoke with Wendy earlier today, I promised to send a detailed letter describing the requested items needed by Defendants.  I also included a few questions about the deposition of David Spurlock that Plaintiff is requesting.

Attached directly to my letter are Defendants' 2nd RTP, Plaintiff's Responses, and the Court's Endorsed Order issued April 19, 2024. [DIN 166]

Due to the impending discovery deadline (February 7, 2025), I expect a response by Monday, January 27th.  Thank you in advance for your anticipated courtesies in this matter.

With kindest regards,

*Leigh*
Leigh M. Williams
Leigh M. Williams Law Office, PLLC
Tel. 432 901-2141

CONFIDENTIALITY NOTICE: This message, including any attachments, may contain confidential, proprietary, privileged and/or private information. The information is intended for the use of the individual or entity designated above.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by one other than the intended recipient is prohibited.

---

 **2025-01-23 Ltr. to Merritt RE Discovery Issues.pdf**
614K