# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.                                     **CASE NO. 8:22-cv-00581-WFJ-AEP**

VANGUARD PRODUCTIONS, LLC,
and JESSE DAVID SPURLOCK,

    Defendants.
_____/

## NOTICE OF MEDIATION
## (VIA ZOOM PLATFORM)

**PLEASE TAKE NOTICE** that Mediation has been scheduled before the undersigned Mediator and will take place via Zoom platform.  The Zoom information will be provided by the Mediator prior to the scheduled mediation.

MEDIATOR:       Manuel Menendez, Jr., Esq.
TIME/DATE:    1:00 p.m., February 13, 2025 (1/2 day reserved)
PLACE**:**           Via Zoom Platform

PLEASE GOVERN YOURSELF ACCORDINGLY.

                                    **MERRITT LAW, P.A.**

                                    /s/ Jack W. Merritt
                                    Jack W. Merritt, JD, MBA
                                    FBN:  0052248
                                    Mediterranea Professional Park
                                    690 S Tamiami Trail

>Osprey FL 34229
>941.445.4841 (Tel)
>office@merrittlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2025, a true and correct copy of the foregoing Notice was furnished to Leigh McMillan Williams, Esq. at mcmillan.esq@gmail.com, and leigh@williamslegal.org, 1701 W. Kansas Avenue, Midland, TX 79701-5909, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.

Dated: Sarasota, Florida
      January 28, 2025

>Merritt Law P.A.
>Mediterranea Professional Park
>690 S. Tamiami Trail
>Osprey FL 34229
>(941) 445-4841
>Counsel for Plaintiffs
>
>By: /s/ Jack W. Merritt
>      Florida Bar No. 0052248
>      *office@merrittlaw.net*