**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.                                                    Case No: 8:22-cv-581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC and
JESS DAVID SPURLOCK,

    Defendants.

_____

## ORDER APPOINTING MEDIATOR
## AND SCHEDULING MEDIATION

Pursuant to the Notice of Mediation (Dkt. 196), and in accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

The following individual is hereby appointed by the Court to serve as mediator in this action:

    **Name of Mediator**:    Manuel Menendez, Jr.

    **Date/Time of Mediation**:    February 13, 2025
                                                      1:00 p.m.

    **Place of Mediation**:    via Zoom

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's

approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on January 30, 2025.

   s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any