UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETA,
HEIDI L. FRAZETTA and
FRAZETTA PROPERTIES, LLC,
    Plaintiffs,

v.                                      Case No. 8:22-cv-581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC,
and JESSE DAVID SPURLOCK
    Defendants.
_____/

## MEDIATION REPORT

The parties held a mediation conference on February 13, 2025. The results of that conference are indicated below.

1. **Attendance**

    The following participants attended the mediation conference:

    ☑ lead counsel: Jack W. Merritt, Esq., Attorney for Frazetta Properties, LLC and Leigh M. Williams, Esq., Attorney for Vanguard Productions, LLC, and J. David Spurlock.

    ☑ the parties or a party's surrogate satisfactory to the mediator: Joseph Weber, Corporate Representative for Frazetta Properties, LLC and Jesse David Spurlock, individually and as Corporate Representative for Vanguard Production, LLC.

    ☐ any necessary insurance carrier representative

    List any unexcused absence or departure from the mediation conference: Plaintiffs Holly J. Frazetta and Heidi L. Frazetta were dismissed by this Court's order of February 9, 2024 and did not appear for the Mediation Conference.

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐   The parties completely settled the case.

☐   The parties partially settled the case. The following issues remain:

_____
_____
_____

☐   The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☑   The parties have reached an **impasse**.

Reported on <u>February 14, 2025</u>, in <u>Tampa, Hillsborough County</u>, Florida.

                              <u>s/ Manuel Menendez, Jr.</u>
                              Signature of Mediator

                              Manuel Menendez, Jr.
                              m.menendezjr@gmail.com
                              813-245-8343
                              Mailing Address:
                              3225 S. MacDill Ave., Ste. 129-204
                              Tampa, FL 33629

Cc via email:

Jack William Merritt, Esq., office@merrittlaw.net
Attorney for Plaintiffs

Leigh Williams, Esq., mcmillan.esq@gmail.com
Attorney for Defendants