UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiffs,

v.                                              Case No. 22-cv-000581

VANGUARD PRODUCTIONS, LLC, AND
JESSE DAVID SPURLOCK,

    Defendants.

_____/

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANTS' SECOND SET OF PRODUCTION REQUESTS**

Plaintiff FRAZETTA PROPERTIES, LLC, provides the following second amended responses to Defendant's Second Set of Production Requests, numbered 4 through 10.

**STATUS OF PRODUCTION RESPONSES**

Plaintiff sent an Amended Response to the Defendant's attorney, Ms. Williams. Plaintiff next called Defendants' attorney on February 15, 2025, to ensure there were not any outstanding issues related to the Production Requests.

Ms. Williams stated that she wanted the Certified Application for one of the two Death Dealer images that she did not order. As will be explained in the Response in Opposition to Defendants' Motion to Compel[1] that Plaintiff must now file in an

---

[1] Plaintiff will explain that Defendants' Counsel stated she wanted the remaining certified application, because she wanted to see it. She responded the Court Ordered it and did not contend it added anything to her defendant of the lawsuit.

1

abundance of caution, because Defendants' Attorney has refused to act in good faith in trying to resolve these issues. In fact, when advised by Plaintiff's attorney that his client would order the application for the Death Dealer V application, she stated she wanted to see this response before she would consider advising the Court all issues had been resolved.

There is no reason for the Motion to Compel to proceed. Ms. Williams confirmed on February 15, 2025, that all issues with the exception of providing the Certified Copy of the Application for Death Dealer V were resolved. Plaintiff advised her that he would contact his client and confirm that he would order it. On February 17, 2025, he confirmed that to Defendants.

## RESPONSES

4. All documents you are likely to use in support of your claims.

RESPONSE: All documents produced and filed with the Court.

5. All documents you are going to use or are likely to use to prove damages or harm concerning the alleged copyright infringement.

RESPONSE: Plaintiff intends to seek statutory damages. Although Plaintiff has previously produced a brief on its damages and attorneys' fees and costs in this case and those numbers will have increased through trial.

6. All agreements or licenses with any of the parties to this proceeding concerning Death Dealer II and Death Dealer V.

RESPONSE: Although already in Defendants' possession from the Sarasota County Circuit Court case decided by jury trial in December 2023, Plaintiff will produce the CORE Agreement with these responses.

7. Certified copies of Frazetta Properties applications to copyright register Death Dealer II and Death Dealer V with the United States Copyright Office.

RESPONSE: Plaintiff will order the single remaining certified copy of the application of Death Dealer V. The one Defendant produced provided no probative value. The applications were not the subject of the Court's granting Defendants' Motion to Reconsider.

Plaintiff has produced the Copyright Registrations to the Defendants. When trying to resolve this issue with the Defendants counsel, Plaintiff's Attorney asked Defendants' Attorney why she needed the applications when the Certified Registrations had been provided and that included the high-resolution images. When contacted about the application previously, Defendants' Attorney responded that she had provided one application. When asked again, Defendants' Attorney stated that she would like to see the other application and provided no further explanation. Ms. Williams made no contention that the application she filed for Death Dealer II on January 25 (Dkt. 193) added anything to this lawsuit. The sole reason she provided for it was that she wanted to see it and the Court had ordered it.

8. High resolution digital images of Death Dealer II and Death Dealer V that Frazetta Properties claims were infringed by Defendants.

RESPONSE: In or about June 2024, high resolution previously provided when Plaintiff produced the Certified Registrations for Copyrights on Death Dealer II and Death Dealer V. It is understood that the Honorable Judge Jung has those documents in his chambers. Plaintiff again produced the Certified Registrations, and they were produced on February 13, 2025, to Defendants.

9. All correspondence, including emails and texts, to the parties and non-parties to this case, pertaining to the dispute between Vanguard and Spurlock and Frazetta Properties and Harmes Press and Frank Frazetta, Jr. concerning Frank Frazetta, Jr.'s 2013 book "*Frank Frazetta: Art and Remembrances*."

RESPONSE: Plaintiff has no texts. Although Plaintiff does not have emails between Vanguard and Spurlock and Frazetta Properties and Harmes Press and Frank Frazetta, Jr., Plaintiff reviewed the emails produced in the Sarasota County Circuit Court case and has none of the requested documents in its possession.

10. All agreements or licenses with others (non-parties to this proceeding) concerning the Death Dealer II and Death Dealer V images, providing:

    (i) the fee amount;

        **RESPONSE:** NONE>

3

 (ii) The terms (i.e., exclusive, non-exclusive, ongoing or for a specified term, and the specialized use, (e.g., merchandise, T-shirts, posts décor, book publishing, etc.)

   **RESPONSE:** NONE.

 (iii) A true and correct copy of the hi-res digital image file provided to the licensee, and

   **RESPONSE:** High resolution images were produced with the Certified copies of the registrations were produced on February 13, 2025, and in or about June 2024.

 (iv) A true and correct image of the license work as published or manufactured

   **RESPONSE:**  NONE.

DATED:  February 17, 2025

   Respectfully submitted,

    /s/   <u>Jack W. Merritt</u>
    Jack W. Merritt
    FBN: 0052248
    Mediterranea Professional Park
    690 S. Tamiami Trail
    Osprey FL 34229
    941.445.4841
    Email:      office@merrittlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, a copy of the foregoing Plaintiff's Amended Responses to Defendants' Second Set of Production Requests was served via email on the following Defendants' attorney, Leigh M. Williams.

    /s/   <u>Jack W. Merritt</u>
    Jack W. Merritt
    FBN: 0052248
    Mediterranea Professional Park
    690 S. Tamiami Trail
    Osprey FL 34229
    941.445.4841

Email:	office@merrittlaw.net