# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.                                **CASE NO. 8:22-cv-00581-WFJ-AEP**

VANGUARD PRODUCTIONS, LLC,
and JESSE DAVID SPURLOCK,

    Defendants.
_____/

## NOTICE OF FILING COPYRIGHT OFFICE'S ONLINE VIRTUAL CARD CATALOGS FOR DEATH DEALER II AND DEATH DEALER V

Plaintiff Frazetta Properties, LLC files the attached documents taken from the Copyright Office Virtual Card Catalog for Death Dealer II and Death Dealer V.  See Composite Exhibit 1.

                                  **MERRITT LAW, P.A.**

                                  <u>/s/ Jack W. Merritt</u>
                                  Jack W. Merritt, JD, MBA
                                  FBN:  0052248
                                  Mediterranea Professional Park
                                  690 S Tamiami Trail
                                  Osprey FL 34229
                                  941.445.4841 (Tel)
                                  office@merrittlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2025, a true and correct copy of the foregoing Response in Opposition was furnished via CM/ECF to Leigh McMillan

Williams, Esq. at mcmillan.esq@gmail.com, and leigh@williamslegal.org, 1701 W. Kansas Avenue, Midland, TX 79701-5909, Attorney for Vanguard Productions, LLC and Jesse David Spurlock.

Dated: Sarasota, Florida
      February 18, 2025

Merritt Law P.A.
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
(941) 445-4841
office@merrittlaw.net

By: /s/ <u>Jack W. Merritt</u>
      Florida Bar No. 0052248
      Counsel for Plaintiffs