# Copyright

---

**Registration Number / Date:**

VA0001688397 / 2009-10-08

**Registration Class:**

VA

**Type of Work:**

Visual Material

**Title:**

Death Dealer II.

**Application Title:**

Death Dealer II.

**Date of Creation:**

1986

**Date of Publication:**

1988-01-01

**Latest Transaction Date and Time:**

2009-11-06T14:52:46

**Copyright Claimant:**

Frazetta Properties, LLC, Transfer: By written agreement. Address: P.O. Box 919, Marshalls Creek, PA, 18335, United States.

**Authorship on Application:**

Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Rights and Permissions:**

John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com

**Record ID:**

23137537

**System Control Number:**

(DLC-CO)VA 001688397

**Originating System Control Number:**

VA 001688397

**Description:**

COMPOSITE EXHIBIT 1

Electronic file (eService)

**Nation of First Publication:**

United States

**Selection Notes:**

**Publication Date Range:**

**Names:**

Frazetta, Frank

Frazetta Properties, LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/23137537

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**

VA0001688405 / 2009-10-08

**Registration Class:**

VA

**Type of Work:**

Visual Material

**Title:**

Death Dealer V.

**Application Title:**

Death Dealer V.

**Date of Creation:**

1989

**Date of Publication:**

1990-01-01

**Latest Transaction Date and Time:**

2009-11-06T14:52:51

**Copyright Claimant:**

Frazetta Properties, LLC, Transfer: By written agreement. Address: P.O. Box 919, Marshalls Creek, PA, 18335, United States.

**Authorship on Application:**

Frank Frazetta; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Rights and Permissions:**

John Strand, Wolf Greenfield & Sacks, 600 Atlantic Ave, Boston, MA, 02210, United States, (617) 646-8000, jstrand@wolfgreenfield.com

**Record ID:**

23137540

**System Control Number:**

(DLC-CO)VA 001688405

**Originating System Control Number:**

VA 001688405

**Description:**

Electronic file (eService)

**Nation of First Publication:**

United States

**Selection Notes:**

**Publication Date Range:**

**Names:**

Frazetta, Frank

Frazetta Properties, LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/23137540

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).