**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:22-cv-581-WFJ-AEP | | DATE: | February 18, 2025 |
|---|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | | |
| **FRAZETTA PROPERTIES, LLC.**<br>              **Plaintiff**<br>**v.** | | | **PLAINTIFF COUNSEL**<br>Jack Merritt, Esq. | |
| **VANGUARD PRODUCTIONS, LLC, et al.**<br>              **Defendant** | | | **DEFENSE COUNSEL**<br>Patricia Leigh Williams, Esq. | |
| **COURT REPORTER:**  digital | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:00 to  2:23  **TOTAL:** | | 23 min | **COURTROOM:** | ZOOM |

**PROCEEDINGS:**  ZOOM MOTION HEARING

MOTION to Compel Production of 2d RFP by Jess David Spurlock, Vanguard Productions, LLC (#195). Response #201.

Oral argument heard.

The plaintiff has 20 days to produce documents, and defense counsel will have 40 days (from today's date) to file any dispositive motions.

The court orders sanctions against the plaintiff for failing to produce. Counsel will meet and confer on the amount of fees.