UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    Plaintiff,

v.                                                    Case No. 8:22-cv-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC,
And JESSE DAVID SPURLOCK,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Defendants' Motion to Compel Plaintiff's Production of Documents (Doc. 195). The Court held a hearing on the matter on February 18, 2025 (Doc. 203). For the reasons stated on the record at the hearing, it is so

ORDERED:

1. Defendants' Motion to Compel (Doc. 195) is GRANTED to the extent that Plaintiff must produce the certified application within twenty (20) days of the date of this Order.

2. Defendants shall have forty (40) days from the date of this Order within which to file dispositive motions.

3. Plaintiff's counsel is directed to pay Defendants' reasonable attorney fees incurred filing the Motion and attending the February 18, 2025, hearing. The

parties are directed to meet and confer regarding the amount of fees and to contact chambers in the event they cannot reach an agreement.

DONE AND ORDERED in Tampa, Florida, on this 19th day of February 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record