IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

Plaintiff,

v.

JESSE DAVID SPURLOCK AND ,
VANGUARD PRODUCTIONS, LLC

Defendant(s).

NOTICE OF FILING

Case No. 8:22-cv-00581-WFJ-AEP

HONORABLE JUDGE JUNG

### NOTICE OF FILING PROOF OF ORDERING

PLAINTIFF files this Notice of Filing Proof of Ordering with attachments showing the documents subject to the Motion to Compel were ordered and paid for.

**MERRITT LAW PA**

/s/   Jack W. Merritt
Jack W. Merritt
FBN: 0052248
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841        office@merrittlaw.net
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY this Notice was filed via CM/ECF on March 3, 2025, and would have been provided to Defendants' Attorney.

**MERRITT LAW PA**

/s/   Jack W. Merritt
Jack W. Merritt
FBN: 0052248

1

# UNITED STATES COPYRIGHT OFFICE
## Estimate for Services

**RECORDS RESEARCH & CERTIFICATION**

| | |
|---|---|
| Name: | Jack Merritt |
| Phone: | 941.445.4841 |

| | |
|---|---|
| Created Date: | 2/24/2025 *Update* |
| Service Request No.: | 1-14803727383 (TCLA) |
| Registration No.: | VA0001688397 |
| Title: | |
| Other: | |

| Service | Unit Price | Quantity | Fee | For Office Use |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | 1707 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | 1401 |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | 1402 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | 1402 |
| Electronic application | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | 1402 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | 1402 |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | 1403 |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | 1404 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | 1404 |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | 1405 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | 1404 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | 1406 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | 1406 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | 1201 |
| Copy of Registration | $12.00 | | $ 0.00 | 1301 |
| Copy of Recordation | $12.00 | | $ 0.00 | 1301 |
| Copy of Application | $12.00 | 1 | $ 12.00 | 1301 |
| Copy of Correspondence | $12.00 | | $ 0.00 | 1301 |
| Copy of Deposit- Black & White or Color | $12.00 | | $ 0.00 | 1301 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | 410 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | 1100 |
| Certification | $200.00 | 1 | $ 200.00 | 1207 |
| Double certified certificates | $255.00 | | $ 0.00 | 1206 |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | 1503 |
| Overnight shipping (FedEx) | $45.00 | 1 | $ 45.00 | 1501 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | 1502 |
| Each additional page | $1.00 per page | | $ 0.00 | 1502 |
| Public photocopying | $0.25 per page | | $ 0.00 | 1504 |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | 1505 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | 1802 |
| Litigation search | $200.00 per hour | | $ 0.00 | 1601 |
| Inspection search | $200.00 per hour | | $ 0.00 | 1701 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | 1801 |
| Each additional hour | $200.00 | | $ 0.00 | 1801 |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Estimate Total** | $ 857.00 | |

For Office Use:

**EXHIBIT 1**

# Jack Merritt, Attorney

| | |
|---|---|
| **From:** | Wendy Newsome <wnewsome@merrittlaw.net> |
| **Sent:** | Monday, March 3, 2025 3:35 PM |
| **To:** | Jack W. Merritt, Attorney |
| **Cc:** | office@merrittlaw.net |
| **Subject:** | FW: Pay.gov Payment Confirmation: Copyright Accounting Office |

Jack,

Forwarding the e-mail that shows you paid the copyright office…see below.

Wendy

Wendy Newsome
Florida Registered Paralegal

## MERRITT LAW, P.A.
Legal and Consulting Services

Mediterranea Professional Park
690 South Tamiami Trail
Osprey, Florida 34229
Telephone: 941.445.4841

---

**From:** notification@pay.gov <notification@pay.gov>
**Sent:** Wednesday, February 26, 2025 1:43 PM
**To:** OFFICE@MERRITTLAW.NET
**Subject:** Pay.gov Payment Confirmation: Copyright Accounting Office

An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact the U.S Copyright office at phone: (202) 707-8443 or email: ccpayment@loc.gov

1

Application Name: Copyright Accounting Office
Pay.gov Tracking ID: 27LV298B
Agency Tracking ID: 76972928234
Transaction Type: Sale
Transaction Date: 02/26/2025 01:43:03 PM EST
Account Holder Name: JACK MERRITT
Transaction Amount: $857.00
Card Type: AmericanExpress
Card Number: ************5007

Reply Number:
Service Request Number: 1-14803727383 (TCLA)

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service