IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

        **PLAINTIFF'S NOTICE OF PRIOR PRODUCTION**

Plaintiff,

        Case No. 8:22-cv-00581-WFJ-AEP

v.

        HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

## PLAINTIFF'S NOTICE OF PRIOR PRODUCTION

Plaintiff Frazetta Properties, LLC files this notice of prior production of documents.

1.    Plaintiff produced Certificates of Registration for Death Dealer II and Death Dealer V on June 21, 2024, and the certificates were delivered to the Honorable Judge Jung's chambers. See Doc No # 172.

2.    The Copyright registration states "THIS IS TO CERTIFY ALSO, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available." Id.

3.    Although Defendants necessarily would have had high resolution copies of Death Dealer II and Death Dealer V in Defendants' possession to create and print

1

the infringed works in the unlawful book he published, Plaintiff also produced high resolution copies of Death Dealer II and Death Dealer V.

4.    Death Dealer II and Death Dealer V were again produced on February 13, 2024, at 12:34 pm, via email to Defendants' attorney and copies of the registrations again were produced to her.  See Exhibit 1.

    Respectfully submitted,

    Merritt Law, PA

/s/    *Jack W. Merritt*
    Jack W. Merritt
    Mediterranea Professional Park
    690 S. Tamiami Trail
    Osprey FL 34229
    941.445.4841
    office@merrittlaw.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiff's Notice of Prior Production was filed with CM/ECF, which would have provided it to Defendants' Attorney Williams.

    Respectfully submitted,

    Merritt Law, PA

/s/    *Jack W. Merritt*
    Jack W. Merritt
    Mediterranea Professional Park
    690 S. Tamiami Trail
    Osprey FL 34229
    941.445.4841
    office@merrittlaw.net

**Jack Merritt, Attorney**

| | |
|---|---|
| **From:** | Jack Merritt, Attorney <jmerritt@merrittlaw.net> |
| **Sent:** | Thursday, February 13, 2025 12:34 PM |
| **To:** | Leigh M. Williams, Esq.; 'Leigh Williams' |
| **Cc:** | Wendy Newsome, Paralegal |
| **Subject:** | RE: Update |
| **Attachments:** | Death Dealer II.jpg; Death Dealer V.png; Copyright Office Documents in Color - Frazetta Federal Case.pdf |

Hi Leigh,

Also attached were the images that I received from Properties.

Regards,
Jack Merritt

---

**From:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Sent:** Thursday, February 13, 2025 12:32 PM
**To:** Leigh M. Williams, Esq. <mcmillan.esq@gmail.com>; 'Leigh Williams' <leigh@williamslegal.org>
**Cc:** Wendy Newsome, Paralegal <wnewsome@merrittlaw.net>
**Subject:** Update

Hi Leigh,

Attached are copies of the registrations included the color high resolution copies that were sent to you in Jun3 2024.  You will note that each identifies Frazetta Properties, LLC as the claimant, which confirms the information on the one copy that you ordered and filed.

I will email updated production request responses and want to talk with you today after the hearing to attempt to resolve the issues raised in your Motion set for hearing on Tuesday, February 2025.

The following description of the digitization process can be found on the website describing the Virtual Catalog Card System that is in testing.  As explained, the images are digitized in High Resolution TIFF Images and those are converted to JPEG for the VCC that is in testing.

"About the Digitization Process

The cards in the Copyright Card Catalog were scanned into high-resolution TIFF images for archival purposes. These TIFF images were then converted into smaller, presentation copy images in JPEG format to create the online images for the VCC. In addition, optical character recognition (OCR) and intelligent character recognition (ICR) technology were used to capture metadata from the images of the typed and handwritten text in cards from 1950 through 1977. The raw datasets have been added to the VCC to enable enhanced browse capabilities."

Regards,
Jack Merritt

EXHIBIT 1