IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

                **Plaintiff's Motion to Extend Time**

Plaintiff,

                Case No. 8:22-cv-00581-WFJ-AEP

v.

                HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

## PLAINTIFF'S MOTION TO EXTEND TIME

    Plaintiff Frazetta Properties, LLC files this Motion to Extend Time pursuant to FRCP 6 to produce documents ordered from U.S. Copyright Office.

1. FRCP 6 provides in relevant part that

> (b) Extending Time.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

2. Plaintiff was Ordered to produce the certified yet to be received from the U.S. Copyright Office. See Dkt. # 205 Order dated February 19, 2025.

1

3.     Plaintiff was Ordered to produce a certified application to be received from the Copyright Office within twenty (20) days from the date of the Order, February 19, 2025, making the production date March 11, 2025.

4.     Plaintiff ordered the application from the Copyright Office on February 26, 2025. See Dkt # 206.

5.     Although the filing date of this Motion is March 7, 2025, and Plaintiff has 4 more days to comply with the Order, Plaintiff cannot be certain when it will receive the documents from the Copyright Office because of the chaotic nature of the events in Washington, D.C., as shown by the difficulty Plaintiff had in reaching a person to talk with, and related matters.

6.     Plaintiff requests the Court grant an additional ten (10) days to Comply with the Order making the new filing date March 21, 2025.

7.     If Plaintiff receives the application before March 21, 2025, it will be filed before that date.

8.     Plaintiff hereby CERTIFIES that this Motion was discussed with Defendants' Attorney, and she agreed with the extension.

9.     As appropriate, Plaintiff agreed that Defendants should have the same number of days Plaintiff requires to receive and file the application.

10.    During the hearing, the Honorable Judge Porcelli stated in response to an inquiry that the Honorable Judge Jung would adjust the Trial calendar dates, i.e., Discovery, Dispositive Motions, Pretrial Statement, Final Pretrial Conference, and Bench Trial, but no adjustments to the calendar have been made.

11.     While discussing this Motion, Defendants' Attorney Williams and Plaintiff's undersigned attorney, agreed they understood the parties' final dispositive Motions date would be March 31, 2025.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the date to file the certified application be extended to March 21, 2025, and the other above cited trial dates be adjusted accordingly.

> Respectfully submitted,
>
> Merritt Law, PA
>
> /s/  *Jack W. Merritt*
> Jack W. Merritt
> Mediterranea Professional Park
> 690 S. Tamiami Trail
> Osprey FL 34229
> 941.445.4841
> office@merrittlaw.net
> Plaintiff's Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiff's Notice of Prior Production was filed on March 7, 2025, with CM/ECF, which would have provided it to Defendants' Attorney Williams.

> Respectfully submitted,
>
> Merritt Law, PA
>
> /s/  *Jack W. Merritt*
> Jack W. Merritt
> Mediterranea Professional Park
> 690 S. Tamiami Trail
> Osprey FL 34229
> 941.445.4841
> office@merrittlaw.net