UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*                  CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **CERTIFICATE OF GOOD FAITH CONFERRAL**

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK spoke with counsel for FRAZETTA PROPERTIES, LLC on March 7, 2025, concerning Plaintiff's Motion to Extend Time [DIN 208] pursuant to Local Rule 3.01(g).

The undersigned agreed to, and Defendants <u>do not oppose</u> the relief requesting an enlargement of the March 11, 2025 deadline set by U.S. Magistrate Porcelli in the February 19, 2025 Order [DIN 205] compelling production of a certified copy of Plaintiff's Application to copyright register *Death Dealer II.*

DATED: MARCH 7, 2025

                                              Respectfully submitted,

/s/:  *Leigh Williams*
        _____
        Leigh M. Williams, Esq.
        Fla. Bar No. 624543
        LEIGH M. WILLIAMS LAW OFFICE, PLLC
        1701 W. Kansas Ave.
        Midland, TX 79701
        E-mail: leigh@williamslegal.org
        Tel. No.: 432 901-2141
        *Attorney for Vanguard Productions, LLC*
        *and J. David Spurlock*