IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

   Plaintiff,

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR MOTION FOR PARTIAL SUMMARY JUDGEMENT AND MOTION FOR SANCTIONS**

Case No. 8:22-cv-00581-WFJ-AEP

v.

HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND
VANGUARD PRODUCTIONS, LLC,

   Defendants.

## PLAINTIFF'S MOTION TO EXTEND TIME

     Plaintiff Frazetta Properties, LLC files this Motion to Extend Time to file its Motion for Summary Judgment and/or Motion for Partial Summary Judgment and Motion for Sanctions, pursuant to FRCP 6 to file its Motion for Summary Judgment and/or Motion for Partial Summary Judgment.

    1.    FRCP 6 provides in relevant part:

(b) Extending Time.
(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

1

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

2. Plaintiff respectfully requests that it be given until Wednesday, March 12, 2025, to file its Motion for Summary Judgment and/or Motion for Partial Summary Judgment and Motion for Sanctions or such additional time to be coterminous with Defendants request for additional time, should defendants file such a request for extension of time.

3. Plaintiff needs the additional time to complete its Motion, which Plaintiff has the good faith belief that it will result in the Summary Judgment Order entered by the Honorable Judge Jung on February 9, 2024, being reinstated.

4. This request will not damage Defendants as they understood the Motion for Summary Judgment was due on March 31, 2025.

5. Plaintiff and Defendants previously reached agreement that each would permit the other requests for extensions of time and, of course, with the Court's agreement.

6. Plaintiff had previously contacted Defendants' Attorney Williams about a request for extension of time and she had stated she would not object to extensions of time requests.

WHEREFORE, Plaintiff respectfully requests the date to file its Motion for Summary Judgment and/or Motion for Partial Summary Judgment and Motion for Sanctions be extended to Wednesday, March 12, 2025.

      Respectfully submitted,

Merritt Law, PA

/s/ *Jack W. Merritt*
Jack W. Merritt
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
office@merrittlaw.net
Plaintiff's Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff's Notice of Prior Production was filed on March 11, 2025, with CM/ECF, which would have provided it to Defendants' Attorney Williams.

Respectfully submitted,

Merritt Law, PA

/s/ *Jack W. Merritt*
Jack W. Merritt
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
office@merrittlaw.net

3