IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

   Plaintiff,

v.

JESSE DAVID SPURLOCK AND
VANGUARD PRODUCTIONS, LLC,

   Defendants.

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE CERTIFIED COPY OF COPYRIGHT APPLICATION FOR DEATH DEALER V**

Case No. 8:22-cv-00581-WFJ-AEP

HONORABLE JUDGE JUNG

## PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff Frazetta Properties, LLC files this Motion to Extend Time to file Certified copy of Death Dealer II application.

1. Plaintiff had not received the Certified copy of the application, and contacted the Copyright Office today, March 20, 2025, because the Honorable Judge Jung had given Plaintiff until tomorrow, March 21, to file the Certified copy.

2. On Plaintiff's behalf, I spoke with Martin who told me that it appeared the request was being worked on today. He said that he had spoken with the Copyright office employee working on the requested document, who would contact me later today.

1

3. The Copyright representative subsequently wrote back explaining it was being worked on and would be sent either today or tomorrow. See email, attached as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests the deadline to file the certified copy of Application for Death Dealer II be extended to Monday, March 31, 2025, and Plaintiff makes this request because of the delay in receiving the Certified Copy of the Application has been extensive and Plaintiff cannot be certain when it will be sent by the Copyright Office. Plaintiff will file the Certified copy when it is received.

Respectfully submitted,

Merritt Law, PA

/s/ *Jack W. Merritt*
Jack W. Merritt
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
office@merrittlaw.net
Plaintiff's Attorney

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff's Motion to Extend Time was filed on March 20, 2025, through CM/ECF, which would have provided it to Defendants' Attorney Williams.

Respectfully submitted,

Merritt Law, PA

/s/ *Jack W. Merritt*

2

Jack W. Merritt
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
office@merrittlaw.net

**Wendy Newsome**

| | |
|---|---|
| From: | CopyCerts <copycerts@copyright.gov> |
| Sent: | Thursday, March 20, 2025 10:48 AM |
| To: | office@merrittlaw.net |
| Cc: | 'Wendy Newsome, Paralegal'; CopyCerts |
| Subject: | RE: Request |

Good Morning

Your request is currently being reviewed by my supervisor. I will be sent out either today or tomorrow.

Sincerely,
T. Clark
Customer Service Representative
Records Research and Certification
Phone: 1-877-476-0778

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

EXHIBIT 1