# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

Plaintiff,

v.

JESSE DAVID SPURLOCK AND

VANGUARD PRODUCTIONS, LLC

Defendant(s).

**NOTICE OF FILING COPYRIGHT APPLICATION**

Case No. 8:22-cv-00581-WFJ-AEP

HONORABLE JUDGE JUNG

## PLAINTIFF FRAZETTA PROPERTIES, LLC'S
## NOTICE OF FILING COPYRIGHT APPLICATION

Plaintiff Frazetta Properties, LLC files the attached documentation received from the Copyright Office for the application for the Copyright for Death Dealer II and communications with the Copyright Office. Defendants previously filed the application for Death Dealer V.

Respectfully submitted,

**MERRITT LAW, PA**

/s/   <u>Jack W. Merritt</u>

Jack W. Merritt
FBN: 0052248
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841

1

office@merrittlaw.net
Plaintiff's Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Plaintiff's NOTICE OF FILING COPYRIGHT APPLICATION was filed on March 31, 2025, with CM/ECF, which provided it to Defendants' Attorney.

Merritt Law, PA

/s/   Jack W. Merritt

Jack W. Merritt
FBN: 0052248

**Jack Merritt, Attorney**

| | |
|---|---|
| **From:** | CopyCerts <copycerts@copyright.gov> |
| **Sent:** | Friday, March 28, 2025 7:57 AM |
| **To:** | office@merrittlaw.net |
| **Cc:** | Wendy Newsome, Paralegal; CopyCerts |
| **Subject:** | RE: Request |

Good Morning

You received a certified copy of the application. If you review the cover letter is states that "The attached Application Report". The second page in the tope right hand corner it states *Application*. The application template that was attached is the electronic form that was filled out when the application was submitted.


Sincerely
T. Clark
Customer Service Representative
Records Research and Certificaion
Phone: 1-877-476-0778


**From:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Sent:** Thursday, March 27, 2025 1:51 PM
**To:** CopyCerts <copycerts@copyright.gov>
**Cc:** Wendy Newsome, Paralegal <wnewsome@merrittlaw.net>
**Subject:** FW: Request

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.


Good afternoon,

Less than two minutes ago, I apologize that I sent the following email without the attachment.   I am forwarding the email with the attachment.

Thank you,
Jack Merritt


**From:** Jack Merritt, Attorney <jmerritt@merrittlaw.net>
**Sent:** Thursday, March 27, 2025 1:48 PM
**To:** 'CopyCerts' <copycerts@copyright.gov>; 'office@merrittlaw.net' <office@merrittlaw.net>

1

**Cc:** 'Wendy Newsome, Paralegal' <wnewsome@merrittlaw.net>
**Subject:** RE: Request

Good afternoon,

I received a package in the mail of what should have been a certified copy of the **electronic application** for the registration of Death Dealer II, VA   registration.  Instead, I received a certified copy of the copyright registration.  Attached are 10 pages, of which pages 2 – 10 are what we received from your office.  The first page of the documents  is the email showing confirmation from your office as to what was ordered.  Please advise as to why I was not sent what I ordered and how soon you can send the correct information to me.

From: CopyCerts <copycerts@copyright.gov>
Sent: Wednesday, February 26, 2025 3:42 PM
To: office@merrittlaw.net
Cc: 'Wendy Newsome, Paralegal'; CopyCerts
Subject: RE: Request

Good Day

The estimate you were provided is for a certified copy of the electronic application for VA0001688397.

Sincerely,
T. Clark
Customer Service Representative
Records Research and Certification
Phone: 1-877-476-0778

Regards,
Jack W. Merritt
941.445.4841

---

**From:** CopyCerts <copycerts@copyright.gov>
**Sent:** Thursday, March 20, 2025 10:48 AM
**To:** office@merrittlaw.net
**Cc:** 'Wendy Newsome, Paralegal' <wnewsome@merrittlaw.net>; CopyCerts <copycerts@copyright.gov>
**Subject:** RE: Request

Good Morning

2

# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: Jack Merritt
Address: Mediterranea Professional Park
690 S. Tamiami Trail
Osprey, FL 34229
Phone: 941.445.4841

Completed Date: 3/20/2025
Service Request No.: 1-14803727383 (TCLA)
Registration No.: VA0001688397
Title:
Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | |
| Copy of Registration | $12.00 | | $ 0.00 | |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | |
| Copy of Deposit- Black and White or Color | $12.00 | | $ 0.00 | |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | |
| Certification | $200.00 | 1 | $ 200.00 | $ 200.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | $ 45.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | |
| Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | |
| Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 812.00 | |
| | | **Total Amount Paid** | | $ 857.00 |
| | | **Refund** | | $ 45.00 |

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559 · www.copyright.gov
REVISED: 07/2021

LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached Application Report is a true representation of the information submitted to the Copyright Office in association with the application for registration of material identified as **DEATH DEALER II** request number **SR# 1-256268992**. The application was received in the Copyright Office October 08, 2009 and registered under the number **VA 1-688-397**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on March 20, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

*[signature: Jarletta Walls]*

By:   Jarletta Walls
Division Head
Records Research and Certification
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

\*APPLICATION\*

## Title
Death Dealer II

## Completion/Publication
Year of Completion: 1986
Publication Date: January 1, 1988
Nation of Publication: United States

## Author
Author: Frank Frazetta
Anonymous: No
Author Created: 2-D Art
Pseudonymous: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant
Copyright Claimant: Frazetta Properties, LLC
P.O. Box 919, Marshalls Creek, PA 18335
Transfer Statement: By written agreement

## Certification
Name: John Strand, Esq.
Date: October 08, 2009

## Rights and Permissions Contact
Name: John Strand
Organizational Name: Wolf Greenfield & Sacks
Email: jstrand@wolfgreenfield.com
Address: 600 Atlantic Ave, Boston, MS 02210, United States
Telephone: (617) 646-8000

Registration #: VA 1-688-397
Service Request #: 1-256268992

## Correspondence Contact

**Name:** John Strand
**Organizational Name:** Wolf Greenfield & Sacks
**Email:** jstrand@wolfgreenfield.com
**Address:** Wolf Greenfield 600 Atlantic Ave, Boston, MS 02210, United States
**Telephone:** (617) 646-8000

## Mail Certificate

John Strand
Wolf Greenfield & Sacks
Wolf Greenfield
600 Atlantic Ave,
Boston, MS 02210, United States

# Addendum to Application Report

The following field, while not traditionally viewed as part of an "application," were populated by the applicant at the time of submission of the electronically filed application:

## Certification:

APLICATION'S INTERNAL TRACKING NUMBER (OPTIONAL)
**Applicant's Internal Tracking Number:** Ord 16322

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

\* Designates Required Fields

## 1 WORK BEING REGISTERED

1a. \* Type of work being registered (Fill in one only)
- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

1b. \* Title of this work (one title per space) [            ]

1c. For a serial issue: Volume [   ]   Number [   ]   Issue [   ]   ISSN [   ]
Frequency of publication: [   ]   Other [   ]

1d. Previous or alternative title [   ]

1e. \* Year of completion [ ][ ][ ][ ]

**Publication** (If this work has not been published, skip to section 2)

1f. Date of publication [   ] (mm/dd/yyyy)   1g. ISBN [   ]

1h. Nation of publication   ☐ United States   ☐ Other   Other [   ]

1i. Published as a contribution in a larger work entitled [   ]

1j. If line 1i above names a serial issue  Volume [   ]   Number [   ]   Issue [   ]   On pages [   ]

1k. If work was preregistered   Number PRE-[ ][ ][ ][ ][ ][ ][ ][ ]

## 2 AUTHOR INFORMATION

2a. Personal name   \* complete either 2a or 2b
First Name [   ]   Middle [   ]   Last [   ]

2b. Organization name [   ]

2c. Doing business as [   ]

2d. Year of birth [ ][ ][ ][ ]   2e. Year of death [ ][ ][ ][ ]

2f. \*  ☐ Citizenship   ☐ United States   ☐ Other   Other [   ]
       ☐ Domicile     ☐ United States   ☐ Other   Other [   ]

2g. Author's contribution:   ☐ Made for hire   ☐ Anonymous
                              ☐ Pseudonymous   (Pseudonym is: [   ])

2h. \* **This author created** Fill in only the authorship that applies to this author
Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording
- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation
- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work
- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: [   ]

1

## 3 COPYRIGHT CLAIMANT INFORMATION

Claimant  *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

3a. Personal name — First Name | Middle | Last

3b. Organization name

3c. Doing business as

3d. Street address *

Street address (line 2)

City * | State | ZIP / Postal code | Country

Email | Phone number  (Add "+" and country code for foreign numbers)

3e. If claimant is **not** an author, copyright ownership acquired by:  ☐ Written agreement  ☐ Will or Inheritance  ☐ Other

Other

*Skip section 4 if this work is all new.*

## 4 LIMITATION OF COPYRIGHT CLAIM

4a. Material excluded from this claim (*Material previously registered, previously published, or not owned by this claimant*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing
- Translation
- Compilation
- Other

4b. Previous registration(s)  Number ____  Year ____

4c. New material included in this claim (*The work contains new, additional, or revised material*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture
- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

## 5 RIGHTS AND PERMISSIONS CONTACT

First Name | Middle | Last

Name of organization

Street address (line 2)

City  State  ZIP / Postal code  Country

Email  Phone number  (Add "+" and country code for foreign numbers)

# 6 CORRESPONDENCE CONTACT

First name *  Middle  Last *

Name of organization

Street address *

Street address (line 2)

City *  State  ZIP / Postal code  Country

Email *  Daytime phone number  (Add "+" and country code for foreign numbers)

* Complete either 7a, 7b, or both

# 7 MAIL CERTIFICATE TO:

7a. First Name  Middle  Last

7b. Name of organization

7c. Street address *

Street address (line 2)

City *  State  ZIP / Postal code  Country

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

8a. Signature

8b. Printed name  8c. Date signed

8d. Deposit account number  Account holder

3

9  Note to Copyright Office (Optional):

10  Special Handling (Optional)

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

Compelling Reason(s) (At least one must be selected)

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐
I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.