# AFFIDAVIT

Jack W. Merritt / FBN: 0052248
Mediterranea Professional Plaza
690 S. Tamiami Trail
Osprey, Florida 34229
Attorney for Plaintiff Frazetta Properties

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

> **AFFIDAVIT OF HAROLD D.
> MCFARLAND IN SUPPORT OF
> FRAZETTA PROPERTIES, LLC'S
> MOTION FOR PARTIAL
> SUMMARY JUDGMENT AND/OR
> SUMMARY JUDGMENT**

Plaintiff,

> Case No. 8:22-cv-00581-WFJ-AEP

v.

> HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

## AFFIDAVIT OF HAROLD D. MCFARLAND

I, HAROLD D. MCFARLAND, CPA, CMA, CFE, PI being duly sworn, hereby

depose and say:

1

1.      To my knowledge, all of the facts stated in this affidavit are true and correct.

2.      I am over 18 years of age. I reside in SARASOTA County, Florida. I am fully competent to make this Affidavit and I have personal knowledge of the facts as stated in this affidavit.

3.      This Affidavit is submitted in support of Frazetta Properties, LLC's Motion for Summary Judgment and/or Motion for Partial Summary Judgment of Copyrights issued for DEATH DEALER II, VA 1-688-397 and DEATH DEALER V, VA 1-688-405.

4.      I examined the signatures on the 2 Book Publishing Agreement, dated March 1, 2010, ("2010 Agreement") and 2015 Frazetta Properties LLC & Vanguard Publishing ("2015 Document").

5.      The 2010 2 Book Publishing Agreement is attached hereto and incorporated herein.  See Exhibit 1.

6.      The 2015 Document is incorporated herein.  See Exhibit 2.

7.      My CV is attached hereto and incorporated herein by reference.  See Exhibit 3.

8.      My review, methodology and findings are stated in the Report on Examination of Contract Document incorporated herein by reference.  See Exhibit 4.

9.      I work in association with Advanced Forensics, LLC, Sarasota, Florida and am the owner of the company.

10.    I have been asked to provide expert testimony on behalf of Frazetta Properties, LLC and the purpose of the examination was to determine if the signatures on the 2015 Document were original wet signatures or if they had been placed onto the document by "cut and paste" or other means such that they would not be considered original signatures.

11.    If called upon to testify at a summary judgment motion hearing or trial, I expect to testify and provide analysis and opinions on the signatures on the 2010 Agreement and 2015 Document.

12.    The signatures of Holly Frazetta, Heidi Frazetta and Williiam Frazetta appearing on the 2015 Document were copied from the 2010 Agreement and pasted onto the 2015 Document.

13.    Those signatures were not originally signed, known as wet signatures.

14.    I am being compensated at a rate of $350.00 an hour for the testimony. My compensation is not in any way contingent upon the outcome of this litigation, and I have no financial stake in the outcome.

15.    In preparing my analysis, I reviewed the following and performed analysis of the signatures:

- Signatures taken from the 2010 - 2 Book Publishing Agreement.
- Signatures taken from a document FRAZETTA PROPERTIES LLC & VANGUARD PUBLISHING dated January 13, 2015.

16.    As stated hereinabove, I certify that, to the best of my knowledge and belief, the statements of fact contained in my report are true and correct; the reported

3

analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved. I have no bias with respect to the parties involved with this assignment.

17.    My engagement in this assignment was not contingent upon developing or reporting predetermined results. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined result or the occurrence of a subsequent event directly related to the intended use of my examination.

Signature: _____

Harold D. McFarland

STATE OF FLORIDA        )
                                    )
COUNTY OF SARASOTA    )

BEFORE ME, the undersigned authority, personally appeared Harold D. McFarland, who is ☑ personally known to me or ☐ produced _____ as identification, and being duly sworn, stated the foregoing is true and correct and based upon his personal knowledge.

WITNESS my hand and official seal
this _6th_ day of _March_, 2025



REBECCA S. LEIGHTON
Commission # HH 594375
Expires October 1, 2026

_____
NOTARY PUBLIC

(STAMP OR SEAL)

4