# AFFIDAVIT

Jack W. Merritt / FBN: 0052248
Mediterranea Professional Plaza
690 S. Tamiami Trail
Osprey, Florida 34229
Attorney for Plaintiff Frazetta Properties

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

                              **AFFIDAVIT OF HOLLY FRAZETTA IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY JUDGMENT**

Plaintiff,

                              Case No. 8:22-cv-00581-WFJ-AEP

v.

                              HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

## AFFIDAVIT OF HOLLY JEAN FRAZETTA

I, HOLLY JEAN FRAZETTA, being duly sworn, hereby depose and say:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

1

2. I am over 18 years of age. I reside in Sarasota County, Florida. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. This Affidavit is submitted in support of Frazetta Properties, LLC's, Motion for Summary Judgment and/or Motion for Partial Summary Judgment.

4. I examined the document dated January 13, 2015 ("2015 Spurlock Document"), which is attached as Exhibit 1.

5. I have not seen the 2015 Spurlock Document before.

6. I reviewed the signature block on the 2015 Spurlock Document and my last name is printed below it as "Holly Jean Frazetta Taylo" and Taylo was never my last name.

7. Although my last name was Taylor, I changed it back to Frazetta when my divorce was completed in September 2010.

8. I signed 2 Book Publishing Agreement dated March 1, 2010 ("2010 Agreement") among other agreements with Defendant Spurlock using the last name Taylor. Attached as Exhibit 2.

9. The signature on the 2015 Spurlock Document is identical to the signature on the 2010 agreement with the exception being I signed the 2010 Agreement using the last name Taylor because my last name was not changed from "Taylor" back to "Frazetta" until later in 2010.

10. The signature on the 2010 Agreement, when my last name was Taylor, is identical to the signature that appears on the 2015 Spurlock Document, and I

2

would never sign a legal document with the name Taylor five (5) years after I changed my last name back to Frazetta.

11. The signature on the 2010 Agreement appears have been copied and pasted on the 2015 Spurlock Document with exception being the last name "Taylor" was removed from my signature and the signature block was changed from Taylor to "Taylo."

12. I would never be able to sign my name identically in two separate documents with the "y" Holly and "z" in Frazetta crossing the signature line through the typewritten name below it such that they are identical.

13. The Name and Title blocks below my name are located identically below my signatures in the two documents with the printed "H" from "Holly" being directly below the first "L" in my signature.

14. The sole difference between the two signature blocks is that the words "By:", "Name:", and "Title:" have been removed from 2015 Spurlock Document.

15. The signatures and signatures blocks shown in the 2015 Spurlock Document were copied from the 2010 Agreement.

16. The 2015 Spurlock Document is a forgery.

17. I have nothing further to state.


[Remainder of page intentionally left blank.]

_Holly Jean Frazetta_ (signature)
HOLLY JEAN FRAZETTA

STATE OF FLORIDA   )

            )

COUNTY OF SARASOTA   )

BEFORE ME, the undersigned authority, personally appeared Holly Jean Frazetta, who is personally known to me and, being duly sworn, and stated the foregoing is true and correct and based upon her personal knowledge.

WITNESS my hand and official seal

this _____ day of _____, 2025

see attached certificate 3/3/25
NOTARY PUBLIC

(STAMP OR SEAL)

4

FL Jurat Notary Certificate

Document Name: Affidavit In The United States District Court For The Middle District of Florida Tampa Division

**STATE OF FLORIDA**
**COUNTY OF** Charlotte
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 3rd day of March, 20 25, by, Holly Jean Frazetta (name of signer(s)).

_Michael Maberino_
(Signature of notary public)

Michael Maberino
(Name of notary public)

My commission expires: June 27, 2025

**Official Seal**

Personally known _____ OR
Produced identification _X_ Type of identification produced: FL DL



MICHAEL MABERINO
Notary Public, State of Florida
Commission# HH 146092
My comm. expires June 27, 2025

## Holly Frazetta Signatures



**From:** Spurlock document dated Jan. 13, 2015.

**From:** 2 Book Publishing Agreement dated March 2010

*Exhibit 1*

**FRAZETTA PROPERTIES LLC & VANGUARD PUBLISHING**

Jan 13, 2015

Re Exclusive Frazetta Publishing Rights

Frank Frazetta JR
Dark Horse
Diamond Comics Distributors

VANGUARD is the only AUTHORIZED publisher of books predominantly featuring Frank Frazetta art. Since 2010, ONLY Vanguard is Authorized and Endorsed by Frank Frazetta. As per various agreements with Frazetta Properties LLC, the legal successors of Frank Frazetta; and as announced in the joint Frazetta-Vanguard press release of March, 8, 2010 titled, "Frank Frazetta Signs with Vanguard Publishing"; Vanguard is the exclusive, authorized book publisher of artwork copyright Frank Frazetta and/or Frazetta Properties LLC. As per the agreements signed by Frank Frazetta and a majority of Frazetta Properties LLC members, Vanguard's EXCLUSIVE rights are in effect from March 1st, 2010 through January 1st, 2025. In addition to Vanguard's EXCLUSIVE rights to publish copyrighted Frazetta works, Vanguard ALSO has EXCLUSIVE rights to use the registered Frazetta trademark, and any other common law Frazetta marks, in branding to promote Frazetta-related Vanguard publications including but not limited to, ALL comics works by Frazetta from 1963 and earlier (including but not limited to Snowman, Thunda, Untamed Love, White Indian, Johnny Comet, etc). The agreements signed by Frank Frazetta and Frazetta Properties LLC are binding on ALL HEIRS of Frank Frazetta including Frank Frazetta Jr. Though each of the four (4) Frazetta heirs (Frank Jr, Bill, Heidi and Holly) enjoy certain settlement-agreement granted rights to license images, said licenses can NOT conflict, undermine or devalue Frank Frazetta's and Frazetta Properties LLC's prior agreements with Vanguard. All book and comics publishing must go through, or be authorized, or passed-on by Vanguard. Even if some Frazetta material is in the public domain, it can not be promoted as Authorized, or Endorsed, by any Heir of Frank Frazetta, or use FRAZETTA prominently in title or advertising branding, without Vanguard's approval or involvement.

Please immediately, **CEASE AND DESIST** distribution, and/or publishing, and/or licensing for publishing, of any books, and/or comicbooks featuring Frank Frazetta art and/or that use "Frazetta" in branding to sell publications containing Frank Frazetta art, without first verifying with Vanguard that the publication is allowable and/or authorized. You can reach Vanguard at vanguardpub@att.net

William R. Frazetta, Manager

Holly Jean Frazetta Taylo, Manager

J. David Spurlock, Vanguard

Heidi Loc Grabin, Manager

EX. 4

## FRAZETTA 2-BOOK PUBLISHING AGREEMENT

Terms of agreement entered into as of March 1, 2010, between J. David Spurlock dba Vanguard Productions (the "Publisher") with editorial office at 3300 Segovia St., Coral Gables, FL 33134, and Frazetta Properties, LLC, a Delaware limited liability company with an address of c/o Frazetta Management Corp., Attn: Rob Pistella, President, P.O. Box 74547, 9001 Broadstone Road, Richmond, Virginia 23236 ("Properties"). The purpose of this Agreement is to authorize and designate the Publisher with rights to publish two books on Frank Frazetta (the "Artist").

Properties hereby grants Publisher all rights to produce and release two (2) books (the "Books"): one (1) book of sketches by the Artist and one (1) book of photographs by the Artist. Each book is to include approximately 150 images and one full-page advertisement, if requested, and as designated by Properties. The tentative titles of the Books are: *The Frank Frazetta Sketchbook* and *The Photography of Frank Frazetta*, respectively. The authorship on both books shall be credited to "By Frank Frazetta & J. David Spurlock."

1. **RIGHTS:** For good and valuable consideration the receipt and sufficiency of which is hereby acknowledged by Properties, Properties grants and assigns to Publisher the sole and exclusive right to print, publish, translate, copy, and sell the Books, including all works created by the Artist therein, in book form, and subject to the terms and conditions herein, to license others to do so solely for the Books during the terms of copyright, and all renewals and extensions of that copyright in the United States of America, and throughout the world. Properties also grants and assigns to Publisher on an <u>exclusive</u> basis, the supplementary rights described in Section 11 below, on the terms set forth in this Agreement, throughout the world. Properties agrees to not plan or produce a similar book or, books with similar title, with another publisher within two (2) years of each of the respective Publisher releases of the Books.

2. **DELIVERY:** Properties shall deliver to Publisher one (1) copy of each illustration (drawings, paintings, photograph, or other graphic material) in final form and content satisfactory to Publisher (such satisfaction to be deemed if Properties has not received written or email notice from Publisher within ten (10) days of receipt of any material as to dissatisfaction by Publisher with such just delivered material), and/or allow Publisher access to scan and/or the loan of materials to be scanned for inclusion in the Books, on a schedule mutually agreed upon by Publisher and Properties. Publisher will arrange meetings at least two (2) weeks in advance with Properties. Meetings can take place on other schedules if agreed upon in advance by Properties and Publisher. Publisher agrees to collect a minimum of 33% (1/3) of the sketches for one (1) Book from outside sources including, but not limited to, fanzines, past auctions, and collectors.

Properties agrees to use its best commercially reasonable efforts to provide its share of the material including sketches, photographs, and life drawings at Properties' own

MAR-04-2010 THU 04:52 PM T. B. H. R., P.C.        FAX NO. 8172617673        P. 12

less than fifty-one per cent (51%) of both the ownership and voting control is held by J. David Spurlock, or his heirs.

| FRAZETTA PROPERTIES, LLC | |
|---|---|
| By: *[signature]* <br> Name: William R. Frazetta <br> Title: Manager | *[signature]* <br> J. DAVID SPURLOCK, <br> d/b/a Vanguard Productions |
| By: _____ <br> Name: Holly Jean Frazetta Taylor <br> Title: Manager | |
| By: _____ <br> Name: Heidi Lee Grabin <br> Title: Manager | |

10

03/05/2010  11:17    9414974128                  PACKMAIL                          PAGE  02/04
MAR-04-2010 THU 02:52 PM T. B. H. R., P.C.           FAX NO. 8172617673            P. 17

less than fifty-one per cent (51%) of both the ownership and voting control is held by J. David Spurlock, or his heirs.

FRAZETTA PROPERTIES, LLC

By:_____
Name: William R. Frazetta
Title: Manager

By:_____
Name: Holly Jean Frazetta Taylor
Title: Manager

By:_____
Name: Heidi Lee Grabin
Title: Manager

J. DAVID SPURLOCK,
d/b/a Vanguard Productions

10

Vanguard 226. 016