# AFFIDAVIT

Jack W. Merritt / FBN: 0052248
Mediterranea Professional Plaza
690 S. Tamiami Trail
Osprey, Florida 34229
Attorney for Plaintiff Frazetta Properties LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

                                      AFFIDAVIT OF JOSEPH WEBER IN
                                      SUPPORT OF MOTION FOR
                                      PARTIAL SUMMARY JUDGMENT
                                      AND SUMMARY JUDGMENT

Plaintiff,

                                      Case No. 22-CV-561

v.

                                      HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

## AFFIDAVIT OF JOSEPH WEBER

I, JOSEPH WEBER, being duly sworn, hereby depose and say:

1. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am over 18 years of age. I reside in SARASOTA County, Florida. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am the designated company representative for Plaintiff Frazetta Properties LLC.

4. This Affidavit is submitted in support of Frazetta Properties, LLC's, Motion for Summary Judgment and/or Motion for Partial Summary Judgment.

5. I examined the document dated January 13, 2015 ("2015 Spurlock Document"). See Exhibit 1.

6. I had reviewed all documents produced by Defendants Spurlock and Vanguard in the case, Spurlock and Vanguard Productions, LLC v. Frazetta Properties, LLC, et al. 2019 CA 001718 NC.

7. Attorney Williams also represented Spurlock and Vanguard in that case.

8. Attorney Williams took my deposition in that case and I testified at the trial.

9. The Jury's decision was that Spurlock and Vanguard had breached there obligations under the Frazetta 2 Book Publishing Agreement (2010).

10. I reviewed all documents produced by Spurlock and Vanguard in that case and the 2015 Document was not produced in that case.

11. In this case, I reviewed documents received in this case received from Spurlock and Vanguard and all court filings and the 2015 Spurlock Document was not produced in that case.

[Remainder of page intentionally left blank.]

_____
JOSEPH WEBER

STATE OF FLORIDA  )

                 )

COUNTY OF SARASOTA)

BEFORE ME, the undersigned authority, personally appeared JOSEPH WEBER, who is personally known to me and, being duly sworn, stated the foregoing is true and correct and based upon his personal knowledge.

WITNESS my hand and official seal

this 7TH day of MARCH 2025



_____
NOTARY PUBLIC

(STAMP OR SEAL)

*(The page shows a screenshot of a Finder file info window overlaying a letter. The letter reads as follows:)*

# FRAZETTA PROPERTIES LLC & VANGUARD PUBLISHING

Jan 13, 2015

Re Exclusive Frazetta Publishing Rights

Frank Frazetta JR
Dark Horse
Diamond Comics Distributors

VANGUARD is the only AUTHORIZED publisher of books predominantly featuring Frank Frazetta art. Since 2010, ONLY Vanguard is Authorized and Endorsed by Frank Frazetta. As per various agreements with Frazetta Properties LLC, the legal successors of Frank Frazetta; and as announced in the joint Frazetta-Vanguard press release of March, 8, 2010 titled, "Frank Frazetta Signs with Vanguard Publishing": Vanguard is the exclusive, authorized book publisher of artwork copyright Frank Frazetta and/or Frazetta Properties LLC. As per the agreements signed by Frank Frazetta and a majority of Frazetta Properties LLC members, Vanguard's EXCLUSIVE rights are in effect from March 1st, 2010 through January 1st, 2025. In addition to Vanguard's EXCLUSIVE rights to publish copyrighted Frazetta works, Vanguard ALSO has EXCLUSIVE rights to use the registered Frazetta trademark, and any other common law Frazetta marks, in branding to promote Frazetta-related Vanguard publications including but not limited to, ALL comics works by Frazetta from 1963 and earlier (including but not limited to Snowman, Thunda, Untamed Love, White Indian, Johnny Comet, etc). The agreements signed by Frank Frazetta and Frazetta Properties LLC are binding on ALL HEIRS of Frank Frazetta including Frank Frazetta Jr. Though each of the four (4) Frazetta heirs (Frank Jr, Bill, Heidi and Holly) enjoy certain settlement-agreement granted rights to license images, said licenses can NOT conflict, undermine or devalue Frank Frazetta's and Frazetta Properties LLC's prior agreements with Vanguard. All book and comics publishing must go through, or be authorized, or passed-on by Vanguard. Even if some Frazetta material is in the public domain, it can not be promoted as Authorized, or Endorsed, by any Heir of Frank Frazetta, or use FRAZETTA prominently in title or advertising branding, without Vanguard's approval or involvement.

Please immediately, CEASE AND DESIST distribution, and/or publishing, and/or licensing for publishing, of any books, and/or comicbooks featuring Frank Frazetta art and/or that use "Frazetta" in branding to sell publications containing Frank Frazetta art, without first verifying with Vanguard that the publication is allowable and/or authorized. You can reach Vanguard at vanguardpub@att.net

William R. Frazetta, Manager
J. David Spurlock, Vanguard
Holly-Jean Frazetta Taylo, Manager
Heidi Le Grabin, Manager

EX. 4

Exhibit 1