UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,
    *Plaintiff,*
vs.
VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,
    *Defendants.*
_____/

## NOTICE OF FILING EMAIL ATTACHED TO 2015 DARK HORSE LETTER

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK intend to provide a more detailed discussion of the 2015 Dark Horse letter, supported by J. David Spurlock's affidavit, later today, but in order to cool down the heated drama of FRAZETTA PROPERTIES, LLC's motion for sanctions, the attached email, dated January 14, 2015, was sent to FRAZETTA PROPERTIES, LLC's member William Frazetta and is part of FRAZETTA PROPERTIES, LLC's corporate records concerning their dispute with Dark Horse Comics publishing company.

Mr. Spurlock's affidavit will attest to the following facts:

Mr. Spurlock and Mr. Frazetta drafted the contents and wording of the letter together contemporaneously during a telephone call between the two, which correspondence was to be sent to Dark Horse Comics pertaining to a dispute FRAZETTA PROPERTIES, LLC was having at the time with Dark Horse Comics.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

FRAZETTA PROPERTIES, LLC's member William Frazetta asked Mr. Spurlock to assist FRAZETTA PROPERTIES, LLC, in their dispute with Dark Horse Comics, and Mr. Spurlock understood the letter, or one very much like it, WAS sent.

The **2015 Dark Horse letter, filed November 8, 2023 [DIN 95-4]**, was never a matter of mystery, let alone forgery, and aside from the letter and email being part of Plaintiff's corporate records, was a matter which opposing counsel has had approximately 17 months to serve discovery requests concerning a dispute his client, FRAZETTA PROPERTIES, LLC, had with Dark Horse Comics.

DATED: MARCH 31, 2025

/s/: *Leigh Williams*

Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: leigh@williamslegal.org
mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
210 209-3030
*Attorney for Vanguard Productions, LLC, and J. David Spurlock*