UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*        CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC,
and JESS DAVID SPURLOCK,

    *Defendants.*

_____/

### REQUEST FOR EVIDENTIARY HEARING ON DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK, pursuant to local Rule 3.01(h), respectfully request an evidentiary hearing lasting <u>two days</u> on their Renewed Motion for Summary Judgment to offer evidence on the three issues presented.

DATED: MARCH 31, 2025

                         LEIGH M. WILLIAMS LAW OFFICE, PLLC

/s/: *Leigh Williams*
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, Texas 79701
leigh@williamslegal.org
mcmillan.esq@gmail.com
Tel. 432 901-2141
*Attorney for Defendants*