UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## **REQUEST FOR CLARIFICATION OF DEADLINES IN THE CASE**

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK request clarification of the court's deadlines in this matter set forth in the court's September 26, 2024 Order [DIN 188] as to the following:

- Pretrial statement due by 5/1/2025
- Final Pretrial Conference set for 5/8/2025 at 9:00 AM in Tampa Courtroom 15 B before Judge William F. Jung.
- Bench Trial set for the June 2025 Trial Term commencing 6/2/2025 at 9:00 AM in Tampa Courtroom 15B before Judge William F. Jung

The request for clarification is based on the two other enlarged deadlines which affect the foregoing:

The Discovery deadline, originally set for February 7, 2025, was enlarged to March 12, 2025 [DIN 205] then enlarged to March 21, 2025 [DIN 205] then enlarged to March 31, 2025 [DIN 216] to enable Plaintiff to produce the *Death Dealer II* Application ordered to be produced under order [DIN 166] entered on April 19, 2024.

*Holly J. Frazetta, et al. vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

The deadline for Dispositive Motions, originally set for March 7, 2025, was enlarged to March 31, 2025. [DIN 205].

Pursuant to Local Rule 3.01(c), Plaintiff has 14 days to file a response to Defendants' March 31, 2025 Renewed Motion for Summary Judgment [DIN 225], making April 14, 2025 Plaintiff's deadline.

Defendants have requested an evidentiary hearing on the three issues argued in their renewed motion for summary judgment [DIN 226].

>
> Respectfully submitted,
>
> LEIGH M. WILLIAMS LAW OFFICE, PLLC
>
> /s/: *Leigh Williams*
> Leigh M. Williams, Esq.
> Fla. Bar No. 624543
> 1701 W. Kansas Ave.
> Midland, Texas 79701
> leigh@williamslegal.org
> mcmillan.esq@gmail.com
> Tel. 432 901-2141
> *Attorney for Vanguard Productions, LLC, and J. David Spurlock*