**From:** Holly Frazetta <frazetta1220@gmail.com>
**To:** "vanguardpub@att.net" <vanguardpub@att.net>; "frazetta04@yahoo.com" <frazetta04@yahoo.com>; "frazettatwins@yahoo.com" <frazettatwins@yahoo.com>; "hfrazetta@gmail.com" <hfrazetta@gmail.com>; "diana@fillp.com" <diana@fillp.com>
**Sent:** Tuesday, April 23, 2013, 08:19:03 AM CDT
**Subject:** Book

Frankie at this time you must cease and desist this book from being published due to our contract with Vanguard Productions. Here is why we did not want you as a trustee. You do not listen to us, and if you move forward with this, The LLC will have to get a lawyer which is going to cost us tremendous FEES again!!! As agreed in the settlement any trustee doing something illegal on their behalf, will come out of their dispersement. Billy, Heidi and I will have our own lawyer and you can have yours, You will pay all attorney fees!!! You have stepped over the line as usual. We have no moneys at this time to fight another law suit on your behalf. This will stop us from going forward with any future buisness also,
You again r putting the company at risk of having to sell a core piece which you and only you will have your dispersement pay all attorney fees!

Holly