

# The Definitive Frazetta Reference

by
James A. Bond
assisted by
Dr. David Winiewicz

# the Definitive Frazetta Reference

*THROUGHOUT — ART SHOULD BE USED AS A DOCUMENT — NOT AS ILLUSTRATION*

by

James A. Bond with the assistance of Dr. David Winiewicz



*SHOULD NOT BE USED AS ILLUSTRATION — ENTIRE PLATE SHOULD RUN AS DOCUMENT*

With contributions by:

Mike Allred
Randy Bowen
Russ Cochran
Clayburn Moore

Keith Parkinson
Mark Schultz
Mort Weisinger

Movie and Television information gathered with the help of Bill Stout.



# Comic Books



Above - A bit of Frazetta's first published, solo work. This, along with a 4 page story, first appeared in TREASURE COMICS # 7.

Facing page - The cover to TALLY HO.

Following pages - The covers to A-1 COMICS # 47 and WEIRD SCIENCE-FANTASY # 29.

Case 8:22-cv-00581-WFJ-AEP Document 229-2 Filed 04/02/25 Page 5 of 24 PageID 1269

# Biography of Comic Book Career

## WERTHAM WAS RIGHT

To paraphrase the psychologist Dr. Frederick Wertham*: "Comics are an influential media aimed directly at the minds of our children." The doctor's intention was to point out the negative influence of comic books. However, this simple statement rings true in a completely opposite fashion. The influence of art coupled with the strong imagination of a young mind can create some pretty amazing results. Comics teach the child to exercise their imagination, not their knife throwing ability like the good Dr. Wertham would have you believe. And with the encouragement of parents and teachers the child may hone this skill into a worthwhile craft. Millions of children have developed just this way and Frank Frazetta was no exception to this basic rule of mental developement.

Like most young boys, Frazetta drew comic adventures in his spare time and most probably at school during class. He created adventure stories such as *"The Red Devil and Goldy"* a heroic duo emulating the popular comic genre of the time. A misconception concerning this small strip has been passed around the campfires of comic legend. It's been said The Red Devil and Goldy was created by an eight year old Frazetta. This cannot be true. Frazetta was eight years old in 1936, a full two years before the first costumed superhero would appear and four years before the first sidekick. He couldn't have been younger than twelve when he created the characters. But even at such a young age Frazetta's talent shows through, surpassing that of his peers.

Another creative character which might possibly predate "Red Devil" was an adventurous guy called *"Snowman"*. In this strip you can see the influence that the early Disney cartoons had on Frank. Snowman was a plucky little character with a bit of charm and a hell of a punch. Almost like Frosty The Snowman meets Captain America.

## EARLY ON

At the age of eight he was enrolled in The Brooklyn Academy of Art. He studied under the tutelage of Michael Falanga for four years. Unfortunately, Falanga died and classes ended despite the older students attempts to continue the class without their mentor.

At age 15 Frazetta landed a job in Bernard Baily's studio doing pencil cleanups for the house artists. While there he was befriended by artist John Giunta. John, impressed with Frank's ability, decided to "collaborate" with him on a story showcasing Frazetta's Snowman character. Frank recalls, "All I did was one story, I was the kid who had created the character, and I did the pencils. Giunta proceeded to really go over [the pencils] big time, and he did the inking. I was only a kid. I didn't even know how it was done." The 7 page story sim-



ply titled *"Snowman"* appeared in TALLY HO. But, because of Frazetta's limited participation, the story didn't give Frank the recognition he had hoped for. Nevertheless this book boasts his first published work and is a valued addition to the die hard collector. The first and only issue of TALLY HO was released December, 1944. Two months later Frank Frazetta turned sixteen years old.

## CAREER BEGINNINGS

He was finally able to stretch his creative legs in 1946 when Prize Publications gave him a chance to submit a solo story in TREASURE COMICS. This was definitely a far cry from TALLY HO and Frank felt the pressure to draw a story that might earn him some well deserved merit. The story; *"Know Your America"* is Frazetta's first solo published work. The issue also contained a funny/adventure serial entitled *"Cap'n Kidd"*. This single page strip contains the first published self caricature of the artist. The historical value of this book is commonly overlooked by most collectors.

After his work for two issues of TREASURE COMICS, Standard Publications hired him to help illustrate their funny animal books. Between the years 1946 through 1950 he worked diligently with Standard on 15 different titles. He began illustrating books like *BARNYARD, COO COO, HAPPY AND SUPERMOUSE* to name a few. But when Frazetta's talent really began to bloom (about 1948) he was offered a nine page story for EXCITING COMICS, one of Standard's action\adventure titles. He was also asked to provide a quarter page illustration for a *"Looie Lazybones"* story about the same time. The response to Looie persuaded Standard to create an ongoing series. And, of course, they gave Frazetta the job to draw them. These stories are credited as the ones that caught Al Capp's attention and eventually resulted in Frazetta ghosting the LI'L ABNER newspaper strip for nine years.

## HITTING HIS STRIDE

The period of 1948 through 1951 was undoubtedly the most productive in the young artist's comic career as other companies were introduced to his work. Not only did he continue working for Standard's humor and adventure titles, D.S. Publishing offered him a seven page story in OUTLAWS # 9. This was the first of many western stories Frazetta would eventually do. The publishing company Magazine Entertainment contacted Frank to help on their A-1 line of books. The popularity of TRAIL COLT, Frazetta's first work for A-1, quickly led to the production of another A-1 western title, THE DURANGO KID. This book introduced Dan Brand "The White

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

## A-1 COMICS
1944 - # 139, Sept-Oct 1955
Life's Romance Publications / Compix / Magazine Entertainment

Every issue has two different titles and two different issue numbers. A-1 COMICS is the title located in each book's indicia. The covers show a different title and number of the book featured that month. They are first listed according to what appears in the indicia and secondly according to the cover title / issue number.

❑   24 (AKA.- TRAIL COLT # 1)       1949   *"The Rodeo Robbers"* 7 pp.
             **reprinted in** A-1 COMICS # 63 (AKA. MANHUNT # 13)

❑   29 (AKA.- GHOST RIDER # 2)      1950   COVER
             **reprinted in** RETROSPECTIVE (art book), b/w

❑   31 (AKA.- GHOST RIDER # 3)      1951   COVER
             **reprinted in** RETROSPECTIVE (art book), b/w

❑   34 (AKA.- GHOST RIDER # 4)      1951   COVER
             **reprinted in** LEGACY (art book)

❑   37 (AKA.- GHOST RIDER # 5)      1951   COVER
             **reprinted in** RETROSPECTIVE (art book), b/w

❑   47 (AKA.- THUN'DA # 1)          1952   COVER
             **reprinted in** FRANK FRAZETTA: THE LIVING LEGEND (art book)
             *"King of the Lost Lands"* 10 pp.
                  **reprinted in** FRAZETTA #1 fan publication
                  **reprinted in** FRANK FRAZETTA: THE LIVING LEGEND (art book)
             *"The Monsters From the Mists"* 7 pp.
                  **reprinted in** FRAZETTA # 2 fan publication
             *"When the Earth Shook"* 6 pp.
             *"Gods of the Jungle"* 8 pp.
                  **reprinted in** COMIC AND CRYPT # 7 (fan publication)

**The entire contents with the exception of the cover has been reprinted in THUN'DA (bound / reprint collection), FRANK FRAZETTA'S THUN'DA TALES (comic), and FANTASTIC EXPLOITS # 20 (fan publication)**

A-1 COMICS # 47 is one of the most sought after Frazetta collectibles. It's the only book entirely penciled, inked and colored by the artist. Writing credit belongs to Gardner Fox. It was done as a vehicle to show Frazetta's talent in a Tarzanesque feature. It is recommended to find an original copy because the reprint editions are re-colored untrue to the original.

**COMICS**



Below - A panel from A-1 COMICS' # 47 *"King of the Lost Lands"*.

Right - A panel from an ADVENTURE COMICS Shining Knight story. These stories blended an odd mix of King Arthur fantasy with an old West twist.

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

## ADVENTURE COMICS cont.

❑    155    August 1950    *"The Imitation Knight"* 6 pp.
         **reprinted in** MASTERWORKS SERIES OF GREAT COMIC BOOK ARTISTS # 1

❑    157    October 1950    *"Camelot U.S.A."* 6 pp.
         **reprinted in** MASTERWORKS SERIES OF GREAT COMIC BOOK ARTISTS # 1

❑    159    December 1950    *"Knight of the Future"* 6 pp.
         **reprinted in** MASTERWORKS SERIES OF GREAT COMIC BOOK ARTISTS # 2

❑    161    February 1951    *"The Flying Horse Swindle"* 6 pp.
         **reprinted in** MASTERWORKS SERIES OF GREAT COMIC BOOK ARTISTS # 2
         **reprinted in** ADVENTURE COMICS # 417

❑    163    April 1951    *"The Knight in Rusty Armor"* 6 pp.
         **reprinted in** MASTERWORKS SERIES OF GREAT COMIC BOOK ARTISTS # 2

❑    417                *"The Flying Horse Swindle"* 6 pp.
         **first printed in** ADVENTURE COMICS # 161

### ADVENTURES INTO THE UNKNOWN
1990
Sword in Stone Publications
❑    1      1990          COVER - **Fire Demon**

❑    2      1990          COVER - **Stranded**

### AIRBOY COMICS
Vol. 2 # 11 December 1945 - Vol. 10 # 4 May 1953
Hillman Periodicals
❑    Vol. 9 # 7      August 1952      1 pg. ad

### ALL STAR COMICS (ALL STAR WESTERN # 58 on)
Summer 1940 - # 57 Feb-Mar 1951; # 58 Jan-Feb 1976 - # 74 Sept-Oct 1978
National Periodical Publications / All American / D.C. Comics
❑    50      Dec-Jan 1950      *"The 37 Terrible Days"* 3 pp.

### ALL STAR WESTERN (formerly ALL STAR COMICS # 1-57)
# 58 Apr-May 1951 - # 119 Jun-July 1961
National Periodical Publications / All American / D.C. Comics
❑    99      Feb-Mar 1958      *"Botalye-Immortal Indian Warrior"* 3 pp.
         **first printed in** JIMMY WAKELY # 7

### ALL STAR WESTERN
Aug-Sept 1970 - # 11 Apr-May 1972
National Periodical Publications
❑    9      Dec-Jan 1972      *"The Town Jesse James Couldn't Rob"* 3 pp.
         **first printed in** JIMMY WAKELY # 4

### AMERICA'S BEST COMICS
Feb 1942 - # 31 July 1949
Nedor / Better / Standard Publications
❑    26      March 1944      *"Miss Masque"* text illustration & some panel work

❑   **BABY, YOU'RE REALLY SOMETHING!** (one shot)
1990
Eros Comics
     Reprints interior illustrations from the rare MIDWOOD paperbacks.



*(handwritten note, right margin:)* TAKEN OUT OF CONTEXT ENTIRE PAGE AS PRINTED SHOULD BE USED

**Above** - Illustration from BABY, YOUR REALLY SOMETHING.

**Right** - A pair of quarter page illustrations from BARNYARD COMICS.

~   **THE · DEFINITIVE · FRAZETTA · REFERENCE**   ~

## BLACKHAWK (formerly UNCLE SAM # 1-8)

# 9 Winter 1944 - # 243 Oct-Nov 1968 - # 244 Jan-Feb 1976 - # 250 Jan-Feb 1977 - # 251 October 1982 - #273 December 1984
Comic Magazines (Quality) # 9-107 (December 1956) National Periodical Publications #108-250 D.C. Comics # 251 on

❑    118    November 1957    *"The Town Jesse James Couldn't Rob"* 3 pp.
**first printed in** JIMMY WAKELY # 4

## BLACK TERROR

Winter 1942-43 - # 27 June 1949
Better Publications / Standard

❑    22    April 1948    *"Violins for Villainy"* 11 pp. (certain panels)

❑    24    October 1948    *"From the Black Terror Scrap Book"* (lower left panel of the splash page)

## BLAZING COMBAT b&w magazine

October 1965 - # 4 July 1966
Warren Publishing Company

❑    1    October, 1965    **COVER - Combat**

❑    2    January, 1966    **COVER**

❑    3    April, 1966    **COVER**

❑    4    July, 1966    **COVER**
*"Easy Way to a Tuff Surfboard!"* 1/2 pg. anti-smoking ad
**first printed in** EERIE # 3

Warren's gruesome covers and gut wrenching stories, like those in BLAZING COMBAT, showed a violence not seen since the E.C. comics of the fifties. By producing the comic in a magazine format Jim Warren was allowed to bypass the restrictions placed upon comic books by the Comics Code Authority.

Covers to Blazing combat no.4 (below), and no.2 (right).





ENTIRE COVER WITH TITLE

# FRANK FRAZETTA
## Purveyor of youthful purpose
### by Paul D. Shiple

By 1950, what would later be known as a "public service announcements (PSAs)" were regularly being shown in classrooms across America. Perfected during the Second World War with home front campaigns urging car pools and victory gardens, this process to teach moral responsibility was now being used as a tool to fight anti-social behavior. Such mental hygiene films as *"Duck and Cover"*, *"Subject: Narcotics"* and *"Street Safety is Your Problem"* were being viewed by millions of school children. Proponents hoped to encourage, if not to indoctrinate, acceptable social behavior. Between Dr. Spock's "proper ways" of child rearing and Betty Crocker Bake-Offs, conformity and being accepted was the key towards obtaining happiness during the 1950's.



What does any of this have to do with Frank Frazetta? By 1951 Famous Funnies Publications, in conjunction with various children associations, were running like-minded in-house ads. They spoke out against such things as dope peddling and the like as well as promoting such civic duties as first aid. Frazetta, working as a free-lance artist at the time, was drafted into designing several of these spots.

The first of these Frazetta drawn ads was the anti-drug campaign entitled *"We Can Stop the Enemies of Youth"*. First to appear in the pages of BUSTER CRABBE #1, this full page ad was done in cooperation with The New York City Children's Board and The Association of Comic Publishers. Of all these ad spots that Frazetta illustrated, this one is by far the most often reprinted.

Next to appear was *"Prayer Works Wonders"*. This in-house ad expounded on the power of faith. It's curious to ponder the real impact such an ad could have had upon the readers of a "lurid crime comic".

The third PSA to appear with Frazetta's artistic touch was entitled *"Boy Scout Jamboree"*. This advertisement was directed towards encouraging all of America's Scouts to attend that year's National Camp in Irvine Ranch, California.

Another rarely used ad entitled *"Red Cross - New Method of Artificial Respiration"* was published to demonstrate to kids the newly developed methods to help a choking victim. All of these PSAs were intended to distract teenagers from straying down the wrong path as many had done before them. And, like the Red Cross Advertisement, occasionally taught important life saving skills.

Frazetta wouldn't create his last PSA till he joined forces with Warren Publishing in the early sixties to work on the fledgling issues of CREEPY and EERIE magazine. This time it was to speak out against the hazards of smoking with the in-house ad *"Easy Way to a Tuff Surfboard"*. It wasn't the lung cancerous, growth stunting, fetus damaging advertisements we're used to seeing today. Instead it spoke of the only hazard that could be proven back then, smoking was a waste of money.

As it is obvious, PSAs are here to stay; with such current pitches as anti-smoking billboards and "buckle-up" television spots. Such PSAs as *"This is your brain on drugs."* have become so engrained within the American psyche as to have become part of modern pop culture. Considering how much Mr. Frazetta has already contributed to the breadth and width of this culture, it's rather interesting to note that he had an impact very early on with something as mundane as PSAs.



*Paul Dennis Shiple graduated from the University of Toledo in 1993 with a BA in both Sociology and Political Science. He is currently living under the poverty line but is constantly amazed by "really good comics".*

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

---

> ## COMMENTARY:
> ### RANDY BOWEN
> ### Sculptor of Frazetta's "Death Dealer"
>
> Frank Frazetta was probably my single biggest influence. It was his dark fantasy images that ignited my imagination. When I was nine years old I stumbled upon a box of Creepy magazines in the alley behind my father's store. Upon closer inspection I discovered that all the covers had been torn off (as was customary in those days for unsold stock mags in retail stores) In a nearby box were the covers. Even in their "dampened from being out of doors" state, Frazetta's images jumped off the page and became forever burned into my subconcious. It was years later that I discovered who the artist was...Frazetta, of course. When I was older I bought all of his artbooks and collected a few of the paperbacks that bore his work. You can imagine how I felt as an adult to actually collaborate with the Man on a project.
>
> Over the past few years, Mr.Bowen has carved an almost unbelievable number of sculptures for the comic book and fantasy industry. It seems as if there's a new Bowen sculpture coming out every week.

## PRINCESS

Moore Creations
1997
sculpted by Clayburne Moore
     based on the painting - **A Fighting Man of Mars**
- ❑   bronze figure (75 castings)10 1/4 inches tall, on a marble base
- ❑   cold cast porcelain figure (4000 castings) 10 1/4 inches tall, on a wood base
- ❑   cold cast porcelain figure with ruby in head dress 10 1/4 inches tall, on a wood base

- ❑ **VAMPIRELLA** cold cast porcelain figure
1997
Sculpted by Shawn Nagle
     based on the painting - **Vampirella 1996**



| |
|---|
| **Left** - sculpture in progress of THE BARBARIAN. |
| **Right** - bronze version of Clayburn Moore's PRINCESS. |

**SCULPTURES**

- ❑ **WAR AGAINST THE GODS** pewter figure
Frank Frazetta
1991    Sculpted by Frank Frazetta
Based on the painting **Against The Gods** Comes with stained glass plaque version of **Against the gods** 9" x 5"
**Related topic** – JOVAN SEX APPEAL television commercial (movie and television)

# Art Books



Above - A small sampling of Frazetta's work in oil

# THOUGHTS ON FRAZETTA
### by Dr. David Winiewicz

That single, magical word "Frazetta" conjures up many things to many people. For me, I think of a man who is a genuine phenomenon, a legend, creative genius, former child prodigy, and my very good friend for many years. There will never again be anyone even remotely like Frazetta. Of course, I am biased, but this does not affect the objectivity of my opinion toward his art. Frank's 50-plus year career

is, at once, both wonderful and terrible. The image is powerful, disturbing, and unforgettable. Of course, much has been written about those great Frazetta oils, and they guarantee him a permanent place in art history. However, another facet of Frazetta is even more outstanding, namely, his sublime pen and brush drawings. His Canaveral Press drawings executed between 1962-1965 represent a creative peak that will never be approached. These drawings are unprecedented; a virtuoso combination of power and subtlety. Look at them. What an interesting period in Frazetta's career. He was attempting to show the world what he could do. The result was a series of perfect little miracles. Yes, Frazetta achieved perfection in those drawings. I have often thought that there were two angels on either side of Frank's drawing board during their creation, and they were constantly at war in the tip of Frazetta's brush. The result were works that combined incredible beauty, violence, and pure magic. A major artist working on a sophisticated theme at the apex of his mature powers. Frazetta never bores the viewer; his artistic ideas are always sound, interesting, and lively.

> **"Look into the face of Frazetta's THE BARBARIAN ...indeed, one will see straight into the dark side of human nature."**

established a new standard for imaginative art. He attained a level of creative excellence that few artists in history could match or even approach. His name will endure and continue to grow far into the future. His total mastery of pencil, watercolor, ink, and oil has influenced generations of artists. Many artists began their careers as Frazetta-imitators. Frazetta's style is so affecting, so beguiling; everyone wants to draw and paint like Frazetta. Look at the work of Berni Wrightson, Jeff Jones, Mike Kaluta, Boris Vallejo, Mark Schultz, Art Suydam, Alex Horley, Simon Bisley, just to name a few, and you will see the strong, heavy influence of Frazetta. Some artists are content just to mimic his style, copy some superficial characteristics, and pickup a paycheck. The more serious artist uses Frank as an initial inspiration and then moves on to capture their own singular voice and approach. Frazetta is the model for any true creative artist. Reach into yourself and create- that is Frazetta's message to other artists. Do it your own way and follow your own path. After all, no one can be Frazetta except Frazetta. His mark is made; he is a giant; he is part of history, and rightly so.

The vast output of Frazetta reflected in this index demonstrates how deep and prodigious his creativity is. No other artist has brought forth so many truly memorable images. Many people consider Picasso's GUERNICA to be the finest painting of the twentieth century concerning the theme of war. I disagree. Look into the face of Frazetta's THE BARBARIAN and you will see the haunting visage of the twentieth century; indeed, one will see straight into the dark side of human nature. It

Frazetta, the man, is just as interesting and impressive as Frazetta the artist. I have spent countless hours talking with Frazetta about everything



David Winiewicz and Frank Frazetta stand alongside a bust of the mountain gorilla, Ngagi at the San Diego Zoo.

under the sun. Frazetta has a razor-sharp intellect and he doesn't suffer fools, or foolishness, gladly. Frank is a born raconteur, filled with stories, observations, opinions, and a wonderful ability to impersonate. Frank's rubbery, expressive face can imitate anything

~ THE · DEFINITIVE · FRAZETTA · REFERENCE ~

## ❏ ARIEL: THE BOOK OF FANTASY VOL. 1

1976 (first printing date)
The Morning Star Press Ltd.

pg. 1    sketchbook drawing
pg. 6    article *"A hero lives in Brooklyn"* 5 pp.
    Article includes the following:
      detail of **"The Barbarian"** b/w
pg. 11   article *"Interview with Frank Frazetta"* 11 pp.
    Article includes the following:
      panel from *"Monsters from the Mists"* b/w
        **first printed in** A-1 COMICS # 47
      sketchbook drawing
        **first printed in** FANTASTIC ART OF FRANK FRAZETTA VOL. 1
      panel from *"Gods of the Jungle"* b/w
        **first printed in** A-1 COMICS # 47
      detail of **"Berserkser"** b/w
      panel from *"Empty Heart"* b/w
        **first printed in** PERSONAL LOVE # 28 (comic book)
      six consecutive panels from *"Monsters from the Mists"* b/w
        **first printed in** A-1 COMICS # 47
      last page from the story *"Untamed Love"* b/w
        **first printed in** PERSONAL LOVE # 32 (comic book)
pg. 22   article   *"On Frazetta's art"* by Margaret Wilson Cline 5 pp.
    Article includes the following:
      **Egytian Queen** b/w
      six consecutive panels from *"King of the Lost Lands"* b/w
        **first printed in** A-1 COMICS # 47
      **Savage Pellucidar** b/w (mis-titled "Sun Goddess")
      **The Brain** b/w
      **Atlantis** b/w
      Panel from NINA tryout page
        **first printed in** WITZEND # 8 *"The City in the Sea"*



*[handwritten annotation:]* QUESTION THESE INCLUDING IN THIS SECTION- NOT FRAZETTA "ART" BOOKS SUGGEST MOVING TO "BOOK COVERS & ILLUSTRATIONS" SECTION

*[vertical label:]* ART BOOKS

*[handwritten annotation:]* REMOVE

## ❏ ARIEL: THE BOOK OF FANTASY VOL.2

1977 (first printing date)
The Morning Star Press Ltd.

cover         **The Moon Maid**
Title page     Dejah Thoris detail
contents pg.   detail of **"La of Opar"**

> Above - A sketchbook drawing from the pages of ARIEL vol. 1.

**ARIEL VOL. 2 cont**



|  |  |
|---|---|
|  | **first printed in** FRAZETTA # 1 (fan publication) b/w |
| pg. 14 | Spiderman |
| pg. 15 | article "*Frazetta*" part two - 12 pp. |

Article includes the following:
   close detail of "**Self Portrait**" b/w
   **Self Portrait**
   **Outlaw of Torn**
   Sketchbook drawing
   illustration from "*The Giantess*"
      **first printed in** CAVALCADE VOL. 4 # 18 (magazine)
   color Illustration
   Detail of "Tarzan and Bolgani"
      **first printed in** FRAZETTA # 2 (fan publication)
   Flash Gordon b/w
   **The Death Dealer**
   The Giantess
      **first printed in** CAVALCADE VOL. 4 # 18 (magazine)
   detail of "**Luana**"
   "*He struck suddenly upward with his blade.*" Tarzan illustration early version. Also used as
      WITZEND # 4 back cover. (later version used in TARZAN AT THE EARTH'S CORE)
   **John Carter and the Savage Apes of Mars**

□   **FANTASTIC ART OF FRANK FRAZETTA, THE - VOL. 1 (softcover edition)**

August 1975 (first printing date)
Rufus Publishing / Peacock Press / Bantam Books

| COVER | **Egyptian Queen** |
|---|---|
| pg. 1 | sketchbook drawing |
| pg. 5 | sketchbook drawing |
| pg. 7 | "*Cindy is Saved*" 2 pp. b/w |
|  | **first printed in** HEROIC COMICS # 94 |
| pg. 11 | sketchbook drawing |
| pg. 13 | The Executioner – sketchbook drawing (not to be confused with the painting of the same name) |
| pg. 15 | Stone Age |
|  | AKA - "*He caught them upon his tusks and tossed them high into the air.*" |
|  | **first printed in** TARZAN AT THE EARTH'S CORE interior illustration |
| pg. 17 | Caveman |
|  | **first printed in** WEIRD SCIENCE-FANTASY # 29 comic book cover (slightly altered) |
| pg. 19 | Apeman |
|  | **first printed in** TARZAN AND THE CASTAWAYS dust jacket |
| pg. 21 | **Wolf Moon** |
| pg. 23 | **The Sorcerer** |
| pg. 25 | **Wolfman** |
| pg. 27 | **Neanderthal** |
| pg. 29 | **Sea Monster** (repainted version) |
| pg. 31 | **Spiderman** |
| pg. 33 | **Wolfpack** |
| pg. 35 | **Green Death** |
| pg. 37 | **The Brain** |
| pg. 39 | **The Apparition** |
| pg. 41 | **Berserker** |
| pg. 43 | detail from "**The Snow Giants**" |
| pg. 45 | **The Snow Giants** |
| pg. 47 | **Swamp Demon** |
|  | see FRANK FRAZETTA: BOOK FIVE for alternate version |
| pg. 49 | **Woman with a Scythe** |
| pg. 51 | **Tyrannosaurus Rex** |
| pg. 53 | **Egyptian Queen** |



PRINT AS
USED AS
ENTIRE
TITLE PAGE
2/C - TAKE
OUT

ART BOOKS

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

| | |
|---|---|
| pg. 32 | sketchbook art 4 pp. |
| pg. 37 | **Black Panther** |
| pg. 39 | **Autumn People** |
| pg. 41 | **Tanar of Pellucidar** |
| pg. 43 | **Fire Demon** |
| pg. 45 | **Rogue Roman** |
| pg. 47 | Image of KUBLAI KHAN |
| | **first printed** in KUBLAI KHAN portfolio |
| pg. 49 | Lioness Watching Cabin |
| pg. 51 | Girl and Black Horse |
| | **first printed** in WOMEN OF THE AGES portfolio |
| pg. 53 | illustration from THE CHESSMEN OF MARS |
| | **first printed** in THE THUVIA, MAID OF MARS and CHESSMEN OF MARS interior illustration |
| pg. 55 | **The Night They Raided Minsky's** (previously unpublished, uncensored version) |
| pg. 57 | **Tarzan and the Ant Men** |
| pg. 59 | **Girl with Sword** |
| | **Indian with Long Rifle** |
| pg. 61 | **Nude with Dagger Raised** |
| | **Nude with Sword** |
| pg. 63 | **Bear Watching Caveman Threaten Cub** |
| | **Girl Observed by Undressed Man with Hat** |
| pg. 65 | **Indian with Bow** |
| | AKA - The Archer |
| | **reprinted** in RETROSPECTIVE |
| | **Nude in Pond** |
| | AKA - Silent Breeze |
| | **reprinted** in RETROSPECTIVE |
| pg. 66 | sketchbook art 4 pp. |
| pg. 70 | Monster Entering Space Vehicle |
| | **first printed** as cover to FAMOUS FUNNIES # 213 (comic book) |
| pg. 71 | Attack |
| | **first printed** as cover to FAMOUS FUNNIES # 214 (comic book) |
| pg. 73 | **The Fastest Guitar in the West** |
| pg. 75 | **Roman Chariot** |
| pg. 77 | **Tarzan and the Jewels of Opar** |
| pg. 79 | **Land of Terror** |
| pg. 81 | **Lost Continent** |
| pg. 82 | sketchbook art 6 pp. |
| pg. 89 | **Torture Garden** |
| pg. 91 | **Kane on the Golden Sea** |
| pg. 93 | **Warrior with Ball and Chain** |
| pg. 95 | Flashman on the Charge |
| pg. 96 | image from LORD OF THE RINGS |
| | **first printed** in LORD OF THE RINGS portfolio |
| pg. 97 | Orcs |
| | **first printed** in LORD OF THE RINGS portfolio |
| pg. 99 | detail from "Night Winds" |
| back cover | **Serpent** |

**ART BOOKS**

# FRANK FRAZETTA: BOOK FOUR
(first printing date)
ock Press/Bantam Book

| | |
|---|---|
| COVER | Sacrifice |
| pg. 1 | sketchbook drawing |
| pg. 3 | sketchbook drawing |
| pg. 4 | three sketchbook drawings |
| pg. 5 | sketchbook drawing |
| pg. 6 | sketchbook pages 2 pp. |
| pg. 8 | sketchbook drawing |

Above left - An illustration from within FRANK FRAZETTA vol. 2.

Below left - The cover to FRANK FRAZETTA vol. 3.

Above top - The cover to FRANK FRAZETTA vol.4.

Above bottom - An illustration from within FRANK FRAZETTA vol. 3.

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

pg. 86          sketchbook page
pg. 87          **Seven Romans**
pg. 88          sketchbook drawing
pg. 89          **Flesh Eaters**
pg. 91          **Mothman**
pg. 93          **King Kong** (second version)
pg. 95          **Self Portrait**
back cover      **King Kong** (second version)



## ❏ FRANK FRAZETTA: BOOK FIVE

1982
Peacock Press / Bantam Books

COVER           **Charging Huns**
Pg. 1           sketchbook drawing
                **first printed in THE A.C.B.A. PORTFOLIO.**
pg. 5           *"Dialog with Frank Frazetta"* 3 pp.
pg. 8           **Young World** 2 pp.
pg. 10          **Red Moon, Black Mountain** 2 pp.
pg. 12          sketchbook drawing
pg. 13          **King Kong and Snake**
pg. 14          b/w sketch
pg. 15          **The Amali Legend**
pg. 16          sketchbook drawing
pg. 17          **The Indian Brave**
pg. 18          sketchbook drawing
pg. 19          **The Defender** (unfinished)
pg. 20          sketchbook drawing
pg. 21          **Kavin's World** (unfinished)
pg. 22          sketchbook drawing
pg. 23          **Mastodon**
pg. 24          sketchbook drawing
pg. 25          **Captive Princess**
pg. 26          sketchbook drawing
pg. 27          **Pharoah's Tomb**: Battlestar Galactica
pg. 28          **Castle of Sin** 2 pp.
pg. 30          sketchbook drawing
pg. 31          **The African Elephant**
pg. 32          **Girl on the River** 2 pp.
pp. 34          Collected Book Covers include:
                    WARRIOR OF LLARN
                    TALES OF THE INCREDIBLE
                    MAZA OF THE MOON
                    OUTLAW WORLD
                    TARZAN AND THE LION MAN
                    THE SON OF TARZAN
                    TARZAN THE INVINCIBLE
                    TARZAN AND THE CITY OF GOLD
                    THE BEASTS OF TARZAN
                    JUNGLE TALES OF TARZAN
                    SWORDSMAN IN THE SKY
                    THE DEVIL'S GENERATION
                    LOST ON VENUS
                    CARSON OF VENUS
                    THE MONSTER MEN
                    THE MUCKER
                    cover to BEYOND THE FARTHEST STAR (first version)
                    cover to BEYOND THE FARTHEST STAR (second version)
pg. 37          **Battlefield Earth**
pg. 38          **Cat Girl** 2 pp.



ART BOOKS

Left - A pair of illustrations from FRANK FRAZETTA vol. 4.

Above - The cover and an interior illustration from FRANK FRAZETTA vol. 5.

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

## RETROSPECTIVE cont.

pg. 91     ink illustration
           AKA - *"David Innes, hyenodons and man-apes of Pellucidar"*
                **first printed in** EDGAR RICE BURROUGHS - MASTER OF ADVENTURE interior book illo.

pg. 93     ink illustration
           AKA - *"The silent creature drove a long knife again and again into his tawny side."*
                **first printed in** CANAVERAL PRESS brochure advertisement.

pg. 94     ink illustration
           AKA - *"A dozen of them felt the weight of my clenched fists, and then I went down, fighting, beneath a
                half-hundred warriors..."*
                **first printed in** THE GODS OF MARS & THE WARLORD OF MARS interior book illustration

pg. 95     ink illustration
           AKA - *"I sprang into the arena, my long sword whirring through the air..."*
                **first printed in** THE GODS OF MARS & THE WARLORD OF MARS interior book illustration

pg. 96     Kublai Khan
                **first printed in** THE KUBLAI KHAN PORTFOLIO

pg. 98     ink illustration
           AKA - *"She called the fierce banths about her and led them as a shepherdess might lead her flock of meek
                and harmless sheep."*
                **first printed in** THE GODS OF MARS & THE WARLORD OF MARS interior book illustration

pg. 99     ink illustration
           AKA - *"She raised her slim blade above the heart of Dar Tarus."*
                **first printed in** THE MASTERMIND OF MARS AND A FIGHTING MAN OF MARS interior book illo.

pg. 100    sketchbook drawing
pg. 101    ink illustration
pg. 103    Lil' Abner greeting card illustrations

## COLORED PENCIL RENDERINGS

pg. 109    **Golden Girl**
pg. 110    **Tyrannosaurus Rex**
pg. 111    **Survivor**
pg. 112    **Massai Warrior**
pg. 113    **The Challenge**
pg. 114    **Silent Breeze**
pg. 115    **The Archer**

## THE PRELIMINARIES

pg. 116    **Tarzan the Invincible**
pg. 118    **Thuvia, Maid of Mars**
pg. 119    sketches for **At the Earth's Core** and **Tanar of Pellucidar**
pg. 120    **Alien Crucifixion**
pg. 121    **Darkness at Time's Edge**
pg. 122    Tanar of Pellucidar
pg. 123    **Swords of Mars**
pg. 124    **Battlefield Earth**
pg. 125    **Sound**
pg. 126    sketches for **Death Dealer**
pg. 127    **Death Dealer with Alligator**
pg. 128    **Death Dealer with Serpent**
pg. 129    **Death Dealer**

## THE OIL PAINTINGS

pg. 131    **Tales From the Crypt**
pg. 133    **Dracula**
pg. 135    **Flashman on the Charge**
pg. 137    **Wolf Moon**
pg. 139    **Tarzan and the Jewels of Opar**
pg. 141    **Black Panther**



ART BOOKS

pg. 141    **Black Panther**
pg. 143    **Sun Goddess**
pg. 145    **Jongor Fights Back**
pg 147     **Tanar of Pellucidar**
pg. 149    **Bran Mak Morn**
pg. 151    **Neanderthal**
pg. 153    **Captive Princess**
pg. 155    **The Mammoth**
pg. 157    **Young World**
pg. 159    **Carson of Venus**
pg. 161    **Tree of Death**
pg. 163    **Serpent**
pg. 165    **Spiderman**
pg. 167    **Fantasy World**
pg. 169    **John Carter and the Savage Apes of Mars**
pg. 171    **The Moon Maid**
pg. 173    **Man-Ape**
pg. 175    **Charging Huns**
pg. 177    **Berserker**
pg.179     **The Destroyer**
pg. 181    **Egyptian Queen**
pg. 183    **Sea Witch**
pg. 185    **The Death Dealer** IV
pg. 187    **The Death Dealer**
pg. 189    **Mongol Tyrant**
pg. 191    **Sacrifice**
pg. 193    **The Barbarian**
pg. 195    **Catgirl** repainted version
pg. 196    The auction house price index for the items for sale in the book.



## FRANK FRAZETTA: BOOK ONE

Iovember 1996 (first printing date)
razetta Publications / Sun Litho-Print / Frazetta Books

| | |
|---|---|
| COVER | **Wolves Night** |
| pg. 1 | b/w drawing |
| pg. 5 | portrait **David Winiewicz** |
| pg. 7 | **Princess and the Panther** |
| pg. 9 | **Headless Horseman II** |
| pg. 11 | **Wolves Night** |
| pg. 13 | **Day of Wrath** |
| | **first printed in JAGUAR GOD # 0 (comic book)** |
| pg. 15 | Tarzan Triumphant (b/w) |
| pg. 17 | **Death Dealer VI** |
| pg. 19 | **Huns** |
| pg. 21 | **Moon Rider** |
| pg. 23 | **Encounter** |
| pg. 25 | **The Countess** |
| pg. 27 | **Dream Flight** |
| pg. 29 | **Battlefield Earth** |
| pg. 31 | **Dawn Attack** |
| pg. 33 | **Leaping Lizards** |
| pg. 35 | **The Lieutenant** |
| pg. 37 | **Jaguar God I** |
| pg. 39 | **Jaguar God II** |
| pg. 41 | Tarzan and Bolgani (b/w) |
| pg. 43 | **Captive Princess** |
| pg. 45 | Tooth and Claw (b/w) |
| pg. 47 | **Death Dealer II** |
| pg. 49 | **Death Dealer III** |

ART BOOKS

> **Left** - The cover to RETROSPECTIVE.
>
> **Above** - The cover to FRANK FRAZETTA BOOK ONE.

## COMMENTARY: KEITH PARKINSON

I took a college credit art course in my last year in high school and the last half of the year was spent in a personal focus area. I chose fantasy art, at the suggestion of my art teacher.

I had seen Frazetta's first art book in the store and wanted it but couldn't afford to buy it. The art teacher (Bruce Ray,) and I bought it together, he paid half and I paid half. We did this with the intention of having a contest: we would each do a fantasy painting, whoever did the best one got to keep the book.

He actually did a painting on his own time, which now I realize was for the sole purpose of motivating me, but at the time I thought he was competing for the book ((naive youth! Anyway, as I'm sure he planned, I won the contest and got to keep the book.

So, my art teacher was the one that pointed me on my career path in fantasy art, and the Frazetta book was the carrot that he hung on the end of the stick to motivate me.

~ **THE · DEFINITIVE · FRAZETTA · REFERENCE** ~

### ☐ **FAMOUS CARTOONISTS COURSE**

1960s    Panel from HEROIC COMICS story *"Stranded in a Mine Field"*. The Famous Cartoonists Course was produced by the same company that did The Famous Artists Course. Do you remember the "Were looking for people who like to draw" advertisement on the back cover of certain comic books?

### ☐ **FRAZETTA MEMORY BOOK**

1977
Frank Frazetta
a collection of photos and artwork bound into a 5 1/2 x 8 1/2 book (40 pgs.)
comes with envelope

### ☐ **JERK, THE** Starring Steve Martin

**Sea Monster**

painting is altered. Sea creature is replaced with topless mermaid. The mermaid is not painted by Frazetta.

### ☐ **LATER, WITH BOB COSTAS** (tv interview program)

Bill Gaines interview mentions FAMOUS FUNNIES and shows issue # 211

### **OIL PAINT BY NUMBER SET**

1978
Irwin Toys (Canadian)
These are black velvet versions of the most famous Frazetta paintings. Each set comes with 20 oil paints and a brush. The black velvet panel is 30 x 41 cm.
☐    18210    **Death Dealer**
☐    18220    **The Silver Warrior**

### ☐ **PHOTO JOURNAL GUIDE TO COMIC BOOKS, THE** volumes one and two

1989
Gerber Publishing Company
reprints all Frazetta comic covers up to 1955

### ☐ **SCIENCE FICTION COLLECTORS CATALOG, THE** by Jeff Rovin

1982
A.S. Barnes & Co.
　　pg. 139    cover to LOST ON VENUS
　　pg. 142    cover to E.R.B.DOM # 88 sketch from PELLUCIDAR
　　pg. 164    photo Vampirella model kit

*SHOULD HAVE ENTIRE PACKAGE*

**ODDS and ENDS**




Now you too can paint like Frazetta! Well, maybe not. Here are a couple of the more esoteric collectibles; oil paint by number kits from Canada. Individually sold, they came complete with instructions, paint, and a small plastic brush.

*I have no knowledge of this product*

# Unpublished Works



Above - The preliminary to THE ENCOUNTER. This spawned a cover for L. Ron Hubbard, Writers of the Future. The final version is nearly identical except for the spaceman's pose and proportion to the spacecraft.

THIS SECTION NOT APPROPRIATE TO AN INDEX — SHOULD BE REMOVED



## FLYING REPTILES

Sometimes it's near impossible to tell the difference between a preliminary painting and its finished counterpart unless they are side by side. Below are two paintings. The painting on the right, as you can probably tell, is the preliminary. It lacks the sharper details, the brighter highlights and the deeper shadows that go into a finished piece.

The painting on the left is, of course, the cover image used for the 1973 Ace edition of PELLUCIDAR. It very well may have been based on a much earlier Frazetta creation. An ink illustration (see left) that was intended to appear in the 1965 Canaveral Press edition of PELLUCIDAR.





DITTO



# MADAME DERRINGER

From the Doubleday Western Book Club comes this whimsical little painting (left)along with its accompanying layout sketch (below). The three clubs, named Clues (mystery) Spurs (western) and Science Fiction were available only to subscribing members.

The new member would recieve a monthly newsletter and within the newsletter a short story. In this case a story named "The Legend of Baby Doe".

Frazetta provided eleven paintings and illustrations for the Doubleday Book Clubs. To see a list of these images see page 112, Promotional Collectibles.



DITTO



## LAND OF TERROR

This painting (left) appeared as the cover to the 1964 Ace paperback of the same name. Frazetta wasn't happy with the painting so when Ace asked him to submit a cover for the 1973 edition he rethought the entire concept and painted the second version of Land of Terror (AKA - Monster out of Time).

The painting seen here later turned up in 1973 at Ace as a cover for "Out of Time's Abyss".

There's confusion to yet a third painting titled "Land of Terror". The painting shows an archert defending himself and a girl against two assaulting cavemen. The painting's design is close to that of an illustration done for the Canaveral Press edition of "At the Earth's Core".



REMOVE PAGE

## Acknowledgements

A project of this size cannot possibly be completed by just one person. My name is on the cover only because of my playing conductor to a grand symphony of very talented individuals. I want to express my most sincere thanks to those who've helped make this project possible.

First and foremost, Frank and Ellie Frazetta. Their patience and support of this project humbles me. To simply thank them both will never be enough.

Thanks to Dr. Dave Winiewicz. He's helped to make this a great work by offering any help he could. Dave has those to thank as well. He would especially like to thank Glynn Crain, Steve Jenkins, and Joe Lane.

I owe William Stout a ton of gratitude for providing info on items I didn't even know existed. Especially his vast knowledge on Frazetta's movie poster work.

A big thanks for the personal commentaries of Michael Allred,

Russ Cochran, Keith Parkinson, Mort Weisinger, Clayburn Moore, Mark Schultz and Randy Bowen.

To all those who've helped me actually get this project off the ground. It's your help that has kept me going. James Collins of J.C.s Comic Stop in Toledo and Michael Goldman of Motor City Comics for allowing me access into their secret, underground comic bunkers.

To Paul and Michelle Shiple for their endless patience during all those phone calls, Paul's "vault" of reference, his essay on Frazetta's P.S.A.s, and his invaluable input concerning E.C. Comics.

A pat on the back to Wes *"where's my name at?"* Tillander. This is for his knowledge and assistance on prints, posters and portfolios.

John Hopkins provided much needed info on the hard to find FRAZETTA # 5 art book. Though I later found my own copy I still feel the need to acknowledge his hard work.

I know I've failed to mention a large number of folks who've been there to share stories and precious information. These are the professionals, the dealers, and the fans that can be found at almost every comic book convention nation-wide. You guys need to know that without your constant enthusiasm show after show I never would have had the motivation to continue this six year project. Thank you all, so much.

To my friend Kristen Perry for her help and support. And also for her letting me borrow all the software neccesarry to finish this thing. May the coffee in your cup never grow cold.

And though she stepped into my life towards the end of the process, I thank my wife, Tina for her everlasting patience throughout the work consumed days and nights. And my dog, Shorty gets a pat on the head for showing me that not every minute of life should be spent working.

DEDICATED TO THE GRAND-MASTER
OF THE
WRITTEN WORD
~ ROBERT E. HOWARD ~
1906 - 1936

X

OPPOSED TO THIS DEDICATION

I Believe that this book should Be dedicated To the fans Remember frank's works are great but if you don't have a following of people that love his works, we would not know of him - 34.F