UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

vs.   CASE NO. 8:22-cv-00581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC, and JESS DAVID SPURLOCK,

    *Defendants.*
_____/

## AFFIDAVIT OF LEIGH M. WILLIAMS

I, LEIGH MCMILLAN WILLIAMS, attorney for Defendants J. DAVID SPURLOCK and VANGUARD PRODUCTIONS, LLC ("VANGUARD"), do hereby depose and state as follows:

1. I have personal knowledge of every event and occurrence in the statements made in this affidavit, and I attest that the following are true, complete, and correct:

2. The attached subpoena is to be served upon Lori Frazetta, business manager for her husband, Frank A. Frazetta, Jr., and business manager of the Frazetta Art Museum in East Stroudsburg, Pennsylvania. In her dual capacities, Mrs. Frazetta keeps the business records and is the proper person to request production of documents.

3. Frank A. Frazetta, Jr. was disclosed as a witness having knowledge of the Letter dated January 13, 2015 addressed to Frank A. Frazetta, Jr., Dark Horse Comics, and Diamond Comics Distributors (the "Dark Horse Letter"), in Defendants' Rule 26 Disclosures, filed as docket identification number 95-4.

4. I have not spoken with Lori Frazetta or Frank A. Frazetta, Jr., concerning the documents sought to be produced in the subpoena attached hereto as Exhibit 1.

*Frazetta Properties, LLC v. Vanguard Productions, LLC & Spurlock*
Case No. 8:22-cv-00581-WFJ-AEP

5. Plaintiff's March 31, 2025 Motion for Sanctions [DIN 218] asserts that the signatures on the document are forgeries and is supported by the affidavits of three of the four of the manager-members of Frazetta Properties, LLC: Heidi Frazetta [DIN 220]; Holly Frazetta [DIN 221] and William Frazetta [DIN 222], each attesting that they have never seen the document and did not sign it.

6. Defendant J. David Spurlock is in the process of drafting his affidavit describing his personal knowledge of the facts of the letter, which will be filed shortly.

7. I am also accused of knowingly submitting a forged document, both as an exhibit [DIN 95-4] to Mr. Spurlock's November 8, 2023 Affidavit [DIN 95], and again when I filed Defendants' Renewed Motion [DIN 176] for Reconsideration of its Order [DIN 128] granting summary judgment in Plaintiff's favor as to copyright infringement.

8. I am in the process of drafting my affidavit attesting to the facts of the 2015 Dark Horse Letter as I know them and will file it by tomorrow.

9. However, an equally relevant issue exists to which neither Mr. Spurlock nor I can attest, and that is: *Was the Letter, or the material substance of the Letter, sent to Frank A. Frazetta, Jr., Dark Horse Comics, and/or Diamond Comics Distributors? And if so, was it sent by Frazetta Properties, LLC through one or more of its members or its agent*?

10. I am unaware of the name of any attorney or contact information for Dark Horse Comics or Diamond Comics Distributors, but I can ask Frank A. Frazetta, Jr., the witness disclosed as having knowledge of the Dark Horse Letter, to produce the Letter.

11. No discovery was conducted by Plaintiffs as to the Dark Horse Letter before the discovery period expired on February 7, 2025.

*Frazetta Properties, LLC v. Vanguard Productions, LLC & Spurlock*
Case No. 8:22-cv-00581-WFJ-AEP

12. The issue was not presented to me prior to Plaintiff's filing of its March 31, 2025 Motion for Sanctions and had known that Plaintiff intended to disavow knowledge of the Dark Horse Letter, I would have served the subpoena sooner.

13. Over the course of many years, I have become acquainted with William Frazetta and Holly Frazetta, and I do not know them to be dishonest people, but my client David Spurlock believes that the Dark Horse Letter was sent.

14. The subpoena is a good faith effort to objectively investigate the facts. The most direct way to do this is to ask a neutral source, Lori Frazetta, to provide business records in the possession of Frank A. Frazetta about the Dark Horse Letter.

15. The subpoena requests not only the Dark Horse Letter, but also the identity of the sender and method of delivery. The time to respond is shortened to 14 days, the time provided for Mrs. Frazetta to make any objection Frank A. Frazetta, Jr., might have.

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AND AFFIRM THAT IT IS TRUE, COMPLETE, AND CORRECT.

DATED:   APRIL 3, 2025

Respectfully submitted,

LEIGH M. WILLIAMS LAW OFFICE, PLLC

/s/: *Leigh Williams*
_____
LEIGH M. WILLIAMS, ESQ.
Fla. Bar No. 624543
1701 W. Kansas Ave.
Midland, Texas 79701
leigh@williamslegal.org
mcmillan.esq@gmail.com
Tel. (432) 901-2141
Attorney for Defendants J. DAVID SPURLOCK and VANGUARD PRODUCTIONS, LLC