UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

*Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

*Defendants.*

_____/

## NOTICE WITHDRAWING INTENT TO SERVE NON-PARTY SUBPOENA

Defendants VANGUARD PRODUCTIONS, LLC ("VANGUARD") and J. DAVID SPURLOCK hereby WITHDRAW their intent to serve non-party subpoena [DIN 232] and do NOT intend to serve any subpoena in this matter pertaining to the disputed 2015 Dark Horse Letter [DIN 95-4].

DATED: APRIL 4, 2025

/s/: _Leigh Williams_
_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, Texas 79701
leigh@williamslegal.org
mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
*Attorney for J. David Spurlock and*
*Vanguard Productions, LLC*