UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-00581-WFJ-AEP

FRAZETTA PROPERTIES, LLC,

    *Plaintiff,*

vs.

VANGUARD PRODUCTIONS, LLC,
AND JESSE DAVID SPURLOCK,

    *Defendants.*

_____/

## NOTICE OF WITHDRAWING REQUEST FOR <u>EVIDENTIARY HEARING</u>

Defendants VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK hereby WITHDRAW their Request for Evidentiary Hearing [DIN 226], no longer necessary dur to their withdrawal of the Renewed Motion for Summary Judgement.

DATED: APRIL 4, 2025

Respectfully submitted,

/s/: _Leigh Williams_____
Leigh M. Williams, Esq.
Fla. Bar No. 624543
LEIGH M. WILLIAMS LAW OFFICE, PLLC
1701 W. Kansas Ave.
Midland, Texas 79701
leigh@williamslegal.org
mcmillan.esq@gmail.com
Tel. No.: 432 901-2141
*Attorney for J. David Spurlock and*
*Vanguard Productions, LLC*