UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK,

    *Defendants.*

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR REMOVAL OF EXHIBIT 4 [DIN 95-4] FROM "AFFIDAVIT OF J. DAVID SPURLOCK"

DEFENDANTS VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK request the court enter the appropriate order removing the document referred to as the "Dark Horse Letter," attached as Exhibit 4 [DIN 95-4] to Defendants' *Affidavit of J. David Spurlock in Rebuttal to the Affidavit of Joe Weber"* [DIN 95], filed November 8, 2023.

WHEREFORE, Defendants respectfully request issuance of the court's order appropriate to effect removal of Exhibit 4 [DIN 95-4] from the above styled Affidavit.

DATED: APRIL 12, 2025

*Frazetta Properties, LLC vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

## CERTIFICATE OF GOOD FAITH CONFERRAL

The undersigned spoke with counsel for Frazetta Properties, LLC on April 5, 2025 concerning Defendants' removal or withdrawal of all documents incorporating or referencing the 2015 document referred to as the "Dark Horse Letter" [DIN 95-4], to which counsel agreed.

                              Respectfully submitted,
                              LEIGH M. WILLIAMS LAW OFFICE, PLLC

/s/: _____
Leigh M. Williams, Esq.
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
         leigh@williamslegal.org
Tel. 432 901-2141
*Attorney for Vanguard Productions, LLC*
*and J. David Spurlock*