UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

   *Plaintiff,*        CASE NO. 8:22-cv-00581-WFJ-AEP

v.

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK,

   *Defendants.*
_____/

**AFFIDAVIT OF J. DAVID SPURLOCK IN RESPONSE TO FRAZETTA PROPERTIES, LLC'S MOTION FOR SANCTIONS**

  I, J. DAVID SPURLOCK, individually and as sole proprietor of VANGUARD PRODUCTIONS, LLC ("VANGUARD"), do hereby depose and state as follows:

  1. The statements contained in this affidavit are made from personal knowledge:

  2. I read Frazetta Properties' Motion for Sanctions [DIN 218], and the Affidavits of Heidi Frazetta [DIN 220], Holly Frazetta [DIN 221], and William Frazetta [DIN 222] and accusing me of forging their signatures on a letter dated January 13/14, 2015, addressed to Frank Frazetta, Jr., Dark Horse Comics, and Diamond Comics Distributors. (The "Dark Horse Letter").

  3. The Dark Horse Letter was attached as exhibit 4 [DIN 95-4] to my November 8, 2023 Affidavit [DIN 95].

  4. In early 2015, Frazetta Properties' members learned that Frank Frazetta Jr was in talks with Dark Horse Comics to publish a book featuring Frank Frazetta's artwork. Bill Frazetta called me and requested me to help him draft the wording of

correspondence to be sent to Frank Frazetta, Jr., and the heads of Dark Horse Comics and Diamond Comics Distributors.

5. I came across the Dark Horse Letter shortly before drafting my Affidavit [DIN 95] but had not recalled it until then because I had not seen it since 2015, when it was drafted.

6. I remembered William "Bill" Frazetta called me and we drafted the wording of the Dark Horse Letter for the purpose of notifying the addressees of the existence of the Frazetta Properties-Vanguard relationship. I had no immediate recall on the subject of the signatures, and it did not strike me as an issue then.

7. At any rate, Frazetta Properties, or at least manager-member Bill Frazetta have had the Dark Horse Letter since January 2015, when I emailed it as an attachment to Bill Frazetta.

8. The Dark Horse Letter filed as exhibit 4 to my Affidavit is a true and accurate decade-old document that I emailed to Bill Frazetta after he and I discussed and jointly drafted the letter's wording by telephone. Frazetta Properties, through Bill Frazetta, received their copy and I kept mine in the exact same form since January 14, 2015 as part of Vanguard Productions' business records.

9. In addition to being an author and publisher of books featuring the work of illustrators and artists, I also represent several well-known artists and authors, and it is not unusual for them to request my help with drafting correspondence, notices, and cease and desist letters. The Dark Horse Letter is one example.

10. I've been an expert on the life and art of Frank Frazetta long before Vanguard published the *Frazetta Definitive Reference* in 2008. I was a consultant on the 2003 full-length Frank Frazetta documentary "*Painting With Fire;*" I was retained as an expert witness on the art of Frank Frazetta in *Conan Properties International, LLC versus ARH Studios, Inc.,* Case No. CV16-05284 CBM SK, in the District Court for the Central District of California; and I also served as an appraiser of the value of Frank Frazetta's artwork for purposes of purchasing an insurance policy for the multi-million collection.

11. When the accusation of forgery was recently brought up, I began to make a thorough search for all documents, texts, or social media posts to corroborate the Dark Horse Letter as well as Frazetta Properties' understanding that Vanguard was authorized to reproduce their copyrighted images in Vanguard's books featuring Frank Frazetta's art.

12. After several weeks, I found the delivery email for the Dark Horse Letter. I sent the Letter to Frazetta Properties' manager member Bill Frazetta's email address as per his request on behalf of Frazetta Properties, and I understood that the Letter was sent.

13. My search did not locate any document to show that the Dark Horse Letter was not sent, that Frazetta Properties later had a change of mind or disagreed with its content; that they requested I make any revisions, additions, or edits to its wording; nor was there anything showing that they replaced the facsimile signatures with traditional hand signatures.

14. I found no document indicating that any member of Frazetta Properties ever expressed any issue whatever with the document, and they've had it for a decade.

15. I did not draft the letter on my own initiative. The wording was approved by Bill Frazetta during our telephone call. I attached the letter to an email to Bill Frazetta specifically stating "*Letter attached. To save having to mail it all over, I inserted your signatures from our agreements. That will suffice with your approval.*" The digitally inserted signatures, confirmed in that vintage 2015 email, were done solely as a convenience for Frazetta Properties, for expediency's sake, as Frazetta Properties' members live in different states.

16. It would have taken some time to mail a hard copy to each member in Pennsylvania and Florida, wait for them to mail back signed copies, then finally mail the Dark Horse Letter to the addressees.

17. It was more expedient to handle this digitally via email. I noted this to Bill in my 2015 delivery email, sent to Bill Frazetta's frazetta04@yahoo email account, opening with "Letter attached," showing that the Dark Horse Letter was sent immediately after our telephone conversation. I have no ability to travel back a decade in time to fabricate documents for the purpose of defrauding Frazetta Properties or the court.

18. I originally gave my attorney the Dark Horse Letter in good faith as evidence of the parties' same understandings over the years, no more, no less.

19. At no time have I ever thought of the Frazetta Properties' members' signatures on the Dark Horse Letter as forged or fraudulent. The wording was co-drafted and agreed to by Frazetta Properties' manager member Bill Frazetta, and he has never notified me or indicated to me that he ever changed his mind or rescinded his decision on behalf of Frazetta Properties as to the contents of the Dark Horse Letter.

20. Finally, I want to add that contrary to Frazetta Properties' statements, until this case and the recent state court litigation, the majority of my thirty years' friendship with the Frazetta family and my working relationship with Frazetta Properties as the official publisher and biographer of Frank Frazetta has been cordial[1]. (see, Ex. 1, Press Release, attached hereto). Vanguard's books continue to promote the legacy of the late Frank Frazetta and his museum in Pennsylvania.

PURSUANT TO 28 U.S. CODE § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE ABOVE STATEMENTS, AND THAT THE FOREGOING ARE TRUE AND CORRECT.

Executed this 14th day of April 2025

/s/: _____
J. DAVID SPURLOCK
Individually, and as sole member of
VANGUARD PRODUCTIONS, LLC

---

[1] I also refuted these statements in a previous Affidavit [DIN 87]

## User login

## Navigation

Contact (/contact)

My points (/myuserpoints)

Popular content (/prpage)

Shopping cart (/cart)

## Tags

**Topics:**
Entertainment (/entertainment-media)
Publishing (/publishing-and-printing)
**Location:**
North America (/north-america)
**Type:**
Event News (/event-news)

# Vanguard Publishing features Steranko, Sienkiewicz, Lugosi and an array of Frazetta

*Submitted by Vanguard (/user/vanguard) on Mon, 08/08/2011 - 23:04*

One person likes this. Sign Up to see what your friends like.

**Acclaimed pop culture enthusiasts Vanguard Publishing celebrated their 17th consecutive year at Comic-Con International in San Diego, in style with the help of some famous friends. The festivities included appearances by revolutionary Captain America artist-writer Jim Steranko; ground-breaking, Emmy Award-nominated graphic novelist, Bill Sienkiewicz; Bela Lugosi Jr.; and a special exhibit of printed works by the late, great fantasy art icon, Frank Frazetta.** New York, NY, August 10, 2011 (PressReleasePoint) -- Acclaimed pop culture enthusiasts Vanguard Publishing celebrated their 17th consecutive year at Comic-Con International in San Diego, in style with the help of some famous friends. The festivities included appearances by revolutionary Captain America artist-writer Jim Steranko; ground-breaking, Emmy Award-nominated graphic novelist, Bill Sienkiewicz; Bela Lugosi Jr.; and a special exhibit of printed works by the late, great fantasy art icon, Frank Frazetta.



(/user/vanguard)

Since 1990, Vanguard has grown as a producer of illustrated, pop culture publications. Vanguard shifted from periodicals to mostly book publication in the late-90s, shortly before beginning their long affiliation with Random House subsidiary, Watson-Guptill Publications. Vanguard subjects include, art, fantasy, graphic novels, prints, science fiction, music, mystery, and more. They are also known as the world's leading producer of art-book biographies on illustrators & cartoonists. Vanguard has garnered acclaim from The New York Times, The Village Voice, Time Out New York, The IPPY Awards, Starlog, National Public Radio, Video Watchdog, The Eisner Awards, Entertainment Weekly, Fangoria, The Society of Illustrators, Rue Morgue, Amazon.com, Publishers Weekly, Variety, The Locus Awards, Library Journal, The Rondo Awards, and more. Comic-Con International: San Diego, the home of the largest comic book and popular arts convention in the world with over 130,000 attendees annually. Vanguard Publishing celebrated their 17th consecutive year at Comic-Con International: San Diego, in style, with the help of some famous friends. The festivities included appearances, all weekend, by revolutionary Captain America, X-Men, and Nick Fury Agent of S.H.I.E.L.D. artist-writer Jim Steranko. The Comics Hall of Fame talent is also known for his career as an escape artist which helped inspire both, the Pulitzer winning novel The Amazing Adventures of Kavalier & Clay by Michael Chabon, as well as the character Mister Miracle by Jack Kirby. Steranko's work with top film directors Steven Spielberg, Francis Ford Coppola, George Lucas include Raiders of the Lost Ark, Bram Stoker's Dracula and more. During the Comic-Con Steranko also promoted the new illustrated novel, Conspiricy of the Planet of the Apes which sports an iconic new Steranko cover painting. Emmy Award-nominee and ground-breaking Elektra Assassin, New Mutants, Stray Toasters, and Voodoo Child: The illustrated Legend of Jimi Hendrix graphic

## InfoBox

HomePage   www.vanguardpublishing.com (http://www.vanguardpublishing…)

## Priority PR

- SignaBlok to Present Preclinical Data on TREM-1-Targeting Drug for the Treatment of Sepsis, Pulmonary Inflammation and Fibrosis at the Respiratory Innovation Summit (RIS) and American Thoracic Society (ATS) International Conference 2025 (/signablok-present-preclinical-data-trem-1-targeting-drug-treatment-sepsis-pulmonary-inflammation-and)
- Signablok, Inc. To Present Preclinical Data on Trem-1-Targeting Drug for the Treatment of Cancer at the American Association for Cancer Research Annual Meeting 2025 (/signablok-inc-present-preclinical-data-trem-1-targeting-drug-treatment-cancer-american-association)

novelist, Bill Sienkiewicz spent most of the convention signing autographs and sketching for fans at the Vanguard booth. Sienkiewicz is also noted for his work on the innovative Vanguard series The EDGE.™ Horror fans were also thrilled with the Vanguard appearance of Bela Lugosi Jr. who was signing copies of The Famous Monster Movie Art of Basil Gogos, the new Monsterverse comic Bela Lugosi's Tales from the Grave, and promoting the new Lugosi line of red wines! Vanguard also featured a special exhibit of printed works by the late, great fantasy art icon, Frank Frazetta. On March, 8, 2010, Frazetta Management and Vanguard Publishing had announced that Frank Frazetta, and the family company, Frazetta Properties LLC had entered a new publishing relationship and launched the Vanguard Frazetta Classics line of books. At the time of that announcement, the legendary artist said, "We've known Vanguard publisher J. David Spurlock for many years. It's a natural that we should work together. I'm looking forward to seeing the quality job they do on the new Frazetta books." Frazetta paintings, which have ever rose in value, have sold as high as 1-1.5 million dollars in recent years. Sadly, in 2010, news spread the world over that, the grand master of fantastic art had passed away following a massive stroke. To honor the artist, Vanguard founder J. David Spurlock headed the official Comic-Con Frazetta Tribute panel this year where he reiterated the prior day's major Frazetta-related announcements by famed film director Robert Rodriguez, that Rodriguez' Quick Draw Productions are producing a series of major motion pictures based on Frazetta creations and that the Frazetta Museum will move from East Stroudsburg PA to Austin, TX. Spurlock and Steranko joined the Frazetta family, Frazetta Management, Rodriguez and others at a VIP Frazetta party hosted by Rodriguez. The Rodriguez-Frazetta party exhibited about $20 million worth of Frazetta oil paintings. Frazetta's son Bill Frazetta, appeared at the Vanguard Publishing booth in support of the Vanguard Frazetta Classics line where Vanguard also premiered new deluxe editions of their Frazetta Johnny Comet and Frazetta White Indian collections. Vanguard Publishing, Vanguard Comics, Vanguard Press, and Vanguard Frazetta Classics are trademarks of Vanguard Productions LLC, which maintains a management office in Miami, Florida and a distribution office in Lakewood, New Jersey. In their Aug 18, 2009 release, Vanguard and Perseus Books LLC announced a co-existence agreement ending a trademark dispute between the two companies related to the "Vanguard Press" mark. To resolve the dispute the two companies have agreed to a co-existence agreement wherein Perseus Books LLC may use the "Vanguard Press" mark. PressRelease Distribution By PressReleasePoint

**Press Contact:**
J. David Spurlock
Vanguard Publishing
575 Prospect St. STE 301
Lakewood, NJ 08701

908-391-0937
\*\*\*\*\*\*\*\*\*\*\*@\*\*t.net
http://www.vanguardpublishing.com (http://www.vanguardpublishing.com)

Contact J. David Spurlock

Send

839 reads    Printer-friendly version (/print/566772)

# Add new comment

**Your name** *

**E-mail** *

**Homepage**

**Subject**

**Comment** *



CAPTCHA

Test to stop spam bots.

What code is in the image? *

Generate a new captcha (/captcha/refresh/comment_node_press_release_form)

✔ Save    Preview

Free Press Release Distribution Website