## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

**RESPONSE IN OPPOSITION TO MOTION TO WITHDRAW**

Plaintiff,

Case No. 8:22-cv-00581-WFJ-AEP

v.

HONORABLE JUDGE JUNG

JESSE DAVID SPURLOCK AND ,

VANGUARD PRODUCTIONS, LLC

Defendant(s).

### PLAINTIFF FRAZETTA PROPERTIES, LLC'S RESPONSE IN OPPOSITION TO DEFENDANT SPURLOCK'S MOTION TO REMOVE FORGED DOCUMENT EXHIBIT 4, DKT 95 FROM J. DAVID SPURLOCK AFFIDAVIT

Plaintiff Frazetta Properties, LLC objects to the removal of the Forged Document, Exhibit 4 from Dkt 95.

1.    Defendants' Attorney Williams misrepresented that she discussed her withdrawal of the Forged Document.

2.    The Forged Document represents bad faith and Fraud on the Court.

3.    Even if possible to withdraw the Forged Document, any such authority would belong to the Court.

4.      It appears that Defendant Spurlock and his counsel desire to continue to litigate this matter without regard that the Defendant's Motion to Reconsider was the sole argument raised in the Renewed Motion and without it, the Order GRANTING Summary Judgment would have had no basis.

5.      Defendant's Attorney Williams called me several times to discuss the Plaintiff's Motion for Sanctions.

6.      I spoke with attorney Williams, and she apologized to me for filing it.

7.      I acknowledged her apology but told her that she should confess her filing to the Honorable Judge Jung, because the filing constituted Fraud on the Court and demonstrated bad faith.

8.      I told her that she should withdraw her Renewed Motion for Reconsideration and agree to the entry of the Motion for Summary Judgment granted in favor of Frazetta Properties, LLC.

9.      We did not discuss her withdrawal of the now twice renamed Exhibit 4 to Dkt 95.

10.     I told her that my client had incurred attorneys' fees, costs and expenses because of this fraud.

11.     Attorney Williams knew of Plaintiff's contention about the document being forged.  During the hearing and oral argument before Magistrate Judge Porcelli on February 18, I told his Honor that the document appeared to be a forgery and, when asked why a Motion had not been filed, I answered that I was working to obtain an expert witness and would file a Motion regarding the Forged Document.

12.    Attorney Williams did not deny my assertion, and, with that knowledge, she should have investigated about the Forged Document, which she should have performed as a member of the Bar before she relied upon it as the basis for her Renewed Motion for reconsideration.

13.    I object to her attempt to withdraw the Forged Document, because it is a fraud on the Court, and I will not participate in any effort to remove the very document the Court relied upon when it granted the Renewed Motion for Reconsideration.

14.    Moreover, Attorney Williams failure to advise the Court of the importance of that now proven to be forged document to her client's case, failure to move to reinstate the Court's Order granting Plaintiff's Motion for Summary Judgment, and her attempt to continue the lawsuit by disingenuously attempt to shift the blame to the Plaintiff for not knowing she had filed a forged document and reliance a forged document demonstrates her being negligent at a minimum and possibly complicit in her client's bad faith.

15.    Without that document, the Summary Judgment in favor of my clients would remain and the additional time, attorneys' fees, costs and expenses would not have been incurred, and your Honor's time and limited resources would not have been wasted.

16.    Plaintiff respectfully requests the Court Deny Defendant's Motion to Withdraw the Forged Document, that the Court award the attorneys' fees, other fees, costs and expenses that Plaintiff incurred in researching, drafting and filing this Response in Opposition to Defendant Spurlock's Motion to Remove the Forged

Document and for such other and further relief as the Court deems appropriate and justice requires.

Respectfully submitted,

Merritt Law, PA

/s/    Jack W. Merritt
Jack W. Merritt
FBN 0052248
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
941.445.4841
office@merrittlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff's Response in Opposition to Defendant Spurlock's Motion to Withdraw Exhibit 4 to Defendant Spurlock's Affidavit was filed on April 15, 2025, through CM/ECF, which would have provided it to Defendants' Attorney Williams.

Respectfully submitted,

Merritt Law, PA

/s/    Jack W. Merritt
Jack W. Merritt
FBN 0052248
Mediterranea Professional Park
690 S. Tamiami Trail
Osprey FL 34229
Attorney for Frazetta Properties, LLC