UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRAZETTA PROPERTIES, LLC,

    *Plaintiffs,*

v.

VANGUARD PRODUCTIONS, LLC and J. DAVID SPURLOCK,

    *Defendants.*

_____/

CASE NO. 8:22-cv-00581-WFJ-AEP

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR REMOVAL OF EXHIBIT 4 [DIN 95-4] FROM <u>"AFFIDAVIT OF J. DAVID SPURLOCK"</u>**

DEFENDANTS Vanguard Productions, LLC and J. David Spurlock REPLY to Frazetta Properties' opposition [DIN 243] to Defendants' request for an appropriate order removing the document referred to as the "Dark Horse Letter," Exhibit 4 [DIN 95-4] to *Affidavit of J. David Spurlock in Rebuttal to the Affidavit of Joe Weber"* [DIN 95].

1. The undersigned did indeed apologize for filing the Dark Horse Letter to Plaintiff's counsel during the April 5th telephone call, but does not recollect admitting to forgery, fraud, abuse of the court, unethical conduct, moral turpitude, or other bad behavior. In the future, the undersigned will convey her thoughts in writing to Plaintiff's counsel to avoid misunderstandings.

*Frazetta Properties, LLC vs. Vanguard Productions, LLC et al.*
*Case No. 8:22-CV-00581 WFJ-AEP*

2. The Affidavits of the Frazetta Properties' members did not attest to having conducted a search for the Dark Horse Letter or a delivery email in their email accounts, but once the members, especially William Frazetta, categorically denied ever having seen the document, and discovery having just expired when Frazetta Properties verbally raised the dispute, any hope of production from Frazetta Properties was blocked.

3. Defendants' intent for the requested relief is simply to acknowledge that the Dark Horse Letter was no longer an undisputed material fact and thus not a viable basis for reconsideration or to support a defense or issue in this matter, and the appropriate manner is to place the issue before the court to determine the manner in which it is made known that Defendants no longer rely on the Dark Horse Letter, and in the best interests of Defendants and judicial economy, do not wish to contest the disputation.

DATED: APRIL 15, 2025

Respectfully submitted,

LEIGH M. WILLIAMS LAW OFFICE, PLLC

/s/: _____*Leigh Williams*_____
Leigh M. Williams, Esq.
1701 W. Kansas Ave.
Midland, TX 79701
E-mail: mcmillan.esq@gmail.com
          leigh@williamslegal.org
Tel. 432 901-2141
*Attorney for Vanguard Productions, LLC and J. David Spurlock*