UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY J. FRAZETTA,
HEIDI L. FRAZETTA, and
FRAZETTA PROPERTIES, LLC,

    Plaintiffs,
v.                                                                          Case No. 8:22-cv-581-WFJ-AEP

VANGUARD PRODUCTIONS, LLC, and
JESSE DAVID SPURLOCK

    Defendants.
_____/

## ORDER ON MOTIONS FOR SANCTIONS

Attached hereto is the original order on summary judgment. The order is bolstered by the original copyright filings found at dockets 170–175. This order was reconsidered and vacated by the Court. Dkt. 184. The vacatur in large part was based on a document misrepresented by the Defendants. *See* Dkt. 176 at 1 ¶ 3, 3 ¶ 4. It turns out, this document was never signed by the Plaintiff principals, as the defense represented.[1] Defendant Spurlock knew this.

In essence, Mr. Spurlock fooled the Court (and the lawyers) into thinking this document (Dkt. 95-4) suggesting a license, was signed by the Plaintiff

---

[1] Defendant Spurlock cited a January 13, 2015 letter (Dkt. 95-4; Dkt. 163 at 2, 6; Dkt. 176) showing the defendant Vanguard had licensed the Frazetta art. He claimed falsely that William Frazetta, Holly Frazetta, and Heidi Frazetta Grabin had signed this letter. This was false, as the defense now admits in light of the forensic evidence provided.

principals. *See* Transcript of 8/14/24 hearing. The Court declines to conduct a "rump grand jury" to get to the bottom of this. Suffice to say, the defense has now withdrawn their motions for reconsideration. *See* Dkt. 238 at 3 (Defense requests withdrawal of the subject document, withdrawal of the defense motion for reconsideration at Dkt. 176, and recission of the Court's order reconsidering the summary judgment at Dkt. 184); Dkt. 239; Dkt. 240. Mr. Spurlock must respond to this distraction and waste of resources by covering Plaintiffs' attorney fees.

**ORDERED**, the attached summary judgment order is renewed, and made a present order of Court. Within twenty-one (21) days Plaintiffs will file a brief outlining in sworn detail money damages, fees, and costs sought. Defense may respond within fourteen (14) days.

**DONE AND ORDERED** at Tampa, Florida, on June 2, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record